UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, acting through the United States Department of Agriculture<br><br>Plaintiff<br><br>v.<br><br>FRANCIS ORTIZ FORNES, DENNIS J. ORTIZ FORNES, WILLIAM ORTIZ FORNES, JOSE A. ORTIZ CASIANO, LUIS G. ORTIZ CASIANO, GUILLERMINA ORTIZ CASIANO, and PEDRO J. ORTIZ AVILES, as known members of the Estate of PEDRO ORTIZ CORDERO; JOHN DOE and RICHARD ROE as unknown members of the Estate above-mentioned<br><br>Defendants | CIVIL NO.<br><br><br><br>Foreclosure of Mortgage; Collection of Money |

**COMPLAINT**

TO THE HONORABLE COURT:

COMES NOW the United States of America -acting by the United States Department of Agriculture- through the undersigned attorney, who respectfully alleges and prays as follows:

1.    Jurisdiction of this action is conferred on this Court by 28 U.S.C. Section 1345.

2.    Plaintiff, United States of America, is acting through the United States Department of Agriculture, which is organized

and existing under the provisions of the Consolidated Farm and Farm Service Agency Act, 7 U.S.C. §1921 et seq. Plaintiff is the owner and holder of six (6) promissory notes that affect the five (5) properties described further below.

3.  The first promissory note was subscribed for the amount of **$16,000.00,** with annual interest of 5%, on May 20, 1975. *See Exhibit 1.*

4.  For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 63. *See Exhibit 2.*

5.  The note for $16,000.00 was modified on September 3, 1985, to the amount of $6,184.39, under the terms and conditions stipulated and agreed therein, through Deed No. 146. *See Exhibit 3.*

6.  Plaintiff is also the owner and holder of a promissory note for the amount of **$40,000.00,** with annual interest of 12 ¼%, subscribed on April 15, 1981. *See Exhibit 4.*

7.  For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 162. *See Exhibit 5.*

8.  Loan for $40,000.00 was modified on two occasions. Last modification occurred on January 18, 1991, to the amount of $54,285.88, as per Deed 3. *See Exhibit 6*.

9.  Plaintiff is also the owner and holder of a promissory note for the amount of **$5,000.00,** with annual interest of 5%, subscribed on June 4, 1986. *See Exhibit 7.*

10. For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 88.  *See Exhibit 8.*

11. Loan for $5,000.00 was modified to the amount of $5,112.75, as per Deed 3 executed on January 18, 1991. *See Exhibit 6.*

12. Plaintiff owns and holds of a promissory note for the amount of **$21,000.00,** with annual interest of 4.5%, subscribed on March 23, 1987. *See Exhibit 9.*

13. For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 42.  *See Exhibit 10.*

14. Loan for $21,000.00 was modified to the amount of $15,078.85, as per Deed 3 executed on January 18, 1991. *See Exhibit 6.*

15. Plaintiff is the owner and holder of a promissory note for

the amount of **$30,000.00**, with annual interest of 9.5%, subscribed on April 25, 1989. *See Exhibit 11.*

16. For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 9. *See Exhibit 12.*

17. Loan for $30,000.00 was modified to the amount of $30,980.24, as per Deed 3 executed on January 18, 1991. *See Exhibit 6.*

18. Finally, plaintiff is the owner and holder of a promissory note for the amount of **$15,500.00**, with annual interest of 5.25%, subscribed on February 19, 1986. *See Exhibit 13.*

19. For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 29. *See Exhibit 14.*

20. Loan for $15,500.00 was modified as per Deed 3 executed on January 18, 1991. *See Exhibit 6.*

21. According to the Property Registry -and to Deed 110, executed on May 19, 1984- PEDRO ORTIZ CORDERO is the owner of record of the real estate properties subject of this case. Said properties are described -as they were recorded in Spanish- as follows:

a. RUSTICA: Situada en el Barrio Naranjales de Las Marías, compuesta de cincuenta y una cuerdas más o menos, equivalentes a veinte hectáreas, cuatro áreas y cincuenta centiáreas. En lindes por el NORTE, con terrenos de Andrés Massari, los de Nicanor Bayron y los de Julio Vincenty; por el ESTE, con terrenos de Nicanor Bayron y los de Francisco Marrero; por el SUR, con terrenos de Francisco Marrero y los de Miguel Esteves; y por el OESTE, con terrenos de Miguel Esteves y Julio Vincenty.

Enclava en esta finca una casa de madera, zinc y cemento de una sola planta destinada a vivienda; una casa almacén de concreto; casa de máquina con su motor; dos casas de arrimados; una casilla de madera y zinc y un acueducto de agua con su motor e instalación de luz.

Según el Registro esta finca una vez mensurada resultó con una cabida de cincuenta y tres cuerdas con tres céntimos, equivalentes a veinte hectáreas, ochenta y cuatro áreas, veintiocho centiáreas y cincuenta y ocho miliáreas.

Property 581, recorded at page 190 of volume 86 of Las Marías, Property Registry of San Sebastián, Puerto Rico.

*See Title Search attached as Exhibits 15 and 16.*

b. RÚSTICA: Radicada en el barrio Maricao Afuera del término municipal de Maricao, Puerto Rico, compuesta de: diez cuerdas de terreno (10.00 cdas.) equivalentes a tres hectáreas, noventa y tres áreas, tres centiáreas, noventa miliáreas de terreno, en lindes al NORTE, con la finca principal de la cual se segregó; al SUR, con la Sucesión Oms, hoy, antes César Gómez; ESTE, con la Sucesión de Benigno Ramírez; y al OESTE, con la carretera número ciento veinte (120) que de Mayagüez conduce al barrio Maricao Afuera de Maricao.

Property 1,732, recorded at page 240 of volume 66 of Maricao, Property Registry of San Germán, Puerto Rico.

*See Title Search attached as Exhibits 17.*

c. RUSTICA: Parcela de terreno marcado con el número doce (12) del caso C-mil trescientos ochenta y dos (C-1382) radicada en el Barrio Furnias del término municipal de Las Marías, Puerto Rico, compuesta de tres cuerdas de terreno, equivalentes a una hectárea, diecisiete áreas, noventa y una centiáreas y mil ochocientos sesenta y ocho diez milésimas de otra, en

lindes por el NORTE, con las parcelas números once (11) y diecisiete (17); por el SUR, con la parcela número cinco (5) y seis (6) y trece (13); por el ESTE, con la parcela trece (13) y diecisiete (17); y por el OESTE, con la parcela seis (6) y once (11).
Dentro de la parcela se encuentra enclavada una casa de bloques de tosca y cemento, techo de cartón y maderas del país, con divisiones interiores de tosca y cemento con frente de treinta y tres pies por doce pies de fondo, construida por la P.R.R.A.

Property 2,200, recorded at page 174 of volume 71 of Las Marías, Property Registry of San Sebastián, Puerto Rico.

*See Title Search attached as Exhibits 18.*

d. RÚSTICA: Parcela de terreno del caso C-mil ocho cientos treinta y cinco (C-1835) radicada en el Barrio Palma Escrita de Las Marías, Puerto Rico, con una cabida superficial de: tres cuerdas de terreno, equivalentes a 1 hectárea, 17 áreas, 91 centiáreas y 1868 diezmilésimas de otra, marcada con el número Dos (2), lindante por el: NORTE, con una quebrada; al SUR, con un Eugenio Orsini y la parcela número cuatro (4); por el ESTE, con Eugenio Orsini y terrenos de la Puerto Rico Reconstruction Administration; y por el OESTE, con la parcela número uno (1). Contiene y le pertenece una casa de tosca, cemento y maderas, con divisiones interiores de tosca y cemento, con un frente de treinta y tres pies por doce pies de fondo construida por la P.R.R.A.

Property 1,679, recorded at page 200 of volume 53 of Las Marías, Property Registry of San Sebastián, Puerto Rico.

*See Title Search attached as Exhibits 19.*

e. RÚSTICA: Parcela de terreno número uno (1) del caso número C-mil ochocientos treinta y cinco (C-1835) radicada en el Barrio Palma Escrita del término municipal de Las Marías, Puerto Rico, compuesta de: tres cuerdas de terreno, equivalentes a una hectárea, diecisiete áreas, noventa y una centiáreas y mil ochocientos sesenta y ocho diezmilésimas de centiáreas, colinda por el NORTE, con una quebrada; por el SUR, con las parcelas número dos y tres; al ESTE, con la parcela numero dos (2); y al OESTE, con una quebrada. Dentro de la parcela descrita se encuentra enclavada una casa de tosca, cemento y

madera, con divisiones interiores de tosca y cemento con un frente de 33 pies y 12 pies de fondo construida por P.R.R.A.

Property 2,136, recorded at page 38 of volume 69 of Las Marías, Property Registry of San Sebastián, Puerto Rico.

*See Title Search attached as Exhibits 20.*

22. The title searches attached to this complaint confirm the registration of the mortgage liens that secure the loan obligations between the plaintiff and the defendants. *See Exhibits 16-20.*

23. PEDRO ORTIZ CORDERO passed away on May 8, 2000. *Exhibit 21.*

24. By information and belief, the known members of the Estate of PEDRO ORTIZ CORDERO are the following individuals:

    (a)  FRANCIS ORTIZ FORNES;

    (b)  DENNIS J. ORTIZ FORNES;

    (c)  WILLIAM ORTIZ FORNES;

    (d)  JOSE A. ORTIZ CASIANO;

    (e)  LUIS G. ORTIZ CASIANO;

    (f)  GUILLERMINA ORTIZ CASIANO, and;

    (g)  PEDRO J. ORTIZ AVILES.

25. JOHN DOE and RICHARD ROE are included as possible unknown heirs to the Estate mentioned before.

26. According to *P.R. Laws Ann.,* Article 1,578, (Sec. 11,021), defendants have 30 days to either accept or reject their participation in the Estate(s) to which they lawfully belong. If no answer is received within said period, their

participation shall be deemed as accepted.

27. It was expressly stipulated in the notes evidencing the indebtedness that default in the payment of any part of the covenant or agreement therein contained will authorize the plaintiff, as payee of said notes, to declare due and payable the total amount of the indebtedness evidenced by said notes and proceed with the execution and/or foreclosure of the mortgages.

28. On December 16, 2014, codefendant WILLIAM ORTIZ FORNES obtained a discharge through case 10-02266(EAG). Thus, plaintiff will not pursue a collection of money action against this heir, claiming an In Rem cause of action, exclusevely, as to this heir. *See Exhibit 22*.

29. The defendant party herein, jointly and severally, has failed to comply with the terms of the mortgage contracts by failing to pay the installments due on all notes until the present day, and that after declaring all the indebtedness due and payable, the defendant party owes to the plaintiff -with the exception of William Ortiz Fornes- according to the Certification of Indebtedness included herein as *Exhibit 23*, the following amounts, as to July 21, 2020:

   a) On the $16,000.00 Note, as modified:

      1) The sum of $2,596.39, of principal;

      2) The sum of $2,338.13, of interest accrued, and

thereafter until its full and total payment,
which interest amount increases at the daily rate
of $.3556;

3) Plus, insurance premium, taxes, advances, late
charges, costs, court costs expenses,
disbursements and attorney's fees guaranteed
under the mortgage obligation.

b) On the $5,000.00 Note, as modified:

1) The sum of $4,640.89, of principal;

2) The sum of $5,091.39, of interest accrued, and
thereafter until its full and total payment,
which interest amount increases at the daily
rate of $.6357;

3) Plus, insurance premium, taxes, advances, late
charges, costs, court costs expenses,
disbursements and attorney's fees guaranteed
under the mortgage obligation.

c) On the $15,500.00 Note, as modified:

1) The sum of $14,405.63, of principal;

2) The sum of $15,851.90, of interest accrued, and
thereafter until its full and total payment,
which interest amount increases at the daily
rate of $1.9734;

3) Plus, insurance premium, taxes, advances, late

charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

d) On the $21,000.00 Note, as modified:

    1) The sum of $4,403.32, of principal;

    2) The sum of $4,313.66, of interest accrued, and thereafter until its full and total payment, which interest amount increases at the daily rate of $.5429;

    3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

e) On the $40,000.00 Note, as modified:

    1) The sum of $50,400.25, of principal;

    2) The sum of $56,186.96, of interest accrued, and thereafter until its full and total payment, which interest amount increases at the daily rate of $6.9042;

    3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

f) On the $30,000.00 Note, as modified:

1) The sum of $14,931.61, of principal;

2) The sum of $16,536.73, of interest accrued, and thereafter until its full and total payment, which interest amount increases at the daily rate of $2.0454;

3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

30. The indebtedness evidenced by the aforementioned notes is secured by the mortgages over the properties described in this complaint.

31. Plaintiff is unable to provide a "Status Report pursuant to Servicemembers Civil Relief Act" for the defendants since we could not found their social security numbers.


**VERIFICATION**

I, JACQUELINE LAZU LABOY, of legal age, married, executive and resident of Humacao, Puerto Rico, in my capacity as Director of LRTF for the Farm Service Agency, San Juan, Puerto Rico, under the penalty of perjury, as permitted by Section 1746 of Title 28, United States Code, declare and certify:

1) My name and personal circumstances are stated above;

2) I subscribed this complaint as the legal and authorized representative of the plaintiff;

3) Plaintiff has a legitimate cause of action against the defendants above named which warrants the granting of relief requested in said complaint;

4) Defendants are a necessary and legitimate party to this action in view of the fact that they originated or assumed the mortgage obligation subject of this foreclosure, or bought the property subject to said mortgage;

5) From the information available to me and based upon the documents in the Farm Service Agency, it appears that defendants have not been declared incompetent by a court of justice with authority to make such a declaration;

6) I have carefully read the allegations contained in this complaint and they are true and correct to the best of my knowledge and to the documents contained in the files of the Farm Service Agency;

7) I have carefully examined the Exhibits included to this complaint which are true and correct copies of the originals. The mortgage deeds have been duly recorded in the Property Registry.

I make the foregoing declaration under penalty of perjury, as permitted under Section 1746 of Title 28, United States Code.

In San Juan, Puerto Rico, this 7 day of January, 2021.



Digitally signed by JACQUELINE LAZU
DN: c=US, o=U.S. Government,
ou=Department of Agriculture,
cn=JACQUELINE LAZU,
0.9.2342.19200300.100.1.1=12001000567085
Date: 2021.01.07 12:25:49 -04'00'
Adobe Acrobat version: 2020.013.20074

JACQUELINE LAZU LABOY

PRAYER

WHEREFORE, the plaintiff demands judgment as follows:

a)   That defendant's party -with the exception of William Ortiz Fornes- pays unto the plaintiff the amounts claimed on this complaint;

b)   Or in default thereof that all legal right, title and interest which the defendants may have in the property described in this complaint and any building or improvement thereon be sold at public auction and that the monies due to the United States as alleged in the preceding paragraphs be paid out of the proceeds of said sale;

c)   That the defendants and all persons claiming or who may claim by, from or under them be absolutely barred and foreclosed from all rights and equity of redemption in and to said property;

d)   That if the proceeds of such sale be insufficient to cover the amounts specified under this complaint, said defendant party -with the exception of William Ortiz Fornes- be adjudged to pay to the United States the total amount of money remaining unsatisfied, and execution be issued forthwith against said defendants for the payment of said deficiencies against any of the properties of said defendants;

e)   That if the proceeds of said sale exceed the sum of

13

money to be paid to the United States as aforesaid, any such excess be deposited with the Clerk of this Court subject to further orders from the Court;

f)   That once the property is auctioned and sold, the Clerk of this Court issue a writ addressed to the Registry of the Property ordering the cancellation of the foreclosed mortgage and of any other junior liens recorded therein;

g)   For such further relief as in accordance with law and equity may be proper.

In Guaynabo, Puerto Rico, on   January 7                , 2021.


/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913

FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 3908
GUAYNABO, PR 00970
TEL.  787-751-5290
FAX. 787-751-6155
Email: dcfilings@fortuno-law.com

**FmHA Form 440-16 (S) Pк**
**(Rev. 11-13-73)**



EXHIBIT

1

UNITED STATES DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION
PROMISSORY NOTE

TYPE OF LOAN
Type: FO

STATE: PUERTO RICO
OFFICE: MAYAGUEZ
CASE NUMBER: 63-18-0

Date: MAY 20, 1975

     FOR VALUE RECEIVED, the undersigned (whether one or more persons, hereinafter referred to as the "Borrower"), jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), at its offices in MAYAGUEZ, PUERTO RICO, the principal sum of SIXTEEN THOUSAND DOLLARS ($16,000.00), plus interest on the unpaid principal of FIVE PERCENT (5 %) PER ANNUM. Said principal and interest shall be paid in 31 installments on or before the following dates:

$495.34 on JANUARY FIRST, 1976, and $1,041.00 on the FIRST of every JANUARY of EACH YEAR thereafter until PRINCIPAL and INTEREST are fully paid, except for the FINAL INSTALLMENT of this debt, unless it is paid previously, shall be due and PAYABLE THIRTY (30) YEARS from the DATE of this PROMISSORY NOTE. These provisions shall support any agreement modifying the previous schedule of payments.

     Every payment made on any debt represented by this promissory note shall be applied first to interest computed on the effective date of the payment, and then to the principal.

     Payments in advance of scheduled installments, or any portion thereof, may be made at any time at the option of the Borrower. Refunds and extra payments, as defined in regulations (7 C.F.R. 1861.2) of the Farmers Home Administration, according to the source of the funds involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note, and shall not affect Borrower's duty to pay the remaining installments as scheduled herein.

**FmHA Form 440-16 (S) PR**
**(Rev. 11-13-73)**

Borrower agrees that the Government at any time may negotiate this promissory note and insure the payment thereof, and in such case, though the note is not held by the Government, Borrower shall continue to make principal and interest payments to the Government, as collection agent for the holder, as specified herein.

If this note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder, except the final payment, or such payments shall be retained by the Government and transferred to the holder either on a quarterly payment basis or on an annual installment due date basis. The effective date of any advance payment retained and transferred by the Government to the holder on an annual installment due date basis shall be the date of Borrower's advance payment, and the Government shall pay the interest to which the holder is entitled, accruing between the effective date of any such advance payment and the date of the Treasury check paid to the holder.

Borrower hereby certifies that he is unable to obtain sufficient credit elsewhere to finance his current needs at reasonable rates and terms, taking into consideration prevailing rates and terms from private and cooperative sources in or near his community for loans with similar purposes and time periods, and that the loan herein described shall be used solely for purposes authorized by the Government.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan herein described shall not be voluntarily leased, surrendered, sold, transferred, or mortgaged, without the previous written consent of the Government. Unless the Government gives written consent to the contrary, Borrower: (a) will personally manage said property with his family, as a farm if this is a Farm Owner (FO) loan, or: (b) will personally occupy and use said property if this is a Rural Housing (RH) loan for an ancestral home, or in case of a Section 504 Rural Housing loan.

REFINANCING AGREEMENT: If at any time the Government determines that Borrower may be able to obtain a loan from a responsible cooperative or other private credit source at reasonable rates and terms for similar purposes and time periods, Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary shares. This paragraph and the preceding paragraph shall not apply to any co-debtor signing this note pursuant to section 502 of the Housing Act of 1949, to compensate for deficient repayment ability of other undersigned person(s).

DEFAULT: Failure to pay any debt described herein, or failure to comply with any condition or agreement shall constitute default under any other instrument describing a Borrower's debt insured or guaranteed by the Government, or in any other way related to such debt; and default under any other instrument shall constitute default under the terms of this document. UPON ANY SUCH DEFAULT, the Government, at its discretion, may declare all or part of such debt due and payable immediately.

This note is granted as evidence of a loan to Borrower made or insured by the Government pursuant to the Consolidated Farmers Home Administration Act of 1961 if the section named "FO", "FO-NFE", "RL" or "SW Ind)" herein has been marked under the title "TYPE OF LOAN"; or pursuant to the Title V of the Housing Act of 1949 if the section named "RH", "RRH" or "LH" in the box mentioned above has been marked. This note is subject to present Farmers Home Administration regulations and to any future regulations, which are not inconsistent with the provisions herein described.

Presentation, protest, and notice are hereby expressly waived.

| | |
|---|---|
| Borrower's mailing address | _____[Signature]_____ |
| BOX 62, SAN GERMAN P.R. | Ramon S. Vicens Dejardino    (BORROWER) |
| 00753 | _____[Signature]_____ |
| | Isabel A. Torres |
| (SPOUSE) | |

Pay to the order of

_____

UNITED STATES OF AMERICA
FARMERS HOME ADMINISTRATION

By:

_____
(Position)

2

The amount of this promissory note and the mortgage securing it, was re-amortized on September 3 1985 and it had an unpaid balance as of $6,184.39 with interest at the annual rate of 5 %, which will accrue interests at the annual rate of 5% and it shall be paid as follows:

$497.00 on or before January first of 1986 and

$497.00 on or before every January first subsequently thereafter, except for the final installment of the total debt herein evidenced, which shall be paid on or before January first of the year 2005, pursuant to deed number one hundred forty-six (146), executed on September 3, 1985 in presence of the notary Ramon Rafael Lugo Beauchamp.

In Lares, Puerto Rico on September 3, 1985.

[Signature]
RAMON RAFAEL LUGO BEAUCHAMP
[SEAL]

# **CERTIFICATE**

I hereby certify that the attached Promissory Note is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

DATED this 24th day of April of 2007.

Nicole Harris
*Federal and State Certified Translator*

WITNESS my hand and official seal hereto affixed this
24th day of April of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/2010

3

DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS
ADMINISTRACION DE HOGARES DE AGRICULTORES

| CLASE DE PRESTAMO | |
|---|---|
| ☒ FO | ☐ RH |
| | ☐ NONFARM |
| | ☐ 504 |
| ☐ FO-NFE | ☐ RRH |
| ☐ SW(Ind.) | ☐ LH |
| ☐ RL | ☐ SURPLUS SALE |

PAGARE

| ESTADO |
|---|
| PUERTO RICO |
| OFICINA LOCAL |
| MAYAGUEZ |
| CASO NUM. |
| 63-18- |

| FINANCE OFFICE USE ONLY | | | |
|---|---|---|---|
| F | LN | LC | IA |

Fecha........**MAYO 20**................19.**75**.

**POR VALOR RECIBIDO**, el subscribiente (ya sea una o más personas, denominado en adelante "Prestatario") mancomunada y solidariamente pagaremos a la orden de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos, (denominado en adelante el "Gobierno") en su oficina en......**Mayaguez, Puerto Rico**...................

....................................................................................... **LA SUMA PRINCIPAL DE**

**DIECISEIS MIL** - - - - - - - - - - - - - - - - - - - - - - **00/100**........

**DOLARES ($** .....**16000.00**................................... ), más **INTERESES** sobre el **PRINCIPAL**

**ADEUDADO** al........................**CINCO**.............. **POR CIENTO (** .............**5**.....%) **ANUAL.** Dicho

**PRINCIPAL** e **INTERESES** serán **PAGADEROS** en los **SIGUIENTES** ...................................**31**
**PLAZOS** en o antes de las **SIGUIENTES FECHAS:**                        *(Número de plazos)*

$ **495.34**......................................... en **ENERO PRIMERO**............, 19 **76**......, y

$ **1041.00**.............................. subsiguientemente al **PRIMERO DE ENERO** de **CADA AÑO**
hasta tanto el **PRINCIPAL** y sus **INTERESES** sean totalmente satisfechos excepto el **PAGO FINAL** de la deuda total aquí representada, de no haber sido satisfecho con anterioridad, vencerá y será **PAGADERO**

**TREINTA**..................................................( .........**30**.......... ) **AÑOS** de la **FECHA**
de este **PAGARE**. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos anterior.

Todo pago efectuado sobre cualquier deuda representada por este pagaré será aplicado en primer término a los intereses computados a la fecha de pago y luego al principal.

Pagos adelantados de los plazos estipulados, o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos o pagos extras, según se definen en los reglamentos (7 C.F.R. 1861.2) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos utilizados, después de abonarse los intereses, se aplicarán a los últimos plazos del pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en el mismo.

*Posición 2*

Forma FmHA 440-16(S) PR
Rev. 11-13-73

El Prestatario conviene en que el Gobierno en cualquier momento podrá negociar este pagaré y asegurar el pago del mismo, y en tal caso, aunque el Gobierno no sea el tenedor de dicho pagaré, el Prestatario continuará haciendo los pagos de principal e intereses al Gobierno, como agente cobrador del tenedor, según se especifican en éste.

Si este pagaré está en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor, o excepto para el pago final que podrá ser retenido por el gobierno y remitido al tenedor a base de pagos trimestrales o a base del plazo anual. La fecha efectiva de los pagos adelantados retenidos y remitidos por el Gobierno al tenedor a base de plazo anual será la fecha del pago adelantado por el Prestatario y el Gobierno pagará al tenedor los intereses que se devenguen sobre dicho pago desde la fecha efectiva hasta la fecha consignada en el cheque del Tesoro remitido al tenedor.

El Prestatario, por la presente certifica que no puede obtener crédito suficiente de otras fuentes para financiar sus necesidades actuales a un tipo de interés y términos razonables; tomando en consideración los tipos y términos prevalecientes de fuentes privadas y cooperativas en o cerca de su comunidad, para préstamos con períodos de tiempo y propósitos similares, y que el préstamo aquí evidenciado se usará solamente para propósitos autorizados por el Gobierno.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario (a) operará personalmente dicha propiedad por sí mismo con su familia, como una finca si este préstamo es a dueño de finca (FO) o (b) ocupará y usará personalmente dicha propiedad si este es un préstamo de vivienda rural (RH) en un solar o finca no agrícola o en el caso de un préstamo de la Sección 504 de vivienda rural.

CONVENIO DE REFINANCIAMIENTO: Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa. Este párrafo y el que le precede no serán aplicables al co-deudor que firme este pagaré de acuerdo a lo previsto en la Sección 502 de la Ley de Hogares de 1949, para compensar cualquier deficiencia en la habilidad de pago del (los) otro(s) compareciente(s).

INCUMPLIMIENTO: La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario a o asegurada por el Gobierno o garantizando en cualquier otra forma relacionada con dicha deuda, e incumplimiento bajo cualquier otro de dicho instrumento constituirá incumplimiento bajo los términos de este documento.

COMETIDO CUALQUIER INCUMPLIMIENTO: El Gobierno, a su opción, podrá declarar inmediatamente toda o parte de dicha deuda vencida y pagadera.

Este pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farmers Home Administration Act of 1961 si el apartado correspondiente a "FO", "FO-NFE", "RL" o "SW (Ind.)" ha sido marcado bajo el título "CLASE DE PRESTAMO", o conforme al Título V de la Ley de Hogares de 1949 si el apartado correspondiente a "RH", "RRH" o "LH" ha sido marcado. Este Pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, aviso y protesta son por la presente expresamente renunciados.

Dirección Postal del Prestatario

(1) | B | O | X | | 6 | 2 |
(2) | S | A | N | | G | E | R | M | A | N | | P | R |
(3)
(4) | | | | | | | | Zip Code | 0 | 0 | 7 | 5 | 3 |

*Ramón S. Vicens Dejardino*                (PRESTATARIO)

*Isabel A. Torres*                          (ESPOSA)

Páguese a la orden de _____

ESTADOS UNIDOS DE AMERICA
ADMINISTRACION DE HOGARES DE AGRICULTORES

Por: _____

(Título)

EXPRESS PRINTS

## SCHEDULE "A"

El Importe de este pagaré y la hipoteca que lo garantiza reamortizado al día 3 de septiembre de 1985 dió un saldo deudor montante a la suma de $6,184.39 con intereses a razón de 5% anual el cual devengará intereses a razón de 5% anual y el cual habrá de ser pagado en la siguiente forma:---------------------------------------------
---$497.00 en ó antes de enero primero de 1986 y------------------
---$497.00 en ó antes de cada enero primero subsiguiente, excepto el pago final del total de la deuda aquí evidenciada se hará en ó antes del primero de enero del año 2005, según resulta de la escritura número Ciento Cuarenta y Seis (146) de fecha 3 de septiembre de 1985, ante el Notario Ramón Rafael Lugo Beauchamp. DOY FE.-------------------------------------------------------------

---En Lares, Puerto Rico a 3 de septiembre de 1985.-------------

RAMON RAFAEL LUGO BEAUCHAMP
Notario-Público

FmHA Form 460-9(S)
(Rev. 2-11-76)

UNITED STATES DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION

ASSUMPTION AGREEMENT
(Same Terms – Eligible assignee)

TYPE OF LOAN:
FO (Specify)
Direct:
Insured:  X

VETERAN
    YES        X NO

RACE
W      B      O

CASE NUMBER: 63-34-.

THIS AGREEMENT, dated APRIL 15, 1981, between United States of America,
            (Date of the Statement)
acting through the Farmers Home Administration, hereinafter called the "Government", and NELSON
CUEVAS TORRES and SOCORRO MEDINA RIVERA his wife, hereinafter referred to as the assuming
party, whose mailing address is Box 538. Maricao, P.R., 00706

WE GRANT:

The Government is the holder or guarantor of a loan(s) evidenced through certain document(s) of
indebtedness granted to the present borrower(s): RAMON S. VICENS DEJARDINO and ISABEL M.
TORRES   63-34-073300561 which are identified as follows:

TABLE I

| DOCUMENT TYPE | DATE ISSUED | PRINCIPAL AMOUNT | BALANCE ON GIVEN DATE | | INTEREST RATE | INSURANCE RATE |
|---|---|---|---|---|---|---|
| | | | PRINCIPAL | INTEREST | | |
| NOTE | 5/20/76 | 16,000.00 | $12,059.05 | $171.95 | 5% | |

In relation to such loan(s), the following guarantee documents were obtained for the properties described
herein and located in the Municipality of LARES, Puerto Rico.

TABLE  II

| SECURING DOCUMENT | DATE ISSUED | REGISTRY | BOOK, PAGE OR DOCUMENT NUMBER | PAGE |
|---|---|---|---|---|
| Voluntary Mortgage | 5/20/75 | Mayaguez | Volume 97, page 31 Farm 581 | 31 |

1

In consideration of the (1) assumption of the debt mentioned herein and (2) the Government's consent to such assumption and the transfer or sale to the assuming party, the following has been agreed:

1. The assuming party, jointly and severally, assumes the obligation and agrees to pay to the Government or to the order of the insured lender through the Government, provided that the insured lender be the holder of such document(s) of indebtedness, at the office of the Farmers Home Administration indicated below, the total amount owed under said debt and security instrument(s) according to terms set forth therein, except for any installment of the loan on FO that is due and payable on March 31, shall be due and payable on January 1.The assuming party agrees in that the payments will be first credited to any delay for said debt.

2. The stipulations of such debt and the security instrument(s) and any subsequent agreement granted or made by the current debtors, except as herein modified, will continue in full force and the assuming party assumes the obligation and agrees to be obligated to and comply with all agreements, arrangements and conditions contained in such instrument(s) and agreement(s), with exception of those which are modified herein, as though the same were granted by them as of the date of the documents, as though they were the original debtors, including any obligation to pay the Government a charge for insurance plus interests if these were consigned in said document(s).

3. REFINANCING AGREEMENT: If at any time the Government determines that Borrower may be able to obtain a loan from a responsible cooperative or other private credit source at reasonable rates and terms for loans for similar purposes and time periods, Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary shares. This paragraph shall not be applicable to any co-signor of this agreement, pursuant to section 502 of the Housing Law of 1949, to compensate for any deficiency in payment of any other undersigning individuals.

4.This agreement is subject to the current regulations of Farmers Home Administration and future regulations not inconsistent with that which has been expressly stated herein.

5. When the loan(s) subrogated(s) herein belong(s) to an insured lender, the prepayments made by the assuming party, with exception of the final payment, shall be held by the Government and remitted to the lender on the due date of the annual payment or as is established by the regulations of Farmers Home Administration. The final payment will be remitted promptly. The effective date of all the payments made by the assuming party will be the date such payment has been made. The Government will pay the interest to which the lender is entitled accruing between the effective date of payment and the date of the Treasury check to the lender.

ASSUMING PARTY
[Signature]
NELSON CUEVAS TORRES (Borrower)
[Signature]
SOCORRO MEDINA RIVERA (Co-Borrower)

UNITED STATES OF AMERICA
By [Signature]
LUIS A. HERNANDEZ
County Supervisor    (Title)

FARMERS HOME ADMINISTRATION
PO BOX 185, Lares, Puerto Rico 00669
(Address of Local Office)

2

# **CERTIFICATE**

I hereby certify that the attached Assumption Agreement is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

DATED this 24th day of April of 2007.

Nicole Harris
*Federal and State Certified Translator*

WITNESS my hand and official seal hereto affixed this
24th day of April of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/2010

3

DEP... AMENTO DE AGRICULTURA DE ESTADOS ... OS
ADMIN...TRACION DE HOGARES DE AGRICUL...ORES

Forma FmHA 460-9(S)
(Rev. 2-11-76)

## CONVENIO DE SUBROGACION
### (Términos Iguales – Cesionario Elegible)

| Clase de Préstamo | | Veterano |
|---|---|---|
| FO | | ☐ Sí   ☒ No |
| (Especifique) | | Raza |
| ☐ Director   ☒ Asegurado | | ☐ B   ☐ N   ☐ O |
| | | Caso Núm. 63-34- |

ESTE CONVENIO, fecha el día __15__ de ____ABRIL____ de 19 81 , entre Estados

*(Fecha del Estado de Cuenta)*

Unidos de América, actuando por conducto y a través de la Administración de Agricultores, denominado en

adelante el "Gobierno", y _____ NELSON CUEVAS TORRES _____

y __SOCORRO MEDINA RIVERA_____ su esposa, denominados en adelante "subrogante", cuya dirección

postal es _____ BOX 583 MARICAO, P.R. 00706 _____

OTORGAMOS:

POR CUANTO el Gobierno es el tenedor o asegurador de un préstamo(s) por cierto(s) instrumento(s) de

deuda otorgado(s) por el (los) presente(s) deudor(es)*

____RAMON S. VICENS DEJARDINO Y ISABEL M. TORRES     63-34-073300361____

y que se identifica(n) como sigue:     **TABLA I**

| CLASE DE INSTRUMENTO | FECHA OTORGADO | CANTIDAD PRINCIPAL | PRINCIPAL | INTERESES | |
|---|---|---|---|---|---|
| PAGARE | 5-20-75 | $16,000.00 | $12,069.05 | 171.95 | 5% |
| | | | | | |
| | | | | | |
| | | | | | |

POR CUANTO en relación con dicho(s) préstamo(s) los siguientes documentos de garantía fueron

obtenidos sobre las propiedades en ellos descritas y situadas en el Municipio de

Puerto Rico.

* Enumere todas las personas responsables del pagaré, bono o convenio de subrogación.

| TABLA II | | | | |
|---|---|---|---|---|
| DOCUMENTO GARANTIA | FECHA OTORGADO | REGISTRO | TOMO, FOLIO O NUMERO DEL DOCUMENTO | FOLIO |
| HIPOTECA VOLUNTARIA | 5-20-75 | MAYAGUEZ | TOMO 97 FOLIO 31 | 31 |
| | | | FINCA 581 | |
| | | | | |
| | | | | |

FmHA 460-9(S) (Rev. 2-11-76)

POR TANTO, en considera... a (1) la subrogación de la deuda adelante descrita y (2) el consentimiento del Gobierno a tal subroga...ión, al traspaso o venta a el (los) subrogante(s), a la propiedad en garantía se conviene en lo siguiente:

1. El (los) subrogante(s) mancomunada y solidariamente asume(n) la obligación de y conviene(n) en pagar a la orden del Gobierno o a la orden del prestamista asegurado por conducto del Gobierno, siempre y cuando el prestamista asegurado sea el tenedor de dicho instrumento(s) de deuda, en la oficina de la Administración de Hogares de Agricultores abajo indicada, el importe total adeudado bajo dicha deuda e instrumento(s) de garantía de acuerdo con los términos en ellos estipulados, excepto que cualquier plazo de préstamo sobre tenencia de finca (FO) que venza y sea pagadero en marzo 31 vencerá y será pagadero el 1 de enero, que preceda. El (los) subrogante(s) conviene(n) en que los pagos se aplicarán primero a cualquier atraso en dicha deuda.

2. Las estipulaciones de dicha deuda y en el (los) instrumento(s) de garantía y cualesquiera convenio existente otorgado o asumido por los presentes deudores, excepto como aquí modificados, continuarán en toda su fuerza y vigor y el subrogante asume la obligación de y conviene en estar obligado por y a cumplir con todos dichos convenios, acuerdos y condiciones contenidos en dicho(s) instrumento(s) y convenio(s), excepto como quedan aquí modificados, como si los mismos hubiesen sido otorgados desde la fecha de los mismos, por ellos como deudores originales, incluyendo cualesquiera obligación de pagar al Gobierno un cargo por seguro en adición a los intereses si así fuere consignado en dicho(s) documento(s).

3. **ACUERDO DE REFINANCIAMIENTO:** Si en cualquier momento el Gobierno entiende que el (los) PRESTATARIO(S) le(s) es posible obtener un préstamo de una fuente de crédito responsable, cooperativa o privada a términos y condiciones razonables para préstamos con propósitos y períodos de tiempo similares, el (los) PRESTATARIO(S), a solicitud del Gobierno solicitará(n) y aceptará(n) un préstamo en cantidad suficiente para pagar en su totalidad el (los) préstamo(s) asumido(s) y, si el prestamista es una cooperativa, para pagar por las acciones necesarias. Este párrafo no aplicará a ningún co-firmante en este acuerdo conforme a la Sección 502 de la Ley de Hogares de 1949, para compensar por una habilidad deficiente de pago de otra(s) persona(s) abajo firmante(s).

4. Este convenio está sujeto a los presentes reglamentos de la Administración de Hogares de Agricultores y a los reglamentos futuros no inconsistentes con lo expresamente aquí consignado.

5. Cuando el (los) pagaré(s) aquí subrogado(s) sea(n) poseído(s) por un prestamista asegurado, los pagos adelantados efectuados por el (los) subrogante(s), excepto el pago final, podrán ser retenidos por el Gobierno y remitidos al prestamista a base del vencimiento del pago anual o a base de lo establecido por los reglamentos de la Administración de Hogares de Agricultores. El pago final será remitido prontamente. La fecha efectiva de todo pago efectuado por el (los) subrogante(s) será la fecha en que dicho pago ha sido efectuado. El Gobierno pagará los intereses a los cuales el prestamista tiene derecho entre la fecha efectiva del pago y la fecha del cheque del Tesoro al prestamista.

PARTE SUBROGANTE:

_____
Prestatario      NELSON CUEVAS TORRES

_____
Co-Prestatario      SOCORRO MEDINA RIVERA

ESTADOS UNIDOS DE AMERICA

Por_____
LUIS A. HERNANDEZ

SUPERVISOR LOCAL
_____
ADMINISTRACION DE HOGARES DE AGRICULTORES
(Título)

Box 185      Lares, P.R.      00669
_____
(Dirección Oficina Local)

FmHA Form 460-9(S)
(Rev. 2-11-76)

UNITED STATES DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION

ASSUMPTION AGREEMENT
(Same Terms – Eligible assignee)

TYPE OF LOAN:
FO (Specify)
Direct:
Insured:  X

VETERAN
    YES       X NO

RACE
W       B      X O

CASE NUMBER:  63-34

THIS AGREEMENT, dated MAY 19, 1984, between United States of America,
                    (Date of the Statement)
acting through the Farmers Home Administration, hereinafter called the "Government", and PEDRO ORTIZ CORDERO and _____ his wife, hereinafter referred to as the assuming party, whose mailing address is San Rafael # 108, Mayaguez, Puerto Rico.

WE GRANT:

The Government is the holder or guarantor of a loan(s) evidenced through certain document(s) of indebtedness granted to the present borrower(s): NELSON CUEBAS TORRES and SOCORRO MEDINA RIVERA   63-34-582422328 which are identified as follows:

TABLE I

| DOCUMENT TYPE | DATE ISSUED | PRINCIPAL AMOUNT | BALANCE ON GIVEN DATE | | INTEREST RATE | INSURANCE RATE |
|---|---|---|---|---|---|---|
| | | | PRINCIPAL | INTEREST | | |
| NOTE | 5/20/75 | 16,000.00 | $5,723.38 | $90.95 | 5% | |

In relation to such loan(s), the following guarantee documents were obtained for the properties described herein and located in the Municipality of _____, Puerto Rico.

TABLE II

| SECURING DOCUMENT | DATE ISSUED | REGISTRY | BOOK, PAGE OR DOCUMENT NUMBER | PAGE |
|---|---|---|---|---|
| Voluntary Mortgage | 5/20/75 | Mayaguez | Volume 97 Farm 581 | 31 |

1

In consideration of the (1) a_ umption of the debt mentioned herein and (2) t_ Jovernment's consent to such assumption and the transfer or sale to the assuming party, the following has been agreed:

1. The assuming party, jointly and severally, assumes the obligation and agrees to pay to the Government or to the order of the insured lender through the Government, provided that the insured lender be the holder of such document(s) of indebtedness, at the office of the Farmers Home Administration indicated below, the total amount owed under said debt and security instrument(s) according to terms set forth therein, except for any installment of the loan on FO that is due and payable on March 31, shall be due and payable on January 1.The assuming party agrees in that the payments will be first credited to any delay for said debt.

2. The stipulations of such debt and the security instrument(s) and any subsequent agreement granted or made by the current debtors, except as herein modified, will continue in full force and the assuming party assumes the obligation and agrees to be obligated to and comply with all agreements, arrangements and conditions contained in such instrument(s) and agreement(s), with exception of those which are modified herein, as though the same were granted by them as of the date of the documents, as though they were the original debtors, including any obligation to pay the Government a charge for insurance plus interests if these were consigned in said document(s).

3. REFINANCING AGREEMENT: If at any time the Government determines that Borrower may be able to obtain a loan from a responsible cooperative or other private credit source at reasonable rates and terms for loans for similar purposes and time periods, Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary shares. This paragraph shall not be applicable to any co-signor of this agreement, pursuant to section 502 of the Housing Law of 1949, to compensate for any deficiency in payment of any other undersigning individuals.

4.This agreement is subject to the current regulations of Farmers Home Administration and future regulations not inconsistent with that which has been expressly stated herein.

5. When the loan(s) subrogated(s) herein belong(s) to an insured lender, the prepayments made by the assuming party, with exception of the final payment, shall be held by the Government and remitted to the lender on the due date of the annual payment or as is established by the regulations of Farmers Home Administration. The final payment will be remitted promptly. The effective date of all the payments made by the assuming party will be the date such payment has been made. The Government will pay the interest to which the lender is entitled accruing between the effective date of payment and the date of the Treasury check to the lender.

ASSUMING PARTY
[Signature] _____
                                   (Borrower)

[Signature] _____
                                   (Co-Borrower)

UNITED STATES OF AMERICA
By [Signature]

_____
                                   (Title)

FARMERS HOME ADMINISTRATION

_____
 (Address of Local Office)

2

# **CERTIFICATE**

I hereby certify that the attached Assumption Agreement is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

DATED this 24th day of April of 2007.

Nicole Harris
*Federal and State Certified Translator*

WITNESS my hand and official seal hereto affixed this
24th day of April of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/2010

3

# CONVENIO DE SUBROGACION
### (Términos Iguales - Cesionario Elegible)

| Clase de Préstamo | | Veterano |
|---|---|---|
| **F.O.** | | ☐ Sí   ☒ No |
| (Especifique) | | Raza |
| ☐ Director   ☒ Asegurado | | ☐ B   ☐ N   ☒ O |
| | | Caso Núm. **63-34-** ▸ |

ESTE CONVENIO, fecha el día __19__ de __Mayo__ de 19 __84__, entre Estados

*(Fecha del Estado de Cuenta)*

Unidos de América, actuando por conducto y a través de la Administración de Agricultores, denominado en

adelante el "Gobierno", y __Pedro Ortíz Cordero__

y _____ su esposa, denominados en adelante "subrogante", cuya dirección

postal es __San Rafael #108, Mayaguez, Puerto Rico__

OTORGAMOS:

POR CUANTO el Gobierno es el tenedor o asegurador de un préstamo(s) por cierto(s) instrumento(s) de

deuda otorgado(s) por el (los) presente(s) deudor(es)*

**Nelson Cuebas Torres y Socorro Medina Rivera**

**63-34-58242 2328**

y que se identifica(n) como sigue:                    TABLA I

| CLASE DE INSTRUMENTO | FECHA OTORGADO | CANTIDAD PRINCIPAL | PRINCIPAL | INTERESES | | |
|---|---|---|---|---|---|---|
| **Pagaré** | 20-5-75 | 16,000.00 | 5,723.38 | 90.95 | 5.0 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

POR CUANTO en relación con dicho(s) préstamo(s) los siguientes documentos de garantía fueron

obtenidos sobre las propiedades en ellos descritas y situadas en el Municipio de

Puerto Rico.

* Enumere todas las personas responsables del pagaré, bono o convenio de subrogación.

| TABLA II | | | | |
|---|---|---|---|---|
| DOCUMENTO GARANTIA | FECHA OTORGADO | REGISTRO | TOMO, FOLIO O NUMERO DEL DOCUMENTO | FOLIO |
| **Hipoteca Voluntaria** | 20-5-75 | **Mayaguez** | **Tomo-97 Finca- #581** | **31** |
| | | | | |
| | | | | |
| | | | | |

FmHA 460-9(S) (Rev. 2-11-76)

del Gobierno a tal subrogación y al traspaso o venta a él (los) subrogante(s), de la propiedad en garantía se conviene en lo siguiente:

1. El (los) subrogante(s) mancomunada y solidariamente asume(n) la obligación de y conviene(n) en pagar a la orden del Gobierno o a la orden del prestamista asegurado por conducto del Gobierno, siempre y cuando el prestamista asegurado sea el tenedor de dicho instrumento(s) de deuda, en la oficina de la Administración de Hogares de Agricultores abajo indicada, el importe total adeudado bajo dicha deuda e instrumento(s) de garantía de acuerdo con los términos en ellos estipulados, excepto que cualquier plazo de préstamo sobre tenencia de finca (FO) que venza y sea pagadero en marzo 31 vencerá y será pagadero el 1 de enero, que preceda. El (los) subrogante(s) conviene(n) en que los pagos se aplicarán primero a cualquier atraso en dicha deuda.

2. Las estipulaciones de dicha deuda y en el (los) instrumento(s) de garantía y cualesquiera convenio existente otorgado o asumido por los presentes deudores, excepto como aquí modificados, continuarán en toda su fuerza y vigor y el subrogante asume la obligación de y conviene en estar obligado por y a cumplir con todos dichos convenios, acuerdos y condiciones contenidos en dicho(s) instrumento(s) y convenio(s), excepto como quedan aquí modificados, como si los mismos hubiesen sido otorgados desde la fecha de los mismos, por ellos como deudores originales, incluyendo cualesquiera obligación de pagar al Gobierno un cargo por seguro en adición a los intereses si así fuere consignado en dicho(s) documento(s).

3. **ACUERDO DE REFINANCIAMIENTO:** Si en cualquier momento el Gobierno entiende que el (los) PRESTATARIO(S) le(s) es posible obtener un préstamo de una fuente de crédito responsable, cooperativa o privada a términos y condiciones razonables para préstamos con propósitos y períodos de tiempo similares, el (los) PRESTATARIO(S), a solicitud del Gobierno solicitará(n) y aceptará(n) un préstamo en cantidad suficiente para pagar en su totalidad el (los) préstamo(s) asumido(s) y, si el prestamista es una cooperativa, para pagar por las acciones necesarias. Este párrafo no aplicará a ningún co-firmante en este acuerdo conforme a la Sección 502 de la Ley de Hogares de 1949, para compensar por una habilidad deficiente de pago de otra(s) persona(s) abajo firmante(s).

4. Este convenio está sujeto a los presentes reglamentos de la Administración de Hogares de Agricultores y a los reglamentos futuros no inconsistentes con lo expresamente aquí consignado.

5. Cuando el (los) pagaré(s) aquí subrogado(s) sea(n) poseído(s) por un prestamista asegurado, los pagos adelantados efectuados por el (los) subrogante(s), excepto el pago final, podrán ser retenidos por el Gobierno y remitidos al prestamista a base del vencimiento del pago anual o a base de lo establecido por los reglamentos de la Administración de Hogares de Agricultores. El pago final será remitido prontamente. La fecha efectiva de todo pago efectuado por el (los) subrogante(s) será la fecha en que dicho pago ha sido efectuado. El Gobierno pagará los intereses a los cuales el prestamista tiene derecho entre la fecha efectiva del pago y la fecha del cheque del Tesoro al prestamista.

PARTE SUBROGANTE:

_____
Prestatario

_____
Co-Prestatario

ESTADOS UNIDOS DE AMERICA

Por _____

ADMINISTRACION DE HOGARES DE AGRICULTORES
(Título)

_____
(Dirección Oficina Local)

Form FmHA 427-1 P⅄.
10/61

EXHIBIT

2

NUMBER SIXTY-THREE

VOLUNTARY MORTGAGE

In Mayaguez, Puerto Rico, on May TWENTY of nineteen seventy-five.

IN MY PRESENCE

WALTER VIVALDI OLIVIERI, Attorney and Notary Public for this island, with residence in Mayaguez, Puerto Rico and offices in Mayaguez, Puerto Rico,

THERE NOW APPEAR

The persons named in paragraph TWELFTH of this mortgage, hereinafter called "mortgagor," and whose personal circumstances appear in said paragraph.

I attest to my personal acquaintance of the parties, as well as to their statements regarding their age, marital status, profession, and residence.

They assure me they are in full exercise of their civil rights and the free administration of their property, and they have, in my judgment, the necessary legal capacity to execute this document.

THEY DECLARE:

FIRST:  That the mortgagor is the owner of the farm or farms described in paragraph ELEVENTH, with all corresponding rights and interests, referred to hereinafter as "the property."

SECOND:  That the property mortgaged herein is subject to the liens specified in paragraph ELEVENTH.

THIRD:  That the mortgagor is indebted to the United States of America, acting through

1

the Farmers Home Administration, referred to hereinafter as "mortgagee," in connection with a loan or loans represented by one or more promissory notes or subrogation agreements, referred to hereinafter as "the note," whether one or more. The Government requires that additional monthly payments be made of one twelfth of the taxes, insurance premiums, and other charges on the mortgaged property.

FOURTH: It is understood that:

(One) The note represents a loan or loans to mortgagor in the principal amount specified herein, granted with the purpose and intention that the mortgagee may at any time surrender the note and insure the payment thereof pursuant to the Act of 1961, consolidating the Farmers Home Administration, or Title V of The Housing Act of 1949, as amended.

(Two) When payment of the note is guaranteed by the mortgagee, it may be transferred from time to time, and each holder of said note will in turn be considered the insured lender.

(Three) When payment of the note is insured by the mortgagee, the mortgagee will execute and deliver to the insured lender, along with the note, an insurance endorsement fully guaranteeing payment of the principal and interest on said note.

(Four) Whenever payment of the note is insured by the mortgagee, the mortgagee, by

agreement with the insured lender, shall determine on the insurance endorsement the portion of the note's interest to be designated as "annual charges."

(Five) As a condition of the insurance of the note's payment, the holder will surrender all rights and remedies against the mortgagor and any others in connection with said loan, as well as any benefit of this mortgage, and will accept in its place the insurance benefits, and in the event that the mortgagor violates any agreement or stipulation contained herein, or in the note, or in any other supplementary agreement, the mortgagee may require the note to be

endorsed to himself.

(Six) It is the purpose and intent of this mortgage that, among other things, whenever the note is held by the mortgagee, or in the event the mortgagee should transfer this mortgage without insuring the note, this mortgage shall guarantee payment of the note; but when the note is held by an insured lender, this mortgage shall not guarantee payment of the note, nor shall it form any part of the debt represented thereby, but the note and said debt shall constitute an indemnity mortgage to insure the mortgagee against any loss under its insurance endorsement by reason of any default by the mortgagor.

FIFTH: That, in consideration of said loan and (a) whenever the note is held by the

mortgagee, or in the event that the mortgagee should transfer this mortgage without insuring the note's payment, in guarantee of the amount of the note as specified in subparagraph (one) of paragraph NINTH, with interest at the rate stipulated, and to insure prompt payment of said note, and any renewals or extensions thereof, and any agreements contained therein, (b) whenever the note is held by an insured lender guaranteeing the amounts specified in subparagraph (two) of paragraph NINTH, in order to guarantee compliance with the mortgagor's agreement to indemnify and hold harmless the mortgagee against losses under its insurance endorsement by reason of any default by the mortgagor, and (c) in any event and at all times whatsoever, to guarantee the additional amounts specified in subparagraph (three) of paragraph NINTH, and to insure mortgagor's compliance with each and every agreement and stipulation herein, or in any supplementary agreement, mortgagor hereby grants to mortgagee a voluntary mortgage on the property described in paragraph ELEVENTH, together with all rights, interests, easements, inheritances, and appurtenances thereto belonging; all income, credits, profits, revenues; all improvements or personal property thereto attaching, at present or in the

future, or which are reasonably necessary for the use thereof; all water, water rights, or shares in said rights; pertaining to the farms, and all payments at any time owing to mortgagor by virtue of the sale, lease, transfer, conveyance, or total or partial expropriation of, or injury to, any part thereof, or to their interests, it being understood that this mortgage will continue in full force and effect until all amounts specified in paragraph NINTH, with interest before and after maturity, until they have been paid in full.  In case of foreclosure, the property will be responsible for the payment of the principal, interest thereon before and after maturity, losses sustained by mortgagee as insurer of the note, taxes, insurance premiums, or any other disbursements or advances by mortgagee, to be paid by mortgagor with interest until all costs and expenses, including fees of mortgagee's attorneys, are paid to mortgagee, along with all extensions and renewals of said obligations, with interest, and all other charges and additional amounts specified in paragraph NINTH.

SIXTH: Mortgagor explicitly agrees to the following:

(One) To pay promptly to the mortgagee any debt herein guaranteed and to indemnify

and hold mortgagee harmless against any loss under its insurance for payment of the note by reason of any default by mortgagor. Whenever the note is held by an insured lender, mortgagor shall continue making payments on the note to mortgagee, as collection agent for the holder.

(Two) To pay the mortgagee an initial fee for inspection and appraisal and any delinquency charges, now or hereafter required by Farmers Home Administration regulations.

(Three) Whenever the note is held by an insured lender, any amount due and unpaid under the terms of the note, less the amount of the annual charge, may be paid by mortgagee to the holder of the note under the terms of the note and of the insurance endorsement referred to in the above paragraph FOURTH, the responsibility of the mortgagor.

Any amount due and unpaid under the terms of the note, whether it is held by mortgagee or by an insured lender, may be credited to the note by mortgagee, and shall thus constitute an advance by mortgagee, the responsibility of mortgagor.

Any advance by mortgagee as described in this subparagraph shall bear interest at the annual rate of FIVE percent (5%), from the date on which payment was due until the date on which mortgagor pays the debt.

(Four) Whether or not the note is insured by mortgagee, any and all amount advanced by mortgagee for insurance premiums, repairs, liens, or other claims for the protection of the mortgaged property, or for taxes or assessments or other similar charges due to mortgagor's failure to pay said charges, shall bear interest at the rate stated in the preceding subparagraph, from the date of the advance until mortgagor pays said advance.

(Five) All advances made by mortgagee as described in this mortgage, with interest, shall be immediately due and payable by mortgagor to mortgagee without need for advance notification in the place designated in the note, and shall be guaranteed by this mortgage. No advance by mortgagee shall relieve mortgagor from breach of his covenant to pay. Such advances, with interest, shall be repaid from the first payments received from mortgagor. In the absence of such advances, all payments verified by mortgagor may be applied to the note or to any other mortgagee debt guaranteed herein, in the order determined by mortgagee.

(Six) To use the amount of the loan indicated in the note solely for purposes authorized

by mortgagee.

(Seven) To pay when due all taxes, special assessments, liens, and charges encumbering the property or the rights or interests of mortgagor under the terms of this mortgage.

(Eight) To obtain and maintain insurance against fire and other hazards as required by mortgagee on all existing buildings and property improvements, as well as on all future improvements.  The insurance against fire and other hazards will be in the form, in the amount, and on the terms and conditions approved by mortgagee.

(Nine) To keep the property in good condition and to promptly make all necessary repairs in order to preserve the property; he will refrain from any activity, or from allowing any activity, which would result in the deterioration of the property; he will not remove nor demolish any building or improvement on the property; nor will he cut or remove wood from the farm, nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other minerals, without mortgagee's consent, and will promptly carry out the repairs on the property that mortgagee may request from time to time.  Mortgagor shall comply with soil conservation practices and farm and home management plans that mortgagee may prescribe from time to time.

(Ten) If this mortgage is granted for a loan to a farm owner as identified in Farmers Home Administration regulations, the mortgagor shall personally manage the property,

on his own or through family labor, as a farm and for no other purpose, and shall not lease the farm, nor any part of it, unless mortgagee gives written consent to another method of operation or lease.

(Eleven) To submit information regarding income and expenses and any other information related to the management of the property, in the form and manner the mortgagee may require, and to comply with all laws, ordinances, and regulations affecting the property or its

use.

(Twelve) Mortgagee, along with his agents and attorneys, shall at all times have the right to inspect and examine the property for the purpose of ascertaining whether security is deteriorating or being compromised, and if such inspection or examination shall disclose, in mortgagee's judgment, that security is in fact deteriorating or being compromised, this shall constitute a breach by mortgagor of this mortgage agreement.

(Thirteen) If any other person interferes with or contests mortgagor's rights of possession of the property, mortgagor shall immediately notify mortgagee of such action, and mortgagee may decide to institute the measures necessary to defend his interests, and any costs or expenditures incurred by mortgagee due to said measures will be added to

mortgagor's debt, and will be guaranteed by this mortgage as additional credits under the clause regarding advances, expenditures and other payments.

(Fourteen) If at any time while this mortgage remains in effect, mortgagor shall abandon the property or voluntarily return it to mortgagee, mortgagee is hereby authorized and empowered to take possession of the property, to lease and administer it, and to collect the rents, benefits, and income from them, and to apply them first to the costs of collection and administration, and secondly to the payment of the debt described by the note or any other debt to mortgagee herein guaranteed, in the order and manner to be determined by mortgagee.

(Fifteen) At any time that mortgagee determines that mortgagor may be able to obtain a loan

from a production cre___ association, from a Federal Bank or ___ner responsible source, whether cooperative or private, with a rate of interest and terms that are reasonable for loans of similar duration and purposes, then mortgagor, at mortgagee's request, will apply for and accept such a loan in a sufficient amount to pay the note and any other debt guaranteed herein, and to pay for the necessary shares in the cooperative agency with respect to such a loan.

(Sixteen) In the event of default in the discharge of any obligation guaranteed by this mortgage, or if mortgagor, or any other person included herein as a mortgagor, defaults in the payment of any amount, or violates or fails to comply with any clause, condition, stipulation, covenant, or agreement contained herein, or in any supplementary agreement, or if mortgagor dies or is declared incompetent, bankrupt, or insolvent, or makes a transfer for the benefit of creditors, or if the property or any part thereof or interest therein is sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise, without mortgagee's written consent, then mortgagee is irrevocably authorized and empowered, at his discretion and without notice: (One) to declare all debt left unpaid under the terms of this note, or any other debt to mortgagee guaranteed herein, immediately due and payable, and to proceed to foreclosure in accordance with the law and the provisions thereof; (Two) to incur and pay reasonable expenses for the repair and maintenance of the property and any expenses or obligations that mortgagor failed to pay as agreed in this mortgage, including taxes, assessments, insurance premiums, and any other expenses or costs for the protection and preservation of the property and of this mortgage, or for violation of any

provision of this mortgage; and (Three) to request the protection of the law.

(Seventeen) Mortgagor shall pay, or shall reimburse mortgagee for all necessary expenses for the fulfillment of the covenants and agreements of this mortgage, and of the note and of any supplementary agreement, including the costs of surveying, title search, court costs, deed recording, and attorneys' fees.

(Eighteen) Without in any way affecting mortgagee's right to require and enforce at any subsequent date the covenants, agreements, or obligations herein set forth, or other similar agreements, and without affecting the liability of any person for payment of the note or any other debt herein guaranteed, and without affecting the lien created upon the property or the priority of said lien, mortgagee is hereby authorized and empowered at any time: (one) to waive the performance of any agreement or obligation contained herein, or in the note, or in any supplementary agreement; (two) to negotiate with mortgagor or to grant to mortgagor any indulgence or forbearance or extension of the time for payment of the note (with the consent of the note's holder when it is held by an insured lender), or for payment of any debt to the mortgagee herein guaranteed; or (three) to execute and deliver partial releases of any part of the mortgaged

10

property described herein, or to grant deferment or postponement of this mortgage to any other lien on the property.

(Nineteen) All rights, title, and interest in or on this mortgage, including but not limited to the power to grant consent, partial releases, subordination, and revocation, shall be vested solely and exclusively in the mortgagee, and no insured lender shall have any right, title, or interest in or on this mortgage and any benefits herein contained.

(Twenty) Default on this mortgage shall constitute default on any other mortgage, loan, or real estate mortgage held or insured by mortgagee, and executed or assumed by mortgagor; and default on any such instrument shall constitute default on this mortgage.

(Twenty-One) All notices to be given under the terms of this mortgage shall be sent by certified mail unless otherwise required by law, and shall be addressed until some other address is designated in a notice provided to that effect, in the case of mortgagee, to Farmers Home Administration, United States Department of Agriculture, San Juan, Puerto Rico; and in the case of mortgagor, to him at his residence address as stated below.

(Twenty-Two) Mortgagor hereby grants to mortgagee the amount of any judgment obtained through forced expropriation for public use of the property or any part thereof, as well as the amount of any judgment for damages to the property.  Mortgagee will apply the amount so received to pay costs incurred in collection, and the balance will apply to payment of the note, and any indebtedness to mortgagee guaranteed by this mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEVENTH:  That for the purpose of the first auction to be held in case of foreclosure of this mortgage, in accordance with mortgage law, as amended, mortgagor does hereby appraise the mortgaged properties in the amount of SIXTEEN THOUSAND DOLLARS ($16,000.00).

EIGHTH:  Mortgagor hereby waives the requirement of law and agrees to be considered in default with no need for prior notification by mortgagee.  This mortgage is subject to the regulations of the Farmers Home Administration now in effect, and to future regulations not inconsistent with the provisions of this mortgage, as well as to the laws of the United States Congress authorizing and insuring the aforementioned loan.

NINTH: The amounts guaranteed by this mortgage are as follows:

One.  Whenever the note referred to in paragraph THIRD of this mortgage is held by mortgagee, or in the event mortgagee should transfer this mortgage without insuring the

note: SIXTEEN THOU_.AND DOLLARS ($16,000.00), the note _ principal, together with interest as stipulated at the annual rate of FIVE percent (5%).

Two.  Whenever the note is held by an insured lender:
(A) SIXTY FIVE THOUSAND DOLLARS ($65,000.00), to compensate mortgagee for advances to the insured lender because of mortgagor's failure to pay the installments as specified in the note, with interest as indicated in paragraph SIXTH, subparagraph three;

(B) TWENTY-FOUR THOUSAND DOLLARS ($24,000.00), to further compensate mortgagee against any losses suffered under its insurance for payment of the note;

Three. In any event and at any time:
(A) THREE THOUSAND TWO HUNDRED ($3,200.00) for interest upon default;
(B) THREE THOUSAND TWO HUNDRED ($3,200.00) for taxes, insurance, and other advances for

the preservation and protection of this mortgage, with interest at the rate stipulated in paragraph SIXTH, subparagraph three;

(C) ONE THOUSAND SIX HUNDRED DOLLARS ($1,600.00) for court costs, expenses, and attorneys' fees in case of foreclosure;

(D) ONE THOUSAND SIX HUNDRED DOLLARS ($1,600.00) for court costs and expenses incurred by mortgagee in proceedings to defend his interests against any other

person interfering with ‚ contesting the mortgagor's right of pos‚ ‚ssion of the property, as provided in paragraph SIXTH, subparagraph thirteen.

TENTH: That the note referred to in paragraph THIRD of this mortgage is described as follows:

Promissory note executed in case number SIXTY-THREE DASH EIGHTEEN DASH ZERO SEVEN THREE THREE ZERO ZERO THREE HUNDRED SIXTY-ONE (63-18-073300361) dated May, twenty of nineteen seventy-five, in the amount of SIXTEEN THOUSAND DOLLARS of principal, plus interest on the unpaid balance at the annual rate of thirteen five percent (5%).

Said principal and interest shall be due and payable in the next THIRTY-ONE installments on or after the following dates:

FOUR HUNDRED NINETY-FIVE DOLLARS and THIRTY-FOUR CENTS on January first of nineteen seventy-six and ONE THOUSAND FORTY-ONE DOLLARS on January first of every year subsequently thereafter until the principal and interests are satisfied totally except for the final payment of the entire debt represented herein, which will become due and payable THIRTY years from the date of this note.

Said note has been executed as evidence of a loan made by the Government to the Borrower, pursuant to the law of the US Congress known as "Consolidated Farmers Home Administration Act of 1961," or pursuant to the Housing Act of 1949, both as amended, and is subject to present Farmers Home Administration regulations, and to future regulations which are not inconsistent with these laws.

ELEVENTH: The property referred to in the FIRST paragraph herein is described as follows:

RURAL: Plot of land located in Barrio Naranjales, in the municipality of Las Marias, Puerto Rico, with an approximate area of FIFTY-ONE *CUERDAS*\*, equivalent to twenty hectares, four ares and fifty centiares. Its boundaries are: to the NORTH, with land belonging to Andres Massari, Nicanor Bayron and Francisco Marrero; to the SOUTH, with land belonging to Francisco Marrero and Miguel Esteves, and to the West, with land belonging to Miguel Esteves and Julio Vincenty.

According to measurements recorded in nineteenth entry and mentioned in twenty-ninth entry, the correct surface area is FIFTY-THREE *CUERDAS* and THREE HUNDREDTHS OF ONE *CUERDA*, equivalent to twenty hectares, eighty-four ares, twenty-eight centiares and fifty-eight miliares.

14

Inside this farm there ᵤᵤ a house made of wood with zinc roo₁, ᵤnd it has the following measurements: FORTY-FIVE FEET by EIGHTEEN feet. The kitchen and the bathroom are made of concrete. It is a one story construction and it is used as residence. The construction has columns. It is recorded on page ONE HUNDRED EIGHTY-ONE, twenty-nine entry.

The appearing parties acquired the above mentioned property through the means described in the Property Registry where indicated.

TWELFTH: That, appearing herein as one party only are Mr. Ramon S. Vicens Dejardino and his wife Mr. Isabel A. Torres, both of legal age, married as indicated, property owners and residents of San German, Puerto Rico

---

*Translator's note: A *cuerda* is equivalent to 0.971 acres, 3,930.39 meters squared, and 42,291 squared feet.

THIRTEENTH: Borrowers will personally occupy and use any structure that is constructed, improved, or purchased with the proceeds of the loan herein guaranteed, and shall not lease or use said structure for other purposes, unless the Government gives consent in writing. Violation of this clause, as well as violation of any other agreement or clause contained herein, will cause the debt to become due as if the whole term had elapsed, and the Government may declare the loan due and payable, and may proceed to foreclosure of the mortgage.

FOURTEENTH: The loan amount consigned herein will be used for debt refinancing and to make improvements of the facilities in the described farm.

FIFTEENTH: This mortgage extends expressly to any constructions or buildings currently existing on the aforementioned farm(s), and to any improvements, construction or building constructed on said property while this mortgage loan furnished to the order of the Government is in effect, as verified by the current mortgagors or their assignees or trustees.

SIXTEENTH: Mortgagors hereby waives jointly and severally for himself and on behalf of his heirs, trustees, successors, or representatives, in favor of mortgagee (Farmers Home Administration), any present or future Homestead right that he may have on the property

described in paragraph eleven, and in the buildings thereon, or which may be constructed in the future; this waiver being permitted in favor of the Farmers Home Administration by Law Number Thirteen (13) of May twenty-eight (28), nineteen sixty-nine (1969) (31 L.P.R.A. Sec. 1851).

## READING AND ACCEPTANCE

The appearing parties read this deed and accepted it in its entirety, finding it has been drawn up according to their wishes and instructions.

## WARNINGS

I, the Notary, have given the parties the pertinent legal warnings for these proceedings.

## EXECUTION

So they say and approve the parties this deed before me, they ratify it declaring that they are fully aware of its contents, and without the appearance of witnesses as they are not required by law nor the parties or the authorizing notary requested them. The parties sign in mi presence, the notary, placing their initials on each and every one of the pages thereof.

I, the Notary, BEAR WITNESS to everything contained in this public instrument, and that the Notary tax of Puerto Rico Notary Bar is duly cancelled, I, the Notary sign, stamp, endorse and seal this document in Mayaguez, Puerto Rico this twentieth day of May of nineteen seventy-five.

I CERTIFY and BEAR WITNESS.

Signed: MR. RAMON S. VICENS DEJARDINO AND MRS. ISABEL A. TORRES

SIGNED, STAMPED, SEALED, AND ENDORSED, WALTER VIVALDI OLIVIERI.

There are in the original deed the proper seals of income tax and Notarial tax of Puerto Rico Notary Bar. I BEAR WITNESS

This is a true and exact copy of the original, and by request of the executors, I issue it in Mayaguez, Puerto Rico the same day it was executed.

WALTER VIVALDI OLIVIERI

[Signature]

[Seals]

The mortgage furnished by this document is recorded on page 31, volume 97 of Las Marías, farm number 581, 30th entry. Ownership and encumbrance are only by this mortgage. Mayaguez on July 3, 1995.

[Signature]
Recorder
10/28/75
[SEAL]

# **CERTIFICATE**

I hereby certify that the attached Voluntary Mortgage is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

DATED this 24th day of April of 2007.

Nicole Harris
*Federal and State Certified Translator*

WITNESS my hand and official seal hereto affixed the
24th day of April of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/2010

18

Forma FHA-427-1 PR
10/61

NUMERO SESENTA Y TRES

----------HIPOTECA VOLUNTARIA----------

En Mayaguez, Puerto Rico a los VEINTE————días del mes de mayo————de mil novecientos———— setenta y cinco.————————————————

—————————————————ANTE MI—————————

WALTER VIVALDI OLIVIERI—————————————————

Abogado y Notario Público de esta Isla con residen--

cia y vecindad en Mayaguez,————— y oficina en esta

ciudad de Mayaguez, Puerto Rico.—————————————

—————————————————COMPARECEN—————————

Las personas nombradas en el párrafo DUODECIMO de---

esta hipoteca denominados de aquí en adelante el ---

"Deudor hipotecario" y cuyas circunstancias persona-

les aparecen de dicho párrafo.—————————————

Doy fe del conocimiento personal de los comparecien-

tes, asi como por sus dichos de su edad, estado ci--

vil, profesión y vecindad.—————————————————

Aseguran hallarse en el pleno goce de sus derechos--

civiles, la libre administración de sus bienes y te-

niendo a mi juicio la capacidad legal necesaria para-

este otorgamiento.—————————————————————

—————————————————EXPONEN—————————

PRIMERO: El deudor hipotecario es dueño de la finca

o fincas descritas en el párrafo UNDECIMO así como de

todos los derechos e intereses en las mismas, denomi

nada de aquí en adelante "los bienes".——————————

SEGUNDO: Que los bienes aquí hipotecados están afec

tos a los gravámenes que se especifican en el párra-

fo UNDECIMO.—————————————————————————

TERCERO: Que el deudor hipotecario viene obligado--

para con Estados Un    s de América, actuando por con

ducto de la Administración de Hogares de Agriculto--

res, denominado de aquí en adelante el "acreedor hi-

potecario", en relación con un préstamo o préstamos-

evidenciado por uno o más pagarés o convenio de sub-

rrogación, denominado en adelante "el pagaré", sean

uno o más.------------------------------ --  --------

CUARTO:  Se sobreentiende que:---------------------

(Uno)   El pagaré evidencia un préstamo o préstamos--

al deudor hipotecario por la suma de principal espe-

cificada en el mismo, concedido con el propósito y--

la intención de que el acreedor hipotecario puede --

ceder el pagaré en cualquier tiempo y asegurar su---

pago de conformidad con el Acta de mil novecientos--

sesenta y uno consolidando la Administración de Hoga

res de Agricultores o el Título Quinto de la Ley de-

Hogares de mil novecientos cuarenta y nueve, según--

ha sido enmendada.----------------------------------

(Dos)   Cuando el pago del pagaré es garantizado por

el acreedor hipotecario, puede ser cedido de tiempo-

en tiempo y cada tenedor de dicho pagaré a su vez---

erá el prestamista asegurado.----------------------

(Tres)   Cuando el pago del pagaré es asegurado por--

el acreedor hipotecario, el acreedor hipotecario ---

otorgará y entregará al prestamista asegurado conjun

tamente con el pagaré un endoso de seguro garantizan

do totalmente el pago de principal e intereses de---

dicho pagaré.---------------------------------------

(Cuatro)   En todo tiempo que el pago del pagaré esté

asegurado por el acreedor hipotecario, el acreedor--

-2-

rado, determinarán en el endoso de seguro la por--

ción del pago de intereses del pagaré que será de-

signada como "cargo anual".-------------------------

(Cinco) Una condición del aseguramiento de pago---

del pagaré será de que el tenedor cederá todos sus-

derechos y remedios contra el deudor hipotecario y-

cualquiera otro en relación con dicho préstamo asi--

como también a los beneficios de esta hipoteca y --

aceptará en su lugar los beneficios del seguro, y -

en caso de violación de cualquier convenio o estipu

lación aquí contenida o en el pagaré o en cualquier

convenio suplementario por parte del deudor hipote-

cario, a requerimiento del acreedor hipotecario en-

dosará el pagaré al acreedor hipotecario.----------

(Seis) Entre otras cosas, es el propósito e inten-

ción de esta hipoteca, que en todo tiempo cuando el

pagaré esté en poder del acreedor hipotecario, o en

el caso en que el acreedor hipotecario ceda esta hi-

poteca sin asegurar el pagaré, esta hipoteca garanti

zará el pago del pagare pero cuando el pagaré esté--

en poder de un prestamista asegurado, esta hipoteca-

no garantizará el pago del pagaré o formará parte de

la deuda evidenciada por el mismo, pero en cuanto al

pagaré y a dicha deuda, constituirá una hipoteca de-

indemnización para garantizar al acreedor hipotecario

contra cualquier pérdida bajo el endoso de seguro---

por causa de cualquier incumplimiento por parte del-

deudor hipotecario.----------------------------------

QUINTO: Que en consideración al préstamo y (a) en--

-8-

... o sea conservado por el ----
acreedor hipotecario o en el caso de que el acreedor
hipotecario ceda la presente hipoteca sin el seguro
del pago del pagaré y en garantía del importe del---
pagaré según se especifica en el subpárrafo (Uno) ---
del párrafo NOVENO con sus intereses al tipo estipu-
lado y para asegurar el pronto pago de dicho pagaré,
su renovación o extensión y cualquier convenio con--
tenido en el mismo, (b) en todo tiempo que el pagaré
sea poseído por el prestamista asegurado en garantía
de las sumas especificadas en el subpárrafo (Dos) ---
del párrafo NOVENO aquí consignado, para garantizar-
el cumplimiento del convenio del deudor hipotecario-
de indemnizar y conservar libre al acreedor hipoteca
rio contra pérdidasbajo el endoso de seguro por ----
razón de incumplimiento del deudor hipotecario, y --
(c) en cualquier caso y en todo tiempo en garantía--
de las sumas adicionales consignadas en el subpárra-
fo (Tres) del párrafo NOVENO de este instrumento y--
para asegurar el cumplimiento de todos y cada uno---
de los convenios y estipulaciones del deudor hipote-
cario aquí contenidos o en cualquier otro convenio--
suplementario, el deudor hipotecario por la presente
constituye hipoteca voluntaria a favor del acreedor-
hipotecario sobre los bienes descritos en el párrafo
UNDECIMO más adelante, así como sobre los derechos,
intereses, servidumbres, derechos hereditarios, ad-
hesiones pertenecientes a los mismos, toda renta,--
réditos, beneficios de los mismos, y todo producto
e ingreso de los mismos, toda mejora o propiedad ---




--4--

personal en el pr[...]nte o que en el futuro se adhie
ra o que sean razonablemente necesarias para el uso
de los mismos, sobre las aguas, los derechos de agua
o acciones en los mismos, pertenecientes a las fin-
cas o a todo pago que en cualquier tiempo se adeude
al deudor hipotecario por virtud de la venta, arren-
damiento, transferencia, enajenación o expropiación
total o parcial de o por daños a cualquier parte de
las mismas o a los intereses sobre ellas, siendo en
tendido que este gravámen quedará en toda su fuerza
y vigor hasta que las cantidades especificadas en---
el párrafo NOVENO con sus intereses antes y después
del vencimiento hasta que los mismos hayan sido pa-
gados en su totalidad.  En caso de ejecución, los--
bienes responderán del pago del principal, los inte-
reses antes y después de vencimiento, hasta su total
solvento, pérdida sufrida por el acreedor hipoteca--
rio como asegurador del pagaré, contribuciones, pri
ma de seguro o cualquier otro desembolso o adelanto
por el acreedor hipotecario por cuenta del deudor --
hipotecario con sus intereses hasta que sean pagados
al acreedor hipotecario, costas, gastos y honorarios
de abogado del acreedor hipotecario, toda extensión-
o renovación de dichas obligaciones con intereses---
sobre todas y todo otro cargo o suma adicional espe-
cificada en el párrafo NOVENO de este documento.----
SEXTO:  El deudor hipotecario expresamente conviene-
lo siguiente:------------------------------------------
(Uno)  Pagar al acreedor hipotecario prontamente a -
su vencimiento cualquier deuda aquí garantizada e --

—5—

perdida al acreedor hipotecario bajo el seguro del pago del pagaré por-- incumplimiento del deudor hipotecario.  En todo tiem po cuando el pagaré sea poseído por el prestamista-- asegurado, el deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor hipoteca- rio como agente cobrador del tenedor del mismo.-----

(Dos)  A pagar al acreedor hipotecario una cuota ini cial por inspección y tasación y cualquier cargo por delincuencia requerido en el presente o en el futuro por los reglamentos de la Administración de Hogares- de Agricultores.------------------------------------

(Tres)  En todo tiempo cuando el pagaré sea poseído por un prestamista asegurado, cualquier suma adeuda- da y no pagada bajo los términos del pagaré, menos-- la cantidad o carga anual, podrá ser pagada por el-- acreedor hipotecario al tenedor del pagaré bajo los términos provistos en el pagaré y en el endoso de -- seguro referido en el párrafo CUARTO anterior por -- cuenta del deudor hipotecario.----------------------

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea este poseído por el acreedor hipote- cario o por el prestamista asegurado, podrá ser --- acreditada por el acreedor hipotecario al pagaré y-- en su consecuencia constituirá un adelanto por el -- acreedor hipotecario por cuenta del deudor hipoteca- rio.------------------------------------------------

Cualquier adelanto por el acreedor hipotecario tal-- como se describe en este subpárrafo devengará intere ses a razón del CINCO------por ciento (--5 %)anual

-6-

a partir de la fecha en que venció el pago hasta la fecha en que el deudor hipotecario lo satisfaga.----

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier o todo adelanto hecho por el acreedor hipotecario para prima de seguro, reparaciones, gravámenes u otra reclamación en protección de los bienes hipotecados o para contribuciones o --impuestos u otro gasto similar por razón de haber el deudor hipotecario dejado de pagar por los mismos,--devengará intereses a razón del tipo estipulado en--el subpárrafo anterior desde la fecha de dichos adelantos hasta que los mismos sean satisfechos por el-deudor hipotecario.--------------------------------

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipoteca con sus intereses --vencerá inmediatamente y será pagadero por el deudor hipotecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio designado en el pagaré y será garantizado por la presente hipoteca.---Ningún adelanto hecho por el acreedor hipotecario no relevará al deudor hipotecario de su violación del--convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos,--todo pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier otra deuda del-deudor hipotecario aquí garantizada en el orden que-el acreedor hipotecario determinare.--------------

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para los propósitos autorizados

—7—

por el acreedor hipotecario.------------------------

(Siete) A pagar a su vencimiento las contribuciones impuestos especiales, gravámenes y cargas que graven los bienes o los derechos o intereses del deudor hipotecario bajo los términos de esta hipoteca.------

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requiera el acreedor hipotecario sobre los edificios y las mejoras existentes en los bienes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y otros riesgos serán en la forma y por las cantidades, términos y condiciones que aprobare el acreedor hipotecario.--------

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las reparaciones necesarias para la conservación de los bienes; no cometerá ni permitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca, ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros minerales sin el consentimiento del acreedor hipotecario y prontamente llevará a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en tiempo pueda prescribir.-------

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se identifica en los reglamentos de la Administración de Hogares de Agriculto

—8—

dichos procedimiento  serán cargados a la deuda del deudor hipotecario y se considerarán garantizados-- por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria para adelantos, gastos y otros- pagos.------------------------------------------------

(Catorce)  Si el deudor hipotecario en cualquier --- tiempo mientras estuviere vigente esta hipoteca, --- abandonare los bienes o voluntariamente se los entre gase al acreedor hipotecario, el acreedor hipoteca-- rio es por la presente autorizado y con poderes para tomar posesión de los bienes, arrendarlos y adminis- trar los bienes y cobrar sus rentas, beneficios e--- ingresos de los mismos y aplicarlos en primer térmi- no a los gastos de cobro y administración y en segun do término al pago de la deuda evidenciada por el--- pagaré o cualquier otra deuda del deudor hipotecario aquí garantizada, en el orden y manera que el ---- acreedor hipotecario determinare.-------------------

(Quince)  En cualquier tiempo que el acreedor hipote cario determinare que el deudor hipotecario puede -- obtener un préstamo de una asociación de crédito --- para producción, de un Banco Federal u otra fuente-- responsable, cooperativa o privada, a un tipo de in- terés y términos razonables para préstamos por tiem- po y propósitos similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará-- y aceptará dicho préstamo en cantidad suficiente --- para satisfacer el pagaré y cualquier otra deuda --- aquí garantizada y pagar por las acciones necesarias en la agencia cooperativa en relación con dicho ----

-10-

preceptuado sobre la contragge, antes de solicitar la protección de la ley.------------------------------

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario todos los gastos necesarios para el fiel cumplimiento de los convenios y--- acuerdos de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, incluyendo los--- gastos de mensura, evidencia de título, costas, inscripción y honorarios de abogado.------------------

(Dieciocho) Sin afectar en forma alguna los dere--- chos del acreedor hipotecario para requerir y hacer-- cumplir en cualquier fecha posterior los convenios,- acuerdos u obligaciones aquí contenidas o similares- u otros convenios y sin afectar la responsabilidad-- de cualquier persona para el pago del pagaré o cual- quier otra deuda aquí garantizada y sin afectar el-- gravámen impuesto sobre los bienes o la prioridad -- del gravámen, el acreedor hipotecario es por la pre- sente autorizado y con poder en cualquier tiempo --- (Uno) renunciar el cumplimiento de cualquier conve-- nio u obligación aquí contenida o en el pagaré o en- cualquier convenio suplementario; (Dos) negociar con el deudor hipotecario o conceder al deudor hipoteca- rio cualquier indulgencia o tolerancia o extensión-- de tiempo para el pago del pagaré (con el consenti-- miento del tenedor de dicho pagaré cuando esté en -- manos de un prestamista asegurado) o para el pago--- de cualquier deuda a favor del acreedor hipotecario, y aquí garantizada; o (Tres) otorgar y entregar can- celaciones parciales de cualquier parte de los bie--

-12-

(Veintidos) El deu : hipotecario por la presente--
cede al acreedor hipotecario el importe de cualquier
sentencia obtenido por expropiación forzosa para uso
público de los bienes o parte de ellos así como tam-
bién el importe de la sentencia por daños causados--
a los bienes. El acreedor hipotecario aplicará el--
importe que reciba al pago de los gastos en que in-
currirere en su cobro y el balance al pago del pagaré
y cualquier deuda al acreedor hipotecario garantiza-
da por esta hipoteca, y si hubiere algún sobrante,--
se reembolsará al deudor hipotecario.--------------

SEPTIMO: Para que sirva de tipo a la primera subas-
ta que deberá celebrarse en caso de ejecución de esta
hipoteca, de conformidad con la ley hipotecaria, se-
gún enmendada, el deudor hipotecario por la presente
tasa los bienes hipotecados en la suma de------------
**DIECISEIS MIL DOLARES**-----------------------------
----------------------------------------------------
----------------------------------------------------



OCTAVO: El deudor hipotecario por la presente renun
cia al trámite de requerimiento y se considerará en
mora sin necesidad de notificación alguna por parte-
del acreedor hipotecario. Esta hipoteca está sujeta
a los reglamentos de la Administración de Hogares de
Agricultores ahora en vigor y a futuros reglamentos,
no inconsistentes con los términos de esta hipoteca,
así como también sujeta a las leyes del Congreso de-
Estados Unidos de América que autorizan la asigna---
ción y aseguramiento del préstamo antes mencionado.--

NOVENO: Las cantidades garantizadas por esta hipote
ca son las siguientes:-------------------------------

-14-

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor hipotecario cediere esta hipoteca sin asegurar el pagaré: **DIECISEIS MIL**-------------------------------------------------------------------------------------------------------------------------DOLARES ($16,000.00)-- el principal de dicho pagaré, con sus intereses según estipulados a razón del **CINCO**------por ciento-(----5 %) anual;-----------------------------------------------

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:----------------------------

(A) **DIECISEIS MIL**----------------------------------------------------------------------------------------DOLARES ($16,000.00)-- para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado por motivo del incumplimiento del deudor hipotecario de pagar los plazos -- según se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO, Tercero;-----

(B) VEINTICUATRO MIL---------------------------------------------------------------------------DOLARES ($24,000.00)-- para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda sufrir bajo su seguro de pago del pagaré;------------------------------------

Tres. En cualquier caso y en todo tiempo:-----------

(A) **TRES MIL DOSCIENTOS**--------------------------------------------------------------------DOLARES ($3,200.00)-- para intereses después de mora;---------------------

(B) **TRES MIL DOSCIENTOS**--------------------------------------------------------------------DOLARES ($3,200.00)-- para contribuciones, seguro y otros adelantos para--

—15—

conservación y —ección de esta hipoteca, con--

intereses al tipo estipulado en el párrafo SEXTO, --

Tercero;--------------------------------------------------

(C) **MIL SEISCIENTOS**------------------------------------

----------------------------------------DOLARES ($ **1,600.00**) --

para costas, gastos y honorarios de abogado en caso-

de ejecución;-------------------------------- ------------

(D) **MIL SEISCIENTOS**------------------------------------

+---------------------------------------DOLARES ($ **1,600.00**) --

para costas y gastos que incurriere el acreedor hipo

tecario en procedimientos para defender sus intereses

contra cualquier persona que intervenga o impugne el

derecho de posesión del deudor hipotecario a los bie

nes según se consigna en el párrafo SEXTO, Trece.---

DECIMO: Que el (los) pagaré(s) a que se hace refe--

rencia en el párrafo TERCERO de esta hipoteca es(son)

descrito(s) como sigue:-----------------------------------

-**Pagaré** otorgado en el caso número **SESENTA Y TRES**
**RAYA DIECIOCHO RAYA**

de fecha **VEINTE**--------

---------------------- de    mayo    de mil novecientos----

setenta y cinco y por la suma principal de **DIECI**---

**SEIS MIL DOLARES** (**$16,000.00**) más intereses sobre el

balance principal adeudado, a razón del **CINCO POR**--

**CIENTO** anual.----------------------------------------------

-Dicho principal e intereses serán pagaderos en los

siguientes **TREINTA Y UN** plazos en o antes de las--

siguientes fechas: **CUATROCIENTOS NOVENTA Y CINCO DOL**

**RES CON TREINTICUATRO CENTAVOS** en enero primero de--

mil novecientos setenta y seis y **MIL CUARENTA Y UN**

**DOLARES** subsiguientemente al primero de enero de-

cada año hasta tanto el principal y sus intereses-

sean totalmente satisfechos excepto el pago final-

de la deuda aquí representada vencerá y será pagade

ro a los **TREINTA** años de la fecha de este pagaré.-

Agriculture — JayCe. Printing

-16-

-17-

-Dicho pagaré ha sido otorgado como evidencia de—
un préstamo por el Gobierno al prestatario, de—
conformidad con la ley del Congreso de los——
Estados Unidos de América denominada "Consolida-
ted Farmers Home Administration Act of 1961" o d
conformidad con la "Ley de Hogares de 1949" segú
han sido enmendadas y está sujeto a los presente
reglamentos de la Administración de Hogares de—
Agricultores y a los futuros reglamentos no——
inconsistentes con dicha ley.————————————
-UNDECIMO:-Que la descripción de la finca sobre—
la cual se constituye la presente hipoteca, es—
como sigue:————————————————————
-RUSTICA: Situada en el barrio Naranjales del——
término municipal de Las Marías, Puerto Rico,——
compuesta de cincuenta y una cuerda mas o menos,
equivalentes a veinte hectáreas, cuatro áreas y—
cincuenta centiáreas, en lindes al NORTE, con——
terrenos de Andrés Massari, los de Nicanos Bayror
y los de Francisco Marrero; SUR, con terrenos del
citado Francisco Marrero y los de Miguel Esteves
y al OESTE, con terrenos de Miguel Esteves y los
de Julio Vincenty.————————————————
-Según mensura señalada en inscripción Décimonove
na y mencionada en inscripción Vigésimonovena, l
cabida correcta es de CINCUENTA Y TRES CUERDAS CO
TRES CENTIMOS DE OTRA CUERDA equivalentes a ——
veinte hectáreas, Ochenta y Cuatro áreas Veinti-
ocho centiáreas y Cincuenta y Ocho miliáreas.—
-Dentro de esta finca está enclavada una casa de
madera techada de zinc, con las siguientes dimen-
siones: CUARENTA Y CINCO PIES por DIECIOCHO pies.
La cocina y el baño son de hormigón armado. ——
Consta de una sola planta y está destinada a——
vivienda. Está levantada en columnas. Inscrita
al folio CIENTO NOVENTA vuelto, tomo OCHENTA Y—
SEIS, finca QUINIENTOS OCHENTA Y UNO, inscripción
VEINTINUEVE.————————————————————
-Adquirieron los comparecientes por los conceptos
que aparecen del Registro De La Propiedad alli——

-18-

DECIMOTERCERO: Los prestatarios ocuparán persona-
mente y usarán cualquier estructura que haya sid-
construida, mejorada o comprada con el importe-
del préstamo aquí garantizado y no arrendarán o-
usarán para otros fines dichas estructuras a-----
menos que el Gobe, digo, Gobierno lo consienta---
por escrito.----------------------------------------
-La violación de esta cláusula así como la viola-
ción de cualquiera otra cláusula aquí contenida,-
ocasionará el vencimiento de la obligación como---
si todo el término hubiese transcurrido y en-----
aptitud, el Gobierno declarará vencido y pagader-
el préstamo y procederá a la ejecución de la-----
hipoteca.--------------------------------------------
-DECIMOCUARTO: El importe del préstamo aquí-------
consignado se usará para fines de refinanciamien-
to de deudas y para hacerle mejoras a la casa qu-
está enclavada en la propiedad antes descrita.---
-DECIMOQUINTO: Esta hipoteca se extiende expresa-
mente a toda construcción o edificación existent-
en la finca hipotecada y a toda mejora, construc-
ción o edificación que se construya durante la---
vigencia del préstamo hipotecario constituido a--
favor del Gobierno, verificada por los actuales--
dueños deudores o por sus cesionarios o causa-----
habientes.-------------------------------------------
-DECIMOSEXTO: Los deudores hipotecarios por la---
presente renuncia mancomunada y solidariamente---
por sí y a nombre de sus herederos, causahabien--
tes sucesores o representantes, a favor del------
Acreedor Hipotecario (Administración de Hogares--
de Agricultores), cualquier derecho a Hogar------
Seguro (Homestead) que en el presente o en el----
futuro pudieran tener en la propiedad descrita e-
el párrafo UNDECIMO y en los edificios allí-----



-19-

——————————LECTURA Y ACEPTACION—————————
—Leyeron los comparecientes la presente escritura
y aceptan la misma en la forma en que ha sido———
redactada por ser y hallar la conforme a lo conve-
nido entre ellos.—————————————————————
————————————ADVERTENCIAS————————————
—Yo, el Notario, en cumplimiento de los, digo, lo
dispuesto en la ley, les hice las advertencias———
legales pertinentes a este otorgamiento.—————————
————————————OTORGAMIENTO————————————
—Tal es la escritura que ante mí formalizan los—
comparecientes, la que aceptan en su integridad y
en la misma se ratifican manifestando quedar bien
enterados de su contenido, no interviniendo—————
testigos por no requerirlos la Ley ni haberlos———
solicitado las partes o el Notario Aurotizante;—
y firman conmigo, el Notario, estampando sus———
iniciales en todos los folios de la presente————
escritura.——————————————————————————
—Y DE TODO LO CONTENIDO EN este instrumento————



público y de quedar adherido y cancelado el sello
del Impuesto Notarial del Colegio de Abogados de
Puerto Rico, yo, el Notario que firmo, signo,————
rúbrico y sello la presente en Mayaguez, Puerto——
Rico, hoy VEINTE—————————de mayo—————————
de mil novecientos setenta y cinco.———————————
CERTIFICO Y DOY FE.————————————————————
FIRMADO: DON RAMON S. VICENS DEJARDINO Y DOÑA ISA-
BEL A. TORRES.—————————————————————————
—FIRMADO, SIGNADO, RUBRICADO Y SELLADO:Licenciado-
WALTER VIVALDI OLIVIERI.—————————————————
—Constan en el original adheridos los correspon———
dientes sellos de Rentas Internas y el del Impuesto
Notarial del Colegio de Abogados de Puerto Rico.———
DOY FE.——————————————————————————————
—Es copia fiel de su matriz y a petición de los———
otorgantes, la expido en Mayaguez, Puerto Rico, en-
el mismo día de su otorgamiento.—————————————



Inscrita la hipoteca que comprende este documento al folio 31 del tomo 97 de Las Marías finca número 581 inscripción 30ª. Dominio y gravada sólo con esta hipoteca. Mayagüez a 3 de julio de 1975.
Sin Derechos:

_Registrador_

Manuel Bello
10-28-75

On this date and by request of
FARMERS HOME ADMINIST.  .ION
I issued a certified copy. I BEAR
WITNESS ONCE AGAIN.
RAMON RAFAEL LUGO
BEAUCHAMP
Public Notary



EXHIBIT

3

## NUMBER ONE HUNDRED FORTY-SIX (146)

### DEED OF REAMORTIZATION OF MORTGAGE LOAN AND MORTGAGE MODIFICATION

In the city of Lares, Puerto Rico, on September three (3), nineteen eighty-five (1985).

### IN MY PRESENCE

RAMON RAFAEL LUGO BEAUCHAMP, Attorney and Notary Public in this Island, with residence and offices in Lares, Puerto Rico.

### THERE NOW APPEAR

AS ONE PARTY: AS MORTGAGOR: Mr. PEDRO ORTIZ CORDERO, of legal age, single, property owner and resident of Mayaguez, Puerto Rico.

AS THE SECOND PARTY: AS MORTGAGEE: UNITED STATES OF AMERICA, acting through the Farmers Home Administration, in accordance with the dispositions of the Congress law known as "Consolidated Farmers Home Administration Act of 1961", with headquarters in Washington, District of Columbia, United States of America, represented herein by MR. ARNALDO TORRES-QUIÑONES, of legal age, married, employed and a resident of Morovis, Puerto Rico, in his capacity of County Supervisor of the Lares Office of the Farmers Home Administration whose credentials are duly recorded in the Property Registry.

I BEAR WITNESS to my personal acquaintance of the appearing parties and to their statements regarding their age, occupation, residence and other personal information.

In my judgment they have the necessary legal capacity to execute this deed and being in

full capacity of their civil rights and without otherwise to my knowledge, thus, freely and voluntarily

### THEY DECLARE

FIRST: That the appearing first party is the sole owner and has full ownership of the following property:

RURAL:  Plot of land located in Barrio Naranjales in the Municipality of LAS MARIAS, Puerto Rico, with an approximate area of FIFTY-ONE *CUERDAS*\* equivalent to twenty hectares, four ares and fifty centiares. Its boundaries are: to the NORTH, with land belonging to Andres Massari, Nicanor Bayron and Francisco Marrero; to the SOUTH, with land belonging to Francisco Marrero and Miguel Esteves; to the EAST, with land of Nicanor Bayron and Francisco Marrero, and to the West, with land belonging to Miguel Esteves and Julio Vincenty.

According to measurements recorded in the nineteenth entry, the correct surface area is FIFTY-THREE *CUERDAS* and THREE HUNDREDTHS OF ONE *CUERDA*, equivalent to twenty hectares, eighty-four ares, twenty-eight centiares and fifty-eight miliares.
It has a one-story house made of concrete that measures forty-five feet by eighteen on the foundation.
It also has attached a storage shed, a guest house, one casita made of wood and zinc and one water aqueduct with motor and electric installation.

Recorded on page thirty-one (31), volume ninety-seven (97) of Las Marías, farm number five hundred eighty-one (581).

### TITLE AND ENCUMBRANCES

SECOND: The mortgagor acquired the abovementioned farm by virtue of Deed of Sale and Mortgage Assumption number one hundred ten (110), executed in this

2

Notary on May nineteen (19), nineteen eighty-four through purchase from Nelson Cuebas Torres and his wife Socorro Medina Rivera.

It is encumbered by the following mortgages which are furnished by this document:

(1) A MORTGAGE to the order of the United States of America, acting by and through the Farmers Home Administration in the amount of SIXTEEN THOUSAND DOLLARS ($16,000.00) with interests at the annual rate of five (5) percent, furnished by Deed of Voluntary Mortgage number sixty-nine (69), executed on may twenty (20) of nineteen seventy-five before Walter Vivaldi Olivieri, in Mayaguez, Puerto Rico, and it is due an payable in thirty (30) years from the date of the deed and the promissory note.

(2) MORTGAGE to the order of the United States of America acting by and through the Farmers Home Administration in the amount of FORTY THOUSAND DOLLARS ($40,000.00) of principal with interests at the annual rate of twelve and one quarter (12 ¼ %) percent, executed on April fifteen of nineteen eighty-one (1981) by virtue of the deed number one hundred sixty-two (162) executed in this Notary office, and it is due in forty (40) years from the date the deed and the promissory note were executed.

THIRD: The mortgagor state that, in order to reamortize the mortgage debts described above in the amounts of SIXTEEN THOUSAND DOLLARS ($16,000.00) and FORTY THOUSAND DOLLARS ($40,000.00) of principal, they requested and obtained the approval of the mortgagee, the United States of America, acting through the Farmers

3

Home Administration, in accordance with the regulations of the Congress Law titled "Consolidated Farmers Home Administration Act of 1961" and regulations approved therein, to reamortize the mortgage debt.

FOURTH: The mortgagor states that he is personally aware of each and every one of the obligations, clauses and stipulations contained or mentioned in the aforementioned mortgage deed, and he hereby clearly, solemnly and absolutely agrees to comply with each and every one of said obligations, clauses and stipulations as required by the Farmers Home Administration (FMHA).

## RE-AMORTIZATION AND MODIFICATION OF PAYMENT OF PROMISSORY NOTE AND MORTGAGE

FIFTH: The appearing second party, in the capacity he bears, states that because the mortgagor has qualified to receive the benefits of the Congress Law "Consolidated Farmers Home Administration Act of 1961", as amended, he has agreed to reamortize and modify the form of payment of the installments established in the promissory note and in the mortgage as follows:

One: The mortgage in the amount of SIXTEEN THOUSAND DOLLARS ($16,000.00), as follows:

On September three (3), nineteen eighty-five (1985) it had an unpaid balance of SIX THOUSAND ONE HUNDRED EIGHTY FOUR DOLLARS AND THIRTY-NINE CENTS ($6,184.39)

with interests at the annual rate of FIVE (5) percent, which shall accrue interests at the annual rate of five (5%) percent and shall be paid as follows:

FOUR HUNDRED NINETY-SEVEN DOLLARS on or before January first of nineteen eighty-six (1986) and FOUR HUNDRED NINETY-SEVEN DOLLARS on or before every January first subsequently thereafter, except for the final installment of the total debt herein evidenced, which shall be made on or before January first of two thousand five (2005).

Two: The mortgage number two in the amount of FORTY THOUSAND DOLLARS ($40,000.00) of principal, as follows:
The amount of this promissory note and the mortgage securing it, had an unpaid balance as of September three, nineteen eighty-five of:
FIFTY THREE THOUSAND NINE HUNDRED EIGHTY-EIGHT DOLLARS and EIGHTY-EIGHT CENTS( $53,988.88) with interests at the annual rate of twelve and one quarter (12.25) percent, which shall accrue interests at the annual rate of FIVE and ONE QUARTER (5.25) and paid as follows:
NINE HUNDRED TWENTY-FIVE DOLLARS ($925.00) on or before January first of nineteen eighty-six (1986) and THREE THOUSAND FOUR HUNDRED THREE ($3,403.00) on or before every January first subsequently thereafter, except for the final installment of the total debt herein evidenced, which shall be paid on or before January first of the year two thousand twenty-one (2021).

SIXTH: The appearing party, MR. ARNALDO TORRES QUIÑONES, in the capacity he bears, gives me, the Notary, the promissory note secured by the mortgage,

and he assures me that it has not been negotiated or encumbered in any way by the current holder and owner, United States of America, and once it has been identified by me, the Notary, and I have ascertained that it is the same promissory note, I proceed to place the following note on the back of it:

On the promissory note of SIXTEEN THOUSAND DOLLARS ($16,000.00) of principal: "The amount of this promissory note and the mortgage securing it was re-amortized on September 3, 1985 and had an unpaid balance of: 6,84.39, with interests at the annual rate of 5%, which shall accrue interests at the annual rate of 5% and shall be paid as follows:
$49.00 on or before January first 1986 and $497.00 on or before every January first subsequently thereafter, except for the final installment of the debt herein evidenced, which shall be made on or before January 2005, pursuant to deed number one hundred forty-six (146) executed on September 3, 1985 before the Notary Ramon Rafael Lugo Beauchamp. I

5

BEAR WITNESS.
In Lares, Puerto Rico on September 3, 1985
SIGNED, SEALED, STAMPED and ENDORSED: RAMON RAFAEL LUGO
BEAUCHAMP, Public Notary."

On the promissory note of FORTY THOUSAND DOLLARS ($40,000.00) of principal:
"The amount of this promissory note and the mortgage securing it, had an unpaid balance
as of September three, nineteen eighty-five of:
FIFTY THREE THOUSAND NINE HUNDRED EIGHTY-EIGHT DOLLARS and
EIGHTY-EIGHT CENTS( $53,988.88) with interests at the annual rate of twelve and one
quarter (12.25) percent, which shall accrue interests at the annual rate of FIVE and ONE
QUARTER (5.25) and paid as follows:
NINE HUNDRED TWENTY-FIVE DOLLARS ($925.00) on or before January first of
nineteen eighty-six (1986) and THREE THOUSAND FOUR HUNDRED THREE
($3,403.00) on or before every January first subsequently thereafter, except for the final
installment of the total debt herein evidenced, which shall be paid on or before January first
of the year two thousand twenty-one (2021), pursuant to deed

Number one hundred forty-six (146), executed on September 3, 1985 before the Notary
Ramon Rafael Lugo Beauchamp. I BEAR WITNESS.
In Lares, Puerto Rico on September 3, 1985.
SIGNED, SEALED, STAMPED and ENDORSED: RAMON RAFAEL LUGO
BEAUCHAMP, Public Notary."

Once the above mentioned note is placed and signed, I return the document to the
appearing party in the capacity he bears.

The appearing parties request that this document is recorded in the Property Registry for
all the legal effects pertaining to this proceeding.

## ACCEPTANCE AND WARNINGS

The appearing parties accept this deed in its entirety, as it conforms to their agreement.
I, the Notary, state that I have given the parties the pertinent legal warnings and
reservations for this deed.

## EXECUTION

The parties state and execute this deed before me, after they waived the right to have

witnesses, of which ri⌄   I informed them they had.

<div align="center">READING</div>

After this document was read out loud to the parties and was read personally by them also, they ratify the agreement and place their initials on every page of this deed, signing the deed in this proceeding doing it in my presence, the Notary, who BEAR WITNESS to everything else I state, refer to or mention in this deed.

# **CERTIFICATE**

I hereby certify that the attached Reamortization of Mortgage Loan and Mortgage Modification is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

DATED this 24th day of April of 2007.

<div align="center">Nicole Harris
<em>Federal and State Certified Translator</em></div>

WITNESS my hand and official seal hereto affixed this
24th day of April of 2007.

<div align="center">Signature</div>

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/2010

<div align="center">7</div>

En su ___ o y a petición de
FARMERS HOME

ADMINISTRATION

expedí copia certificada. —

REPITO LA FE. — — —

RAMON RAF- ___
     BEAUCH___
     Notario P. ___

ESCRITURA ― CIENTO CUARENTA Y SEIS----

----------------------(146)----------------------

------------REAMORTIZACION DE PRESTAMOS-----------

--HIPOTECARIOS Y MODIFICACIONES DE HIPOTECAS--------

---En el pueblo de Lares, Puerto Rico a los tres (3)

días del mes de SEPTIEMBRE de mil novecientos ochen-

ta y cinco (1985).------------------------------------

-----------------------ANTE MI----------------------

---RAMON RAFAEL LUGO BEAUCHAMP, Abogado-Notario Pú-

blico con residencia, vecindad y oficina abierta en

el pueblo de Lares, Puerto Rico.---------------------

-----------------------COMPARECEN-------------------

---DE UNA PRIMERA PARTE:- COMO DEUDOR HIPOTECARIO:--

---DON PEDRO ORTIZ CORDERO, mayor de edad, soltero,-

propietario y vecino de Mayaguez, Puerto Rico.------

---DE UNA SEGUNDA PARTE:- COMO ACREEDOR HIPOTECARIO:

---ESTADOS UNIDOS DE AMERICA, actuando por conducto-

y a través del Administrador de la Administración de

Hogares de Agricultores a tenor con las disposicione

de la Ley del Congreso denominada "Consolidated Far-

mers Home Administration Act of 1961" con oficinas--

principales en Washington, Distrito de Columbia, Es-

tados Unidos de América, representado en este acto-

por DON ARNALDO TORRES-QUIÑONES, mayor de edad, ca-

sado, empleado y vecino de Morovis, Puerto Rico, en-

su carácter de Supervisor Local de la Administración

de Hogares de Agricultores, Oficina de Lares, Puerto-

Rico cuyo carácter consta debidamente acreditado en-

el Registro de la Propiedad.------------------------

----------------------------DOY FE------------------

---Del conocimiento personal de los comparecientes y-

por sus dichos de su edad, ocupsción, vecindad y de--

más circunstancias personales.----------------------

---TIENEN a mi juicio los comparecientes la capacidad

legal necesaria al presente otorgamiento y ha-
llándose en el pleno goce de sus derechos civiles y
sin que me conste nada en contrario,libre y espon-
taneamente:----------------------------------------
---------------------EXPONEN--------------------
---PRIMERO:- Manifiesta el compareciente de la pri-
mera parte que es dueño exclusivo y en pleno domini
de la siguiente propiedad:-------------------------
---"RUSTICA:- Situada en el Barrio NARANJALES del-
término municipal de Las Marías, Puerto Rico com-
puesta de:-----------------------------------------
---CINCUENTA Y UNA CUERDAS más ó menos de terreno-
equivalentes a veinte hectáreas, cuatro áreas, y--
cincuenta centíareas, en lindes por el:-----------
---NORTE:- con terrenos de Andres Massari, los de--
Nicanor Bayrón y los de Francisco Marrero, al-----
---SUR:- con terrenos de Francisco Marrero y los de
Miguel Esteves; al---------------------------------
---ESTE:- con terrenos de Nicanor Bayrón y los de--
Francisco Marrero y al-----------------------------
---OESTE:- con terrenos de Miguel Esteves y Julio-
Vicenty."------------------------------------------
---Según la inscripción décima-novena dice que la-
finca fué mensurada y resultó con una cabida de Cin
cuenta y Tres Cuerdas con Tres Céntesimas de otra,-
equivalentes a veinte hectáreas, ochenta y cuatro--
áreas, veintiocho centíareas.----------------------
---Enclava una casa de una sola planta destinada a-
vivienda de cemento que mide cuarenta y cinco pies,
por dieciocho pies, en columnas.-------------------
---Enclava además una casa almacén de concreto, dos
casas de arrimados, una casilla de madera y zinc, y
un acueducto de agua con motor e instalación de luz
---Inscrita al folio treinta y uno (31) del tomo---
noventa y siete (97) de Las Marías, finca número---
quinientos ochenta y uno (581).--------------------
-------------------TITULO Y CARGAS--------------
---SEGUNDO:- Adquirió el compareciente de la prime-
ra parte la antes descrita propiedad a virtud de la
escritura número Ciento Diez (110) de Compraventa--
con Reconocimiento de Hipotecas, otorgada en esta--

(21) de mayo de mil---
novecientos ochenta y cuatro, por compra a don Nels
Cuebas Torres y su esposa Socorro Medina Rivera.----
---Se halla afecta a las siguientes hipotecas las-que
que son objeto de este documento:------------------
---(1) HIPOTECA a favor de Estados Unidos de América
actuando por conducto y a través de la Administració
de Hogares de Agricultores por la suma principal de-
DIECISEIS MIL DOLARES ($16,000.00) con intereses a-
razón de Cinco (5) por ciento anual, otorgada a vir-
tud de la escritura número Sesenta y Tres (63) de---
Hipoteca Voluntaria de fecha veinte (20) de mayo de-
mil novecientos setenta y cinco, ante el Licenciado-
Walter Vivaldi Olivieri, en Mayaguez, Puerto Rico.--
con vencimiento a los treinta (30) años de la fecha-
de la escritura y del pagaré.----------------------
---(2) Hipoteca a favor de Estados Unidos de América
actuando por conducto y a través de la Administració
de Hogares de Agricultores, por la suma principal de
CUARENTA MIL DOLARES ($40,000.00) con intereses a---
razón de DOCE Y CUARTO (12.25) por ciento anual,----
otorgada el día quince de abril de mil novecientos--
ochenta y uno (1981) a virtud de la escritura número
Ciento Sesenta y Dos (162) otorgada en esta Notaría,
con vencimiento a los cuarenta (40) años del otorga-
miento de la escritura y el pagaré.-----------------
---TERCERO:- Sigue manifestando el DEUDOR HIPOTECARIO
que con el fin de reamortizar las indicadas hipotecas
por las antes indicadas sumas de DIECISEIS MIL DOLARE
($16,000.00) y CUARENTA MIL DOLARES ($40,000.00) de-
principal, antes reseñadas, solicitó y obtuvo el con-
sentimiento del acreedor hipotecario, ESTADOS UNIDOS
de América, actuano por conducto y a través del Ad--
ministrador de la Administración de Hogares de Agri-

tulada "Consolida    d Farmers Home Administration Ac
of  1961" y el reglamento aprobado al efecto para--
reamortizar deudas hipotecarias.--------------------

---CUARTO:- Manifiesta el deudor hipotecario el com
pareciente de la primera parte que son de su propio
y personal conocimiento todas y cada una de las obl
gaciones, cláusulas y estipulaciones contenidas ó--
mencionadas en las escrituras de hipotecas antes me
cionadas, y en este acto y en forma clara, solemne
y terminante se obliga a cumplir todas y cada una d
dichas obligaciones, cláusulas y estipulaciones re-
queridas por la Administración de Hogares de Agri--
cultores (FmHa).------------------------------------

------REAMORTIZACION Y MODIFICACIONES DE PAGO------
-------------------DE LOS PAGARES E HIPOTECAS------
---QUINTO:- Manifiesta el compareciente de la segun
da parte, en el carácter que ostenta, que habiendo-
sido aceptado el deudor hipotecario, el comparecien
de la primera parte, para recibir los beneficios de
la Ley del Congreso "Consolidated Farmers Home Ad--
ministration Act of 1961", según enmendada ha conve
nido en reamortizar y modificar las formas de pago-
de los plazos consignados en los pagarés y en las--
hipotecas en la siguiente forma:--------------------
---Uno:- En la hipoteca por la suma principal de DI
CISEIS MIL DOLARES($16,000.00) en la siguiente form
---El importe de este pagaré y la hipoteca que lo--
garantiza reamortizado al día tres (3) de septiembr
de mil novecientos ochenta y cinco dió un saldo deu
dor montante a la suma de: SEIS MIL CIENTO OCHENTA
Y CUATRO DOLARES CON TREINTA Y NUEVE CENTAVOS------
($6,184.39).----------------------------------------
----------------------------------------------------

a razón de cinco (5) por ciento anual, el cual deve
gará intereses a razón de cinco (5) por ciento anual
y el cual habrá de ser pagado en la siguiente forma:
---CUATROCIENTOS NOVENTA Y SIETE DOLARES------------

en ó antes de enero primero de mil novecientos ochen
y seis (1986) y  CUATROCIENTOS NOVENTA Y SIETE DOLA
RES ($497.00)------------- en ó antes de cada enero
primero subsiguiente, excepto el pago final del tota
de la deuda aquí evidenciada se hará en ó antes del
primero de enero del año dos mil cinco (2005).------
---Dos:- En la hipoteca número dos por la suma prin-
cipal de CUARENTA MIL DOLARES ($40,000.00) en la si-
guiente forma:------------------------------------
---El importe de este pagaré y la hipoteca que lo ga
rantiza reamortizado al día tres de septiembre de mi
novecientos ochenta y cinco dió un saldo deudor mon-
tante a la suma de:-------------------------------
---CINCUENTA Y TRES MIL NOVECIENTOS OCHENTA Y OCHO--
DOLARES CON OCHENTA Y OCHO CENTAVOS ($53,988.88) con
intereses a razón de Doce y Cuarto (12.25) por cient
anual, el cual devengará intereses a razón de CINCO-
y Cuarto (5.25) por ciento anual y el cual habrá de--
ser pagado en la siguiente forma:--------------------
---NOVECIENTOS VEINTICINCO DOLARES ($925.00) en ó an-
tes de enero primero de mil novecientos ochenta y sei
(1986) y TRES MIL CUATROCIENTOS TRES DOLARES ($3,403.
00) en ó antes de cada enero primero subsiguiente,--
excepto el pago final del total de la deuda aquí evi-
denciada se hará en ó antes del primero de enero del
año dos mil veintiuno (2021).------------------------
---SEXTO:- El compareciente DON ARNALDO TORRES QUIÑON
en el carácter que ostenta me hace entrega en este-
acto a mí el Notario de los pagarés garantizados con
las hipotecas reseñadas, objeto de modificación,----

quienes me aseguran que no han sido negociados ni grava-
dos en forma algu... ninguno de ellos, por su actual
tenedor y poseedor Estados Unidos de América, y una
vez identificados por mí el Notario, cerciorandome
que se trata de los mismos pagarés procedo a poner
al dorso de cada uno de ellos su nota correspondient
---Al pagaré por la suma de DIECISEIS MIL DOLARES---
($16,000.00) de principal:----------------------------
---"El importe de este pagaré y la hipoteca que lo
garantiza reamortizado al día 3 de septiembre de 198
dió un saldo deudor montante a la suma de: --------
($6,184.39)-------- con intereses a razón de 5% anua
el cual devengará intereses a razón de 5% anual y el
cual habrá de ser pagado en la siguiente forma:-----
($497.00)---------- en ó antes de enero primero de
1986 y ($497.00)------------ en ó antes de cada ener
primero subsiguiente, excepto el pago final del tota
de la deuda aquí evidenciada se hará en ó antes del
primero de enero del año 2005, según resulta de la
escritura número   Ciento Cuarenta y Seis (146)------
de fecha 3 de septiembre de 1985 ante el Notario Ra-
món Rafael Lugo Beauchamp. DOY FE.-------------------
---En Lares, Puerto Rico a 3 de septiembre de 1985.-
---FIRMADO; SIGNADO; SELLADO Y RUBRICADO; RAMON RAFA
LUGO BEAUCHAMP, Notario-Público.---------------------
---Al pagaré por la suma principal de CUARENTA MIL--
DOLARES ($40,000.00).-------------------------------
---"El importe de este pagaré y la hipoteca que lo
garantiza reamortizado al día 3 de septiembre de 198
dió un saldo deudor montante a la suma de:----------
---$53,988.88 con intereses a razón de 12.25% anual
el cual devengará intereses a razón de 5.25% anual y
el cual habrá de ser pagado en la siguiente forma:--
---$925.00 en ó antes de enero primero de 1986 y----
---$3,403.00 en ó antes de cada enero primero subsi-
guiente excepto el pago final del total de la deuda
aquí evidenciada se hará en ó antes del primero de
enero del año 2021, según resulta de la escritura----
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------

número ocho mil cuarenta y seis (8,046)---------------
de fecha 3 de septiembre de 1985 ante el Notario---
Ramón Rafael Lugo Beauchamp. DOY FE.---------------
---En Lares, P.R. a 3 de septiembre de 1985.-------
---FIRMADO; SIGNADO; SELLADO Y RUBRICADO; RAMON----
RAFAEL LUGO BEAUCHAMP, Notario-Público.------------

---Una vez puesta la nota en cada uno de los pagaré
los devuelvo al compareciente de la segunda parte e
el carácter que ostenta.---------------------------

---Los comparecientes solicitan del Registro de la-
Propiedad se tome razón de la presente escritura a-
los fines legales de rigor.------------------------

---------------ACEPTACION Y ADVERTENCIAS----------
---Los comparecientes aceptan esta escritura en toda
sus partes. Se hicieron las advertencias legales de
rigor.---------------------------------------------

------------------------OTORGAMIENTO---------------
---Así lo dicen y lo otorgan los comparecientes por
ante mí el Notario, luego de haber renunciado al de-
recho que les hice saber tenían para requerir la----
presencia de testigos instrumentales.--------------

------------------------LECTURA--------------------
---Leída en alta voz esta escritura a los otorgantes
por mí el Notario y leída también personalmente por
ellos en la misma se ratifican, fijan sus iniciales
en todos y cada uno de los folios de este documento
y firman en este acto por ante mí el Notario que----
DOY FE de todo lo consignado anteriormente en el----
presente documento público.------------------------



EXHIBIT
4

**FmHA Form 1940-17 (S)**
**(Rev. 11-1-78)**

UNITED STATES DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION
PROMISSORY NOTE

TYPE OF LOAN
Type: FO
In accordance with:
    X    Consolidated Farm and Rural Development Act
         Emergency Agricultural Credit Adjustment Act of 1978

Name: NELSON CUEBAS TORRES
State: PUERTO RICO
Office: LARES
Case Number: 63-34-
Date: APRIL 15, 1981

ACTION REQUIRING NOTE:

| | |
|---|---|
| X   Initial Loan | New Payment Plan |
|      Subsequent Loan | Reamortization |
|      Consolidation and Subsequent Loan | Sale on Credit |
|      Consolidation | Deferred Payments |

FOR VALUE RECEIVED, the undersigned Borrower(s) and any other co-borrower, jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), or its representative, at its offices in LARES, PUERTO RICO, or at another location designated in writing by the Government, the principal sum of FORTY THOUSAND DOLLARS ($40,000.00), plus interest on the unpaid principal of TWELVE and ONE QUARTER (12 ¼ %) PER ANNUM. If this note is for a Limited Resources Loan (indicated in the box above, under the heading "Type of Loan"), the Government may CHANGE THE INTEREST RATE, in accordance with the Farmers Home Administration regulations, not more frequently than a calendar trimester basis, and shall notify Borrower at his most current address by mail, with thirty (30) days' notice. The new interest rate shall not exceed the highest interest rate established by the Farmers Home Administration regulations for the type of loan indicated above.

Principal and interests shall be paid in 41 installments, as indicated below, unless modified by a different interest rate, on or before the following dates:

$1,504.00................on January 1, 1982
$3,000.00................on January 1, 1983
$3,000.00................on January 1, 1984
$5,126.00................on January 1, 1985
and $_____ each January first subsequently thereafter until the principal and interests are completely paid, except for the final payment of the debt evidenced herein, which, if not sooner paid, shall be due and payable _40____ years from the date of this note, with the exception that prepayments may be made as provided for below. The consideration hereof shall support any agreement modifying the schedule of payments.

If the total amount of the loan is not forwarded by the due date, the loan will be forwarded to Borrower, pursuant to request by Borrower and approval by the Government. Approval by the Government shall be granted only when the loan is requested for purposes authorized by the Government. Interests will accrue on the amount of each loan starting on the date these become effective as shown in the Payment Log at the end of this note. Borrower authorizes the Government to note the amount(s) and date(s) of any prepayment(s) in the Payment Log.

For any note that is reamortized, consolidated or with a new payment plan, interests accumulated as of the date of this instrument will be added to the principal and the new principal will accrue interests at the rate evidenced herein.

1

Every payment made on any indebtedness evidenced by this note shall be applied first to interests computed as of the effective payment date and then to the principal.

This note is executed as evidence of a loan to Borrower made or insured by the Government, pursuant to the Consolidated Farm and Rural Development Act or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan indicated in the box 'TYPE OF LOAN" above. This note is subject to the present regulations of Farmers Home Administration and to its future regulations not inconsistent with the stipulations expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature]
NELSON CUEBAS TORRES (BORROWER)
[Signature]
SOCORRO MEDINA RIVERA (BORROWER)

Box 583. Maricao, PUERTO RICO 00705

The amount of this promissory note and the mortgage securing it was re-amortized on September 3 1985, and had an unpaid balance of $53,988.88 with interests at the annual rate of 12.25% which shall accrue interests at the annual rate of 5.25% and shall be paid as follows:
$925.00 on or January first 1986 and
$3,403.00 on or before every January first subsequently thereafter, except for the final installment of the total debt herein evidenced, which shall be paid on or before January first of the year 2021, pursuant to deed number 146 executed on September 3, 1985 before the notary Ramon Rafael Lugo Beauchamp. I BEAR WITNESS.
In Lares, Puerto Rico, September 3, 1985.

PAYMENT LOG

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|---|---|---|---|---|---|
| $ 40,000.00 | 02/04/81 | $ | | $ | |

TOTAL: $ 40,000.00

2

The amount of this promissory note and the mortgage securing it was re-amortized on January 18, 1991 and had an unpaid balance of $51,437.44 of principal with interests at the annual rate of five percent (5%) which shall accrue interests at the annual rate of 5% and the amount of $2,848.44 of NON capitalizable interests which shall NOT accrue interests, to make a total of $54,285.88 and such debt shall be assumed and paid as follows:

$1,000.00 on or January first 1992; $1,500.00 on or before January first of the year 1995, and this same amount on or before January first of the years 1993 and 1994;

$3,752.00.00 on or before January first of 1995, and this same amount of $3,752.00 on or before every January first subsequently thereafter, except for the final installment of the total debt herein evidenced, which shall be paid on or before January first of the year 2021, pursuant to deed number three (3) executed this same date before the notary Ramon Rafael Lugo Beauchamp. I BEAR WITNESS.

In Lares, Puerto Rico, January 18 of 1991.


[Signature]
Ramon Lugo Beauchamp
Public Notary


# CERTIFICATE


     I hereby certify that the attached Promissory Note is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced, competent and certified to translate from Spanish into English.

DATED this 24th day of April of 2007.

Nicole Harris
*Federal and State Certified Translator*

WITNESS my hand and official seal hereto affixed this
24th day of April of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/2010

Forma FmHA 1940-17 (S)
(Rev. 11-1-78).

**DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS**
**ADMINISTRACION DE HOGARES DE AGRICULTORES**

**PAGARE**

| CLASE DE PRESTAMO |
|---|
| FO |
| Tipo: |
| De acuerdo a: |
| ☒ Consolidated Farm & Rural Development Act |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 |

| Nombre | NELSON CUEBAS TORRES | ACCION QUE REQUIERE PAGARE: |
|---|---|---|
| Estado PUERTO RICO | Oficina  LARES | ☒ Préstamo Inicial ☐ Nuevo Plan de Pago<br>☐ Préstamo Subsiguiente ☐ Reamortización<br>☐ Consolidación y préstamo ☐ Venta a Crédito<br>subsiguiente ☐ Pagos Diferidos<br>☐ Consolidación |
| Caso Núm.<br>63-34- | Fecha 15 DE ABRIL DE 1981 | |

POR VALOR RECIBIDO, el Prestatario(s) subscribiente y cualquier otro co-deudor mancomunada y solidariamente pagaremos a la orden de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos (denominado en adelante el "Gobierno") o su cesionario en su oficina en _____ LARES, PUERTO RICO _____

o en otro sitio designado por el Gobierno por escrito, la suma principal de _____ CUARENTA MIL DOLARES _____

_____ --------------00/100 _____ dólares ($ ___ 40,000.00 ___ ) más intereses sobre el principal adeudado al

_____ DOCE Y CUARTO _____ POR CIENTO ( 12 1/4 %) anual. Si este pagaré

es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo"), el Gobierno puede **CAMBIAR EL PORCIENTO DE INTERES**, de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al Prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en _____ 41 _____ plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente, en o antes de las siguientes fechas:

| $ | 1,504.00 | en enero 1, 19 82 | $ | _____ | en enero 1, 19  ; |
|---|---|---|---|---|---|
| $ | 3,000.00 | en enero 1, 19 83 | $ | _____ | en enero 1, 19  ; |
| $ | 3,000.00 | en enero 1, 19 84 | $ | _____ | en enero 1, 19  ; |
| $ | 5,126.00 | en enero 1, 19 85 | $ | _____ | en enero 1, 19  ; |
| $ | _____ | en enero 1, 19  ; | $ | _____ | en enero 1, 19  ; |

y $ _____ , subsiguientemente en enero 1 de cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero en _____ 60 _____ años de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se demuestra en el Registro de Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado o consolidado, o con un nuevo plan de pago, los intereses acumulados a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal.

Pagos adelantados de los plazos estipulados o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1861.2) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en el mismo. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente", "Consolidación", "Reamortización" o un "Nuevo Plan de Pago" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar un nuevo plan de pago pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación (nuevos términos):

| VALOR DEL PAGARE | INTERESES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas no son afectadas por el otorgamiento de esta consolidación, reamortización o nuevo plan de pago. Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciado por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

CONVENIO DE REFINANCIAMIENTO: Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa.

INCUMPLIMIENTO: La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento. COMETIDO CUALQUIER INCUMPLIMIENTO, el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este Pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act o el Emergency Agricultural Credit Adjustment Act of 1978 y para el tipo de préstamo según indicado en el encasillado **"CLASE DE PRESTAMO"** más arriba. Este Pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

**Nelson Cuebas Torres**                          *(Prestatario)*

**Socorro Medina Rivera**                         *(Prestatario)*

**Box 583    Maricao, P.R. 00706**

| REGISTRO DE ADELANTOS | | | | | |
|---|---|---|---|---|---|
| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
| $ 40,000.00 | 04-02-81 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | | TOTAL $ 40,000.00 | |

Jay-Ce Agricultura                     *Posición 2*                     Forma FmHA 1940-17 (S.
                                                                        (Rev. 11-1-78)

FmHA Form 460-9(S)
(Rev. 2-11-76)

UNITED STATES DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION

ASSUMPTION AGREEMENT
(Same Terms – Eligible assignee)

TYPE OF LOAN:
FO (Specify)
Direct:
Insured:  X


VETERAN
    YES          X NO


RACE
W          B          X O


CASE NUMBER:  63-34

THIS AGREEMENT, dated MAY 19, 1984, between United States of America,
                    (Date of the Statement)
acting through the Farmers Home Administration, hereinafter called the "Government", and PEDRO
ORTIZ CORDERO and _____ his wife, hereinafter referred to as the assuming party,
whose mailing address is San Rafael # 108, Mayaguez, Puerto Rico

WE GRANT:

The Government is the holder or guarantor of a loan(s) evidenced through certain document(s) of
indebtedness granted to the present borrower(s): NELSON CUEBAS TORRES and SOCORRO MEDINA
RIVERA   63-34-582422328 which are identified as follows:

TABLE I

| DOCUMENT TYPE | DATE ISSUED | PRINCIPAL AMOUNT | BALANCE ON GIVEN DATE | | INTEREST RATE | INSURANCE RATE |
|---|---|---|---|---|---|---|
| | | | PRINCIPAL | INTEREST | | |
| NOTE | 4/15/84 | 40,000.00 | $40,000.00 | $12,652.44 | 12 ¼ | |

In relation to such loan(s), the following guarantee documents were obtained for the properties described
herein and located in the Municipality of _____, Puerto Rico.


TABLE II

| SECURING DOCUMENT | DATE ISSUED | REGISTRY | BOOK, PAGE OR DOCUMENT NUMBER | PAGE |
|---|---|---|---|---|
| Voluntary Mortgage | 4/15/81 | Mayaguez | Volume 97 Farm 581 | 31 |

1

In consideration of the (1) assumption of the debt mentioned herein and (2) the Government's consent to such assumption and the transfer or sale to the assuming party, the following has been agreed:

1. The assuming party, jointly and severally, assumes the obligation and agrees to pay to the Government or to the order of the insured lender through the Government, provided that the insured lender be the holder of such document(s) of indebtedness, at the office of the Farmers Home Administration indicated below, the total amount owed under said debt and security instrument(s) according to terms set forth therein, except for any installment of the loan on FO that is due and payable on March 31, shall be due and payable on January 1.The assuming party agrees in that the payments will be first credited to any delay for said debt.

2. The stipulations of such debt and the security instrument(s) and any subsequent agreement granted or made by the current debtors, except as herein modified, will continue in full force and the assuming party assumes the obligation and agrees to be obligated to and comply with all agreements, arrangements and conditions contained in such instrument(s) and agreement(s), with exception of those which are modified herein, as though the same were granted by them as of the date of the documents, as though they were the original debtors, including any obligation to pay the Government a charge for insurance plus interests if these were consigned in said document(s).

3. REFINANCING AGREEMENT:  If at any time the Government determines that Borrower may be able to obtain a loan from a responsible cooperative or other private credit source at reasonable rates and terms for loans for similar purposes and time periods, Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary shares.  This paragraph shall not be applicable to any co-signor of this agreement, pursuant to section 502 of the Housing Law of 1949, to compensate for any deficiency in payment of any other undersigning individuals.

4.This agreement is subject to the current regulations of Farmers Home Administration and future regulations not inconsistent with that which has been expressly stated herein.

5. When the loan(s) subrogated(s) herein belong(s) to an insured lender, the prepayments made by the assuming party, with exception of the final payment, shall be held by the Government and remitted to the lender on the due date of the annual payment or as is established by the regulations of Farmers Home Administration. The final payment will be remitted promptly. The effective date of all the payments made by the assuming party will be the date such payment has been made. The Government will pay the interest to which the lender is entitled accruing between the effective date of payment and the date of the Treasury check to the lender.

ASSUMING PARTY
[Signature] _____
                                             (Borrower)

[Signature] _____
                                             (Co-Borrower)

UNITED STATES OF AMERICA
By [Signature]
_____
                               (Title)

FARMERS HOME ADMINISTRATION

_____
(Address of Local Office)

2

# **CERTIFICATE**

I hereby certify that the attached Assumption Agreement is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

DATED this 24th day of April of 2007.

Nicole Harris
*Federal and State Certified Translator*

WITNESS my hand and official seal hereto affixed this 24th day of April of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/2010

3

Forma FmHA 460-9(S)
(Rev. 2-11-76)

DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS
ADMINISTRACION DE HOGARES DE AGRICULTORES

# CONVENIO DE SUBROGACION
## (Términos Iguales - Cesionario Elegible)

| Clase de Préstamo | | |
|---|---|---|
| **F.O.** | | |
| **(Especifique)** | | |
| ☐ Director | ☒ Asegurado | |

Veterano
☐ Sí    ☒ No

Raza
☐ B   ☐ N   ☒ O

Caso Núm. **63-34-**

ESTE CONVENIO, fecha el día __19__ de _____ **mayo** _____ de 19 __84__, entre Estados
                                                                  *(Fecha del Estado de Cuenta)*

Unidos de América, actuando por conducto y a través de la Administración de Agricultores, denominado en

adelante el "Gobierno", y **Pedro Ortiz Cordero** _____

y ____ **--** _____ su esposa, denominados en adelante "subrogante", cuya dirección

postal es **San Rafael #108, Mayaguez, P.R.**

OTORGAMOS:

POR CUANTO el Gobierno es el tenedor o asegurador de un préstamo(s) por cierto(s) instrumento(s) de

deuda otorgado(s) por el (los) presente(s) deudor(es)*

**Nelson Cuebas Torres y Socorro Medina Rivera 63-34-582 42 2328**

y que se identifica(n) como sigue:         TABLA I

| CLASE DE INSTRUMENTO | FECHA OTORGADO | CANTIDAD PRINCIPAL | PRINCIPAL | INTERESES | | |
|---|---|---|---|---|---|---|
| Pagare | 15.4.81 | 40,000.00 | 40,000.00 | 12,652.44 | 12 1/4 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

POR CUANTO en relación con dicho(s) préstamo(s) los siguientes documentos de garantía fueron

obtenidos sobre las propiedades en ellos descritas y situadas en el Municipio de

Puerto Rico.

* Enumere todas las personas responsables del pagaré, bono o convenio de subrogación.

| TABLA II | | | | |
|---|---|---|---|---|
| DOCUMENTO GARANTIA | FECHA OTORGADO | REGISTRO | TOMO, FOLIO O NUMERO DEL DOCUMENTO | FOLIO |
| Hipoteca Voluntaria | 15-4-81 | Mayaguez | Tomo-97 Finca-# 581 | 31 |
| | | | | |
| | | | | |
| | | | | |

FmHA 460-9(S) (Rev. 2-11-76)

POR TANTO, en conside... ...a (1) la subrogación de la deuda a... ...acionada, y (2) al consentimiento del Gobierno a tal subrogación y al traspaso o venta a el (los) subrogante(s), de la propiedad en garantía se conviene en lo siguiente:

1. El (los) subrogante(s) mancomunada y solidariamente asume(n) la obligación de y conviene(n) en pagar a la orden del Gobierno o a la orden del prestamista asegurado por conducto del Gobierno, siempre y cuando el prestamista asegurado sea el tenedor de dicho instrumento(s) de deuda, en la oficina de la Administración de Hogares de Agricultores abajo indicada, el importe total adeudado bajo dicha deuda e instrumento(s) de garantía de acuerdo con los términos en ellos estipulados, excepto que cualquier plazo de préstamo sobre tenencia de finca (FO) que venza y sea pagadero en marzo 31 vencerá y será pagadero el 1 de enero, que preceda. El (los) subrogante(s) conviene(n) en que los pagos se aplicarán primero a cualquier atraso en dicha deuda.

2. Las estipulaciones de dicha deuda y en el (los) instrumento(s) de garantía y cualesquiera convenio existente otorgado o asumido por los presentes deudores, excepto como aquí modificados, continuarán en toda su fuerza y vigor y el subrogante asume la obligación de y conviene en estar obligado por y a cumplir con todos dichos convenios, acuerdos y condiciones contenidos en dicho(s) instrumento(s) y convenio(s), excepto como quedan aquí modificados, como si los mismos hubiesen sido otorgados desde la fecha de los mismos, por ellos como deudores originales, incluyendo cualesquiera obligación de pagar al Gobierno un cargo por seguro en adición a los intereses si así fuere consignado en dicho(s) documento(s).

3. ACUERDO DE REFINANCIAMIENTO: Si en cualquier momento el Gobierno entiende que el (los) PRESTATARIO(S) le(s) es posible obtener un préstamo de una fuente de crédito responsable, cooperativa o privada a términos y condiciones razonables para préstamos con propósitos y períodos de tiempo similares, el (los) PRESTATARIO(S), a solicitud del Gobierno solicitará(n) y aceptará(n) un préstamo en cantidad suficiente para pagar en su totalidad el (los) préstamo(s) asumido(s) y, si el prestamista es una cooperativa, para pagar por las acciones necesarias. Este párrafo no aplicará a ningún co-firmante en este acuerdo conforme a la Sección 502 de la Ley de Hogares de 1949, para compensar por una habilidad deficiente de pago de otra(s) persona(s) abajo firmante(s).

4. Este convenio está sujeto a los presentes reglamentos de la Administración de Hogares de Agricultores y a los reglamentos futuros no inconsistentes con lo expresamente aquí consignado.

5. Cuando el (los) pagaré(s) aquí subrogado(s) sea(n) poseído(s) por un prestamista asegurado, los pagos adelantados efectuados por el (los) subrogante(s), excepto el pago final, podrán ser retenidos por el Gobierno y remitidos al prestamista a base del vencimiento del pago anual o a base de lo establecido por los reglamentos de la Administración de Hogares de Agricultores. El pago final será remitido prontamente. La fecha efectiva de todo pago efectuado por el (los) subrogante(s) será la fecha en que dicho pago ha sido efectuado. El Gobierno pagará los intereses a los cuales el prestamista tiene derecho entre la fecha efectiva del pago y la fecha del cheque del Tesoro al prestamista.

PARTE SUBROGANTE:

_____
Prestatario

_____
Co-Prestatario

ESTADOS UNIDOS DE AMERICA

Por _____

_____
ADMINISTRACION DE HOGARES DE AGRICULTORES
(Título)

_____
(Dirección Oficina Local)



**Form FmHA 427-1 PR**
**10/77**

## NUMBER ONE HUNDRED SIXTY-TWO

### VOLUNTARY MORTGAGE

In the town of Lares, Puerto Rico, on April fifteen, nineteen eighty-one (1981),

### IN MY PRESENCE

RAMON RAFAEL LUGO BEAUCHAMP, Attorney and Notary Public for this island, with residence in Lares, Puerto Rico and offices in Lares, Puerto Rico,

### THERE NOW APPEAR

The persons named in paragraph TWELFTH of this mortgage, hereinafter called "mortgagor," and whose personal circumstances appear in said paragraph.

I attest to my personal acquaintance of the parties, as well as to their statements regarding their age, marital status, profession, and residence.

They assure me they are in full exercise of their civil rights and the free administration of their property, and they have, in my judgment, the necessary legal capacity to execute this document.

### THEY DECLARE:

FIRST: That the mortgagor is the owner of the farm or farms described in paragraph ELEVENTH, with all corresponding rights and interests, referred to hereinafter as "the property."

SECOND: That the property mortgaged herein is subject to the liens specified in paragraph ELEVENTH.

THIRD: That the mortgagor is indebted to the United States of America, acting through the Farmers Home Administration, referred to hereinafter as "mortgagee," in connection with a loan or loans represented by one or more promissory notes or subrogation agreements, referred to hereinafter as "the note," whether one or more. The Government requires that additional monthly payments be made of one twelfth of the taxes, insurance

premiums, and other charges on the mortgaged property.

FOURTH:  It is understood that:

(One) The note represents a loan or loans to mortgagor in the principal amount specified herein, granted with the purpose and intention that the mortgagee may at any time surrender the note and insure the payment thereof pursuant to the Act of 1961, consolidating the Farmers Home Administration, or Title V of The Housing Act of 1949, as amended.

(Two) When payment of the note is guaranteed by the mortgagee, it may be transferred from time to time, and each holder of said note will in turn be considered the insured lender.

(Three) When payment of the note is insured by the mortgagee, the mortgagee will execute and deliver to the insured lender, along with the note, an insurance endorsement fully guaranteeing payment of the principal and interest on said note.

(Four) Whenever payment of the note is insured by the mortgagee, the mortgagee, by agreement with the insured lender, shall determine on the insurance endorsement the portion of the note's interest to be designated as "annual charges."

(Five) As a condition of the insurance of the note's payment, the holder will surrender all rights and remedies against the mortgagor and any others in connection with said loan, as well as any benefit of this mortgage, and will accept in its place the insurance benefits, and in the event that the mortgagor violates any agreement or stipulation contained herein, or in the note, or in any other supplementary agreement, the mortgagee may require the note to be endorsed to himself.

(Six) It is the purpose and intent of this mortgage that, among other things, whenever the note is held by the mortgagee, or in the event the mortgagee should transfer this mortgage without insuring the note, this mortgage shall guarantee payment of the note;

but when the note is held by an insured lender, this mortgage shall not guarantee payment of the note, nor shall it form any part of the debt represented thereby, but the note and said debt shall constitute an indemnity mortgage to insure the mortgagee against any loss under its insurance endorsement by reason of any default by the mortgagor.

FIFTH: That, in consideration of said loan and (a) whenever the note is held by the mortgagee, or in the event that the mortgagee should transfer this mortgage without insuring the note's payment, in guarantee of the amount of the note as specified in subparagraph (one) of paragraph NINTH, with interest at the rate stipulated, and to insure prompt

payment of said note, and any renewals or extensions thereof, and any agreements contained therein, (b) whenever the note is held by an insured lender guaranteeing the amounts specified in subparagraph (two) of paragraph NINTH, in order to guarantee compliance with the mortgagor's agreement to indemnify and hold harmless the mortgagee against losses under its insurance endorsement by reason of any default by the mortgagor, and (c) in any event and at all times whatsoever, to guarantee the additional amounts specified in subparagraph (three) of paragraph NINTH, and to insure mortgagor's compliance with each and every agreement and stipulation herein, or in any supplementary agreement, mortgagor hereby grants to mortgagee a voluntary mortgage on the property described in paragraph ELEVENTH, together with all rights, interests, easements, inheritances, and appurtenances thereto belonging; all income, credits, profits, revenues; all improvements or personal property thereto attaching, at present or in the future, or which are reasonably necessary for the use thereof; all water, water rights, or shares in said rights; pertaining to the farms, and all payments at any time owing to mortgagor by virtue of the sale, lease, transfer, conveyance, or total or partial expropriation of, or injury to, any part thereof, or to their interests, it being understood that this mortgage will continue in full force and effect until all amounts specified in paragraph NINTH, with interest before and after maturity, until they have been paid in full. In case of foreclosure, the property will be responsible for the payment of the principal, interest thereon before and after maturity, losses sustained by mortgagee as

insurer of the note, taxes, insurance premiums, or any other disbursements or advances by mortgagee, to be paid by mortgagor with interest until all costs and expenses, including fees of mortgagee's attorneys, are paid to mortgagee, along with all extensions and renewals of said obligations, with interest, and all other charges and additional amounts specified in paragraph NINTH.

SIXTH: Mortgagor explicitly agrees to the following:

(One) To pay promptly to the mortgagee any debt herein guaranteed and to indemnify and hold mortgagee harmless against any loss under its insurance for payment of the note by reason of any default by mortgagor. Whenever the note is held by an insured lender, mortgagor shall continue making payments on the note to mortgagee, as collection agent for the holder.

(Two) To pay the mortgagee an initial fee for inspection and appraisal and any delinquency charges, now or hereafter required by Farmers Home Administration regulations.

(Three) Whenever the note is held by an insured lender, any amount due and unpaid under

the terms of the note, less the amount of the annual charge, may be paid by mortgagee to the holder of the note under the terms of the note and of the insurance endorsement referred to in the above paragraph FOURTH, the responsibility of the mortgagor.

Any amount due and unpaid under the terms of the note, whether it is held by mortgagee or by an insured lender, may be credited to the note by mortgagee, and shall thus constitute an advance by mortgagee, the responsibility of mortgagor.

Any advance by mortgagee as described in this subparagraph shall bear interest at the annual rate of twelve and one quarter (12 ¼ %), from the date on which payment was due until the date on which mortgagor pays the debt.

(Four) Whether or not the note is insured by mortgagee, any and all amount advanced by

mortgagee for insurance premiums, repairs, liens, or other claims for the protection of the mortgaged property, or for taxes or assessments or other similar charges due to mortgagor's failure to pay said charges, shall bear interest at the rate stated in the preceding subparagraph, from the date of the advance until mortgagor pays said advance.

(Five) All advances made by mortgagee as described in this mortgage, with interest, shall be immediately due and payable by mortgagor to mortgagee without need for advance notification in the place designated in the note, and shall be guaranteed by this mortgage. No advance by mortgagee shall relieve mortgagor from breach of his covenant to pay. Such advances, with interest, shall be repaid from the first payments received from mortgagor. In the absence of such advances, all payments verified by mortgagor may be applied to the note or to any other mortgagee debt guaranteed herein, in the order determined by mortgagee.

(Six) To use the amount of the loan indicated in the note solely for purposes authorized by mortgagee.

(Seven) To pay when due all taxes, special assessments, liens, and charges encumbering the property or the rights or interests of mortgagor under the terms of this mortgage.

(Eight) To obtain and maintain insurance against fire and other hazards as required by mortgagee on all existing buildings and property improvements, as well as on all future improvements. The insurance against fire and other hazards will be in the form, in the amount, and on the terms and conditions approved by mortgagee.

(Nine) To keep the property in good condition and to promptly make all necessary repairs in order to preserve the property; he will refrain from any activity, or from allowing any activity, which would result in the deterioration of the property; he will not remove nor demolish any building or improvement on the property; nor will he cut or remove wood from the farm, nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other minerals, without mortgagee's consent, and will promptly carry out the repairs on the

property that mortgagee may request from time to time. Mortgagor shall comply with soil conservation practices and farm and home management plans that mortgagee may prescribe from time to time.

(Ten) If this mortgage is granted for a loan to a farm owner as identified in Farmers Home Administration regulations, the mortgagor shall personally manage the property, on his own or through family labor, as a farm and for no other purpose, and shall not lease the farm, nor any part of it, unless mortgagee gives written consent to another method of operation or lease.

(Eleven) To submit information regarding income and expenses and any other information related to the management of the property, in the form and manner the mortgagee may require, and to comply with all laws, ordinances, and regulations affecting the property or its use.

(Twelve) Mortgagee, along with his agents and attorneys, shall at all times have the right to inspect and examine the property for the purpose of ascertaining whether security is deteriorating or being compromised, and if such inspection or examination shall disclose, in mortgagee's judgment, that security is in fact deteriorating or being compromised, this shall constitute a breach by mortgagor of this mortgage agreement.

(Thirteen) If any other person interferes with or contests mortgagor's rights of possession of the property, mortgagor shall immediately notify mortgagee of such action, and mortgagee may decide to institute the measures necessary to defend his interests, and any costs or expenditures incurred by mortgagee due to said measures will be added to mortgagor's debt, and will be guaranteed by this mortgage as additional credits under the clause regarding advances, expenditures and other payments.

(Fourteen) If at any time while this mortgage remains in effect, mortgagor shall abandon the property or voluntarily return it to mortgagee, mortgagee is hereby authorized and empowered to take possession of the property, to lease and administer it, and to collect the rents, benefits, and income from them, and to apply them first to the costs of

collection and administration, and secondly to the payment of the debt described by the note or any other debt to mortgagee herein guaranteed, in the order and manner to be determined by mortgagee.

(Fifteen) At any time that mortgagee determines that mortgagor may be able to obtain a loan from a production credit association, from a Federal Bank or other responsible source, whether cooperative or private, with a rate of interest and terms that are reasonable for loans of similar duration and purposes, then mortgagor, at mortgagee's request, will apply for and accept such a loan in a sufficient amount to pay the note and any other debt guaranteed herein, and to pay for the necessary shares in the cooperative agency with respect to such a loan.

(Sixteen) In the event of default in the discharge of any obligation guaranteed by this mortgage, or if mortgagor, or any other person included herein as a mortgagor, defaults in the payment of any amount, or violates or fails to comply with any clause, condition, stipulation, covenant, or agreement contained herein, or in any supplementary agreement, or if mortgagor dies or is declared incompetent, bankrupt, or insolvent, or makes a transfer for the benefit of creditors, or if the property or any part thereof or interest therein is sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise, without mortgagee's written consent, then mortgagee is irrevocably authorized and empowered, at his discretion and without notice: (One) to declare all debt left unpaid under the terms of this note, or any other debt to mortgagee guaranteed herein, immediately due and payable, and to proceed to foreclosure in accordance with the law and the provisions thereof; (Two) to incur and pay reasonable expenses for the repair and maintenance of the property and any expenses or obligations that mortgagor failed to pay as agreed in this mortgage, including taxes, assessments, insurance premiums, and any other expenses or costs for the protection and preservation of the property and of this mortgage, or for violation of any provision of this mortgage; and (Three) to request the protection of the law.

(Seventeen) Mortgagor shall pay, or shall reimburse mortgagee for all necessary expenses for the fulfillment of the covenants and agreements of this mortgage, and of the note and

of any supplementary agreement, including the costs of surveying, title search, court costs, deed recording, and attorneys' fees.

(Eighteen) Without in any way affecting mortgagee's right to require and enforce at any subsequent date the covenants, agreements, or obligations herein set forth, or other similar agreements, and without affecting the liability of any person for payment of the note or any other debt herein guaranteed, and without affecting the lien created upon the property or the priority of said lien, mortgagee is hereby authorized and empowered at any time: (one) to waive the performance of any agreement or obligation contained herein, or in the note, or in any supplementary agreement; (two) to negotiate with mortgagor or to grant to mortgagor any indulgence or forbearance or extension of the time for payment of the note (with the consent of the note's holder when it is held by an insured lender), or for payment of any debt to the mortgagee herein guaranteed; or (three) to execute and deliver partial releases of any part of the mortgaged property described herein, or to grant deferment or postponement of this mortgage to any other lien on the property.

(Nineteen) All rights, title, and interest in or on this mortgage, including but not limited to the power to grant consent, partial releases, subordination, and revocation, shall be vested solely and exclusively in the mortgagee, and no insured lender shall have any right, title, or interest in or on this mortgage and any benefits herein contained.

(Twenty) Default on this mortgage shall constitute default on any other mortgage, loan, or real estate mortgage held or insured by mortgagee, and executed or assumed by mortgagor; and default on any such instrument shall constitute default on this mortgage.

(Twenty-One) All notices to be given under the terms of this mortgage shall be sent by certified mail unless otherwise required by law, and shall be addressed until some other address is designated in a notice provided to that effect, in the case of mortgagee, to Farmers Home Administration, United States Department of Agriculture, San Juan, Puerto Rico; and in the case of mortgagor, to him at his residence address as stated below.

(Twenty-Two) Mortgagor hereby grants to mortgagee the amount of any judgment obtained through forced expropriation for public use of the property or any part thereof, as well as the amount of any judgment for damages to the property. Mortgagee will apply the amount so received to pay costs incurred in collection, and the balance will apply to payment of the note, and any indebtedness to mortgagee guaranteed by this mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEVENTH: That for the purpose of the first auction to be held in case of foreclosure of this mortgage, in accordance with mortgage law, as amended, mortgagor does hereby appraise the mortgaged properties in the amount of FIFTY-SIX THOUSAND DOLLARS

($56,000.00)

EIGHTH:  Mortgagor hereby waives the requirement of law and agrees to be considered in default with no need for prior notification by mortgagee.  This mortgage is subject to the regulations of the Farmers Home Administration now in effect, and to future regulations not inconsistent with the provisions of this mortgage, as well as to the laws of the United States Congress authorizing and insuring the aforementioned loan.

NINTH: The amounts guaranteed by this mortgage are as follows:

One.  Whenever the note referred to in paragraph THIRD of this mortgage is held by mortgagee, or in the event mortgagee should transfer this mortgage without insuring the note: FORTY THOUSAND DOLLARS ($40,000.00)., the note's principal, together with interest as stipulated at the annual rate of TWELVE and ONE QUARTER percent (12 ¼ %).

Two.  Whenever the note is held by an insured lender:
(A) FORTY THOUSAND DOLLARS ($40,000.00),

to compensate mortgagee for advances to the insured lender because of mortgagor's failure to pay the installments as specified in the note, with interest as indicated in paragraph SIXTH, subparagraph three;

(B) SIXTY THOUSAND DOLLARS ($60,000.00), to further compensate mortgagee against any losses suffered under its insurance for payment of the note;

Three. In any event and at any time:
(A) SIXTEEN THOUSAND DOLLARS ($16,000.00) for interest upon default;

(B) EIGHT THOUSAND DOLLARS ($8,000.00) for taxes, insurance, and other advances for the preservation and protection of this mortgage, with interest at the rate stipulated in paragraph SIXTH, subparagraph three;

(C) FOUR THOUSAND DOLLARS ($4,000.00) for court costs, expenses, and attorneys' fees in case of foreclosure;

(D) FOUR THOUSAND DOLLARS ($4,000.00) for court costs and expenses incurred by mortgagee in proceedings to defend his interests against any other person interfering with or contesting the mortgagor's right of possession of the property, as provided in paragraph SIXTH, subparagraph thirteen.

TENTH: That the note referred to in paragraph THIRD of this mortgage is described as follows:
Promissory note executed in case number sixty-three dash thirty-four dash                   (63-34-               ) dated the fifteenth (15th) day of April of nineteen eighty-one (1981),

in the amount of FORTY THOUSAND DOLLARS ($40,000.00) of principal, plus interest on the unpaid balance at the annual rate of thirteen TWELVE and ONE QUARTER percent (12 ¼ %), until the principal is satisfied totally according to the terms, conditions and stipulations set forth in said note and as agreed between the borrower and the government: except for the final payment of the entire debt represented herein, which, if not satisfied sooner, will become due and payable FORTY (40) years from the date of this note.
Said note has been executed as evidence of a loan made by the Government to the Borrower, pursuant to the law of the US Congress known as "Consolidated Farmers Home Administration Act of 1961," or pursuant to the Housing Act of 1949, both as amended, and is subject to present Farmers Home Administration regulations, and to future regulations which are not inconsistent with these laws. Of which description, I the authorizing notary, BEAR WITNESS.

ELEVENTH: The property referred to in this deed and for which this voluntary mortgage is furnished, is described as follows:

RURAL:  Plot of land located in Barrio Naranjales in the Municipality of LAS MARIAS, Puerto Rico, with an approximate area of FIFTY-ONE *CUERDAS** equivalent to twenty hectares, four ares and fifty centiares. Its boundaries are: to the NORTH, with land belonging to Andres Massari, Nicanor Bayron and Francisco Marrero; to the SOUTH, with land belonging to Francisco Marrero and Miguel Esteves; to the EAST, with land of Nicanor Bayron and Francisco Marrero, and to the West, with land belonging to Miguel Esteves and Julio Vincenty.

According to measurements recorded in the nineteenth entry, the correct surface area is FIFTY-THREE *CUERDAS* and THREE HUNDREDTHS OF ONE *CUERDA*, equivalent to twenty hectares, eighty-four ares, twenty-eight centiares and fifty-eight miliares.

9

It has a one-story house made of concrete that measures forty-five feet by eighteen on the foundation.
It also has attached a storage shed, a guest house, one casita made of wood and zinc and one water aqueduct with motor and electric installation.

Recorded on page thirty-one (31), volume ninety-seven (97) of Las Marías, farm number five hundred eighty-one (581)

---

*Translator's note: A *cuerda* is equivalent to 0.971 acres, 3,930.39 meters squared, and 42,291 squared feet.

Borrower acquired the above mentioned farm through purchase from Ramon S. Vicens and Isabel A. Torres, pursuant to deed number one hundred seventy-one (171) executed on April fifteen 1981 in the City of Lares, P.R. before the Notary Ramon R. Lugo Beauchamp.

Said property is encumbered by a mortgage in the amount of SIXTEEN THOUSAND DOLLARS ($16,000.00) to the order of the United States of America and the mortgage furnished by this document.

TWELFTH: That, the appearing herein as mortgagees are MR. NELSON CUEBAS TORRES AND MRS. SOCORRO MEDINA RIVERA, both of legal age, married to each other, property owners and residents of Las Marías, Puerto Rico; whose mailing address is PO BOX five hundred eighty-three (583), Maricao, Puerto Rico.

THIRTEENTH: The loan amount consigned herein was or will be used for agricultural purposes and construction and/ or repairs and / or improvements of the facilities in the described farm.

FOURTEENTH: The borrower will personally occupy and use any structure that is constructed, improved, or purchased with the proceeds of the loan herein guaranteed, and shall not lease or use said structure for other purposes, unless the Government gives consent in writing. Violation of this clause, as well as violation of any other agreement or clause contained herein, will cause the debt to become due as if the whole term had elapsed, and the Government may declare the loan due and payable, and may proceed to foreclosure of the mortgage.

FIFTEENTH: This mortgage extends expressly to any constructions or buildings currently existing on the aforementioned farm(s), and to any improvements, construction

or building constructed on said property while this mortgage loan furnished to the order of the Government is in effect, as verified by the current mortgagors or their assignees or trustees.

SIXTEENTH: Mortgagor hereby waives jointly and severally for himself and on behalf of his heirs, trustees, successors, or representatives, in favor of mortgagee (Farmers Home Administration), any present or future Homestead right that he may have on the property described in paragraph eleven, and in the buildings thereon, or which may be constructed in the future; this waiver being permitted in favor of the Farmers Home Administration by Law Number Thirteen (13) of May twenty-eight (28), nineteen sixty-nine (1969) (31 L.P.R.A. Sec. 1851).

SEVENTEENTH: Both mortgagor and mortgagee agree in that any stove, oven, heater that was purchased or partially or totally financed with proceeds of the loan herein secured, it will be considered as part of the property encumbered by this mortgage.

## ACCEPTANCE AND WARNINGS

The parties accept this deed in its entirety, finding it has been drawn up according to their wishes and instructions. I, the Notary, have given the parties the pertinent legal warnings for these proceedings.

## EXECUTION

So they say and approve the parties this deed before me, the Notary, without the appearance of witnesses to which right they waived after giving them advise thereof.

## READING

Having read this deed in its entirety by me, the Notary, to the parties and having warned them about the right they have to read it by themselves, which they waived; they ratify it and place their initials in each and every one of the pages, sign it all in one proceeding and before me.
I, the Notary, BEAR WITNESS to everything contained in this public instrument.

Signed: NELSON CUEBAS TORRES, SOCORRO MEDINA RIVERA
SIGNED, STAMPED, SEALED, ENDORSED, RAMON RAFAEL LUGO
BEAUCHAMP

I CERTIFY: That this is a true and exact copy of the original which is filed as number 162 in my protocol of public instruments of the current year. The applicable Sales Tax and Notary Tax seals are attached and cancelled in the original.

ATTESTING TO WHICH, and for delivery to the FARMERS HOME ADMINISTRATION, one of the parties, I issue this certified copy which I sign, stamp and endorse in Lares, Puerto Rico the same day of its execution leaving a note therein. I BEAR WITNESS.

[Signature]
RAMON RAFAEL LUGO BEAUCHAMP
NOTARY PUBLIC
[Seals]

Recorded on page 33, volume 97 of
Las Marías; farm number 581, 31st
entry. Title and also encumbered by
a mortgage to the order of the United
States in the amount of $16,000.00.
Mayaguez on April 23, 1981.

No fees

[Signature]
Recorder

12

# **CERTIFICATE**

I hereby certify that the attached Voluntary Mortgage is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

DATED this 24th day of April of 2007.

Nicole Harris
*Federal and State Certified Translator*

WITNESS my hand and official seal hereto affixed this 24th day of April of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/2010

13

Forma FmHA 427-1 PR
10/77

*Fax*
*816-5367*
*Marelita*



FORMA FmHA 427.1 PR

---

‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑NUMERO  CIENTO SESENTA Y DOS

‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑HIPOTECA VOLUNTARIA ‑‑‑‑‑‑‑‑‑‑‑‑

En el pueblo de Lares, Puerto Rico a los quince días
del mes de ABRIL de mil novecientos ochenta y uno.‑‑

‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑ ANTE MI ‑‑‑‑‑‑‑‑‑‑‑‑‑
‑‑‑RAMON RAFAEL LUGO BEAUCHAMP‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑
Abogado y Notario Público de esta Isla con residencia y vecindad en
Lares, Puerto Rico,‑‑‑‑‑‑‑y oficina en Lares, Puerto Rico

‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑ COMPARECEN ‑‑‑‑‑‑‑‑‑‑‑‑

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca
denominados de aquí en adelante el "deudor hipotecario" y cuyas
circunstancias personales aparecen de dicho párrafo.‑‑‑‑‑‑‑‑‑‑

Doy fe del conocimiento personal de los comparecientes; así como por sus
dichos de su edad, estado civil, profesión y vecindad. ‑‑‑‑‑‑‑‑

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre
administración de sus bienes y teniendo a mi juicio la capacidad legal
necesaria para este otorgamiento.

EXPONEN

PRIMERO. El deudor hipotecario es dueño de la finca o fincas descritas en
el párrafo UNDECIMO así como de todos los derechos e intereses en las
mismas, denominada de aquí en adelante "los bienes". ‑‑‑‑‑‑‑‑

SEGUNDO: Que los bienes aquí hipotecados están afectos a los
gravámenes que se especifican en el párrafo UNDECIMO ‑‑‑‑‑‑‑‑

TERCERO: Que el deudor hipotecario viene obligado para con Estados
Unidos de América, actuando por conducto de la Administración de Hogares
de Agricultores, denominado de aquí en adelante el "acreedor hipotecario",
en relación con un préstamo o préstamos evidenciado por uno o más pagarés
y convenio de subrogación denominado en adelante el "pagaré", sean uno o
más. Se requiere por el Gobierno que se hagan pagos adicionales mensuales
de una doceava parte de las contribuciones, avalúos (impuestos), primas de

1

Forma FmHA-427-1 PR
10/77

seguros y otros cargos que se hayan estimados sobre la propiedad hipotecaria. ————————————————————————————

CUARTO: Se sobreentiende que: ————————————————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la suma de principal especificada en el mismo, concedido, con el propósito y la intención de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno consolidando la Administración de Hogares de Agricultores o el Título Quinto de la Ley de Hogares de mil novecientos cuarenta y nueve, según ha sido enmendada. ———————————

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el prestamista asegurado. ——————————————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acreedor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con el pagaré un endoso de seguro garantizando totalmente el pago de principal e intereses de dicho pagaré. ———————————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor hipotecario. el acreedor hipotecario, por convenio con el prestamista asegurado, determinarán en el endoso de seguro la porción del pago de intereses del pagaré que será designada como "cargo anual". ——————



(Cinco) Una condición del aseguramiento de pago del pagaré será de que el acreedor cederá todos sus derechos y remedios contra el deudor hipotecario y adquiera otro en relación con dicho préstamo así como también a los beneficios de esta hipoteca y aceptará en su lugar los beneficios del seguro, y en caso de violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en cualquier convenio suplementario por parte del deudor hipotecario, a requerimiento del acreedor hipotecario endosará el pagaré al acreedor hipotecario. ——————————————————————

(Seis)  Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca garantizará el pago del pagaré pero cuando el pagaré

-2-

FORMA FmHA-427-1 PR

Forma FmHA-427-1 PR
10/77

esté en poder de un prestamista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda, constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incumplimiento por parte del deudor hipotecario —————————————————————

QUINTO  Que en consideración al préstamo y (a) en todo tiempo que el pagaré sea conservado por el acreedor hipotecario o en el caso de que el acreedor hipotecario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del importe del pagaré según se especifica en el subpárrafo (Uno) del párrafo NOVENO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho pagaré, su renovación o extensión y cualquier convenio contenido en el mismo, (b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garantía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí consignado, para garantizar el cumplimiento del convenio del deudor hipotecario de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el endoso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cualquier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el cumplimiento de todos y cada uno de los convenios y estipulaciones del deudor hipotecario aquí contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre los bienes descritos en la párrafo UNDECIMO más adelante, así como sobre los



derechos, intereses, servidumbres, derechos hereditarios, adhesiones pertenecientes a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e ingreso de los mismos, toda mejora o propiedad personal en el presente que en el futuro se adhiera o que sean razonablemente necesarios para el uso de los mismos, sobre las aguas, los derechos de agua o bienes en los mismos, pertenecientes a las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y después del vencimiento hasta que los mismos hayan sido pagados en su totalidad  En caso de ejecución, los bienes responderán del pago del principal, los intereses antes y después de vencimiento, hasta su total

—3—

FORMA FmHA-427-1 PR

Forma FmHA-427-1 PR
10/77

solvento, pérdida sufrida por el acreedor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cualquier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas, gastos y honorarios de abogado del acreedor hipotecario, toda extensión o renovación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma adicional especificada en el párrafo NOVENO de este documento. ——————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario. En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor hipotecario como agente cobrador del tenedor del mismo. ——————————————————

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación y cualquier cargo por delincuencia requerido en el presente o en el futuro por los reglamentos de la Administración de Hogares de Agricultores.

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegurado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido en el párrafo CUARTO anterior por cuenta del deudor hipotecario ——————————————



Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto por el acreedor hipotecario por cuenta del deudor hipotecario.————————————————————

Cualquier adelanto por el acreedor hipotecario tal como se describe en este subpárrafo devengará intereses a razón del **DOCE Y CUARTO———** por ciento ( 12 1/4 %) anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor hipotecario lo satisfaga ———————————

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario,

-4-

FORMA FmHA-427-1 PR

Forma FmHA-427-1 PR
10/77

cualquier o todo adelanto hecho por el acreedor hipotecario para prima de seguro, reparaciones, gravámenes u otra reclamación en protección de los bienes hipotecados o para contribuciones o impuestos u otro gasto similar por razón de haber el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos hasta que los mismos sean satisfechos por el deudor hipotecario ————————————————————————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipoteca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipotecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto hecho por el acreedor hipotecario no relevará al deudor hipotecario de su violación del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor hipotecario determinare ————————————————————————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para los propósitos autorizados por el acreedor hipotecario ——————————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravámenes y cargas que graven los bienes o los derechos o intereses del deudor hipotecario bajo los términos de esta hipoteca. ——————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requiera el acreedor hipotecario sobre los edificios y las mejoras existentes en los bienes o cualquier otra mejora introducida en el futuro. El seguro contra el fuego y otros riesgos serán en la forma y por las cantidades, términos y condiciones que aprobare el acreedor hipotecario. ——————————



(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las reparaciones necesarias para la conservación de los bienes, no cometerá ni permitirá que se cometa ningún deterioro de los bienes, ni removerá ni demolerá ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca, ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros minerales sin el consentimiento del acreedor hipotecario y prontamente llevará a efecto las reparaciones en los bienes que

Forma FmHA-427-1 PR
10/77

el acreedor hipotecario requiera de tiempo en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en tiempo pueda prescribir. —————————————————————————

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se identifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor hipotecario personalmente operará los bienes por sí y por medio de su familia como una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a menos que el acreedor hipotecario consienta por escrito en otro método de operación o al arrendamiento ———

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la información de sus ingresos y gastos y cualquier otra información relacionada con la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos que afecten los bienes o su uso. ——————————

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía otorgada está siendo mermada o deteriorada, y si dicho examen o inspección determinare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mermada o deteriorada, tal condición se considerará como una violación por parte del deudor hipotecario de los convenios de esta hipoteca. ——————————————————



(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción, podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus intereses y los gastos y desembolsos incurridos por el acreedor hipotecario en dichos procedimientos, serán parte de la deuda del deudor hipotecario y se considerarán garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria para adelantos, gastos y otros pagos. ———————————————————

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acreedor hipotecario, el acreedor hipotecario es por la presente autorizado y con poderes para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar sus rentas, beneficios e ingresos de los mismos

—6—

Forma FmHA-427-1 PR
10/77

y aplicarlos en primer término a los gastos de cobro y administración y en segundo término al pago de la deuda evidenciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada, en el orden y manera que el acreedor hipotecario determinare. ————————————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor hipotecario puede obtener un préstamo de una asociación de crédito para producción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un tipo de interés y términos razonables para préstamos por tiempo y propósitos similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará y aceptará dicho préstamo en cantidad suficiente para satisfacer el pagaré y cualquier otra deuda aquí garantizada y pagar por las acciones necesarias en la agencia cooperativa en relación con dicho préstamo. ————————————————

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido o en cualquiera convenio suplementario, o falleciere o se declarare o fuere declarado incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acreedores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos, vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo, sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos) incurrir y pagar los gastos razonables para la reparación o mantenimiento de los bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se conviniere en la hipoteca, incluyendo las contribuciones, impuestos, prima de seguro y cualquier otro pago o gasto para la protección y conservación de los bienes y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres) de solicitar la protección de la ley. ————————————————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos de esta hipoteca, los del pagaré y en cualquier otro



Forma FmHA-427-1 PR
10/77

convenio suplementario, incluyendo los gastos de mensura, evidencia de título, costas, inscripción y honorarios de abogado. ————————————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor hipotecario para requerir y hacer cumplir en cualquier fecha posterior los convenios, acuerdos u obligaciones aquí contenidas o similares u otros convenios y sin afectar la responsabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí garantizada y sin afectar el gravamen impuesto sobre los bienes o la prioridad del gravámen, el acreedor hipotecario es por la presente autorizado y con poder en cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obligación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos) negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el consentimiento del tenedor de dicho pagaré cuando esté en manos de un prestamista asegurado) o para el pago de cualquier deuda a favor del acreedor hipotecario, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cualquier parte de los bienes de la hipoteca aquí constituida u otorgar diferimiento o postergación de esta hipoteca a favor de cualquier otro gravámen constituido sobre dichos bienes.



(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca, incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones parciales, subordinación, cancelación total, radica sola y exclusivamente en el acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o interés alguno en o sobre el gravámen y los beneficios aquí contenidos. ————————————————————————

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cualesquiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipotecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía constituirá incumplimiento de esta hipoteca.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será remitido por correo certificado a menos que se disponga lo contrario por ley, y será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto, en el caso del acreedor hipotecario a Administración de Hogares de Agricultores, Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el caso del deudor hipotecario, a él a la dirección postal de

—8—

Forma FmHA-427-1 PR
10/77

su residencia según se especifica más adelante. ————————————

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario el importe de cualquier sentencia obtenido por expropiación forzosa para uso público de los bienes o parte de ellos así como también el importe de la sentencia por daños causados a los bienes. El acreedor hipotecario aplicará el importe que reciba al pago de los gastos en que incurriere en su cobro y el balance al pago del pagaré y cualquier deuda al acreedor hipotecario garantizada por esta hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario. ————————————

SEPTIMO· Para que sirva de tipo a la primera subasta que deberá celebrarse en caso de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmendada, el deudor hipotecario por la presente tasa los bienes hipotecados en la suma de ——————————————————————

———CINCUENTA Y SEIS MIL DOLARES ($56,000.00)—————

——————————————————————————————

OCTAVO· El deudor hipotecario por la presente renuncia al trámite de requerimiento y se considerará en mora sin necesidad de notificación alguna por parte del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Administración de Hogares de Agricultores ahora en vigor y a futuros reglamentos, no inconsistentes con los términos de esta hipoteca, así como también sujeta a las leyes del Congreso de Estados Unidos de América que autorizan la asignación y aseguramiento del préstamo antes mencionado. ——————————————————————————

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor hipotecario cediere esta hipoteca sin asegurar el pagaré:

———CUARENTA MIL——————————DOLARES ($40,000.00) principal de dicho pagaré, con sus intereses según estipulados a razón del DOCE Y CUARTO     por ciento 12¹/₄ %) anual;

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:

(A) ———CUARENTA MIL—————————————————————
————————————————————— DOLARES ($40,000.00 )



—9—

Forma FmHA 427-1 PR
10/77

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado por motivo del incumplimiento del deudor hipotecario de pagar los plazos según se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO, Tercero; ------------------------

(B) ---SESENTA MIL----------------------------------------

-------------------------------- DOLARES ($ 60,000.00 )

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda sufrir bajo su seguro de pago del pagaré; --------------------

Tres. En cualquier caso y en todo tiempo; ----------------------------

(A)---DIECISEIS MIL-----------------------------------------

----------------------------- DOLARES ($ 16,000.00 )

para intereses después de mora; ----------------------------------

(B) ---OCHO MIL----------------------------------------

---------------------------- DOLARES ($ 8,000.00 )

para contribuciones, seguro y otros adelantos para la conservación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo SEXTO, Tercero; ------ ------ ------------------

(C) ---CUATRO MIL----------------------------------------

-------------------------------- DOLARES ($ 4,000.00 )

para costas, gastos y honorarios de abogado en caso de ejecución; ------

(D) ---CUATRO MIL----------------------------------------

-------------------------------- DOLARES ($ 4,000.00 )

para costas y gastos que incurriere el acreedor hipotecario en procedimientos para defender sus intereses contra cualquier persona que intervenga o infringue el derecho de posesión del deudor hipotecario a los bienes según se designa en el párrafo SEXTO, Trece. ----------------------------

DECIMO. Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO de esta hipoteca es (son) descrito(s) como sigue: --- ----

Pagaré otorgado en el caso numero sesenta y tres-treinta y--
cuatro.

------------------------- fechado el día quince-------------

(15) de ABRIL------ de mil novecientos ochenta y uno,---

(1981),----------------------------------------

10

Forma FmHA 427-1 PR
10/77

por la suma de     CUARENTA MIL DOLARES ($40,000.00)----
------ dólares de principal más intereses sobre el balance del principal
adeudado a razón del   DOCE Y CUATRO (12 1/4)-------------
------- ( 12 1/4%) por ciento anual, hasta tanto su principal sea
totalmente satisfecho según los términos, plazos, condiciones y estipulaciones
contenidas en dicho pagaré y según acordados y convenidos entre el
Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
representada, de no haber sido satisfecho con anterioridad, vencerá y será
pagadero a los CUARENTA (40)---- años de la fecha de este pagaré.
—— Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido
por el Gobierno al Prestatario de conformidad con la Ley del Congreso
de los Estados Unidos de América denominada "Consolidated Farm and
Rural Development Act of 1961" o de conformidad con el "Title V of
the Housing Act of 1949", según han sido enmendadas y está sujeto a los
presentes reglamentos de la Administración de Hogares de Agricultores
y a los futuros reglamentos no inconsistentes con dicha Ley . De cuya
descripción, yo, el Notario Autorizante, DOY FE. ------------------

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que
se constituye Hipoteca Voluntaria, se describe como sigue:--------------
---"RUSTICA:- Situada en el Barrio NARANJALES del tér
mino municipal de LAS MARIAS, Puerto Rico compuesta de:
---CINCUENTA Y UNA CUERDAS más o menos de terreno,---
equivalentes a veinte hectáreas, cuatro áreas, y cin-
cuenta centiáreas en lindes por el:------------------
---NORTE:- con terrenos de Andrés Massari, los de Ni-
canor Bayrón y los de Francisco Marrero, al---------
--SUR:- con terrenos de Francisco Marrero y los de-
----Miguel Esteves, al--------------------------------
----ESTE:- con terrenos de Nicanor Bayrón y los de---
Francisco Marrero y al-------------------------------
---OESTE:- con terrenos de Miguel Esteves y Julio---
Vicenty."--------------------------------------------
--Según la inscripción décima novena dice que la fin-
ca fué mensurada y resultó con una cabida de de Cin-
cuenta y Tres Cuerdas con Tres Céntesimas de otra,--
equivalentes a veinte hectáreas, ochenta y cuatro área.
veintiocho centiáreas -------------------------------
--Enclava una casa de una sola planta destinada a-
vivienda de cemento que mide cuarenta y cinco pies por
dieciocho pies en columnas.-------------------------
---Enclava además una casa almacén de concreto, dos--
casas de arrimados, una casilla de madera y zinc, y un
acueducto de agua con motor e instalación de luz.-----
--Inscrita al folio treinta y uno (31) del tomo---
noventa y siete (97) de Las Marías, finca número qui-
nientos ochenta y uno (581).------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------



Forma FmHA 427-1 PR
10/77

Adquirió el prestatario la descrita finca por compra a------- Ramón S. Vicens  e Isabel A. Torres----------------- según consta de la Escritura Número **Ciento Sesenta y Uno** --------------------de fecha **quince de abril de 1981,**---- ----------------- otorgada en la ciudad de Lares, P.R.- ante el Notario  Ramon R. Lugo Beauchamp.------------

Dicha propiedad se encuentra  afecta a hipoteca a favor de Estados Unidos de América, por la suma de Dieciseis Mil Dólares ($16,000.00) y a la que se constituye a- virtud del presente documento.-------------------------- ----------------------------------------------------- ----------------------------------------------------- ----------------------------------------------------- ----------------------------------------

DUODECIMO:  Que comparecen en la presente escritura como------

Deudores Hipotecarios :- DON NELSON CUEBAS TORRES y DOÑA SOCORRO MEDINA RIVERA, mayores de edad, casados entre sí, propietarios y vecinos de Las Marías, Puerto Rico cuya dirección postal es:

---Apartado quinientos ochenta y tres (583) Maricao, Puerto Rico.------------------------------------------

DECIMO TERCERO:  El importe del préstamo aquí consignado se usó ó será usado para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones físicas en la----- finca(s) descrita(s).----------------------------------------

DECIMO CUARTO:  El prestatario ocupará personalmente y usará-- cualquier estructura que haya sido construída, mejorada o------ comprada con el importe del préstamo aquí garantizado y no---- arrendará o usará para otros fines dicha estructura a menos que el Gobierno lo consienta por escrito.  La violación de esta--- cláusula como la violación de cualquier otro convenio o cláu- sula aquí contenida ocasionará el vencimiento de la obligación como si todo el término hubiese transcurrido y en aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la ejecución de la hipoteca.---------------------------- ----

DECIMO QUINTO:  Esta hipoteca se extiende expresamente a toda construcción o edificación existente en la(s) finca(s) antes-

12

Forma FmHA 427-1PR
10/77

descrita(s) y a toda mejora, construcción o edificación que

se construya en dicha finca(s) durante la vigencia del ------

préstamo hipotecario constituido a favor del Gobierno, veri-

ficada por los actuales dueños deudores o por sus cesionarios

o causahabientes.

DECIMO SEXTO:   El deudor hipotecario por la presente--------

renuncia mancomunada y solidariamente por sí y a nombre de--

sus herederos causahabientes, sucesores o representantes a--

favor del acreedor (Administración de Hogares de ----------

Agricultores), cualquier derecho de Hogar Seguro (Homestead)

que en el presente o en el futuro pudiera tener en la -------

propiedad descrita en el párrafo undécimo y en los edificios

allí enclavados o que en el futuro fueran construidos; -----

renuncia esta permitida a favor de la Administración de ----

Hogares de Agricultores por la Ley Número Trece (13) del ---

veintiocho (28) de mayo de mil novecientos sesenta y nueve--

(1969) (31 L.P.R.A. 1851).---------------------------------

DECIMO SEPTIMO:  El acreedor y el deudor hipotecario -------

convienen en que cualquier estufa, horno, calentador compra-

do o financiado total o parcialmente con fondos del préstamo

aquí garantizado, se considerará e interpretará como parte--

de la propiedad gravada por esta Hipoteca.------------------

--------------------ACEPTACION Y ADVERTENCIAS----------

---Los comparecientes aceptan esta escritura en todas--

sus partes. Se hicieron las advertencias legales de----

rigor.-----------------------------------------------------

------------------------OTORGAMIENTO---------------------

---Así lo dicen y lo otorgan los comparecientes por---

ante mí el Notario, luego de haber renunciado al dere-

cho que les hice saber tenían para requerir la presen-

cia de testigos instrumentales.-------------------------

---------------------LECTURA------------------------

---Leída en alta voz esta escritura a los otorgantes por

mí el Notario y habiéndoles advertido del derecho a leer

la por ellos mismos el cual renunciaron, en la misma se

ratifican, fijan sus iniciales en todos y cada uno de-

los folios de este documento y firman en un solo acto--

por ante mí el Notario, que DOY FE de todo lo consigna-

do anteriormente en el presente documento público.-----



---FIRMADOS:- NELSON CUEBAS TORRES, SOCORRO

MEDINA RIVERA.------------------------------

---FIRMADO, SIGNADO, SELLADO Y RUBRICADO,

RAMON RAFAEL LUGO BEAUCHAMP.--------------

CERTIFICO:--Que la que precede es copia fiel y exacta de su original que
bajo el número ............... 162 ............. obra en mi protocolo
de instrumentos públicos para el corriente año. Hay adheridas y debidamen-
te cancelados en el original los correspondientes sellos de Rentas Internas
e impuesto Notarial. .........................................
. EN TESTIMONIO DE LO CUAL y para entregar a ...........
................................ expido la presente copia certi-
ficada, que FIRMO, SIGNO, SELLO Y RUBRICO, en ..........
Puerto Rico, el mismo dia de su otorgamiento dejando anotada su saca.

DOY FE. ...................................
RAMON RAFAEL LUGO BEAUCHAMP
Notario

_Inscrito este documento al
folio 33 del Tomo 97 de Las
Marías, Finca #581 e ins-
cripción 31ª. Dominio y gra-
vada ademas con hipoteca a
favor de E. U. A. por $16,000.00.
Mayaguez a 23 de abril de
1981._

_Sin Derechos:_

_Registrador_



EXHIBIT
6

## DEED NUMBER THREE (3)

## REAMORTIZATION OF MORTGAGE LOANS AND MODIFICATION OF MORTGAGES

In the town of Lares, Puerto Rico, on January eighteen (18), nineteen ninety-one (1991)

### IN MY PRESENCE

RAMON RAFAEL LUGO BEAUCHAMP, Attorney and Notary Public, with residence in Lares, Puerto Rico, and offices on highway one eleven (111), kilometer twenty-four point (24.2) in Barrio Lares in Lares, Puerto Rico.

### THERE NOW APPEAR

AS THE FIRST PARTY: AS MORTGAGEE: MR. PEDRO ORTIZ CORDERO (Social Security number 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) of legal age, single, property owner and resident of Mayaguez, Puerto Rico.

AS THE SECOND PARTY: AS MORTGAGOR: UNITED STATES OF AMERICA, acting through the Farmers Home Administration, represented herein by MR. ARNALSO TORRES QUIÑONES, (Social Security number          ), of legal age, married, employed  and resident of Morovis, Puerto Rico, and who appears herein in his capacity as County Supervisor of Farmers Home Administration, Lares office, Puerto Rico, whose authority is duly noted in the Property Registry.

### I BEAR WITNESS

To my personal acquaintance of the parties and to their statements regarding their age, marital status, profession and residence. They attest to having and, in my judgment they do have, the necessary legal authority for this deed, and as they are freely exercising their rights and nothing indicates that this is not the case, thus, freely,

### THEY DECLARE:

FIRST: That the first party herein is the sole and unconditional owner of the following properties:

FARM NUMBER ONE (1): RURAL: Located in Barrio Naranjales in the municipality of LAS MARIAS, Puerto Rico, consisting of:

Approximately FIFTY-ONE *CUERDAS*\* of land, equivalent to twenty (20) hectares, four (4) ares and fifty (50) centiares, with the following boundaries:
North: with the properties of Andrés Massari, Nicanor Bayrón and Francisco Marrero;
South: with the properties of Francisco Marrero and Miguel Esteves;
East: with the properties of Nicanor Bayrón and Francisco Marrero;
West: with the properties of Miguel Esteves and Julio Vicenty.

According to the nineteenth recording, the property was measured and gave a surface area of fifty-three point zero three *cuerdas* (53.03 *cds.*), equivalent to twenty (20) hectares, eighty-four (84) ares and twenty-eigh (28) centiares.

There is a one-story cement house on the property, designed as a residence, that measures forty-five (45) feet by eighteen (18) feet, with columns, and there is also a concrete storage shed, two lean-to's, a small wooden and zinc hut and a water supply system with a motor and electric installation.

It is recorded on page thirty-six (36), volume ninety-seven (97) of Las Marías, farm five hundred and eighty-one (581).

FARM NUMBER TWO (2): RURAL: Plot of land marked as number twelve (12) in case number C-one thousand three hundred and eighty-two (C1382). It is located in Barrio Furnias in the municipality of Las Marías, Puerto Rico and consists of:
THREE *CUERDAS*\* OF LAND (3.00 *cds.*\*), equivalent to one (1) hectare, seventeen (17) ares and ninety-one (91) centiares and one thousand eight hundred and sixty-eight ten-thousandths (.1868) of another. It has boundaries as follows:
North: with plots numbers eleven (11) and seventeen (17);
South: with plots numbers five (5), six ( 6) and thirteen (13);
East: with pots numbers thirteen (13) and seventeen (17);
West: with plots numbers six (6) and eleven (11).

On the plot there is a house of cement and tuff blocks, cardboard roof and native wood, with interior cement and tuff block partitions. It measures thirty-three (33) feet across the front and twelve (12) feet deep and was built by the Puerto Rico Reconstruction Administration.

It is recorded on page one hundred and seventy-six (176), volume seventy-one (71) of Las Marías, farm number two thousand two hundred (2,200).

FARM NUMBER THREE (3): RURAL: Plot of land located in Barrio Naranjales in the municipality of Las Marías, Puerto Rico, with a surface area of:
FIVE *CUERDAS*\* (5.00 *cds.*\*), equivalent to one (1) hectare, ninety-six (96) ares, fifty-one (51) centiares and ninety-five (95) miliares. It has the following boundaries:

---

\*Translator's note: "Cuerda" is an area measurement equivalent to 10 meters squared. *Cds.* is the abbreviation. From Maria Moliner's *Diccionario del Uso del Español.*

North: with a plot of land subdivided from the main farm and sold to Carmen Julia Olmeda;
South: with a plot of land subdivided from the main farm;
East: with a stream that separates it from the property of Hacienda Anita;
West: with a road that separates it from the property of Anastacio Ramos.

It is recorded on page twenty-five (25), volume one hundred and fourteen (114) of Las Marías, farm number three thousand three hundred and ninety-eight (3,398).

FARM NUMBER FOUR (4): RURAL: Located in Barrio Palma Escrita in the municipality of Las Marias, Puerto Rico, consisting of:
THIRTY-FOUR POINT SIXTY *CUERDAS*\* (34.60 *cds.*\*) of land, equivalent to thirteen (13) hectares, fifty-nine (59) ares and ninety-two (92) centiares. It has the following boundaries:
North: with Palma Escrita Road
South: with a stream
East: with the property of Ramón Frontera, with Eugenio Orsini's Hacienda Teresa and with a stream
West: with the heirs of Gregorio Rochet.

It is recorded on page one hundred and sixty (160), volume one hundred and twenty-nine (129) of Las Marias, farm number six hundred and ninety-nine (699).

FARM NUMBER FIVE (5): RURAL: Plot of land in case C-one thousand eight hundred and thirty-five (C-1835), located in Barrio Palma Escrita in the municipality of Las Marias, Puerto Rico, with a surface area of:
THREE *CUERDAS*\* (3.00 *cds.*\*) of land, marked as number two (2). It has the following boundaries:
North: with a stream
South: with Eugenio Orsini and lot number four (4)
East: with Eugenio Orsini and property belonging to the Puerto Rico Reconstruction Administration
West: with lot number one (1).

It has a house of tuff, cement and wood, with interior partitions of tuff and cement; it measures thirty-three (33) feet across the front and twelve (12) feet deep, and was built by the P.R.R.A.

It is recorded on page two hundred and three (203), volume fifty-three (53) of Las Marias, farm number one thousand six hundred and seventy-nine (1,679).

---

\*Translator's note: "Cuerda" is an area measurement equivalent to 10 meters squared. *Cds.* is the abbreviation. From Maria Moliner's *Diccionario del Uso del Español.*

FARM NUMBER SIX (6): RURAL: Plot of land, number one (1) in case C-one thousand eight hundred and thirty-five (C-1835), located in Barrio Palma Escrita in the municipality of Las Marias, Puerto Rico, with a surface area of:
THREE *CUERDAS*\* (3.00 *cds.*\*) of land, equivalent to one (1) hectare, seventeen 917) ares, ninety-one (91) centiares and one thousand eight hundred and sixty-eight ten-thousandths centiares (.1868). It has the following boundaries:
North: with a stream
South: with lots numbers two and three
East: with lot number two (2)
West: with a stream.

It is recorded on page forty (40), volume sixty-nine (69) of Las Marias, farm number two thousand one hundred and thirty-six (2,136).

FARM NUMBER SEVEN (7): RURAL: Located in Barrio Maricao Afuera in the municipality of Maricao, Puerto Rico, consisting of:
TEN *CUERDAS*\*  (10.00 *cds.*\*)of land, equivalent to three (3) hectares, ninety-three (93) ares, three centiares and ninety (90) miliares. It has the following boundaries:
North: with the main farm from which it was subdivided;
South: presently with the heirs of Oms, previously with César Gómez;
East: with the heirs of Benigno Ramírez;
West: with highway on-twenty (120) that runs from Mayaguez to Maricao.

It is recorded on page two hundred and forty (240), volume sixty-six (66) of Maricao, farm number one thousand seven hundred and thirty-two (1,732).

TITLES

SECOND: The first party appearing herein acquired the farms described above as follows:

FARM NUMBER ONE (1): Pursuant to deed number one hundred and ten (110), dated May nineteen, nineteen eighty-four (1984), executed in this Notary office, through purchase from Nelson Cuebas Torres and his wife, Zocorro Medina Rivera.

FARM NUMBER TWO (2):  Pursuant to deed number twenty-eight (28), dated February nineteen, nineteen eighty-six (1986), executed in this Notary office, through purchase from the United States of America.

FARM NUMBER THREE (3): Acquired pursuant to deed number one hundred and five (105), dated September thirteen, nineteen eighty-three (1983), through purchase from Mr. Carlos Camara Bernacet and Consuelo Comas, executed in this Notary office.

---

\*Translator's note: "Cuerda" is an area measurement equivalent to 10 meters squared. *Cds.* is the abbreviation. From Maria Moliner's *Diccionario del Uso del Español.*

FARM NUMBER FOUR (4): Acquired pursuant to deed number one hundred and thirty-six (136), through purchase from Santiago Nuñez Irizarry and Lydia Rosado Beauchamp, executed in Mayaguez, Puerto Rico before the Notary Public Franklin Rodríguez Mangual.

FARM NUMBER FIVE (5): Acquired pursuant to deed number twelve (12), dated January twenty-three (23), nineteen eighty-seven (1987), executed in Mayaguez, Puerto Rico before the Notary Public José A. Olivieri Rodríguez, through purchase from Máximo Morales Rodríguez and Edelmira Rodríguez.

FARM NUMBER SIX (6): Acquired pursuant to deed number one hundred and sixty-three (163), dated December nine (9), nineteen eighty-six (1986), through purchase from Blanca Iriz Cruz Jimenez, executed in Mayaguez, Puerto Rico before the Notary Public José A. Olivieri Rodríguez.

FARM NUMBER SEVEN (7): Pursuant to deed number twenty-eight (28), dated February nineteen (19), nineteen eighty-six (1986), executed in this Notary office, through purchase from the United States of America.

CHARGES

FOURTH: The previously described farms are subject to the following charges:

FARM NUMBER ONE (1): Mortgages on behalf of the United States of America in the amounts of:
SIXTEEN THOUSAND DOLLARS ($16,000.00)
FORTY THOUSAND DOLLARS ($40,000.00)
TWELVE THOUSAND DOLLARS ($12,000.00)
FIVE THOUSAND DOLLARS ($5,000.00)
TWENTY-ONE THOUSAND DOLLARS ($21,000.00)
THIRTY THOUSAND DOLLARS ($30,000.00)

A criminal bail in the amount of FIFTY THOUSAND DOLLARS ($50,000.00) is posted and TWO HUNDRED AND TWENTY-FIVE THOUSAND DOLLARS ($225,000.00) to ensure the appearance of the accused, Milton Cintrón Ortiz, in criminal proceedings in the Superior Court of Puerto Rico, San Juan courtroom, issued on January three (3), nineteen ninety (1990), recorded on March five (5), nineteen ninety (1990).

FARM NUMBER TWO (2): Mortgages on behalf of the United States of America in the amounts of:
FIFTEEN THOUSAND FIVE HUNDRED DOLLARS ($15,500.00)
TWELVE THOUSAND DOLLARS ($12,000.00)
FIVE THOUSAND DOLLARS ($5,000.00)
TWENTY-ONE THOUSAND DOLLARS ($21,000.00)
THIRTY THOUSAND DOLLARS ($30,000.00)

FARM NUMBER THREE (3): Mortgages on behalf of the United States of America in the amounts of:
TWELVE THOUSAND DOLLARS ($12,000.00)
FIVE THOUSAND DOLLARS ($5,000.00)
TWENTY-ONE THOUSAND DOLLARS ($21,000.00)
THIRTY THOUSAND DOLLARS ($30,000.00)

FARM NUMBER FOUR (4): Mortgage on behalf of Farm Credit Bank of Baltimore, in the amount of:
SIXTY THOUSAND DOLLARS ($60,000.00), and a mortgage on behalf of the United States of America in the amount of THIRTY THOUSAND DOLLARS. Bail is posted under the same case indicated in farm number one (1), in the amounts of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) and ONE HUNDRED THOUSAND DOLLARS ($100,000.00), recorded on March fifteen (15), nineteen ninety (1990).

FARM NUMBER FIVE (5): Mortgage on behalf of the United States of America in the amount of:
THIRTY THOUSAND DOLLARS ($30,000.00)

FARM NUMBER SIX (6): Mortgage on behalf of the United States of America in the amount of:
THIRTY THOUSAND DOLLARS ($30,000.00)

FARM NUMBER SEVEN (7): Mortgage on behalf of the United States of America in the amounts of:
FIFTEEN THOUSAND FIVE HUNDRED DOLLARS ($15,500.00)
TWELVE THOUSAND DOLLARS ($12,000.00)
FIVE THOUSAND DOLLARS ($5,000.00)
TWENTY-ONE THOUSAND DOLLARS ($21,000.00)
THIRTY THOUSAND DOLLARS ($30,000.00)

FIFTH: The subject of this deed are the mortgages described below which are to be reamortized and modified in the payment of the notes and mortgages:

MORTGAGE NUMBER ONE (1):
Mortgage on behalf of the United States of America in the amount of FORTY THOUSAND DOLLARS ($40,000.00) of principal, with an interest rate of twelve point twenty-five percent (12.25%) per annum. Executed on April fifteen (15), nineteen eighty-one (1981), pursuant to deed number one hundred and sixty-two (162) in this Notary office, due forty (40) years from the date of execution of the mortgage and promissory note.

Said mortgage was reamortized pursuant to deed number one hundred and forty-six (146), dated September three (3), nineteen eighty-five (1985), executed in this Notary office, to the amount of FIFTY-THREE THOUSAND AND EIGHTY-EIGHT

DOLLARS AND EIGHTY-EIGHT CENTS ($53,088.88), with an interest rate of FIVE POINT TWENTY-FIVE PERCENT (5.25%) per annum.
This mortgage covers farm number five hundred and eighty-one (581), designated as farm number one (1) of Las Marias, Puerto Rico.

MORTGAGE NUMBER TWO (2):
Mortgage on behalf of the United States of America in the amount of FIFTEEN THOUSAND FIVE HUNDRED DOLLARS ($15,500.00) of principal, with an interest rate of five point twenty-five percent (5.25%) per annum. It secures a promissory note dated February nineteen (19) nineteen eighty-six (1986) in the same amount, payable forty (40) years from the date of said promissory note, pursuant to the terms of Voluntary Mortgage deed number twenty-nine (29), dated February nineteen (19) nineteen eighty-six (1986), executed in this Notary office.

This mortgage encumbers farms number two thousand two hundred (2,200), designated as farm number two (2) of Las Marias, Puerto Rico, and farm number one thousand seven hundred and thirty-two (1,732), herein designated as farm number seven (7).

MORTGAGE NUMBER THREE (3):
Mortgage on behalf of the United States of America in the amount of TWELVE THOUSAND DOLLARS ($12,000.00) of principal, with an interest rate of five percent (5%) per annum. It secures a promissory note dated  June four (4) nineteen eighty-six (1986) in the same amount, payable seven (7) years from the date of said promissory note, pursuant to the terms of Voluntary Mortgage deed number eighty-seven (87), dated June four (4) nineteen eighty-six (1986), executed in this Notary office.

This mortgage encumbers farms number: FIVE HUNDRED AND EIGHTY-ONE (581), herein designated as farm number one (1); TWO THOUSAND TWO HUNDRED (2,200),  herein designated as farm number two (2); THREE THOUSAND THREE HUNDRED AND NINETY-EIGHT (3,398), herein designated as farm number three (3); all of these are located in Las Marias; and farm number ONE THOUSAND SEVEN HUNDRED AND THIRTY-TWO (1,732), herein designated as farm number seven (7), located in Maricao, Puerto Rico.

MORTGAGE NUMBER FOUR (4):
Mortgage on behalf of the United States of America in the amount of FIVE THOUSAND DOLLARS ($5,000.00) of principal, with an interest rate of five percent (5%) per annum. It secures a promissory note dated  June four (4) nineteen eighty-six (1986) in the same amount, payable forty (40) years from the date of said promissory note, pursuant to the terms of deed number eighty-eight (88), dated June four (4) nineteen eighty-six (1986), executed in this Notary office.

This mortgage encumbers farms number: FIVE HUNDRED AND EIGHTY-ONE (581), herein designated as farm number one (1); TWO THOUSAND TWO HUNDRED (2,200),  herein designated as farm number two (2); THREE THOUSAND THREE HUNDRED AND NINETY-EIGHT (3,398), herein designated as farm number three (3);

all of these are located in Las Marias; and farm number ONE THOUSAND SEVEN HUNDRED AND THIRTY-TWO (1,732), herein designated as farm number seven (7), located in Maricao.

MORTGAGE NUMBER FIVE (5):
Mortgage on behalf of the United States of America in the amount of TWENTY-ONE THOUSAND DOLLARS ($21,000.00) of principal, with an interest rate of four point five percent (4.5%) per annum. It secures a promissory note dated March twenty-three (3) nineteen eighty-seven (1987) in the same amount, payable seven (7) years from the date of said promissory note, pursuant to the terms of Voluntary Mortgage deed number forty-two (42), executed in this Notary office.

This mortgage encumbers farms number: FIVE HUNDRED AND EIGHTY-ONE (581), herein designated as farm number one (1); TWO THOUSAND TWO HUNDRED (2,200), herein designated as farm number two (2); THREE THOUSAND THREE HUNDRED AND NINETY-EIGHT (3,398), herein designated as farm number three (3); all of these are located in Las Marías; and farm number ONE THOUSAND SEVEN HUNDRED AND THIRTY-TWO (1,732), herein designated as farm number seven (7), located in Maricao.

MORTGAGE NUMBER SIX (6):
Mortgage on behalf of the United States of America in the amount of THIRTY THOUSAND DOLLARS ($30,000.00) of principal, with an interest rate of nine point five percent (99.5%) *[sic]* per annum. It secures a promissory note dated April twenty-five (25) nineteen eighty-nine (1989) in the same amount, payable seven (7) years from the date of said promissory note, pursuant to the terms of deed number nine (9), dated April twenty-five (25), nineteen eighty-nine (1989), executed in this Notary office.

This mortgage encumbers all the farms described in the FIRST paragraph above, designated as numbers one (1) through, and including, seven (7).

FIFTH *[sic]*: The mortgagee states that in order to reamortize the previously described mortgage debts, he requested and obtained the approval of the mortgagor in order to reamortize the aforementioned mortgage debts.

SIXTH: The mortgagee states that he is personally aware of each and every one of the obligations, clauses and stipulations contained and/or mentioned in the aforementioned mortgage deeds, which gave rise to each one of the mortgages described above and which are the subject of this deed, and he hereby clearly, solemnly and absolutely agrees to comply with each and every one of the clauses therein.

SEVENTH: The mortgagor states, in the capacity he bears, that because the mortgagee qualified to receive the benefits of the Congress law known as "Consolidated Farm and Rural Development Act", he has agreed to reamortize and to modify the form of payment of the installments established in the promissory notes and in the mortgages as follows:

MORTGAGE NUMBER ONE (1):
In the amount of FORTY THOUSAND DOLLARS ($40,000.00) of principal, which was reamortized to the amount of FIFTY-THREE THOUSAND NINE HUNDRED AND EIGHTY-EIGHT DOLLARS AND EIGHTY-EIGHT CENTS ($53,988.88).
The amount of this promissory note and the mortgage securing it, reamortized on January eighteen (18), nineteen ninety-one (1991) had an unpaid balance amounting to: FIFTY-ONE THOUSAND FOUR HUNDRED AND THIRTY-SEVEN DOLLARS AND FORTY-FOUR CENTS ($51,437.44), and shall accrue interests at the annual rate of FIVE PERCENT (5%), plus the sum of TWO THOUSAND EIGHT HUNDRED AND FORTY-EIGHT DOLLARS AND FORTY-FOUR CENTS ($2,848.44) of non-capitalized interest, which shall not accrue interest, for a total of: FIFTY-FOUR THOUSAND TWO HUNDRED AND EIGHTY-FIVE DOLLARS AND EIGHTY-EIGHT CENTS ($54,285.88), which debt shall be paid as follows:

ONE THOUSAND DOLLARS ($1,000.00) on or before January first, nineteen ninety-two (1992);
ONE THOUSAND FIVE HUNDRED DOLLARS ($1,500.00) on or before January first nineteen ninety-three (1993) and nineteen ninety-four (1994);
THREE THOUSAND SEVEN HUNDRED AND FIFTY-TWO DOLLARS ($3,752.00) on or before January first, nineteen ninety-five (1995), and that same sum of THREE THOUSAND SEVEN HUNDRED AND FIFTY-TWO DOLLARS ($3,752.00) on or before January first of each year subsequently thereafter, except for the final payment of the debt assumed herein, which shall be made on or before January first, two thousand and twenty-one (2021).

MORTGAGE NUMBER TWO (2):
In the amount of FIFTEEN THOUSAND FIVE HUNDRED DOLLARS ($15,500.00) of principal.
The amount of this promissory note and the mortgage securing it, reamortized on January eighteen (18), nineteen ninety-one (1991) had an unpaid balance amounting to: FIFTEEN THOUSAND AND EIGHTY DOLLARS AND THIRTY-EIGHT CENTS ($15,080.38), and shall accrue interests at the annual rate of FIVE PERCENT (5%), plus the sum of EIGHT HUNDRED AND THIRTY-FIVE DOLLARS AND TEN CENTS ($835.10) of non-capitalized interest, which shall not accrue interest, for a total of: FIFTEEN THOUSAND NINE HUNDRED AND FIFTEEN DOLLARS AND FORTY-EIGHT CENTS ($15,915.48), which debt shall be paid as follows:

SEVEN HUNDRED AND NINETEEN DOLLARS ($719.00) on or before January first, nineteen ninety-two (1992);
SEVEN HUNDRED AND FIFTY-FIVE DOLLARS ($755.00) on or before January first nineteen ninety-three (1993) and nineteen ninety-four (1994);
NINE HUNDRED AND EIGHTY-ONE DOLLARS ($981.00) on or before January first, nineteen ninety-five (1995), and that same sum of NINE HUNDRED AND EIGHTY-ONE DOLLARS ($981.00) on or before January first of each year subsequently thereafter, except for the final payment of the debt assumed herein, which shall be made on or before January first, two thousand and twenty-six (2026).

MORTGAGE NUMBER THREE (3):

In the amount of TWELVE THOUSAND DOLLARS ($12,000.00) of principal.
The amount of this promissory note and the mortgage securing it, reamortized on January eighteen (18), nineteen ninety-one (1991) had an unpaid balance amounting to: SEVEN THOUSAND THREE HUNDRED AND FORTY DOLLARS AND FIVE CENTS ($7,340.05) and shall accrue interests at the annual rate of FIVE PERCENT (5%), plus the sum of THREE HUNDRED AND EIGHTY-SEVEN DOLLARS AND ELEVEN CENTS ($387.11) of non-capitalized interest, which shall not accrue interest, for a total of: SEVEN THOUSAND SEVEN HUNDRED AND TWENTY-SEVEN DOLLARS AND SIXTEEN CENTS ($7,727.16), which debt shall be paid as follows:

THREE HUNDRED AND FIFTY DOLLARS ($350.00) on or before January first, nineteen ninety-two (1992);
THREE HUNDRED AND SIXTY-EIGHT DOLLARS ($368.00) on or before January first nineteen ninety-three (1993) and nineteen ninety-four (1994);
ONE THOUSAND THREE HUNDRED AND TWENTY-FOUR DOLLARS ($1,324.00) on or before January first, nineteen ninety-five (1995), and that same sum of ONE THOUSAND THREE HUNDRED AND TWENTY-FOUR DOLLARS ($1,324.00) on or before January first of each year subsequently thereafter, except for the final payment of the debt assumed herein, which shall be made on or before January first, two thousand and one (2001).

MORTGAGE NUMBER FOUR (4):

In the amount of FIVE THOUSAND DOLLARS ($5,000.00) of principal.
The amount of this promissory note and the mortgage securing it, reamortized on January eighteen (18), nineteen ninety-one (1991) had an unpaid balance amounting to: FOUR THOUSAND EIGHT HUNDRED AND FIFTY-SIX DOLLARS AND ELEVEN CENTS ($4,856.11) of principal and shall accrue interests at the annual rate of FIVE PERCENT (5%), plus the sum of TWO HUNDRED AND FIFTY-SIX DOLLARS AND FOURTEEN CENTS ($256.14) of non-capitalized interest, which shall not accrue interest, for a total of: FIVE THOUSAND ONE HUNDRED AND TWELVE DOLLARS AND SEVENTY-FIVE CENTS ($5,112.75), which debt shall be paid as follows:

TWO HUNDRED AND THIRTY-TWO DOLLARS ($232.00) on or before January first, nineteen ninety-two (1992);
TWO HUNDRED AND FORTY-THREE DOLLARS ($243.00) on or before January first nineteen ninety-three (1993) and nineteen ninety-four (1994);
THREE HUNDRED AND SIXTEEN DOLLARS ($316.00) on or before January first, nineteen ninety-five (1995), and that same sum of THREE HUNDRED AND SIXTEEN DOLLARS ($316.00) on or before January first of each year subsequently thereafter, except for the final payment of the debt assumed herein, which shall be made on or before January first, two thousand and twenty-six (2026).

MORTGAGE NUMBER FIVE (5):

In the amount of TWENTY-ONE THOUSAND DOLLARS ($21,000.00) of principal.

The amount of this promissory note and the mortgage securing it, reamortized on January eighteen (18), nineteen ninety-one (1991) had an unpaid balance amounting to: FOURTEEN THOUSAND THREE HUNDRED AND NINETY-FIVE DOLLARS AND FIFTY-SIX CENTS ($14,395.56)of principal and shall accrue interests at the annual rate of FOUR POINT FIVE PERCENT (4.5%), plus the sum of SIX HUNDRED AND EIGHTY-THREE DOLLARS AND TWENTY-NINE CENTS ($683.29) of non-capitalized interest, which shall not accrue interest, for a total of: FIFTEEN THOUSAND AND SEVENTY-EIGHT DOLLARS AND EIGHTY-FIVE CENTS ($15,078.85), which debt shall be paid as follows:

SIX HUNDRED AND SEVENTEEN DOLLARS ($617.00) on or before January first, nineteen ninety-two (1992);
SIX HUNDRED AND FORTY-EIGHT DOLLARS ($648.00) on or before January first nineteen ninety-three (1993) and nineteen ninety-four (1994);
TWO THOUSAND TWO HUNDRED AND SEVENTY-ONE DOLLARS ($2,271.00) on or before January first, nineteen ninety-five (1995), and that same sum of TWO THOUSAND TWO HUNDRED AND SEVENTY-ONE DOLLARS ($2,271.00) on or before January first of each year subsequently thereafter, except for the final payment of the debt assumed herein, which shall be made on or before January first, two thousand and one (2001).

MORTGAGE NUMBER SIX (6):
In the amount of THIRTY THOUSAND DOLLARS ($30,000.00) of principal.
The amount of this promissory note and the mortgage securing it, reamortized on January eighteen (18), nineteen ninety-one (1991) had an unpaid balance amounting to: TWENTY-NINE THOUSAND NINE HUNDRED AND SEVENTY-SIX DOLLARS AND FORTY-FOUR CENTS ($29,976.44) of principal and shall accrue interests at the annual rate of FIVE PERCENT (5%), plus the sum of THREE THOUSAND AND THREE DOLLARS AND EIGHTY CENTS ($3,003.80) of non-capitalized interest, which shall not accrue interest, for a total of: THIRTY THOUSAND NINE HUNDRED AND EIGHTY DOLLARS AND TWENTY-FOUR CENTS ($30,980.24), which debt shall be paid as follows:

ONE THOUSAND DOLLARS ($1,000.00) on or before January first, nineteen ninety-two (1992);
ONE THOUSAND DOLLARS ($1,000.00) on or before January first nineteen ninety-three (1993);
ONE THOUSAND FOUR HUNDRED AND NINETY-NINE DOLLARS ($1,499.00) on or before January first, nineteen ninety-four (1994);
FOUR THOUSAND TWO HUNDRED AND SEVENTY-SIX DOLLARS ($4,276.00) on or before January first, nineteen ninety-five (1995), and that same sum of FOUR THOUSAND TWO HUNDRED AND SEVENTY-SIX DOLLARS ($4,276.00) on or before January first of each year subsequently thereafter, except for the final payment of the debt assumed herein, which shall be made on or before January first, two thousand and four (2004).

The second party appearing herein, MR. ARNALDO TORRES QUIÑONES, in the capacity he bears, gives me, the Notary, the original promissory notes secured by the aforementioned mortgages, and assures me that they have not been negotiated or burdened in any way by the current holder and owner, United States of America, and once they have been identified by me, the Notary, and I have ascertained that they are the same promissory notes, I proceed to attach the following note to the back of each one:

PROMISSORY NOTE OF MORTGAGE NUMBER ONE (1):
"The amount of this promissory note and the mortgage securing it, reamortized on January 18, 1991 had an unpaid balance amounting to: $51,437.44 of principal and shall accrue interests at the annual rate of 5%, plus the sum of $2,848.44 of non-capitalized interest, which shall not accrue interest, for a total of: $54,285.88, which debt shall be paid as follows:

$1,000.00 on or before January first, 1992;
($1,500.00 on or before January first, 1993 and 1994;
$3,752.00 on or before January first, 1995, and that same sum of $3,752.00 on or before January first of each year subsequently thereafter, except for the final payment of the debt assumed herein, which shall be made on or before January first, 2021, all of which is pursuant to deed number three (3) of this same date, before the Notary RAMON RAFAEL LUGO BEAUCHAMP. I BEAR WITNESS.
Lares, Puerto Rico, January 18, 1991.

PROMISSORY NOTE OF MORTGAGE NUMBER TWO (2):
"The amount of this promissory note and the mortgage securing it, reamortized on January 18, 1991 had an unpaid balance amounting to: $15,080.38 of principal, and shall accrue interests at the annual rate of 5%, plus the sum of $835.10 of non-capitalized interest, which shall not accrue interest, for a total of: $15,915.48, which debt shall be paid as follows:

$719.00 on or before January first, 1992;
$755.00 on or before January first, 1993 and 1994;
$981.00 on or before January first, 1995, and that same sum of $981.00 on or before January first of each year subsequently thereafter, except for the final payment of the debt assumed herein, which shall be made on or before January first, 2026, all of which is pursuant to deed number three (3) of this same date, before the Notary RAMON RAFAEL LUGO BEAUCHAMP. I BEAR WITNESS.
Lares, Puerto Rico, January 18, 1991.

PROMISSORY NOTE OF MORTGAGE NUMBER THREE (3):
"The amount of this promissory note and the mortgage securing it, reamortized on January 18, 1991 had an unpaid balance amounting to: $7,340.05 of principal and shall accrue interests at the annual rate of 5%, plus the sum of $387.11 of non-capitalized interest, which shall not accrue interest, for a total of: $7,727.16, which debt shall be paid as follows:

$350.00 on or before January first, 1992;
$368.00 on or before January first, 1993 and 1994;
$1,324.00 on or before January first, 1995, and that same sum of $1,324.00 on or before
January first of each year subsequently thereafter, except for the final payment of the debt
assumed herein, which shall be made on or before January first, 2001, all of which is
pursuant to deed number three (3) of this same date, before the Notary RAMON
RAFAEL LUGO BEAUCHAMP. I BEAR WITNESS.
Lares, Puerto Rico, January 18, 1991.

PROMISSORY NOTE OF MORTGAGE NUMBER FOUR (4):
"The amount of this promissory note and the mortgage securing it, reamortized on
January 18, 1991 had an unpaid balance amounting to: $4,856.11 of principal and shall
accrue interests at the annual rate of 5%, plus the sum of $256.14 of non-capitalized
interest, which shall not accrue interest, for a total of: $5,112.75, which debt shall be paid
as follows:

$232.00 on or before January first, 1992;
$243.00 on or before January first, 1993 and 1994;
$316.00 on or before January first, 1995, and that same sum of $316.00 on or before
January first of each year subsequently thereafter, except for the final payment of the debt
assumed herein, which shall be made on or before January first, 2026, all of which is
pursuant to deed number three (3) of this same date, before the Notary RAMON
RAFAEL LUGO BEAUCHAMP. I BEAR WITNESS.
Lares, Puerto Rico, January 18, 1991.


PROMISSORY NOTE OF MORTGAGE NUMBER FIVE (5):
"The amount of this promissory note and the mortgage securing it, reamortized on
January 18, 1991 had an unpaid balance amounting to: $14,395.56 of principal and shall
accrue interests at the annual rate of 4.5%, plus the sum of $683.29 of non-capitalized
interest, which shall not accrue interest, for a total of: $15,078.85, which debt shall be
paid as follows:

$617.00 on or before January first, 1992;
$648.00 on or before January first, 1993 and 1994;
$2,271.00 on or before January first, 1995, and that same sum of $2,271.00 on or before
January first of each year subsequently thereafter, except for the final payment of the debt
assumed herein, which shall be made on or before January first, 2001, all of which is
pursuant to deed number three (3) of this same date, before the Notary RAMON
RAFAEL LUGO BEAUCHAMP. I BEAR WITNESS.
Lares, Puerto Rico, January 18, 1991.


MORTGAGE NUMBER SIX (6):
"The amount of this promissory note and the mortgage securing it, reamortized on
January eighteen 18, 1991 had an unpaid balance amounting to: $29,976.44 of principal

and shall accrue interests at the annual rate of 5%, plus the sum of $3,003.80 of non-capitalized interest, which shall not accrue interest, for a total of: $30,980.24, which debt shall be paid as follows:

$1,000.00 on or before January first, 1992;
$1,000.00 on or before January first, 1993;
$1,499.00 on or before January first, 1994;
$4,276.00 on or before January first, 1995, and that same sum of $4,276.00 on or before January first of each year subsequently thereafter, except for the final payment of the debt assumed herein, which shall be made on or before January first, 2004, all of which is pursuant to deed number three (3) of this same date, before the Notary RAMON RAFAEL LUGO BEAUCHAMP. I BEAR WITNESS.
Lares, Puerto Rico, January 18, 1991.

At the end of each one of these notes, beneath the date, of every one of the promissory notes, these have been:
SIGNED, STAMPED, SEALED AND ENDORSED: RAMON RAFAEL LUGO BEAUCHAMP.

For the purpose of sale, in the case of foreclosure on the farms mentioned in this deed, these are appraised as follows:

MORTGAGE NUMBER ONE (1):
Farm number five hundred and eighty-one (581), of Las Marias, herein designated as farm number one (1), the amount of: FIFTY-FOUR THOUSAND TWO HUNDRED AND EIGHTY-FIVE DOLLARS AND EIGHTY-EIGHT CENTS ($54,285.88).

MORTGAGE NUMBER TWO (2):
The two farms, number two thousand two hundred (2,200) of Las Marias and number one thousand seven hundred and thirty-two (1,732), of Maricao, are both appraised in the amount of: FIFTEEN THOUSAND NINE HUNDRED AND FIFTEEN DOLLARS AND FORTY-EIGHT CENTS ($15,915.48).

MORTGAGE NUMBER THREE (3):
Each one of the following farms, number five hundred and eighty-one (581); number two thousand two hundred (2,200); number three thousand three hundred and ninety-eight (3,398), of Las Marias, are appraised in the amount of: SEVEN THOUSAND TWO HUNDRED AND SEVENTY-SEVEN DOLLARS AND SIXTEEN CENTS ($7,277.16), and number one thousand seven hundred and thirty-two (1,732) of Maricao.

MORTGAGE NUMBER FOUR (4):
Each one of the following farms, number five hundred and eighty-one (581); number two thousand two hundred (2,200); number three thousand three hundred and ninety-eight (3,398), of Las Marias, are appraised and number one thousand seven hundred and thirty-two (1,732) of Maricao

MORTGAGE NUMBER FIVE (5):
Each one of the following farms, number five hundred and eighty-one (581); number two thousand two hundred (2,200); number three thousand three hundred and ninety-eight (3,398), of Las Marias, and number one thousand seven hundred and thirty-two (1,732) of Maricao are appraised at: FIFTEEN THOUSAND AND SEVENTY-EIGHT DOLLARS AND EIGHTY-FIVE CENTS ($15,078.85).

MORTGAGE NUMBER SIX (6):
Each one of the previously described farms is appraised in the amount of: THIRTY-TWO THOUSAND NINE HUNDRED AND EIGHTY DOLLARS AND TWENTY-FOUR CENTS ($32,980.24).

EIGHTH: The contracting parties herein also agree that this deed of reamortization does not constitute a cancellation of the existing obligation (debt) which has already been mentioned, as no incompatibility exists between said existing obligation (debt) and the modification of the same under the terms and conditions stated herein. They thus request that the Property Registrar should make not of the same upon recording this document.

## ACCEPTANCE AND WARNINGS

The appearing parties accept this deed in its entirety, as it conforms to their agreement. I, the Notary, in compliance with the dispositions of the law, gave them the pertinent legal warnings.

## EXECUTION

Thus the parties state and execute before me, the Notary, after waiving their right (of which I informed them) to request the presence of instrumental witnesses.

## READING

This deed was read aloud to the parties by me, the Notary, and after they read it themselves, they ratify it, and place their initials on each and every page of this deed, and they all sign together before me, the Notary, to all of which as well as to everything stated herein, I BEAR WITNESS.

[Signature]
PEDRO ORTIZ CORDERO
[Signature]
ARNALDO TORRES QUIÑONES
[Signature]
RAMON RAFAEL LUGO BEAUCHAMP
Notary Public

SIGNED: PEDRO ORTIZ CORDERO; ARNALDO TORRES QUIÑONES

SIGNED, STAMPED, SEALED AND ENDORSED: RAMON RAFAEL LUGO BEAUCHAMP.

I CERTIFY: That the original of this document consists of twenty-four (24) pages and that the initials of the parties and the endorsement of the Notary appear on every one of them.

I CERTIFY: That this true and exact copy of the original which is filed as number three (3) in my protocol of public instruments for the present year. The appropriate Sales Tax and Notary Tax seals are adhered and cancelled in the original.
ATTESTING TO WHICH and for delivery to Farmers Home Administration (U.S.A.), I issue this certified copy, which I SIGN, STAMP, SEAL AND ENDORSE in Lares, Puerto Rico, on the same day of its execution, recording its issuance. I BEAR WITNESS.

RAMON RAFAEL LUGO BEAUCHAMP

[Signature]
NOTARY PUBLIC
[Seals]


Recorded on page 250, side two, volume 66 of Maricao, farm number 1732, 9th recording. It is subject to five mortgages in the amounts of $15,000.00, $12,000.00, $5,000.00, $21,000.00 and $30,000.00, on behalf of the United States of America, acting through Farmers Home Administration, and which are modified by virtue of this entry.
In San Germán, July 10, 1992
No fees.
[Signature]
Registrar
[Seal]

[Translator's note: The previous text is followed by a new page which is translated as follows:]

by me, the Notary, and after they read it themselves, they ratify it, and place their initials on each and every page of this deed, and they all sign together before me, the Notary, to all of which as well as to everything stated herein, I BEAR WITNESS.

[Signature]
PEDRO ORTIZ CORDERO
[Signature]
ARNALDO TORRES QUIÑONES
[Signature]
RAMON RAFAEL LUGO BEAUCHAMP
Notary Public

SIGNED: PEDRO ORTIZ CORDERO; ARNALDO TORRES QUIÑONES

SIGNED, STAMPED, SEALED AND ENDORSED: RAMON RAFAEL LUGO BEAUCHAMP.

I CERTIFY: That the original of this document consists of twenty-four (24) pages and that the initials of the parties and the endorsement of the Notary appear on every one of them.

I CERTIFY: That this true and exact copy of the original which is filed as number three (3) in my protocol of public instruments for the present year. The appropriate Sales Tax and Notary Tax seals are adhered and cancelled in the original.
ATTESTING TO WHICH and for delivery to Farmers Home Administration (U.S.A.), I issue this certified copy, which I SIGN, STAMP, SEAL AND ENDORSE in Lares, Puerto Rico, on the same day of its execution, recording its issuance. I BEAR WITNESS.

RAMON RAFAEL LUGO BEAUCHAMP

[Signature]
NOTARY PUBLIC
[Seals]


Recorded in:
Volume 143, Las Marias
Page 75, side two, 84, 76, 85, 77, side two
Recording: 38th, 9th, 39th, 10th, 40th, 11, 41st, 12
Farm: 581, 2200

Volume 114, Las Marias and 147 [illegible]
Page: 31, 31, side two, 32, side two, 83
Recording: 7th, 8th, 9th
Farm: 3398

Recorded in:
Volume: 129, Las Marias
Page: 164, side two
Recording: 6th
Farm: 699

Recorded in;
Volume: 69, Las Marias
Page: 41, side two
Recording: 5th
Farm: 2136

Recorded in:
Volume: 53, Las Marias
Page: 206, side two
Recording:
Farm: 1679

Charges:
I. Farm 1679
Mortgage on behalf of U.S.A. in the amount of $30,000.00, which has been reamortized herein.

II. Farm 699
Charges: Mortgage on behalf of the Farm Credit Bank of Baltimore, in the amount of $60,000.00, bail of $75,000.00 and mortgage on behalf of U.S.A. for $30,000.00 which has been reamortized herein. (34.6 cds., Foreclosure, P.R. Farm Credit)

III. Farm 3398
Charges: Mortgages on behalf of U.S.A. for $12,000.00, $5,000.00, $21,000.00 and $30,000.00 which have been reamortized herein. (5 cds. Sold)

IV. Farm 2136
Charges: Mortgage on behalf of U.S.A. in the amount of $30,000.00, which has been reamortized herein.

V. Farm 581
Charges: Mortgage for $16,000.00 on behalf of United States of America, and $5,000.00, $12,000.00, $40,000.00, $21,000.00 and $30,000.00, also on behalf of United States of America, and which have been reamortized herein.

VI. Farm 2200
Charges: Mortgage on behalf of U.S.A. for $15,500.00, $5,000.00, $12,000.00, $21,000.00 and $30,000.00, which have been reamortized herein.

# **CERTIFICATE**

I hereby certify that the attached Reamortization of Mortgage Loans and Modification of Mortgages is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced, competent and certified to translate from Spanish into English.

DATED this 28th day of August of 2004.

Nicole Harris

WITNESS my hand and official seal hereto affixed this
28th day of August of 2004.

Notary Public
State of Washington
Rosa Walker
Commission Expires 02-01-06

Signature

Print Name: Rosa Walker
Notary Public in and for the State of Washington
My appointment expires: 02/01/06



---ESCRITURA NUMERO TRES (3)--------------------

----REAMORTIZACION DE PRESTAMOS HIPOTECARIOS Y--

-------------MODIFICACION DE HIPOTECAS-----------

---En el pueblo de Lares, Puerto Rico a  los dieci

ocho (18) días del mes de ENERO--------------------

de mil novecientos noventa y uno (1991).-----------

----------------------ANTE MI---------------------

---RAMON RAFAEL LUGO BEAUCHAMP, Abogado y Notario--

Público con residencia y vecindad en Lares, Puerto -

Rico y estudio abierto en la Carretera Ciento Once

(111) kilómetro veiticuatro punto dos (24.2) en el-

Barrio Lares de Lares, Puerto Rico.----------------

----------------------COMPARECE--------------------

---DE UNA PRIMERA PARTE:- COMO DEUDOR HIPOTECARIO:-

---DON PEDRO ORTIZ CORDERO (Seguro Social Número---

        ) mayor de edad, soltero, propietario y-

vecino de Mayaguez, Puerto Rico.--------------------

---DE UNA SEGUNDA PARTE:- COMO ACREEDOR HIPOTECARIO

---ESTADOS UNIDOS DE AMERICA, actuano por conducto-

y a través de la Administración de Hogares de Agri-

cultores, representada en este acto por DON ARNALDO-

TORRES QUIÑONES (Seguro Social Número        )-

quien es mayor de edad,,casado, empleado y vecino de

Morovis, Puerto Rico, y quien comparece en su carác-

ter de Supervisor Local de la Administración de----

Hogares de Agricultores, Oficina de Lares, Puerto--

Rico, cuyas facultades constan debidamente acredi--

tadas en el Registro de la Propiedad.--------------

---------------------- DOY FE----------------------

---Del conocimiento personal de los comparecientes-

y por sus dichos de su edad, ocupación, vecindad y-

estacion c---------------------------------------

----Me aseguran tener y a mi juicio tienen los com--



parecientes la capacidad legalnecesaria para el----

presente otorgamiento y hallándose en el plno goce-

de sus derechos civiles y sin que me conste nada en

contrario, libre y espontaneamente:----------------

----------------------EXPONEN----------------------

---PRIMERO:- Que el compareciente de la Primera----

Parte es dueño exclusivo y en pleno dominio de las-

siguientes fincas:----------------------------------

---FINCA NUMERO UNO (1):----------------------------

---"RUSTICA:- Situada en el Barrio NARANJALES del--

término municipal de LAS MARIAS, Puerto Rico, com-

puesta de:-----------------------------------------

---CINCUENTA Y UNA CUERDAS (51.00 cds.) más o menos

equivalentes a veinte (20) hectáreas, cuatro (4)---

áreas, cincuenta (50) centiáreas, en lindes por el:

---NORTE:- con terrenos de Andrés Massari; los de--

Nicanor Bayrón y los de Francisco marrero; al------

---SUR:- con terrenos de Francisco Marrero y los de

Miguel Esteves; al---------------------------------

---ESTE:- con terrenos de Nicanor Bayrón y los de--

Francisco Marrero y al-----------------------------

---OESTE:- con terrenos de Miguel Esteves y Julio--

Vicenty."------------------------------------------

---Según la inscripción décima novena dice que la-

finca fué mensurada y resultó con una cabida de----

Cincuenta y Tres Punto Cero Tres Cuerdas (53.03 cds)

equivalentes a veinte (20) hectáreas, ochenta y----

cuatro (84) áreas y veintiocho (28) centiáreas.-----

---Enclava una casa de una sola planta destinada a-

vivienda de cemento que mide cuarenta y cinco (45)-

pies por dieciocho (18) pies en columnas y enclava-

además una casa almacén de concreto, dos casas de--

arrimados, una casilla de madera y zinc y un acue--

ducto de agua con motor e instalación de luz.------

---Inscrita al folio treinta y seis (36) del Tomo--

noventa y siete (97) de LAS MARIAS, finca número---

quinientos ochenta y uno (581).--------------------

---FINCA NUMERO DOS (2(;----------------------------

---"RUSTICA:- Parcela de terreno marcada con el nú-

mero Doce (12) del Caso C-mil trescientos ochenta y

dos (1382) radicada en el BARRIO FURNIAS del tér-



DMX-25

mino municipal de LAS MARIAS, Puerto Rico, compuesta
de:-------------------------------------------------
---TRES CUERDAS (3.00 cds.) de terreno, equivalente
a una (1) hectárea, diecisiete (17) áreas, noventa-
y una (91) centiáreas, y mil ochocientas sesenta y-
ocho (.1868) diez milésimas de otra en lindes al:--
---NORTE:- con las parcelas números once (11) y----
diecisiete (17); por el--------------------------
---SUR:- con la parcela número cinco (5) y seis (6)
y trece (13); por el--------------------------
---ESTE:- con la parcela trece (13) y diecisiete---
(17) y al---------------------------------
---OESTE:- con la parcela seis (6) y once (11)."---
---Dentro de la parcela se encuentra enclavada una-
casa de bloques de tosca y cemento, techo de cartón
y maderas del país, con divisiones interiores de---
tosca y cemento con frente de treinta y tres (33)--
pies por doce (12) pies de fondo, construída por la
P.R.R.A.."----------------------------------
---Inscrita al folio ciento setenta y seis (176)---
del tomo setenta y uno (71) de Las marías, finca---
número Dos Mil Doscientos (2,200).------------------

---FINCA NUMERO TRES (3):--------------------------

---"RUSTICA:- Porción de terreno radicada en el----
Barrio NARANJALES del término municipal de---------
LAS MARIAS, Puerto Rico , tiene una cabida de:-----
----CINCO CUERDAS (5.00 cds.) de terreno, equivá---
lentes a una (1) hectárea, noventa y seis (96) áreas
cincuenta y una (51) centiáreas, noventa y cinco---
(95) miliáreas en lindes al:----------------------
---NORTE:- con parcela de terreno segregada de la-
finca principal y vendida a Carmen Julia Olmeda; al
---SUR:- con parcela de terreno segregada de la----
finca principal; al---------------------------
---ESTE:- con quebrada que separa de terrenos de la
Hacienda Anita y al---------------------------
---OESTE:- con un Camino que la separa de terrenos-
de Anastacio Ramos."---------------------------
---Inscrita al folio veinticinco (25) del Tomo-----
Ciento Catorce (114) de Las Marías, finca número---
Tres Mil Trescientos Noventa y Ocho (3398).--------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------



PDC-36



---FINCA NUMERO CUATRO (4):------------------------

---"RUSTICA:- Finca radicada en el Barrio Palma---
Escrita del término municipal de LAS MARIAS, Puerto
Rico, compuesta de:-------------------------------
---TREINTA Y CUATRO CUERDAS CON SESENTA CENTIMOS---
DE OTRA (34.60 cds.) equivalentes a trece (13)-----
hectáreas, cincuenta y nueve (59) áreas, noventa y-
dos (92) centiáreas, colindando por el:------------
---NORTE:- con Camino de Palma Escrita; por el-----
---SUR:- con una quebrada; por el------------------
---ESTE:- con terrenos de Ramón Frontera, con la---
Hacienda Teresa de Eugenio Orsini y con una quebra-
da y por el----------------------------------------
---OESTE:- con la Sucesión de Gregorio Rochet."----
---Inscrita al folio ciento sesenta (160) del Tomo-
Ciento Veintinueve (129) de Las Marías, finca número
Seiscientos Noventa y Nueve (699).-----------------



---FINCA NUMERO CINCO (5):-------------------------

---"RUSTICA:- Parcela de terreno del caso C-mil----
ochocientos treinta y cinco (C01835) radicada en el
Barrio Palma Escrita del término municipal de------
LAS MARIAS, Puerto Rico con una cabida superficial-
de:------------------------------------------------
---TRES CUERDAS (3.00 cds.) de terreno, marcada con
el número Dos (2) lindante por el:-----------------
---NORTE:- con una quebrada; al--------------------
---SUR:- con Eugenio Orsini y la parcela número----
cuatro (4); por el---------------------------------
---ESTE:- con Eugenio Orsini y terrenos de la Puerto
Rico reconstruction Administration y por el--------
---OESTE:- con la parcela número Uno (1)."---------
---Contiene y le pertene una casa de tosca, cemento
y maderas con divisiones interiores de tosca y ce-
mento, con un frente de treinta y tres (33) pies--
por doce (12) pies de fondo, construída por la-----
P.R.R.A."------------------------------------------
---Inscrita al folio doscientos tres (203) del Tomo
Cincuenta y Tres (53) de LAS MARIAS, finca número--
Mil Seiscientos Setenta y Nueve (1,679).-----------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------





---FINCA NUMERO SEIS (6):----------------------------

---"RUSTICA:- Parcela de terreno Número Uno (1) del
caso número C-mil ochocientos treinta y cinco,------
(C-1835) radicada en el Barrio Palma Escrita del---
término municipal de LAS MARIAS, Puerto Rico, com-
puesta de:------------------------------------------

---TRES CUERDAS (3.00 cds.) de terreno, equivalen-
tes a una (1) hectárea, diecisiete (17) áreas,------
noventa y una (91) centiáreas y mil ochocientas se-
senta y ocho diez milesimas (.1868) de centiareas,-
colinda por el:-------------------------------------

---NORTE:- con una quebrada; por el-----------------

---SUR:- con las parcelas número dos y tres; al-----

---ESTE:- con la parcela número dos (2) y al--------

---OESTE:- con una quebrada."-----------------------

---Inscrita al folio cuarenta (40) del tomo sesenta
y nueve (69) de LAS MARIAS, finca número dos mil---
ciento treinta y seis (2,136).---------------------

---FINCA NUMERO SIETE (7):--------------------------

---"RUSTICA:- Radicada en el Barrio Maricao Afuera-
del término municipal de MARICAO, Puerto Rico, com-
puesta de:------------------------------------------

---DIEZ CUERDAS (10.00 cds.) de terreno, equivalen-
tes a tres (3) hectáreas, noventa y tres (93) áreas
tres (3) centiáreas, noventa (90) miliáreas de te-
rreno en lindes por el:-----------------------------

---NORTE:- con la finca principal de la cual se----
segregó; al-----------------------------------------

---SUR:- con la Sucesión Oms, hoy, antes César Gómez

---ESTE:- con la Sucesión de Benigno Ramírez y al--

---OESTE:- con la Carretera Número Ciento Veinte---
(120) que de Mayaguez conduce al Barrio Maricao----
Afuera, de Maricao."--------------------------------

---Inscrita al folio doscientos cuarenta (240) del-
Tomo Sesenta y Seis (66) de MARICAO, finca número--
Mil Setecientos Treinta y Dos (1,732).-------------

-----------------------TITULOS---------------------

---SEGUNDO:- El compareciente de la Primera Parte---
adquirió las fincas antes descritas de la siguiente-
manera:---------------------------------------------

---FINCA NUMERO UNO (1):- A virtud de la escritura--



-5-

Número Ciento Diez (110) de fecha diecinueve de mayo de mil novecientos ochenta y cuatro (1984) otorgada en esta Notaría por compra a Nelson Cuebas Torres y su esposa Zocorro Medina Rivera.------------------------

---FINCA NUMERO DOS (2):- A virtud de la escritura--número Veintiocho (28) de fecha diecinueve (19) de--febrero de mil novecientos ochenta y seis (1986)---por compra a Estados Unidos de América, otorgada en esta Notaría.-----------------------------------------

---FINCA NUMERO TRES (3):- Adquirida a virtud de la escritura número Ciento Cinco (105) de fecha trece--(13) de septiembre de mil novecientos ochenta y tres (1983) por compra a Carlos Cámara Bernacet y Consuelo Comas otorgada en esta Notaría.---------------------

---FINCA NUMERO CUATRO (4):- Adquirida a virtud de--la escritura número Ciento Treinta y Seis (136)-----por compra a Santiago Nuñez Irizarry y Lydia Rosado-Beauchamp, otorgada en Mayaguez, Puerto Rico ante el Notario-Público, Licenciado Franklin Rodriguez Man--gual.----------------------------------------------

---FINCA NUMERO CINCO (5):- Adquirida a virtud de la escritura número Doce (12) de fecha  veintitres (23) de enero de mil novecientos ochenta y siete (1987)--otorgada en Mayaguez, Puerto Rico ante el Notario---Público, Licenciado José A. Olivieri Rodriguez por--compra a Máximo Morales Rodriguez y Edelmira Rodri--quez.----------------------------------------------

---FINCA NUMERO SEIS (6):- Fué adquirida a virtud de la escritura número Ciento Sesenta y Tres (163) de--fecha nueve (9) de diciembre de mil novecientos ochenta y seis (1986) por compra a Blanca Iriz Cruz Jime-nez, otorgada en Mayaguez, Puerto Rico, ante el No--tario, Licenciado José A. Olivieri Rodriguez.

-6-

---FINCA NUMERO SIETE (7):- A virtud de la escri---
tura número Veintiocho (28) de fecha diecinueve (19)
de febrero de mil novecientos ochenta y seis (1986)-
de Estados Unidos de América, otorgada en esta Nota-
ría.------------------------------------------------
----------------------CARGAS----------------------
---CUARTO:- Las fincas antes descritas se encuentran
afecta a las siguientes cargas:--------------------
---FINCA NUMERO UNO (1):- Hipotecas a favor de Esta-
dos Unidos de América por las sumas de:------------
---Dieciseis Mil Dólares ($16,000.00);--------------
---CUARENTA MIL DOLARES ($40,000.00)----------------
---Doce Mil Dólares ($12,000.00)--------------------
---Cinco Mil Dólares ($5,000.00)--------------------
---Veintiún Mil Dólares ($21,000.00)----------------
---Treinta Mil Dólares ($30,000.00)----------------
---Anotada una fianza criminal por la cantidad de---
Cincuenta Mil Dólares ($50,000.00) y Doscientos Vein-
ticinco Mil Dólares ($225,000.00) para asegurara la-
comparecencia del imputado Miltón Cintrón Ortiz, en-
proceso crimal, en el Tribunal Superior de Puerto---
Rico, Sala de San Juan,  expedida en tres (3) de----
enero de mil novecientos noventa (1990) inscrita el-
cinco (5) de marzo de mil novecientos noventa (1990)
--FINCA NUMERO DOS (2):- Hipotecas a favor de Esta-
dos Unidos de América por las sumas de:------------
--Quince Mil Qunientos Dólares ($15,500.00)--------
--Doce Mil Dólares ($12,000.00)--------------------
--Cinco Mil Dólares ($5,000.00)--------------------
--Veintiun mil Dólares ($21,000.00)----------------
--Treinta Mil Dólares ($30,000.00)----------------
---FINCA NUMERO TRES (3):- Hipotecas a favor de los
Estados Unidos de América por las sumas de:--------

-7-



---Doce Mil Dólares ($12,000.00)--------------------
---Cinco Mil Dólares ($5,000.00)--------------------
---Veintiun Mil Dólares ($21,000.00)----------------
---Treinta Mil Dólares ($30,000.00)----------------
---FINCA NUMERO CUATRO (4):- Hipoteca a favor de---
Farm Credit Bank of Baltimore por la suma de:-------
---Sesenta Mil Dólares ($60,000.00) y una hipoteca a
favor de Estados Unidos de América por la suma de:--
Treinta Mil Dólares. Anotada fianza en el mismo----
caso indicado en la finca número uno (1) por las----
sumas de Setenta y Cinco Mil Dólares ($75,000.00) y-
Cien Mil Dólares ($100,000.00) inscrita el quince---
(15) de marzo de mil novecientos noventa (1990).----
---FINCA NUMERO CINCO (5):- Hipoteca a favor de Esta-
dos Unidos de América por la suma de:---------------
---Treinta Mil Dólares ($30,000.00).----------------
---FINCA NUMERO SEIS (6):- Hipoteca a favor de los--
Estados Unidos de América por la suma de:-----------
---Treinta Mil Dólares ($30,000.00).----------------
---FINCA NUMERO SIETE (7):- Hipoteca a favor de los-
Estados Unidos de América por las siguientes sumas:-
---Quince Mil Quinientos Dólares ($15,500.00)-------
---Doce Mil Dólares ($12,000.00)--------------------
---Cinco Mil Dólares ($5,000.00)--------------------
---Veintiun Mil Dólares ($21,000.00)----------------
---Treinta Mil Dólares ($30,000.00).----------------
---QUINTO:- Es objeto de la presente escritura las--
hipotecas que se relacionan a continuación las cuales
habrán de ser reamortizada y modificadas en el pago
de los pagarés y las hipotecas:--------------------
---HIPOTECA NUMERO UNO (1):- ----------------------
---Hipoteca a favor de los ESTADOS UNIDOS DE AMERICA
por la suma de CUARENTA MIL DOLARES-----
($40,000.00) con intereses a razón de Doce punto----



veinticinco (12,25) por ciento anual otorgada el---

dia quince (15) de abril de mil novecientos ochenta

y uno (1981) a virtud de la escritura número-------

Ciento Sesenta y Dos (162) otorgada en esta Notaria

con vencimiento a los cuarenta (40) años del otor--

gamiento de la escritura y el pagaré.--------------

---La referida hipoteca fué reamortizada a virtud--

de la escritura número Ciento Cuarenta y Seis (146)

de fecha tres (3) de septiembre de mil novecientos-

ochenta y cinco (1985) otorgada en esta Notaria a--

la suma de Cincuenta y Tres Mil Novecientos Ochenta

Y ocho dólares con Ochenta y Ocho Centavos,--------

($53,088.88) con intereses a razón de Cinco y Cuarto

(5.25) por ciento anual.---------------------------

---Grava está hipoteca la finca número Quinientos--

Ochenta y Uno (581) denominada Finca Número Uno (1)

de Las Marias, Puerto Rico.------------------------

---HIPOTECA NUMERO DOS (2):-------------------------

---Hipoteca a favor de ESTADOS UNIDOS DE AMERICA---

por la suma principal de QUINCE MIL QUINIENTOS-----

DOLARES ($15,500.00) más sus intereses a razón de--

Cinco y Cuarto (5.25) por ciento anual garantizando

un pagaré de fecha diecinueve (19) de febrero de---

mil novecientos ochenta y seis (1986) por igual----

suma, pagadero a los cuarenta (40) años desde la---

fecha de dicho pagaré conforme a los térmimos de la

escritura número Veintinueve (29) de fecha dieci---

nueve (19) de febrero de mil novecientos ochenta y-

seis (1986) de Hipoteca Voluntaria otorgada en esta

Notaria.-------------------------------------------

---Grava esta hipoteca las fincas número Dos Mil---

Doscientos (2,200) denominada Finca Número Dos (2)-

de Las Marias, y la número Dos Mil Setecientos---

Treinta y Dos (2732) de Las Marias, Puerto Rico deno--





minada Finca Número Siete (7).----------------------
---HIPOTECA NUMERO TRES (3):----------------------
---Hipoteca a favor de los ESTADOS UNIDOS DE AMERI-
CA por la suma principal de DOCE MIL DOLARES,------
($12,000.00) más sus intereses a razón de Cinco----
(5) por ciento anual garantizando un pagaré de-----
fecha cuatro (4) de junio de mil novecientos ochen-
ta y seis (1986) por igual suma, pagadero a los----
Siete (7) años  desde la fecha de dicho pagaré con-
forme a los términos de la escritura número Ochenta
y Siete (87) de Hipoteca Voluntaria de fecha cuatro
(4) de junio de mil novecientos ochenta y seis,----
(1986) otorgada en esta Notaría.--------------------
---Grava esta hipoteca las fincas números:- Quinien-
tos Ochenta y Uno (581) denominada Finca Número----
Uno (1); Dos Mil Doscientos (2,200) denominada fin-
ca número dos (2); Tres mil Trescientos Noventa y--
Ocho (3398) denominada finca número Tres (3) todas
de Las Marías, y la finca número Mil Setecientos---
Treinta y Dos (1732) denominada finca número Siete-
(7) de Maricao, Puerto Rico.----------------------
---HIPOTECA NUMERO CUATRO (4):----------------------
---Hipoteca a favor de los ESTADOS UNIDOS DE AMERICA
por la suma principal de CINCO MIL DOLARES,--------
($5,000.00) más sus intereses a razón de Cinco (5)-
por ciento anual garantizando un pagaré de fecha---
Cuatro (4) de junio de mil novecientos ochenta y---
seis (1986) por igual suma, pagadero a los Cuarenta
(40) años desde la fecha de dicho pagaré conforme--
a los términos de la escritura número Ochenta y Ocho
(88) de fecha cuatro (4) de junio de mil novecien-
tos ochenta y seis (1986) otorgada en esta Notaría.
---Grava esta hipoteca las fincas números:---------





---Quinientos Ochenta y Uno (581)-Denominada Finca
Número Uno (1);- Dos Mil Doscientos (2,200) deno---
minada finca número dos (2); Tres Mil Trescientos--
Noventa y Ocho (3398) denominada finca número Tres
(3) todas de LAS MARIAS y la finca número Mil Sete-
cientos Treinta y Dos (1732) de MARICAO, denominada
finca número siete (7).----------------------------
---HIPOTECA NUMERO CINCO (5)-----------------------
---Hipoteca a favor de los ESTADOS UNIDOS DE AMERICA
por la suma principal de:- VEINTIUN MIL DOLARES----
($21,000.00) más sus intereses a razón de Cuatro---
Punto Cinco (4.5) por ciento anual garantizando un-
pagaré de fecha veintitres (23) de marzo de mil----
novecientos ochenta y siete (1987) por igual suma,-
pagadero a los siete (7) años desde la fecha de di-
cho pagaré conforme a los términos de la escritura-
número Cuarenta y Dos (42) de Hipoteca Voluntaria--
otorgada en esta Notaría.--------------------------
---Grava esta hipoteca las siguientes fincas:------
---Fincas número Quinientos Ochenta y Uno (581) de-
nominada Finca Número Uno (1); finca número Dos Mil
Doscientos (2,200) denominada finca número Dos (2)-
Tres Mil Trescientos Noventa y Ocho (3398) denomi--
nada finca número Tres (3) todas de LAS MARIAS y la
finca número Mil Setecientos Treinta y Dos (1732)--
denominada finca número Siete (7) de MARICAO.------
---HIPOTECA NUMERO SEIS (6):-----------------------
---Hipoteca a favor de los ESTADOS UNIDOS DE AMERICA
por la suma principal de TREINTA MIL DOLARES,------
($30,000.00) más sus intereses a razón de Nueve----
Punto Cinco 99.5) por ciento anual garantizando un-
pagaré de fecha veinticinco (25) de abril de mil---
novecientos ochenta y nueve (1989) por igual suma,-



pagadero a los Siete (7) años desde la fecha de dicho pagaré conforme a los términos de la escritura número Nueve (9) de fecha veinticinco (25) de abril de mil novecientos ochenta y nueve (1989) otorgada en esta Notaría.-------------------------------------------

---Grava esta hipoteca todas las fincas descritas en el apartado Primero anterior denominadas del--- Uno (1) al Siete (7) inclusive.---------------------

---QUINTO:- Manifiesta el Deudor Hipotecario que-- con el fin de reamortizar las deudas hipotecarias-- antes descritas solicitó y obtuvó el consentimiento del Acreedor Hipotecario, para reamortizar las----- deudas relacionadas anteriormente.------------------

---SEXTO:- Manifiesta el Deudor Hipotecario que son de su propio y personal conocimiento todas y cada-- una de las obligaciones, cláusulas y estipulaciones contenidas y/o mencionadas en las escrituras de---- Hipoteca Voluntaria antes relacionadas, que motiva-ron cada una de las hipotecas relacionadas anterior-mente objeto de este documento, y en este acto y en forma clara, solemne y terminante, se obliga a cum-plir todas y cada una de las cláusulas de las mis--mas.-------------------------------------------------

---SEPTIMO:- Manifiesta el Acreedor Hipotecario en-el carácter que ostenta, que habiendo siso aceptado el Deudor Hipotecario para recibir los beneficios-- de la Ley del Congreso Titulada "Consolidated Farm-and Rural Development Act" ha convenido en reamor-tizar y modificar la forma de pago de los plazos--- consignados en los pagarés y las hipotecas relacio-nadas anteriormente en la siguiente forma:---------

---HIPOTECA NUMERO UNO:- Por la suma principal-- de CUARENTA MIL DOLARES ($40,000.00) la que fué rea-mortizada a la suma de Cincuenta Tres Mil Nove----



- 12 -

DAR-115





cientos Ochenta y Ocho Dólares con Ochenta y Ocho--
Centavos ($53,988.88):------------------------------
---El importe de este pagaré y la hipoteca que lo--
garantiza reamortizado al día dieciocho (18) de----
enero de mil novecientos noventa y uno (1991) dió--
un saldo montante a la suma de:- Cincuenta y Un---
Mil Cuatrocientos Treinta---y Siete Dólares con---
Cuarenta y Cuatro Centavos ($51,437.44) que deven--
gará intereses a razón de CINCO (5) por ciento anual
y la suma de Dos Mil Ochocientos Cuarenta y Ocho---
Dólares con Cuarenta y Cuatro Centavos ($2,848.44)-
de intereses NO capitalizables los cuales no de----
vengarán intereses para UN TOTAL DE:--------------
---CINCUENTA Y CUATRO MIL DOSCIENTOS OCHENTA Y CIN-
CO DOLARES CON OCHENTA Y OCHO CENTAVOS ($54,285.88)
cuya deuda asumida será pagada en la siguiente forma
---MIL DOLARES ($1,000.00) en ó antes del primero--
de enero del año mil novecientos noventa y dos;----
(1992);------------------------------------------
---MIL QUINIENTOS DOLARES ($1,500.00) en ó antes---
del primero de enero de los años mil novecientos---
noventa y tres (1993) y mil novecientos noventa y--
cuatro (1994);-----------------------------------
---TRES MIL SETECIENTOS CINCUENTA Y DOS DOLARES-----
en ó antes del primero de enero del año mil nove---
cientos noventa y cinco (1995) y esa misma canti---
dad de TRES MIL SETECIENTOS CINCUENTA Y DOS DOLARES
en ó antes del primero de enero de cada año subsi--
quiente excepto el pago final del total de la deuda
aquí asumida que se hará en ó antes del primero de-
enero del año Dos Mil Veintiuno (2021).-----------
---HIPOTECA NUMERO DOS------------------------
---Por la suma principal de: QUINCE MIL QUINIENTOS
DOLARES ($15,500.00).-----------------------------



---El importe de este pagaré y la hipoteca que lo-
garantiza reamortizado al día dieciocho (18) de----
enero de mil novecientos noventa y uno (1991) dió-
un saldo montante a la suma de:- Quince Mil Ochenta
Dólares cón Treinta y Ocho Centavos ($15,080.38)---
que devengará intereses a razón de CINCO (5) por---
ciento anual y la suma de:- Ochocientos Treinta y--
Cinco Dólares con Diez Centavos ($835.10) de inte--
reses NO capitalizables los cuales no devengarán---
intereses para un TOTAL DE:----------------------
---QUINCE MIL NOVECIENTOS QUINCE DOLARES CON CUA---
RENTA Y OCHO CENTAVOS ($15,915.48) cuya deuda asu--
mida será pagada en la siguiente forma:-----------
---SETECIENTOS DIECINUEVE DOLARES ($719.00) en ó---
antes del primero de enero del año mil novecientos
noventa y dos (1992);-----------------------------
--- SETECIENTOS CINCUENTA Y CINCO DOLARES ($755.00)
en ó antes del primero de enero de los años mil----
novecientos noventa y tres (1993) y mil novecientos
noventa y cuatro (1994);--------------------------
---NOVECIENTOS OCHENTA Y UN DOLARES ($981.00) en ó-
antes del primero de enero del año mil novecientos-
noventa y cinco (1995) y esa misma cantidad de NOVE-
CIENTOS OCHENTA Y UN DOLARES ($981.00) en ó antes--
del primero de enero de cada año subsiguiente excep-
to el pago final del total de la deuda aquí asumida
que se hará en ó antes del primero de enero del año
Dos Mil Veintiseis (2026).------------------------
---HIPOTECA NUMERO TRES (3):-----------------------
---Por la suma principal de:- DOCE MIL DOLARES,----
($12,000.00).-------------------------------------
---El importe de este pagaré y la hipoteca que lo-
garantiza reamortizado al día dieciocho (18) de----
enero de mil novecientos noventa y uno (1991),-----

DM 119



dió un saldo montante a la suma de:- Siete Mil-----
Trescientos Cuarenta Dólares con Cinco Centavos----
($7,340.05) de principal que devengará intereses a-
razón de CINCO (5) por ciento anual y la suma de:--
Trescientos Ochenta y Siete Dólares con Once Centa-
vos ($387.11) de intereses NO capitalizables los---
cuales NO devengarán intereses para un total de:---
---SIETE MIL SETECIENTOS VEINTISIETE DOLARES CON---
DIECISEIS CENTAVOS ($7,727.16) cuya deuda asumida-
será  pagada en la siguiente forma:----------------
---TRESCIENTOS CINCUENTA DOLARES ($350.00) en ó----
antes del Primero de enero del año mil novecientos-
noventa y dos (1992);------------------------------
---TRESCIENTOS SESENTA Y OCHO DOLARES ($368.00) en-
ó antes del primero de enero de los años mil nove--
cientos noventa y tres (1993) y mil novecientos no-
venta y cuatro (1994);-----------------------------
---MIL TRESCIENTOS VEINTICUATRO DOLARES ($1,324.00)
en ó antes del primero de enero del año mil nove---
cientos noventa y cinco (1995) y esa misma cantidad
de MIL TRESCIENTOS VEINTICUATRO DOLARES ($1,324.00)
en ó antes del primero de enero de cada año subsi--
guiente, excepto el pago final del total de la deu-
da aquí asumida que se hará en ó antes del primero-
de enero del año Dos Mil Uno (2,001).--------------
---HIPOTECA NUMERO CUATRO (4):----------------------
---Por la suma principal de:- CINCO MIL DOLARES,---
($5,000.00).---------------------------------------
---El importe de este pagaré y la hipoteca que lo-
garantiza reamortizado al día dieciocho (18) de----
enero de mil novecientos noventa y uno (1991) dió--
un saldo montante a la suma de:- Cuatro Mil Ocho---
cientos Cincuenta y Seis Dólares con Once Centavos
($4,856.11) de principal que devenga intereses a-





razón de CINCO (5) por ciento anual y la suma de:--
Doscientos Cincuenta y Seis Dólares con Catorce----
Centavos ($256.14) de intereses NO capitalizables--
los cuales NO devengarán intereses para un total de
---CINCO MIL CIENTO DOCE DOLARES CON SETENTA Y-----
CINCO CENTAVOS ($5,112.75) cuya deuda asumida habrá
de ser pagada en la siguiente forma:---------------
---DOSCIENTOS TREINTA Y DOS DOLARES ($232.00) en ó-
antes del primero de enero del año mil novecientos
noventa y dos (1992);------------------------------
---DOSCIENTOS CUARENTA Y TRES DOLARES ($243.00) en--
ó antes del primero de enero de los años mil nove--
cientos noventa y tres (1993) y mil novecientos no-
venta y cuatro (1994);-----------------------------
---TRESCIENTOS DIECISEIS DOLARES ($316.00) en ó----
antes del primero de enero del año mil novecientos-
noventa y cinco (1995) y esa misma cantidad de:----
TRESCIENTOS DIECISEIS DOLARES ($316.00) en ó antes-
del primero de enero de cada año subsiguiente,----
excepto el pago final del total de la deuda aquí---
asumida que se hará en ó antes del primero de enero
del año  Dos Mil Veintiseis (2026).----------------
---HIPOTECA NUMERO CINCO (5):----------------------
---Por la suma principal de VEINTIUN MIL DOLARES---
($21,000.00).--------------------------------------
---El importe de este pagaré y la hipoteca que lo--
garantiza reamortizado al día dieciocho (18) de----
enero de mil novecientos noventa y uno (1991) dió--
un saldo montante a la suma de:- Catorce Mil Tres--
cientos Noventa y Cinco Dólares con Cincuenta y----
Seis Centavos ($14,395.56) de principal que deven--
gará intereses a razón de CUATRO Y MEDIO (4.5) por-
ciento anual y la suma de Seiscientos Ochenta y----
Tres Dólares con Veintinueve Centavos ($683.29)----





de intereses NO capitalizables los cuales No deven-
garán intereses para un total de:------------------

---QUINCE MIL SETENTA Y OCHO DOLARES CON OCHENTA Y

CINCO CENTAVOS ($15,078.85) cuya deuda asumida-----

habrá de ser pagada en la siguiente forma:---------

---SEISCIENTOS DIECISIETE DOLARES ($617.00) en ó--

ante del Primero de enero del año mil novecientos--

noventa y dos (1992);------------------------------

---SEISCIENTOS CUARENTA Y OCHO DOLARES ($648.00)---

en ó antes del primero de enero de los años mil no-

vecientos noventa y tres (1993) y mil novecientos--

noventa y cuatro (1994);---------------------------

---DOS MIL DOSCIENTOS SETENTA Y UN DOLARES;--------

($2,271.00) en ó antes del primero de enero del----

año mil novecientos noventa y cinco (1995) y esa---

misma cantidad de DOS MIL DOSCIENTOS SETENTA Y UN--

DOLARES ($2,271.00) en ó antes del primero de enero

de cada año subsiguiente excepto el pago final del

total de la deuda aquí asumida que se hará en ó an-

tes del primero de enero del año Dos Mil Dos(2002).

---HIPOTECA NUMERO SEIS (6);----------------------

---Por la suma principal de:- TREINTA MIL DOLARES-

($30,000.00).--------------------------------------

---El importe de este pagaré y la hipoteca que lo-

garantiza reamortizado al día dieciocho (18) de----

enero de mil novecientos noventa y uno (1991) dió--

un saldo montante a la suma de:-  Veintinueve Mil--

Novecientos Setenta y Seis Dólares con Cuarenta y--

Cuatro Centavos ($29,976.44) de principal que deven-

gará intereses a razón de CINCO-(5) por ciento anual

y la suma de Tres Mil Tres Dólares con Ochenta Cen-

tavos ($3,003.80) de intereses NO capitalizables---

los cuales NO devengarán intereses para un total de

Nr. - 50



garantiza reamortizado al día 18 de enero de 1991,-
dió un saldo montante a la suma de:- $14,395.56 de-
principal que devengará intereses a razón de 4.5 %-
anual y la suma de $683.29 de intereses No capitali-
zables los cuales no devengarán intereses para un--
total de:- $15,078.85 cuya deuda asumida habrá de--
ser pagada en la siguiente forma:------------------
---$617.00 en ó antes del primero de enero del año-
1992;- $648.00 en ó antes del primero de enero de--
los años 1993 y 1994; $2,271.00 en ó antes del pri-
mero de enero del año 1995 y esa misma cantidad de-
$2,271.00 en ó antes del primero de enero de cada--
-año subsiguiente excepto el pago final del total de
la deuda aquí asumida que se hará en ó antes del---
primero de enero del año 2002, según consta de la--
escritura número TRES(3) de esta misma fecha ante--
el Notario-Público, Lcdo. Ramón Rafael Lugo Beau---
champ, DOY FE.------------------------------------
---En Lares, Puerto Rico a 18 de enero de 1991.----
-------------------------------------------------



---PAGARE DE LA HIPOTECA NUMERO SEIS (6):----------
---"El importe de este pagaré y la hipoteca que lo-
garantiza reamortizado al día 18 de enero de 1991,-
dió un saldo montante a la suma de:- $29,976.44 de-
principal que devengará intereses a razón de 5 %--
anual y la suma de $3,003.80 de intereses NO capi-
talizables los cuales no devengarán intereses, para
un total de $30,980.24 cuya deuda asumida será paga-
da en la siguiente forma:-------------------------
---$1,000.00 en ó antes del primero de enero del---
año 1992;- $1,000.00 en ó antes del primero de enero
del año 1993;- $1,499.00 en ó antes del primero de-
enero del año 1994; - $4,276.00 en ó antes del pri-
mero de enero del año 1995 y esa misma cantidad de-
$4,276.00 en ó antes del primero de enero de cada--
año subsiguiente excepto el pago final del total de
la deuda aquí asumida que se hará en ó antes del---
primero de enero del año 2004, según consta de la--
escritura número TRES (3) de esta misma fecha ante-
el Notario-Público, Lcdo. Ramón Rafael Lugo Beau---
champ. DOY FE.------------------------------------
---En Lares, Puerto Rico a 18 de enero de 1991."---
---Al final de la nota en cada uno de los pagarés--



SECCION
DE

POC-54



y debajo de la fecha éstos han sido:---------------
---FIRMADOS, SIGNADOS,SELLADOS Y RUBRICADOS por mí
el Notario, RAMON RAFAEL LUGO BEAUCHAMP.------------
---A los fines de subasta en caso de ejecución las-
fincas objeto de este documento se tasan de la-----
siguiente manera:-----------------------------------
---De la Hipoteca Número Uno (1):-------------------
---Se tasa la finca número Quinienos Ochenta y Uno-
(581) de LAS MARIAS, denominada Finca Número Uno(1)
en la suma de:- Cincuenta y Cuatro Mil Doscientos--
Ochenta y Cinco Dólares con Ochenta y Ocho Centa---
vos ($54,285.88).-----------------------------------
---De la Hipoteca Número Dos (2):-------------------
---Se tasa cada una de las fincas números Dos Mil--
Doscientos ( 2,200) de Las Marías y Mil Setecientos
Treinta y Dos (1,732) de MARICAO en la suma de:----
---Quince Mil Novecientos Quince Dólares con Cua---
renta y Ocho Centavos ($15,915.48).----------------
---De la Hipoteca Número Tres (3):-----------------
---Se tasa cada una de las fincas Números Quinientos
Ochenta y Uno (581); Dos Mil Doscientos (2200);----
Tres Mil Trescientos Noventa y Ocho (3398) de LAS--
MARIAS, cada una en la suma de:- Siete Mil Setecien-
tos Veintisiete Dólares con Dieciseis Centavos;----
($7,727,16), y la número  1,732 de MARICAO.--------
---De la hipoteca número Cuatro (4);---------------
---Se tasa cada una de las fincas números:- Quinien-
tos Ochenta y Uno (581); Dos Mil Doscientos (2200)-
Tres Mil Trescientos Noventa y Ocho (3398) de LAS--
MARIAS y mil setecientos treinta y dos (1732) de---
Maricao.-------------------------------------------
---De la Hipoteca Número Cinco (5):----------------
---Se tasa cada una las fincas   Quinientos-----

POC-55



ochenta y uno (581); Dos Mil Doscientos (2200);---
Tres Mil Trescientos Noventa y Ocho (3398) de LAS--
MARIAS y la número Mil Setecientos Treinta y Dos---
(1732) de MARICAO,------------------------------------
en:- Quince Mil Setenta y Ocho Dólares con Ochenta
y Cinco Centavos ($15,078.85.----------------------
---Hipoteca Número Seis (6):- Cada una de las fincas
antes descritas se tasa en la suma de:-------------
---Treinta Y Dos Mil Novecientos Ochenta Dólares---
con Veinticuatro Centavos ($32,980.24).-------------
---OCTAVO:- Las partes contratantes de este instru-
mento convienen asimismo, que este convenio de rea-
mortización no constituye una novación extintiva---
de la obligación (deuda) existente a la cual ya se-
ha hecho mención, por no haber ni existir incompati-
bilidad entre dicha obligación (deuda) existente y-
la modificación de la misma bajo los términos y----
condiciones aquí consignados, por lo que ruegan al-
Honorable Registrador de la Propiedad, que así se--
haga constar en la inscripción de este documento.--
-------------ACEPTACION Y ADVERTENCIAS-------------
---Los comparecientes aceptan esta escritura en to-
das sus partes por etsra de acuerdo a lo por ellos-
convenidos. Yo, el Notario, en cumplimiento a lo---
dispuesto en la Ley le hice las advertencias lega--
les pertinentes.------------------------------------
---------------------OTORGAMIENTO-------------------
---Así lo dicen y lo otorgan los comparecientes----
ante mí el Notario, luego de haber renunciado al---
derecho que les hice saber tenían para requerir la-
presencia de testigos instrumentales.--------------
---------------------LECTURA DE LA PRO-------------
---Leída en alta voz esta escritura en los otorgantes

POC-56



por mí el Notario y leída tambien personalmente----

por ellos en la misma se ratifican, fijan sus ini-

ciales en todos y cada uno de los folios de este---

documento y firman en este acto ante mí el Notario-

que DOY FE de todo lo consignado anteriormente en--

el presente documento público.---------------------

PEDRO ORTIZ CORDERO

ARNALDO TORRES QUIÑONES

RAMON RAFAEL LUGO BEAUCHAMP
Notario-Público

---FIRMADOS:- PEDRO ORTIZ CORDERO; ARNALDO TORRES

QUIÑONES.-------------------------------------------

---FIRMADO, SIGNADO, SELLADO Y RUBRICADO:- RAMON--

RAFAEL LUGO BEAUHCAMP.-----------------------------

---CERTIFICO:- Que el original de este documento---

consta de Veinticuatro (24) páginas y que aparecen-

las iniciales de los otorgantes y la rúbrica del---

Notario en cada uno de ellos.----------------------

CERTIFICO:—Que la que precede es copia fiel y exacta de su original que

bajo el número ....*Tres.(3)........ obra en mi protocolo

de instrumentos públicos para el corriente año. Hay adheridos y debidamen-

te cancelados en el original los correspondientes sellos de Rentas Internas

e Impuesto Notarial. ...................................

EN TESTIMONIO DE LO CUAL y para entregar a *Familia..

.*José Celso.(EUA).., expido la presente copia certi-

ficada, que FIRMO, SIGNO, SELLO Y RUBRICO, en ..*hoy..., 

Puerto Rico, el mismo día de su otorgamiento dejando anotada su saca.

DOY FE. ..................

RAMON RAFAEL LUGO BEAUCHAMP
Notario Público

SECCION
DE



por mi el Notario y leida tambien personalmente----
por ellos en la misma se ratifican, fijan sus ini--
ciales en todos y cada uno de los folios de este---
documento y firman en este acto ante mi el Notario-
que DOY FE de todo lo consignado anteriormente en--
el presente documento público.---------------------

PEDRO ORTIZ CORDERO

ARNALDO TORRES QUIÑONES

RAMON RAFAEL LUGO BEAUCHAMP
Notario-Público



---FIRMADOS:- PEDRO ORTIZ CORDERO, ARNALDO TORRES
QUIÑONES.------------------------------------------
---FIRMADO, SIGNADO, SELLADO Y RUBRICADO;- RAMON--
RAFAEL LUGO BEAUCHAMP.-----------------------------
---CERTIFICO:- Que el original de este instrumento
público contiene veinticuatro (24) folios y que---
aparecen las iniciales de los otorgantes y la rú--
brica del Notario en cada uno de ellos.-----------

CERTIFICO:—Que la que precede es copia fiel y exacta de su original que
bajo el número ......Tres (3)...... obra en mi protocolo
de instrumentos públicos para el corriente año. Hay adheridos y debidamen-
te cancelados en el original los correspondientes sellos de Rentas Internas
e Impuesto Notarial. ..............................................
EN TESTIMONIO DE LO CUAL y para entregar a .....Carmen
.....Home Gid.(E.U.)..... expido la presente copia certi-
ficada, que FIRMO, SIGNO, SELLO Y RUBRICO, en .....San....
Puerto Rico, el mismo día de su originación, dejando anotada su saca.
DOY FE. ..........................................................

RAMON RAFAEL LUGO BEAUCHAMP
Notario Público

POC-59

10:30
12/21

PM
4/44

29 Enero 91.

Inscrito al folio 250 vulto del Tomo 66 de Mauri
fuer número 1732 inscripción 9na. Se halla
afecta con cinco hipotecas por las sumas de
$15,500.00, $13,000.00, $5,000.00, $21,000.00
y 30,000.00 a favor de Estados Unidos de Amér
actuado por La Administracion de Hogares de
Arquillos las cuales se modifican a
virtud de este asiento. En San German a 10
de julio de 1992.

Registrador

Sin Otros

10/26/92
William Montero

POC-58

Inscrito al
Tomo - 143 Las Marías      7, 87      Tomo - 114 Las Marías y 147c
Folio - 75 vuelto , 84, 76, 85, 77, 86 vuelto      Folio - 31, 31 vuelto , 32 vuelto, 83
inscripción - 38vo , 9na, 39na, 10na, 40na, 11      inscripción - 7ma, 8va , 9na
Finca - 581, 2,200      41a, 12      Finca # 3398

Inscrito al
Tomo - 129 Las Marías      Inscrito al
Folio - 164 vuelto      Tomo - 69 Las Marías
inscripción - 16ta      Folio - 41 vuelto
Finca # 699      inscripción - 5ta
Finca # 2136

Inscrito al
Tomo - 53 Las Marías      IV   Finca # 2200
Folio - 206 vuelto      Cargas: Hipotecas a favor de Estados Unidos de América
inscripción -      por # 15,500.00 , # 12,000.00 , # 5,000.00
Finca # 1679      #21,000.00 y # 30,000.00 las cuales han
sido reamortizadas en virtud de este
asiento.

I   Cargas:
Finca # 1679
Hipoteca a favor de los E.U.A. por la suma de # 30,000.00 la cual ha
sido reamortizada en virtud de este asiento.

II   Finca # 699
Cargas: Hipoteca a favor de "The Farm Credit Bank of Baltimore" por      } 34.6 cdea. Foreclosure
# 60,000.00, Pagaré por # 25,000.00 e hipoteca a favor de los      P.R. Farm Credit
E.U.A. por # 30,000.00 la cual ha sido reamortizada en
virtud de este asiento.

III   Finca # 3398
Cargas: Hipotecas a favor de los Estados Unidos de América por las      } 5 cdea. vendida
sumas de # 12,000.00 , # 5,000.00 , #21,000.00 y # 30,
000.00 las cuales han sido reamortizadas en virtud de
de este asiento.

IV   Finca # 2136
Cargas: Hipoteca a favor de los Estados Unidos de América por la suma
de # 30,000.00, la cual ha sido reamortizada en virtud
de este asiento.

Registro de la Propiedad
SECCIÓN ÚNICA DE
San Sebastián
Puerto Rico

Finca # 581      $16,000
Cargas: Hipoteca por # 16,000.00 a favor de los Estados Unidos de América y
$15,000
# 15,000.00 , # 12,000.00 , # 40,000.00 , # 21,000.00 y # 30,000.00
también a favor de los Estados Unidos, las cuales han sido reamortizadas
en virtud de este asiento y a fianza eventual por # 100,000.00 y #
223,000.00 para asegurar la comparecencia del imputado.

PDC-161

**Form FmHA 1940-17 (S)**
**(Rev. 11-1-78)**

UNITED STATES DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION
PROMISSORY NOTE

TYPE OF LOAN
Type: FO -- Limited Resources
In accordance with:
  XX  Consolidated Farm and Rural Development Act
       Emergency Agricultural Credit Adjustment Act of 1978

Name: PEDRO ORTIZ CORDERO
State: PUERTO RICO
Office: LARES
Case Number: 63-34-:
Date: JUNE 4, 1986

ACTION REQUIRING NOTE:

|  | | |
|---|---|---|
| | Initial Loan | New Payment Plan |
| XX | Subsequent Loan | Reamortization |
| | Consolidation and Subsequent Loan | Sale on Credit |
| | Consolidation | Deferred Payments |

FOR VALUE RECEIVED, the undersigned Borrower(s) and any other co-borrower, jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), or its representative, at its offices in LARES, PUERTO RICO, or at another location designated in writing by the Government, the principal sum of  FIVE THOUSAND DOLLARS ($5,000.00), plus interest on the unpaid principal of FIVE PERCENT (5%) PER ANNUM. If this note is for a Limited Resources Loan (indicated in the box above, under the heading "Type of Loan"), the Government may CHANGE THE INTEREST RATE, in accordance with the Farmers Home Administration regulations, not more frequently than a calendar trimester basis, and shall notify Borrower at his most current address by mail, with thirty (30) days' notice. The new interest rate shall not exceed the highest interest rate established by the Farmers Home Administration regulations for the type of loan indicated above.

Principal and interests shall be paid in 41 installments, as indicated below, unless modified by a different interest rate, on or before the following dates:

$145.00.............on January 1, 1987
$294.00...............on January 1, 1988

1

and $294.00 each  January first subsequently thereafter until the principal and interests are completely paid, except for the final payment of the debt evidenced herein, which, if not sooner paid, shall be due and payable 40 years from the date of this note, with the exception that prepayments may be made as provided for below. The consideration hereof shall support any agreement modifying the schedule of payments.

If the total amount of the loan is not forwarded by the due date, the loan will be forwarded to Borrower, pursuant to request by Borrower and approval by the Government. Approval by the Government shall be granted only when the loan is requested for purposes authorized by the Government. Interests will accrue on the amount of each loan starting on the date these become effective as shown in the Payment Log at the end of this note. Borrower authorizes the Government to note the amount(s) and date(s) of any prepayment(s) in the Payment Log.

For any note that is reamortized, consolidated or with a new payment plan, interests accumulated as of the date of this instrument will be added to the principal and the new principal will accrue interests at the rate evidenced herein.

Every payment made on any indebtedness evidenced by this note shall be applied first to interests computed as of the effective payment date and then to the principal.

Prepayments of scheduled installments, or any portion thereof, may be made at any time at the option of Borrower. Refunds and extra payments, as defined in the Farmers Home Administration regulations (7 C.F.R. 1861.2), according to the source of funds involved, shall, after payment of interest, be applied to the installments last to become due under this note and shall not affect Borrower's obligation to pay the remaining installments as scheduled herein. Should the Government assign this note at any time, and insure the payment thereof, Borrower shall continue to make payments to the Government, as collection agent for the holder.

If this note is held by an insured lender, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly, or, except for final payment, may be retained and remitted by the Government to the holder on an annual installment due date basis. The effective date of any prepayment made by Borrower, except for payments retained and remitted by Government to holder on an annual installment due date basis, shall be the date of the Treasury check with which the Government remits payment to the holder. The effective date of any prepayment retained and remitted by the Government to the holder on an annual installment due date basis, shall be the date of the prepayment made by Borrower, and the Government shall pay interests to which the holder is entitled accruing between the effective date of any such prepayment and the date of the Treasury check to the holder.

Any amount forwarded or invested by the Government to obtain payment of this note, or to maintain and protect the guarantee of the loan, or otherwise invested under the terms of any guarantee covenant or other instrument executed in relation to the loan evidenced herein, shall, at the option of the Government, become a part of the loan and shall accrue

2

interests at the same interest rate of the principal of the loan evidenced herein, and shall become immediately due and payable by Borrower to the Government, without the need of requirements.

Property constructed, improved, purchased or refinanced in whole or in part with the loan evidenced herein shall not be leased, assigned, sold, transferred or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, Borrower shall personally operate said property as a farm if this loan is for a farm owner (FO).

If "Consolidation and Subsequent Loan", "Consolidation", "Reamortization" or "New Payment Plan" is indicated in the box above, under the heading "Action Requiring Note", this note is issued to consolidate, reamortize, or evidence a new payment plan, but not as satisfaction of principal and interests of the following note(s) or assumption agreement(s) (new terms):

AMOUNT OF NOTE:
INTEREST RATE:
DATE:
ORIGINAL BORROWER:
FINAL PAYMENT DUE:

The securing documents given in relation to the loans evidenced by these described notes or other stated obligations are not affected by the execution of this consolidation, reamortization or restructuring. These securing instruments shall remain in effect, and the guarantee offered for the loans evidenced by the described note shall remain as guarantee for the loan evidenced by this note and by any other stated obligation.

REFINANCING AGREEMENT: If at any time, the Government finds that Borrower may be able to obtain a loan from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and periods of time, Borrower will, at the Government's request, apply for and accept a loan in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock.

DEFAULT: Failure to pay when due any debt evidenced hereby or perform any covenant or agreement hereunder shall constitute default under any other instrument evidencing a debt of Borrower owing to or insured by the Government or securing or otherwise relating to such a debt; and default under any such other instrument shall constitute default hereunder. UPON ANY SUCH DEFAULT, the Government, at its option, may declare all or any part of any such indebtedness immediately due and payable.

This note is given as evidence of a loan to Borrower made or insured by the Government, pursuant to the Consolidated Farm and Rural Development Act or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan indicated in the box 'TYPE OF LOAN" above. This note is subject to the present regulations of Farmers

[Handwritten] Promissory note $5,000.00

This note is executed as evidence of a loan to Borrower made or insured by the Government, pursuant to the Consolidated Farm and Rural Development Act or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan indicated in the box 'TYPE OF LOAN" above. This note is subject to the present regulations of Farmers Home Administration and to its future regulations not inconsistent with the stipulations expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature]
Pedro Ortiz Cordero          (BORROWER)

                             (BORROWER)


Box 432, Maricao, P.R. 00706



The amount of this note and the mortgage securing re-amortized on January 18, 1991 had an unpaid balance in the amount of $4,856.11 of principal, which will accrue interests at the annual rate of FIVE (5) percent, and the amount of $256.14 of NON capitalizable interests, which WILL NOT accrue interest, to make a total of $5,112.75, and this evidenced debt will be paid as follows:
$232.00 on or before January first of the year 1992;
$243.00 on or before January first of the years 1993 and 1994;
$316.00 on or before January first of each year subsequently thereafter, except for the final installment of the total debt herein evidenced, which shall be made on or before January first of the year 2026, pursuant to deed number THREE (3) dated this same day before the Public Notary Ramon Rafael Lugo Beauchamp. I BEAR WITNESS. In Lares, Puerto Rico on January 18, 1991.

[Signature]
RAMON RAFAEL LUGO BEAUCHAMP
Public Notary
[SEAL]

PAYMENT LOG

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|--------|------|--------|------|--------|------|
| $ 5,000.00 | 05/16/86 | $ | | $ | |

TOTAL: $ 5,000.00


Page 2                    Format FmHA 1940-17 (8)
                          (Rev. 11-1-78)
Jay-Ce- Agriculture

1

# CERTIFICATE

I hereby certify that the attached document is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

DATED this 24th day of April of 2007.

Nicole Harris
*Federal and State Certified Translator*

WITNESS my hand and official seal hereto affixed this 24th day of April of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/2010

2

**DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS
ADMINISTRACION DE HOGARES DE AGRICULTORES**

**PAGARE**

| CLASE DE PRESTAMO **FO-Limited Resource** |
| --- |
| Tipo: |
| De acuerdo a: |
| ☒ Consolidated Farm & Rural Development Act |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 |

| Nombre **PEDRO ORTIZ CORDERO** | | ACCION QUE REQUIERE PAGARE: |
| --- | --- | --- |
| Estado **PUERTO RICO** | Oficina **LARES** | ☑ Préstamo Inicial    ☐ Nuevo Plan de Pago<br>☑ Préstamo Subsiguiente    ☐ Reamortización<br>☐ Consolidación y préstamo    ☐ Venta a Crédito<br>subsiguiente    ☐ Pagos Diferidos<br>☐ Consolidación |
| Caso Núm **63-34-** | Fecha **4 DE JUNIO DE 1986** | |

POR VALOR RECIBIDO, el Prestatario(s) subscribiente y cualquier otro co-deudor mancomunada y solidariamente pagaremos a la orden de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos (denominado en adelante el "Gobierno") o su cesionario en su oficina en _____ **LARES, PUERTO RICO**

o en otro sitio designado por el Gobierno por escrito, la suma principal de _____ **CINCO MIL CON** ───────── **────────────00/100** _____ dólares ($ **5,000.00** _____) más intereses sobre el principal adeudado al **CINCO** ─────────────────── POR CIENTO ( **5** %) anual. Si este pagaré

es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo"), el Gobierno puede **CAMBIAR EL PORCIENTO DE INTERES**, de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al Prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en _____ **41** _____ plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente, en o antes de las siguientes fechas:

| $ 145.00 | en enero 1, 19 87 ; | $ 294.00 | en enero 1, 1988; |
| --- | --- | --- | --- |
| $ _____ | en enero 1, 19 ; | $ _____ | en enero 1, 19 ; |
| $ _____ | en enero 1, 19 ; | $ _____ | en enero 1, 19 ; |
| $ _____ | en enero 1, 19 ; | $ _____ | en enero 1, 19 ; |
| y $ 294.00 | en enero 1, 19 ; | $ _____ | en enero 1, 19 ; |

, subsiguientemente en enero 1 de cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero en _____ años de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se demuestra en el Registro de Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado o consolidado, o con un nuevo plan de pago, los intereses acumulados a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal.

Este Pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act o el Emergency Agricultural Credit Adjustment Act of 1978 y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO" más arriba. Este Pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

_____
PEDRO ORTIZ CORDERO
(Prestatario)

_____
(Prestatario)

Box 432, Maricao, P.R.   00706

---El importe de este pagaré y la hipoteca que lo garantiza reamortizado al día 18 de enero de 1991 dió un saldo montante a la suma de:--------- ---$4,856.11 de principal que devengará intereses a razón de CINo (5) por ciento anual y la suma de $256.14 de intereses NO capitalizables los cuales no devengarán intereses para un total de:- $5,112.75 cuya deuda asumida habrá de ser pagada en la siguiente forma:------------- ---$232.00 en ó antes del primero de enero del año 1992;- $243.00 en ó antes del primero de enero del año 1993 y del año 1994;- $316.00 en ó antes del primero de enero del año 1995 y esa misma cantidad de $316.00 en ó antes  del primero de enero de cada año subsiguiente excepto el pago final del totald e la deuda aquí asumida que se hará en ó antes del primero de enero del año 2026, según consta de la escritura número TRES (3) de esta misma fecha ante el Notario-Público, lcdo. Ramón Rafael Lugo Beauchamp. DOY FE.------------------------------------------------------ ---En Lares, Puerto Rico a 18 de enero de 1991.--------------------------------

_____
RAMON RAFAEL LUGO BEAUCHAMP
Notario-Público

| REGISTRO DE ADELANTOS | | | | | |
|---|---|---|---|---|---|
| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
| $5,000.00 | 05-16-86 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $5,000.00 | |

Liberado [illegible] al folio
25 del Tomo 114. Las mismas por así consentirlo la Acreedora
Hipotecaria Farm Service Agency, anteriormente Administración
de Hogares de Agricultores en consideración a abono de
$10,000.00, según la Escritura # 3 otorgada en Mayagüez,
P.R. ante el notario Eugenio Delgado Ruiz. Doy fe.
En Mayagüez, P.R. 19 de febrero de 1997.

DELGADO RUIZ ABOGADO-NOTARIO

EXHIBIT

8

----------------------------NUMERO---------------
NUMBER  OCHENTA Y OCHO   (88)-------

------------------HIPOTECA VOLUNTARIA------------------
VOLUNTARY MORTGAGE

En **el pueblo de Lares, Puerto Rico a los** cuatro (4)----
In
----------**días del mes de JUNIO de mil novecientos** ---
**ochenta y seis (1986).**-------------------------------

-----------------------ANTE MI----------------------
BEFORE ME

-------**LCDO. RAMON RAFAEL LUGO BEAUCHAMP**--------------

Abogado y Notario Público de la Isla de Puerto Rico con residencia en **Lares**--
Attorney and Notary Public for the Island of Puerto Rico, with residence in

**Puerto Rico**------- y oficina en **Lares,**----------- Puerto Rico.
and office in

----------------------COMPARECEN--------------------
APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage----------------

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances----------

aparecen de dicho párrafo.-------------------------------------------
appear from said paragraph.-----------------------------------------

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their----

de su edad, estado civil, profesión y vecindad.-----------------------
statements which I believe to be true of their age, civil status, profession and residence.----

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this---

miento.--------------------------------------------------------------
voluntary  mortgage.------------------------------------------------

----------------------EXPONEN----------------------
WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in----------

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same-------

denominada de aquí en adelante "los bienes".-------------------------
hereinafter referred to as "the property".--------------------------

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens-----------

se especifican en el párrafo UNDECIMO.-----------------------------
specified in paragraph ELEVENTH herein.----------------------------

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States-----------

América, actuando por conducto de la Administración de Hogares de Agriculto-
of America, acting through the Farmers Home Administration,--------------------

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with-------

un préstamo o préstamos evidenciado por uno o más pagaré(s) o asumición
a loan or loans evidenced by one or more promissory note(s) or assumption
ment(s)————

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by——————

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the————

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges————

hayan estimado sobre la propiedad hipotecada.————————
estimated against the property.————————————

CUARTO: Se sobreentiende que:————————————
FOURTH: It is understood that:————————————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the————

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention————

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and————————

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One————

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of————

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.————

das.————————————



(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee————————

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,————

prestamista asegurado.————————————
will be the insured lender.————————————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the————

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along————————

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.————————————
and interest.————————————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,————

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender————

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".————————
ments on the note, to be designated the "annual charge".————————

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder————

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any————

- 2 -

quiera otros c    lación con dicho préstamo así como tambié   los beneficios
others in connection with said loan, as well as any benefit————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor——

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any————————

cualquier convenio suplementario por parte del deudor.————————————
supplementary agreement.——————————————————————————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,————

tiempo, cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the————————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage————

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured————————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to————————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt————————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee————————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default————————

plimiento por parte del deudor hipotecario.————————————————
by the mortgagor. ————————————————————————————



QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note————————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee————————————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH————————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,————

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee————————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof——————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement——————————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its————————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any————

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in————

subpárrafo ( s) del párrafo NOVENO de este instrumento, y para asegurar el
subparagraph ( e) of paragraph NINTH hereof, and to secure the

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el ac ee
thereon before and after maturity until paid, losses sustained by the

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual
mortgagee as insurer of the note, taxes, insurance premiums, and

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional

adicional especificada en el párrafo NOVENO de este documento.
amounts as specified in paragraph NINTH hereof.

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:
SIXTH: That the mortgagor specifically agrees as follows:

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness

aquí garantizar indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.————

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the————————————————

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,————————

hipotecario como agente cobrador del tenedor del mismo.————————————
as collection agent for the holder.————

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal————————

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any delinquency charges, now or hereafter required by————————

reglamentos de la Administración de Hogares de Agricultores.————————————
regulations of the Farmer's Home Administration.————

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,————————

-rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less————————

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder————————

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement————————

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.————————
referred to in paragraph FOURTH hereof for the account of the mortgagor.————

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held————————

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credite————————

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance————————

por el acreedor hipotecario por cuenta del deudor hipotecario.————————————
by the mortgagee for the account of the mortgagor.————————

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this————————

párrafo devengará intereses a razón del    CINCO  ————————————————
subparagraph shall bear interest at the rate of

————————————— por ciento (  5———— º/o)————————————————
per cent  (          º/o)————

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.————————————————————————————
to the mortgagee.————————————————————————

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any————————

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,————

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,————————

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the————————

el deudor hipotecario dejado de pagar por los mismos, devenga intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate——————————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance——————————

hasta que los mismos sean satisfechos por el deudor hipotecario.——————————
until repaid to the mortgagee.——————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,——————————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor——————————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the——————————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance——————————

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant——————————

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the——————————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments——————————

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any——————————

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee——————————

hipotecario determinare.——————————
determines.——————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely——————————

los propósitos autorizados por el acreedor hipotecario.——————————
for purposes authorized by mortgagee.——————————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens——————————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgage——————————

tecario bajo los términos de esta hipoteca.——————————
under the terms of this mortgage.——————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required——————————

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro-

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions

aprobare el acreedor hipotecario.——————————
approved by mortgagee.

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish

ningún edificio o mejora en los bienes, ni cortará ni removerá de la finca
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other—————————

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out————————————

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time—————————————

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices——————————————

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to——————————————————

tiempo pueda prescribir.————————————————————————————————————————
time may prescribe.—————

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified————————————

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor———————————————

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it—————————————————————————

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation—————————————————

ción o al arrendamiento.—————————————————————————————————————————
or lease.——————

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,——————————————————

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the————————

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations————————

que afecten los bienes o su uso.—————————————————————————————————————
affecting the property or its use.—————————————————

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times————————

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not—————————

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall————

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened————————————

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the—————————————————————

deudor hipotecario de los convenios de esta hipoteca.———————————————————————
mortgagor of the covenants of this mortgage.——————————————————

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession——————————

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify——————————————

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option—————————————————————————

podrá instituir los procedimientos que fueren necesarios en efensa de sus
may institute the necessary proceedings in defense of its——————

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgagee by said——————

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered——————

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause——————————

para adelantos, gastos y otros pagos.——————————————————
for advances, expenditures and other payments.——————

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect————

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,——————————

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered——————

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect——————

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the——————

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced——

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,——————

en el orden y manera que el acreedor hipotecario determinare.————————————
in what ever order and manner mortgagee may determine.——————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor——————

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production——————

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a——————

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,——————



similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept——————

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.————————————
purchase any necessary shares of stock in the cooperative agency in regard to said loan.————

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured————

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called——————

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply——————

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,——————

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an——————

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of——————

dores, o los bi... o parte de ellos o cualquier interés en los mism... ueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,—————

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,—————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is——————————————————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to————

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness————————————

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and————————————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)————

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the————————

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as ————————

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,————————

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property—————

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.——————————————————————————
request the protection of the law.——

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee——————————————————

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements————————

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including————

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and————————————

rarios de abogado.—————————————————————————————————
attorney's fees.——

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and————

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability——————————————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness——————————————

garantizada y sin afectar el gravámen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravámen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at——————————————

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation——————————

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)——————————



negociar con mudor hipotecario conceder a deudor hip o cualquier

deal in any way     mortgagor or grant to mortgagor any—————

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the————

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by—————————————————

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee—————————

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any—————————

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or—————————

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over———————————————————

dichos bienes.—————————————————————————————————————
said  property.—————————————————————————————————————

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,———————————————

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,—————————

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in————————

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest——————————

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.————————
in or to the lien or any benefits herein contained.—————————————————————

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any—————————————————

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held—————————————————————

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,————————————————

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall————————————————

constituirá incumplimiento de esta hipoteca.————————————————————————
constitute default hereunder.———————————————————————————————————

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall——————————————

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,——————————————————

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,——————

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,————————————————————

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the—————————

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated———————

especifica más adelante.————————————————————————————————————
hereinafter.——————————————————————————————————————————

(Veintidós) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee——————————————————



el importe de cualquier sentencia obtenido por expropiación tosa para uso
the amount of any judgment obtained by reason of condemnation proceedings or public

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment——————

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so——————

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment——————

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this——————————

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.——————
mortgage, and if any amount then remains, will pay such amount to mortgagor.——————

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case——————————

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,——

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount——————————

de **Finca número Uno (1)- $69,925.00- Finca número dos (2)**
of **$21,000.00- Finca número tres (3):- $27,700.00 y————**

**Finca número cuatro (4):- $5,000.00**

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be——————

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the——

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations——————

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the——————————

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and——————

y aseguramiento del préstamo antes mencionado.——————————————
insuring of the loan hereinbefore mentioned.

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:——————
NINTH: The amounts guaranteed by this mortgage are as follows:——————————

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of——————————

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee——————————

hipotecario cediere esta hipoteca sin asegurar el pagaré **CINCO MIL -————**
should assign this mortgage without insurance of the note,

————————————————————————— DOLARES ($ **5,000.00**)
DOLLARS ($ )

el principal de dicho pagaré, con sus intereses según estipulados a razón del
the principal amount of said note, together with interest as stipulated therein at the rate of

**CINCO——————————————————** por ciento ( **5,000.00** o/o) anual;
per cent ( o/o) per annum;

Dos. En todo t ...o cuando el pagaré es poseído por un prest... a asegurado:
Two. At all times when said note is held by an insured lender:

**(A)** **CINCO MIL** ----------------------------------------
**(A)**

---------------------------- DOLARES ($ **5,000.00**
DOLLARS ($ )

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender---- ------------

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as------------------------

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,------------------

Tercero;------------------------------------------------------
Three:--------------------------------------------------------

**(B)** **SIETE MIL QUINIENTOS** -------------------------------
**(B)**

---------------------------- DOLARES ($ **7,500.00**
DOLLARS ($ )

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might------------------

sufrir bajo su seguro de pago del pagaré.---------------------------.
sustain under its insurance of payment of the note;-----------------

Tres. En cualquier caso y en todo tiempo;-----------------------
Three. In any event and at all times whatsoever:----------------

**(A)** **DOS MIL DOLARES**----------------------------------
**(A)**

($ **2,000.00----** ) para intereses después de mora:----------------
($ ) for default interest;-----------------

**(B)** **MIL DOLARES**-------------------------------------
**(B)**

**$1,000.00----** ) para contribuciones, seguro y otros adelantos para la con-
) for taxes, insurance and other advances for the preservation;----

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph--------

SEXTO, Tercero;-----------------------------------------------
SIXTH, Three;------------------------------------------------

**(C)** **QUINIENTOS DOLARES-$**----------------------------
**(C)**

($ **500.00--------** ) para costas, gastos y honorarios de abogado en caso
($ ) for costs, expenses and attorney's fees in case---

de ejecución;-------------------------------------------------
of foreclosure:----------------------------------------------

**(D)** **QUINIENTOS DOLARES**------------------------------
**(D)**

($ **500.00--------** ) para costas y gastos que incurriere el acreedor hipoteca-
($ ) for costs and expenditures incurred by the mortgagee in----

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with-------

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as--------------

se consigna en el párrafo SEXTO, Trece.----------------------
provided in paragraph (SIXTH, Thirteen.---------------------



DECIMO: Qu      (los) pagaré(s) a que se hace referencia en el      rafo TERCERO
TENTH: That t.   note(s) referred to in paragraph THIRD

de esta hipoteca es (son) descrito(s) como sigue:
of this mortgage is(are) described as follows:

"Pagaré otorgado en el caso número **sesenta y tres-**
"Promissory note executed in case number

fechado el día          **cuatro**
dated the

(4)          de          **JUNIO**          de mil novecientos
day of          nineteen hundred and

**ochenta y seis (1986)**          por la suma de          **CINCO MIL ($5,000.00**
in the amount of

dólares de principal más
of principal plus

intéreses sobre el balance del principal adeudado a razón del          **Cinco**
interest over the unpaid balance at the rate of

{ 5 % } por ciento anual,
percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the

representada, de no haber sido satisfecho con anterioridad, vencerá y sera pagadero
entire debt herein evidenced, if not sooner paid, will be due

a los          **CUARENTA AÑOS ( 40)**
and payable

años de la fecha de este pagaré.
years from the date of this promissory note.

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which

constituye Hipoteca Voluntaria, se describe como sigue:
voluntary mortgage is constituted, is described as follows:

**NUMERO**   **(1)**

---"RUSTI   .- Situada en el Barrio NARANJA   8 del tér--
mino municipal de Las Marías, Puerto Rico, compuesta--
de:--------------------------------------------------------
---CINCUENTA Y UNA CUERDAS más o menos de terreno,-----
equivalentes a veinte hectáreas, cuatro áreas, y cin--
cuenta centiáreas, en lindes por el -----------------
---NORTE:-   con terrenos de Andrés Massari, los de Ni--
canor Bayrón, y los de Francisco Marrero, al ---------
---SUR:-   con terrenos de Francisco Marrero y los de--
Miguel Esteves, al ------------------------------------
---ESTE:- con terrenos de Nicanor Bayrón y los de Fran--
cisco Marrero, y al ----------------------------------
---OESTE:-   con terrenos de Miguel Esteves y Julio----
Vicenty."-------------------------------------------------

---Según la inscripción décima novena dice que la finca
fué mensurada y resultó con una cabida de Cincuenta y-
tres Cuerdas con Tres Céntesimas de otra, equivalentes
a veinte hectáreas, ochenta y cuatro áreas, veintiocho
centiáreas.----------------------------------------------

---Enclava una casa de una sola planta destinada a vi--
vienda de cemento que mida cuarenta y cinco pies por--
diez y ocho   pies en columnas.------------------------

---Continua en la próxima página.--------------------

Adquirió el prestatario la descrita finca por **compra a Nesen Cuebas----**
Borrower acquired the described property by
**Torres y su esposa Socorro Medina Rivera.-------------**

según consta de la Escritura Número **Ciento Diez (110)---------------**
pursuant to Deed Number

de fecha **diez y nueve de mayo de mil novecientos ochenta**
dated
**y cuatro (1984).--------------------------------------**

otorgada en la ciudad de **Lares, Puerto Rico-------------------**
executed in the city of

ante el Notario **RAMON RAFAEL LUGO BEAUCHAMP-------------------**
before Notary

Dicha propiedad se encuentra **afecta a hipotecas a favor de Esta-**
Said property is
**dos Unidos de América, por las sumas de Dieciseis Mil--**
**Dólares y Cuarenta Mil Dólares, ambas hipotecas reamorti**
**zadas a virtud de la escritura número ciento cuarenta y**
**seis de fecha 3 de septiembre de 1985, hipoteca por la**
**suma de Doce mil dólares, y a la que se constituye en**
**por este documento, a favor de Estados Unidos de América.**

DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-
TWELFTH: The parties appearing in the present deed as Mortgagors ------------------

carios ---**DON PEDRO ORTIZ CORDERO, mayor de edad, soltero**
are
**propietario y vecino de Mayaguez, Puerto Rico.--------**

cuya dirección postal es:   **Apartado cuatrocientos treinta y dos**
whose postal address is:
**(432) Maricao, Puerto Rico.---------------------------**

----------------------------------------------------------

DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used-----------

14 -

FARM NUMBER ONE (1): RURAL: Located in Barrio Naranjales in the municipality of LAS MARIAS, Puerto Rico, consisting of:
Approximately FIFTY-ONE *CUERDAS*\* of land, equivalent to twenty hectares, four ares and fifty centiares, with the following boundaries:
North: with the properties of Andrés Massari, Nicanor Bayrón and Francisco Marrero;
South: with the properties of Francisco Marrero and Miguel Esteves;
East: with the properties of Nicanor Bayrón and Francisco Marrero;
West: with the properties of Miguel Esteves and Julio Vicenty.

According to the nineteenth recording, the property was measured and gave a surface area of fifty-three and three one-hundredths *cuerdas,* equivalent to twenty hectares, eighty-four ares and twenty-eight centiares.

There is a one-story cement house on the property, designed as a residence, that measures forty-five feet by eighteen feet, with columns, and there is also a concrete storage shed, two lean-to's, a small wooden and zinc hut and a water supply system with a motor and electric installation. It is recorded on page thirty-six (36), volume ninety-seven (97) of Las Marías, farm five hundred and eighty-one (581).

Borrower acquired the described property by purchase from Nelson Cuebas Torres and his wife, Zocorro Medina Rivera, pursuant to deed number one hundred and ten (110), dated May nineteen, nineteen eighty-four (1984), executed in the city of Lares, Puerto Rico before the Notary RAMON RAFAEL LUGO BEAUCHAMP.

Said property is subject to mortgage liens on behalf of United States of America in the amounts of SIXTEEN THOUSAND DOLLARS ($16,000.00), FORTY THOUSAND DOLLARS ($40,000.00), both of which have been reamortized pursuant to deed number 146, dated September 3, 1985; a mortgage in the amount of TWELVE THOUSAND DOLLARS, a mortgage in the amount of FIVE THOUSAND DOLLARS ($5,000.00), and the mortgage furnished pursuant to this deed.

TWELFTH: The parties appearing in the present deed as Mortgagors are: MR. PEDRO ORTIZ CORDERO, of legal age, single, property owner and resident of Mayagüez, Puerto Rico, and whose mailing address is: Box four hundred and thirty-two (432), Maricao, Puerto Rico.

THIRTEENTH: The proceeds of the loan herein guaranteed were used or will be used

---

\*Translator's note: "Cuerda" is an area measurement equivalent to 10 meters squared. *Cdas.* is the abbreviation. From Maria Moliner's *Diccionario del Uso del Español.*

para fines agrícolas y la construcción y/o reparación de mejoras
for agricultural purposes and the construction and/or repair or improveme   the physical

físicas en la finca(s) descrita(s).
installations on the described farm(s).

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to

ejecución de la hipoteca.
the foreclosure of the mortgage.

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present

dueños deudores o por sus cesionarios o causahabientes.
owners or by their assignees or successors.

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eights of May, nineteen hundred sixty-nine (1969) (31

L.P.R.A. 1851)
L.P.R.A. 1851).

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual-
SEVENTEENTH: Mortgagee and mortgagor agree that any

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with

fondos del ___amo aquí garantizado, se considerará e int___ ___ará como parte
funds of the lo... herein guaranteed, will be considered and understood \ ...orm part

de la propiedad gravada por esta Hipoteca.
of the property encumbered by this Mortgage.

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will

notificará por escrito al Supervisor Local.
notify it in writing to the County Supervisor.

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern

estos tipos de préstamos.
these types of loans.

VIGÉSIMO: Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)

---Manifiesta el compareciente en esta escritura que
por tratarse de un préstamo para fines agrícolas ha-
acordado en no distribuir la responsabilidad entre las
fincas gravadas y por lo tanto todas responderán so-
lidariamente y mancomunadamente de la deuda, principal
e intereses, costas y demás créditos garantizados por-
esta escritura, todo ello conforme a el artículo ciento
setenta de la Ley Hipotecaria.
---"Por tratarse de un préstamo de recursos limitados,
según indicado en el pagaré, el Gobierno puede cambiar
el porciento de interés de acuerdo con los reglamentos de
la Administración de Hogares de Agricultores."

[Translator's note: The preceding text ends as translated and is followed by a new page which is translated as follows:]

funds of the loan herein guaranteed, will be considered and understood to form part of the property encumbered by this Mortgage.

EIGHTEENTH: The mortgagor agrees and obligates himself to move and occupy the property object of this deed within the following sixty days from the date of final inspection, and in the event of unforeseen circumstances beyond his control which would impede him from to do so, he will notify it in writing to the County Supervisor.

NINETEENTH: All improvement, construction or building constructed on said farm(s) during the term hereinbefore referred to, must be made with the previous consent in writing of mortgagee in accordance with present regulations or future ones that may be promulgated pursuant to the federal and local laws not inconsistent or incompatible with the present laws which govern these types of loans.

TWENTIETH: This instrument also secures the recapture of any interest credit or subsidy which may be granted to the borrower(s) by the Government pursuant to Forty-Two U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a).

As this involves a Limited Resources loan, as indicated in the promissory note, the Government may change the interest rate in accordance with Farmers Home Administration regulations.

[Translator's note: The previous text is followed by a new page that is translated as follows:]

# <u>CERTIFICATE</u>

I hereby certify that the attached documents are true and accurate translations to the best of my knowledge, ability and belief. I am experienced, competent and certified to translate from Spanish into English.

DATED this 28th day of August of 2004.

Nicole Harris

WITNESS my hand and official seal hereto affixed this
28th day of August of 2004.

Signature

Notary Public
State of Washington
Rosa Walker
Commission Expires 02-01-06

Print Name: Rosa Walker
Notary Public in and for the State of Washington
My appointment expires: 02/01/06

3

---Enclava además una casa almacén de concreto, dos
casa de arrimados, una casilla de madera y zinc, y-
un acueducto de agua con motor e instalación de luz.

---Inscrita al folio treinta y uno (31) del tomo---
noventa y siete (97) de Las Marías, finca número---
quinientos ochenta y uno (581).------------------

---"FINCA:- NUMERO    (2) "RUSTICA:- Parcela de te-
rreno marcada con el número doce (12) del caso C---
mil trescientos ochenta y dos )1382) radicada en el
barrio FURNIAS del término municipal de Las Marías,
Puerto Rico, compuesta de:------------------

---TRES CUERDAS DE TERRENO, (3.00 cdas.) equivalen-
te a una hectárea, diez y siete áreas, noventa y-
una centiáreas, y mil ochocientas sesenta y ocho---
diez milésimas de otra, lindante por el ----------
---NORTE:- con las parcelas número once (11) y----
diez y siete (17) por el ----------------------
---SUR:- con la parcela número cinco (5) y seis--
(6) y trece (13), por el --------------------
---ESTE:- con las parcelas trece (13) y diez y sie-
te (17) por el -----------------------------

---OESTE:- con la parcela seis (6) y once (11)"---

---Dentro de la parcela se encuentra enclavada una
casa de bloques de tosca y cemento, techo de cartón
y maderas del país, con divisiones interiores de--
tosca y cemento con frente de treinta y tres pies--
por doce (12) pies de fondo. Contruida por la -----
Puerto Rico Reconstruction Administration,"--------
---Inscrita al folio ciento setenta y seis (176)---
del tomo setenta y uno (71) de Las Marías, finca---
número dos mil doscientos veinte (2,220). ----------

---"FINCA:- NUMERO    (3):- RUSTICA:- Radicada en
el Barrio Maricao Afuera del término municipal de-
MARICAO, Puerto Rico, compuesta de:--------------

---DIEZ CUERDAS DE TERRENO, equivalentes a tres---
hectáreas, noventa y tres áreas, tres centiáreas,-
de terreno, en lindes al----------------------
---NORTE:- con la finca principal de la cual se-
segrega, al ------------------------------
---SUR:- con Sucesión Oms, hoy antes César Gómez,
---ESTE:- con la Sucesión de Benigno Ramírez y al
---OESTE:- con la carretera número ciento veinte--
(120) que de Mayaguez, conduce a Maricao."----------

---Inscrita al folio doscientos cuarenta (240) del--
tomo sesenta y seis (66) de Maricao, finca número--
mil setecientos treinta y dos (1,732).--------------

--------------------TITULO Y CARGAS----------------

---Adquirió el compareciente las antes descritas---

parcelas de terreno por compra a Estados Unidos de--

América a virtud de la escritura número  veintiocho-

(28) de fecha diecinueve de febrero de mil novecien-

tos ochenta y seis. Se hallan afectas a hipoteca a-

favor de Estados Unidos de América, por la suma de-

Quince Mil Quinientos Dólares (15,500.00)----------

-16A-

FARM NUMBER TWO (2): RURAL: Plot of land marked as number twelve (12) in case number C-one thousand three hundred and eighty-two (C01382). It is located in Barrio Furnias in the municipality of Las Marías, Puerto Rico and consists of:
THREE *CUERDAS** OF LAND (3.00 *cds.**), equivalent to one hectare, seventeen ares and ninety-one centiares and one thousand eight hundred and sixty-eight ten-thousandths of another. It has boundaries as follows:
North: with plots numbers eleven (11) and seventeen (17);
South: with plots numbers five (5), six( 6) and thirteen (13);
East: with pots numbers thirteen (13) and seventeen (17);
West: with plots numbers six (6) and eleven (11).

On the plot there is a house of cement and tuff blocks, cardboard roof and native wood, with interior cement and tuff block partitions. It measures thirty-three feet across the front and twelve feet deep and was built by the Puerto Rico Reconstruction Administration.

---

*Translator's note: "Cuerda" is an area measurement equivalent to 10 meters squared. *Cdas.* is the abbreviation. From Maria Moliner's *Diccionario del Uso del Español.*
It is recorded on page one hundred and seventy-six (176), volume seventy-one (71) of Las Marías, farm number two thousand two hundred (2,200).

FARM NUMBER THREE (3): RURAL: Plot of land located in Barrio Naranjales in the municipality of Las Marías, Puerto Rico, with a surface area of:
FIVE *CUERDAS**, equivalent to one hectare, ninety-six ares, fifty-one centiares and ninety-five miliares. It has the following boundaries:
North: with a plot of land subdivided from the main farm and sold to Carmen Julia Olmeda;
South: with a plot of land subdivided from the main farm;
East: with a stream that separates it from the property of Hacienda Anita;
West: with a road that separates it from the property of Anastacio Ramos.

It is recorded on page twenty-five (25), volume one hundred and fourteen (114) of Las Marías, farm number three thousand three hundred and ninety-eight (3,398).

FARM NUMBER FOUR (4): RURAL: Located in Barrio Maricao Afuera in the municipality of Maricao, Puerto Rico, consisting of:
TEN *CUERDAS** of land, equivalent to two hectares, ninety-three ares and three centiares. It has the following boundaries:
North: with the main farm from which it was subdivided;
South: presently with the heirs of Oms, previously with César Gómez;
East: with the heirs of Benigno Ramírez;
West: with highway on-twenty (120) that runs from Mayaguez to Maricao.

It is recorded on page two hundred and forty (240), volume sixty-six (66) of Maricao, farm number one thousand seven hundred and thirty-two (1,732).

TITLES AND CHARGES

The appearing party acquired the farms designated as number two (2) and four (4) through purchase from the United States of America, pursuant to deed number twenty-eight (28), dated February nineteen, nineteen eighty-six (1986), executed in this Notary office. It is subject to mortgage liens on behalf of the United States of America in the amounts of FIFTEEN THOUSAND FIVE HUNDRED DOLLARS ($15,500.00), TWELVE THOUSAND DOLLARS ($12,000.00) and FIVE THOUSAND DOLLARS ($5,000.00) and to the one furnished pursuant to this document.

The appearing party acquired the farm designated as number three (3) pursuant to deed number one hundred and five (105), dated September thirteen, nineteen eighty-three (1983), through purchase from Mr. Carlos Cama Bernacet and his wife, Consuelo Comas, in Mayaguez, Puerto Rico, before the Notary José A. Olivieri Rodriguez.

---

*Translator's note: "Cuerda" is an area measurement equivalent to 10 meters squared. *Cdas.* is the abbreviation. From Maria Moliner's *Diccionario del Uso del Español*. It is subject to mortgage liens on behalf of the United States of America in the amounts of TWELVE THOUSAND DOLLARS ($12,000.00), FIVE THOUSAND DOLLARS ($5,000.00) and to the one furnished pursuant to this deed.

The appearing party states, for the purposes of establishing a value for the first auction that would take place in the case of foreclosure, in accordance with Mortgage Laws, as amended, the mortgagee hereby appraises the properties at the amounts listed below. In addition, and also because this is a loan for agricultural purposes that is due seven (7) years from the execution of this deed, he distributes the responsibility amongst each of the mortgaged properties as follows:

EACH FARM SHALL BE RESPONSIBLE FOR:
PRINCIPAL: FIVE THOUSAND TWO HUNDRED AND FIFTY DOLLARS ($5,250.00).
EACH FARM SHALL BE RESPONSIBLE FOR PAYMENT OF INTERESTS IN CASE OF LATE PAYMENT:
ONE THOUSAND SIX HUNDRED AND FIFTY-THREE DOLARS AND SEVENTY-FIVE CENTS ($1,653.75).
EACH FARM SHALL BE RESPONSIBLE FOR COSTS, EXPENSES AND LAWYERS' FEES, in the case of a lawsuit, in the amount of:
FIVE HUNDRED AND TWENTY-FIVE DOLLARS ($525.00).
APPRAISAL OF EACH FARM:
SEVEN THOUSAND FOUR HUNDRED AND TWENTY-EIGHT DOLLARS AND SEVENTY-FIVE CENTS ($7,428.75).

# **CERTIFICATE**

I hereby certify that the attached document is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced, competent and certified to translate from Spanish into English.

DATED this 28th day of August of 2004.

Nicole Harris

WITNESS my hand and official seal hereto affixed this 28th day of August of 2004.

Signature

Notary Public
State of Washington
Rosa Walker
Commission Expires 02-01-06

Print Name: Rosa Walker
Notary Public in and for the State of Washington
My appointment expires: 02/01/06

---Afectas también a la hipoteca que se constituye-
a virtud del presente documento.--------------------
---Finca número cuatro (4)--------------------------

---"RUSTICA:- Porción de terreno radicado en el---
Barrio NARANJALES del término municipal de Las Ma-
rías, Puerto Rico, tiene una cabida superficial de-
---CINCO CUERDAS DE TERRENO, equivalentes a una---
hectárea, noventa y seis áreas, cincuenta y una----
centiáreas, y noventa y cinco miliáreas, en lindes-
---NORTE:- con parcela de terreno segregada de la--
finca principal y vendida a Carmen Julia Olmeda--
---SUR:- con parcela de terreno segregada de la--
finca principal, al -----------------------------
---ESTE:- con quebrada que la separa de terrenos de
la Hacienda Anita, y al ----------------------------
---OESTE:- con un camino que la separa de terrenos de
nastacio Ramos."-----------------------------------

---Inscrita al folio veinticinco (25) del tomo cien-
to catorce (114) de Las Marías, finca número tres--
mil trescientos noventa y ocho (3,398).-------------

------------------TITULO Y CARGAS------------------

---Adquirió el compareciente la antes descrita par-

cela de terreno a virtud de la escritura número cien

to cinco (105) de fecha trece de septiembre de mil

novecientos ochenta y Tres (1983) por compra a  don

Carlos Camara Barnecet y su esposa Consuelo Comas,--

de Mayaguez, Puerto Rico,---------------------------

ante el Notario José A. Olivieri Rodríguez de la---

ciudad de Mayaguez, Puerto Rico.--------------------

---La propiedad antes descrita se halla libre de car

gas y gravámenes.----------------------------------

---Se hallará afecta a la hipoteca  que  se  consti-

tuye a virtud del presente documento.--------------

--------------------------------------------------

--------------------------------------------------

- -------------------------------------------------

--------------------------------------------------

-----------------------------------------------------

- -------------------------------------------------

They are also subject to the mortgage lien furnished pursuant to this document.

FARM NUMBER FOUR (4): RURAL: Plot of land located in Barrio Naranjales in the municipality of Las Marías, Puerto Rico, with a surface area of:
FIVE *CUERDAS*\* of land, equivalent to one hectare, ninety-six ares, fifty-one centiares and ninety-five miliares. It has the following boundaries:
North: with a plot of land subdivided from the main farm and sold to Carmen Julia Olmeda;
South: with a plot of land subdivided from the main farm;
East: with a stream that separates it from the property of Hacienda Anita;
West: with a road that separates it from the property of Anastacio Ramos.

It is recorded on page twenty-five (25), volume one hundred and fourteen (114) of Las Marías, farm number three thousand three hundred and ninety-eight (3,398).

## TITLES AND CHARGES

The appearing party acquired the previously described plot of land pursuant to deed number one hundred and five (105), dated September thirteen, nineteen eighty-three (1983), through purchase from Mr. Carlos Camara Barnecet and his wife, Consuelo Comas, in Mayaguez, Puerto Rico, before the Notary José A. Olivieri Rodriguez, of the city of Mayaguez, Puerto Rico.

The previously described property is free of charges and liens.

It will be subject to the mortgage lien furnished pursuant to this deed.

---

\*Translator's note: "Cuerda" is an area measurement equivalent to 10 meters squared. *Cdas.* is the abbreviation. From Maria Moliner's *Diccionario del Uso del Español*.

# **<u>CERTIFICATE</u>**

I hereby certify that the attached document is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced, competent and certified to translate from Spanish into English.

DATED this 28th day of August of 2004.

*Nicole Harris*

WITNESS my hand and official seal hereto affixed this
28th day of August of 2004.

Signature

Notary Public
State of Washington
Rosa Walker
Commission Expires 02-01-06

Print Name: Rosa Walker
Notary Public in and for the State of Washington
My appointment expires: 02/01/06

2

urma rmHA 427-1(5) PR
(Rev. 10-82)

## ACEPTACION
### ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once—————————

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.—————
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.—————

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)————

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s) advertí.————————————————————————————————————
I advised him (them).————————————————————————————————

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its—————————

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed——————————

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES—————

FE de todo el contenido de esta escritura.————————————————————
FAITH to everything contained in this deed.———————————————————

---FIRMADOS:- PEDRO ORTIZ CORDERO.———————————————————

---FIRMADO, SIGNADO, SELLADO Y RUBRICADO, RAMON RAFAEL

LUGO BEAUCHAMP.————————————————————

CERTIFICO:—Que la que precede es copia fiel y exacta de su original que
bajo el número ................88.......... obra en mi protocolo
de instrumentos públicos para el corriente año. Hay adheridos y debidamen-
te cancelados en el original los correspondientes sellos de Rentas Internas
e Impuesto Notarial. .....................................................
EN TESTIMONIO DE LO CUAL y para entregar a .... Farmers ....
...Home Administration expido la presente copia certi-
ficada, que FIRMO, SIGNO, SELLO Y RUBRICO, en ....Lares.....
Puerto Rico, el mismo día de su otorgamiento dejando anotada su saca,
DOY FE. ...........................................................

RAMON RAFAEL LUGO BEAUCHAMP
Notario Público

17

La navegación superior

PRESENTA__ a la 11:45 __ de la __ P.M

ASIENTO _____ 538 ____ tomo ___ 389

del Diario

San Germán, P. R., 3 __ de _julio___ 19 86

_____
Registrador

Folio 246 vuelto, tomo 66 Maricao, finca #1732, e inscripción 6a. Gravada además con hipoteca en garantía de —1— pagaré por $15,500.00 a favor de E. U. de A., actuando por la Administración de Hogares de Agricultores y con hipoteca por $12,000.00 a favor de E. U. de A., actuando por conducto de la misma Administración, en garantía de —1— pagaré. San Germán, a 26 de septiembre de 1986, digo, octubre 6, 1986 _____ Registrador. Sin derechos

ACCEPTANCE

The appearing party (parties) ACCEPT(S) this deed in the manner drawn once I, the authorizing Notary, have made to him (them) the pertinent legal warnings.
So they state and execute before me, the authorizing Notary, the appearing party (parties) without demanding the presence of witnesses after waiving his (their) right to do so of which I advised him (them).

After this deed was read by the appearing party (parties), he (they) ratify its contents, place(s) his (their) initials on each of the folios of this deed including the last one, and all sign before me, the authorizing Notary, who gives faith to everything contained in this deed.

SIGNED: PEDRO ORTIZ CORDERO
SIGNED, STAMPED, SEALED AND ENDORSED: RAMON RAFAEL LUGO BEAUCHAMP


I CERTIFY: That this true and exact copy of the original which is filed as number 88 in my protocol of public instruments for the present year. The appropriate Sales Tax and Notary Tax seals are adhered and cancelled in the original.
ATTESTING TO WHICH and for delivery to Farmers Home Administration, I issue this certified copy, which I SIGN, STAMP, SEAL AND ENDORSE in Lares, Puerto Rico, on the same day of its execution, recording its issuance. I BEAR WITNESS.

RAMON RAFAEL LUGO BEAUCHAMP

[Signature]
NOTARY PUBLIC
[Seals]


Presented at: 11:45 a.m.
Entry: 538
Volume: 389 of the Log of
San Germán, P.R., July 3, 1986
Registrar


Page 246, side two, volume 66 of Maricao, farm #1732, 6th recording. It is also subject to a mortgage lien securing 1 promissory note in the amount of $15,500.00 on behalf of U.S.A. acting through Farmers Home Administration, and to a mortgage of $12,000.00 on behalf of U.S.A. acting through Farmers Home Administration, securing 1 promissory note.
San Germán, September 26, 1986, that is, October 8, 1986

1

No fees.

[Signature]
Registrar
[Seal]

# CERTIFICATE

     I hereby certify that the attached Deed of Acceptance is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced, competent and certified to translate from Spanish into English.

DATED this 28th day of August of 2004.

Nicole Harris

WITNESS my hand and official seal hereto affixed this
28th day of August of 2004.

Signature

Notary Public
State of Washington
Rosa Walker
Commission Expires 02-01-06

Print Name: Rosa Walker
Notary Public in and for the State of Washington
My appointment expires: 02/01/06



**Form FmHA 1940-17 (S)**
**(Rev. 11-1-78)**

<div align="center">

UNITED STATES DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION
PROMISSORY NOTE

</div>

TYPE OF LOAN
Type: OL -- Limited Resources
In accordance with:
   XX   Consolidated Farm and Rural Development Act
         Emergency Agricultural Credit Adjustment Act of 1978

Name: PEDRO ORTIZ CORDERO
State: PUERTO RICO
Office: LARES
Case Number: 63-34-
Date: MARCH 23, 1987

ACTION REQUIRING NOTE:

|  |  |
|---|---|
| Initial Loan | New Payment Plan |
| XX  Subsequent Loan | Reamortization |
| Consolidation and Subsequent Loan | Sale on Credit |
| Consolidation | Deferred Payments |

FOR VALUE RECEIVED, the undersigned Borrower(s) and any other co-borrower, jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), or its representative, at its offices in LARES, PUERTO RICO, or at another location designated in writing by the Government, the principal sum of TWENTY-ONE THOUSAND DOLLARS ($21,000.00), plus interest on the unpaid principal of FOUR AND ONE HALF PERCENT (4.5%) PER ANNUM. If this note is for a Limited Resources Loan (indicated in the box above, under the heading "Type of Loan"), the Government may CHANGE THE INTEREST RATE, in accordance with the Farmers Home Administration regulations, not more frequently than a calendar trimester basis, and shall notify Borrower at his most current address by mail, with thirty (30) days' notice. The new interest rate shall not exceed the highest interest rate established by the Farmers Home Administration regulations for the type of loan indicated above.

Principal and interests shall be paid in 8 installments, as indicated below, unless modified by a different interest rate, on or before the following dates:

$736.00................on January 1, 1988
$4,072.00...............on January 1, 1989

and $4,072.00 each  January first subsequently thereafter until the principal and interests are completely paid, except for the final payment of the debt evidenced herein, which, if not sooner paid, shall be due and payable 7 years from the date of this note, with the exception that prepayments may be made as provided for below. The consideration hereof shall support any agreement modifying the schedule of payments.

If the total amount of the loan is not forwarded by the due date, the loan will be forwarded to Borrower, pursuant to request by Borrower and approval by the Government. Approval by the Government shall be granted only when the loan is requested for purposes authorized by the Government. Interests will accrue on the amount of each loan starting on the date these become effective as shown in the Payment Log at the end of this note. Borrower authorizes the Government to note the amount(s) and date(s) of any prepayment(s) in the Payment Log.

For any note that is reamortized, consolidated or with a new payment plan, interests accumulated as of the date of this instrument will be added to the principal and the new principal will accrue interests at the rate evidenced herein.

Every payment made on any indebtedness evidenced by this note shall be applied first to interests computed as of the effective payment date and then to the principal.

Prepayments of scheduled installments, or any portion thereof, may be made at any time at the option of Borrower. Refunds and extra payments, as defined in the Farmers Home Administration regulations (7 C.F.R. 1861.2), according to the source of funds involved, shall, after payment of interest, be applied to the installments last to become due under this note and shall not affect Borrower's obligation to pay the remaining installments as scheduled herein. Should the Government assign this note at any time, and insure the payment thereof, Borrower shall continue to make payments to the Government, as collection agent for the holder.

If this note is held by an insured lender, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly, or, except for final payment, may be retained and remitted by the Government to the holder on an annual installment due date basis. The effective date of any prepayment made by Borrower, except for payments retained and remitted by Government to holder on an annual installment due date basis, shall be the date of the Treasury check with which the Government remits payment to the holder. The effective date of any prepayment retained and remitted by the Government to the holder on an annual installment due date basis, shall be the date of the prepayment made by Borrower, and the Government shall pay interests to which the holder is entitled accruing between the effective date of any such prepayment and the date of the Treasury check to the holder.

Any amount forwarded or invested by the Government to obtain payment of this note, or to maintain and protect the guarantee of the loan, or otherwise invested under the terms of any guarantee covenant or other instrument executed in relation to the loan evidenced herein, shall, at the option of the Government, become a part of the loan and shall accrue

2

interests at the same interest rate of the principal of the loan evidenced herein, and shall become immediately due and payable by Borrower to the Government, without the need of requirements.

Property constructed, improved, purchased or refinanced in whole or in part with the loan evidenced herein shall not be leased, assigned, sold, transferred or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, Borrower shall personally operate said property as a farm if this loan is for a farm owner (FO).

If "Consolidation and Subsequent Loan", "Consolidation", "Reamortization" or "New Payment Plan" is indicated in the box above, under the heading "Action Requiring Note", this note is issued to consolidate, reamortize, or evidence a new payment plan, but not as satisfaction of principal and interests of the following note(s) or assumption agreement(s) (new terms):

AMOUNT OF NOTE:
INTEREST RATE:
DATE:
ORIGINAL BORROWER:
FINAL PAYMENT DUE:

The securing documents given in relation to the loans evidenced by these described notes or other stated obligations are not affected by the execution of this consolidation, reamortization or restructuring. These securing instruments shall remain in effect, and the guarantee offered for the loans evidenced by the described note shall remain as guarantee for the loan evidenced by this note and by any other stated obligation.

REFINANCING AGREEMENT: If at any time, the Government finds that Borrower may be able to obtain a loan from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and periods of time, Borrower will, at the Government's request, apply for and accept a loan in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock.

DEFAULT: Failure to pay when due any debt evidenced hereby or perform any covenant or agreement hereunder shall constitute default under any other instrument evidencing a debt of Borrower owing to or insured by the Government or securing or otherwise relating to such a debt; and default under any such other instrument shall constitute default hereunder. UPON ANY SUCH DEFAULT, the Government, at its option, may declare all or any part of any such indebtedness immediately due and payable.

This note is given as evidence of a loan to Borrower made or insured by the Government, pursuant to the Consolidated Farm and Rural Development Act or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan indicated in the box 'TYPE OF LOAN' above. This note is subject to the present regulations of Farmers

[Handwritten] Promissory note $21,000.00

This note is executed as evidence of a loan to Borrower made or insured by the Government, pursuant to the Consolidated Farm and Rural Development Act or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan indicated in the box 'TYPE OF LOAN" above. This note is subject to the present regulations of Farmers Home Administration and to its future regulations not inconsistent with the stipulations expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature] _____

Pedro Ortiz Cordero          (BORROWER)

_____

(BORROWER)

Box 432, Maricao, P.R. 00706 _____

_____

_____

The amount of this note and the mortgage securing re-amortized on January 18, 1991 had an unpaid balance in the amount of $14,395.56 of principal, which will accrue interests at the annual rate of FOUR POINT FIVE (4.5) percent, and the amount of $683.29 of NON capitalizable interests, which WILL NOT accrue interest, to make a total of $15,078.85, and this evidenced debt will be paid as follows:
$617.00 on or before January first of the year 1992;
$648.00 on or before January first of the years 1993 and 1994;
$2,271.00 on or before January first of each year subsequently thereafter, except for the final installment of the total debt herein evidenced, which shall be made on or before January first of the year 2002, pursuant to deed number THREE (3) dated this same day before the Public Notary Ramon Rafael Lugo Beauchamp. I BEAR WITNESS. In Lares, Puerto Rico on January 18, 1991.

[Signature]
RAMON RAFAEL LUGO BEAUCHAMP
Public Notary
[SEAL]

PAYMENT LOG

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|---|---|---|---|---|---|
| $ 15,750.00 | 02/25/87 | $ | | $ | |

TOTAL: $

Jay-Ce- Agriculture

Page 2

Format FmHA 1940-17 (8)
(Rev. 11-1-78)

1

[Handwritten paragraph]
[Illegible] the farm # 3,398 recorded on page [text cut off], volume 114 of La Asunción as constituted by the mortgagee Farmers Service Agency, [through] the Farmers Home Administration for consideration of the sum of $10,000.00, pursuant to deed # 3 executed in Mayaguez, Puerto Rico, before the Notary Edgardo Delgado [illegible]. I bear witness, in Mayaguez, P.R. on February 18 of 1997.


[Signature]
[Seal]


# **CERTIFICATE**


I hereby certify that the attached document is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

DATED this 24th day of April of 2007.

[Signature]

Nicole Harris
*Federal and State Certified Translator*

WITNESS my hand and official seal hereto affixed this 24th day of April of 2007.

[Signature]
Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/2010

[Notary Seal: ROSA CAPDEVIELLE / COMMISSION EXP. / NOTARY PUBLIC / FEB. 1, 2010 / STATE OF WASHINGTON]

**DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS**
**ADMINISTRACION DE HOGARES DE AGRICULTORES**

**PAGARE**

| CLASE DE PRESTAMO |
| --- |
| Tipo: OL-Recursos Limitados |
| De acuerdo a: |
| ☒ Consolidated Farm & Rural Development Act |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 |

| Nombre PEDRO ORTIZ CORDERO |
| --- |

| Estado PUERTO RICO | Oficina LARES |
| --- | --- |
| Caso Núm. 63-34- | Fecha 23 DE MARZO DE 1987 |

**ACCION QUE REQUIERE PAGARE:**

☐ Préstamo Inicial        ☐ Nuevo Plan de Pago
☒ Préstamo Subsiguiente   ☐ Reamortización
☐ Consolidación y préstamo subsiguiente   ☐ Venta a Crédito
☐ Consolidación          ☐ Pagos Diferidos

POR VALOR RECIBIDO, el Prestatario(s) subscribiente y cualquier otro co-deudor mancomunada y solidariamente pagaremos a la orden de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos (denominado en adelante el "Gobierno") o su cesionario en su oficina en   LARES, PUERTO RICO

o en otro sitio designado por el Gobierno por escrito, la suma principal de   VEINTIUN MIL CON-----------

--------------------00/100   dólares ($ 21,000.00 ) más intereses sobre el principal adeudado al

_____ CUATRO Y MEDIO   **POR CIENTO** ( 4.5 % ) anual. Si este pagaré

es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo"), el Gobierno puede **CAMBIAR EL PORCIENTO DE INTERES**, de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al Prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en   8   plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente, en o antes de las siguientes fechas:

$ 736.00 _____ en enero 1, 19 88 ; $ 4,072.00 _____ en enero 1, 19 89
$ _____ en enero 1, 19 ; $ _____ en enero 1, 19 ;
$ _____ en enero 1, 19 ; $ _____ en enero 1, 19 ;
$ _____ en enero 1, 19 ; $ _____ en enero 1, 19 ;
$ _____ en enero 1, 19 ; $ _____ en enero 1, 19 ;
y $ 4,072.00 _____ , subsiguientemente en enero 1 de cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero en 7 años de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se demuestra en el Registro de Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado o consolidado, o con un nuevo plan de pago, los intereses acumulados a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal.

Pagos adelantados de los plazos estipulados o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1861.2) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en el mismo. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construída, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente", "Consolidación", "Reamortización" o un "Nuevo Plan de Pago" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar un nuevo plan de pago pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación (nuevos términos):

| VALOR DEL PAGARÉ | INTERESES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|
| $ |  |  |  |  |
| $ | % | ,19 |  | ,19 |
| $ | % | ,19 |  | ,19 |
| $ | % | ,19 |  | ,19 |
| $ | % | ,19 |  | ,19 |
| $ | % | ,19 |  | ,19 |
| $ | % | ,19 |  | ,19 |
| $ | % | ,19 |  | ,19 |
|  |  |  |  | ,19 |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas no son afectadas por el otorgamiento de esta consolidación, reamortización o nuevo plan de pago. Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciado por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

**CONVENIO DE REFINANCIAMIENTO:** Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa.

**INCUMPLIMIENTO:** La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento. **COMETIDO CUALQUIER INCUMPLIMIENTO,** el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este Pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act o el Emergency Agricultural Credit Adjustment Act of 1978 y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO" más arriba. Este Pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

_Pedro Ortíz Cordero_                                    _(Prestatario)_

_____                         _(Prestatario)_

Apartado 432, Maricao, P.R.

---El importe de este pagaré y la hipoteca que lo garantiza reamortizado al día 18 de enero de 1991, dió un saldo montante a la suma de:------- ---$14,395.56 de principal que devengará intereses a razón de CUATRO Y MEDIO (4.5) por ciento anual y la suma de $683.29 de intereses NO capita- lizables los cuales no devengarán intereses para un total de:---------- ---$15,078.85 cuya deuda asumida habrá de ser pagada en la siguiente forma:------------------------------------------------------------------- ---$617.00 en ó antes del primero de enero del año 1992;- $648.00 en ó antes del primero de enero de los 1993 y 1994;- $2,271.00 en ó antes del primero de enero del año 1995 y esa misma cantidad de $2,271.00 en ó antes del primero de enero de cada año subsiguiente excepto el pago final del total de la deuda aquí asumida que se hará en ó antes del primero de enero del año 2002, según consta de la escritura número TRESE(3) de ésta misma fecha ante el Notario-Público, Lcdo. Ramón Rafael Lugo Beauchamp. DOY FE.---------------------------------------------------------------- ---En Maricao, Puerto Rico a 18 de enero de 1991.------------------------

RAMON RAFAEL LUGO BEAUCHAMP-Notario-Público

| | REGISTRO DE ADELANTOS | | | | |
|---|---|---|---|---|---|
| **CANTIDAD** | **FECHA** | **CANTIDAD** | **FECHA** | **CANTIDAD** | **FECHA** |
| $ 15,750.00 | 02-25-87 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | **TOTAL** | $ | |

**Jay-Ce-Agricultura**             _Posición 2_             Forma FmHA 1940-17 (S. (Rev. 11-1-78)

Liberada [...] el folio
2V del Tomo 114 de Los mineros por ser cancelado la
Acuerdo Hipotecaria Farm Service Agency, anteriormente
Administración de Hogares de Agricultura en constancia
a abono de $10,000.00, Segun la Escritura #3 otorgada
en Mayagüez, P.R. ante el Notario Elgnd Delgad Bros,
Day [...].

En Mayagüez, P.R. a 18 de febrero de 1997.

[signature]

[seal: ABOGADO NOTARIO]

orma FmHA 427-1(S) PR
Rev. 10-82)

EXHIBIT

10

—————————————NUMERO—————————————
**NUMBER**     CUARENTA Y DOS (42) -----

—————————————HIPOTECA VOLUNTARIA—————————————
**VOLUNTARY MORTGAGE**

**En**
**In**     en pueblo de Lares, Puerto Rico a los veintitres (2
días del mes de MARZO de mil novecientos ochenta y-----
siete (1987).—————————————————————————

—————————————————ANTE MI—————————————
**BEFORE ME**

---RAMON RAFAEL LUGO BEAUCHAMP,—————————————

Abogado y Notario Público de la Isla de Puerto Rico con residencia en Lares,---
**Attorney and Notary Public for the Island of Puerto Rico, with residence in**

**Puerto Rico,**     y oficina en     **Lares,**—————— Puerto Rico.
     **and office in**

—————————————COMPARECEN—————————————
**APPEAR**

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
**The persons named in paragraph TWELFTH of this mortgage—————————**

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
**hereinafter called the "mortgagor" and whose personal circumstances—————**

aparecen de dicho párrafo.—————————————————————
**appear from said paragraph.—————————————————————**

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
**I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their——**

de su edad, estado civil, profesión y vecindad.————————————————
**statements which I believe to be true of their age, civil status, profession and residence.————**

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
**They assure me that they are in full enjoyment of their civil rights, and the free administration**

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
**of their property, and they have, in my judgment, the necessary legal capacity to grant this——**

miento.———————————————————————————————
**voluntary mortgage.—————————————————————————**

—————————————EXPONEN—————————————
**WITNESSETH:**

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
**FIRST: That the mortgagor is the owner of the farm or farms described in————**

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
**paragraph ELEVENTH of this mortgage, and of all rights and interest in the same————**

denominada de aquí en adelante "los bienes".——————————————
**hereinafter referred to as "the property".——————————————**

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
**SECOND: That the property mortgaged herein is subject to the liens**

se especifican en el párrafo UNDECIMO.——————————————
**specified in paragraph ELEVENTH herein.——————————————**

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
**THIRD: That the mortgagor has become obligated to the United States————**

América, actuando por conducto de la Administración de Hogares de Agriculto-
**of America, acting through the Farmers Home Administration,——————**

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
**hereinafter called the "mortgagee" in connection with——————————**

un préstamo o préstamos evidenciado por uno o más pagarés o con. lo de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)————

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by————————

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the—————————

las contribuciones, avalúos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges——————————————

hayan estimado sobre la propiedad hipotecada.————————————————
estimated against the property.——————————————————————————

CUARTO: Se sobreentiende que:——————————————————————
FOURTH: It is understood that:——————————————————————————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the——————————

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention————————

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and——————————————

asegurar su pago de conformidad con'el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One————

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of——————————

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.——————————

das.——————————————————————————————————————

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee——————————

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,————

prestamista asegurado.————————————————————————————
will be the insured lender.——————————————————————————————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the——————————

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along——————————————

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.————————————————————————————
and interest.——————————————————————————————————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,————————

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender——————————————————

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".————————————————————
ments on the note, to be designated the "annual charge".——————————————————

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder————————

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any——————————————

Forma FmHA 427-1(S) PR
(Rev. 10-82)

quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit—————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor—

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any————————

cualquier convenio suplementario por parte del deudor.——————————————
supplementary agreement.—————————————————————————————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,—————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the—————————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage———

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured—————————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to————————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt————————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee——————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default—————————

plimiento por parte del deudor hipotecario.————————————————————
by the mortgagor.—

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note—————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee—————————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH——————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the—————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,———

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee—————————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof—————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement—————————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its—————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any—————

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in—————

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor————————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on————————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,————

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,————

y los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest————————

éllas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until————

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and————

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the————————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account————

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of————————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional————

adicional especificada en el párrafo NOVENO de este documento.————————
amounts as specified in paragraph NINTH hereof.————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:————————
SIXTH: That the mortgagor specifically agrees as follows:

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness————————

Forma FmHA 427-1(S) PR
(Rev. 10-82)

aquí garant. a e indemnizar y conservar libre de pérdida al :edor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.———

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the———————————————

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,———————

hipotecario como agente cobrador del tenedor del mismo.————————————————
as collection agent for the holder.————————————

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal———————

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any deliquency charges, now or hereafter required by————————————————

reglamentos de la Administración de Hogares de Agricultores.———————————
regulations of the Farmer's Home Administration.————————————————

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,————————————

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less——————————

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder—————

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement————————————

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.——————————
referred to in paragraph FOURTH hereof for the account of the mortgagor.———————

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held———————

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credite————————————

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance————————

por el acreedor hipotecario por cuenta del deudor hipotecario.——————————
by the mortgagee for the account of the mortgagor.———————————

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this————————————————

párrafo devengará intereses a razón del **CUATRO Y MEDIO**————————
subparagraph shall bear interest at the rate of

———————————— por ciento ( **4.5** °/o)————————————
per cent ( °/o)————————————————

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.————————————————————————
to the mortgagee.————————————————————————

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any——————————

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,———

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,————————

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the——————————

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate————————————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance——————————

hasta que los mismos sean satisfechos por el deudor hipotecario.———————————
until repaid to the mortgagee.———————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,————————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor——————————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the——————————   ——————————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance——————

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant——————————

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the——————————————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments—————

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any——————————————

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee————————————

hipotecario determinare.————————————————————————————————
determines.————————————————————————————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely——————————————————————

los propósitos autorizados por el acreedor hipotecario.——————————————————
for purposes authorized by mortgagee.——————————————————————————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens——————————————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee—————

tecario bajo los términos de esta hipoteca.—————————————————————————
under the terms of this mortgage.————————————————————————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required——

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro-————————

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions———————

aprobare el acreedor hipotecario.—————————————————————————————
approved by mortgagee.———————————————————————————————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all——————————

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor ———   ————

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish

Forma FmHA 427-1(S) PR
(Rev. 10-82)

ningún edificio    mejora en los bienes, ni cortará ni removerá    dera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other————————

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out————————

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time—————————

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices—————————

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to————————————

tiempo pueda prescribir.———————————————————————————————
time may prescribe.——————————

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified—————————

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor——————————

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it————————————————

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation—————————

ción o al arrendamiento.———————————————————————————————
or  lease.——————————

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,————————————

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the————

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations—————

que afecten los bienes o su uso.———————————————————————————
affecting the property or its use.——————————

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times———

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining  whether or not—————

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
security given is being lessened or impaired, and if such inspection or examination shall———

minare a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
distinguish in the judgment of mortgagee, that the security given is being lessened—————

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the——————————

deudor hipotecario de los convenios de esta hipoteca.————————————————
mortgagor of the covenants of this mortgage.——————————

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession———————

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify—————————

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgagee by said

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause

para adelantos, gastos y otros pagos.
for advances, expenditures and other payments.

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,

en el orden y manera que el acreedor hipotecario determinare.
in what ever order and manner mortgagee may determine.

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.
purchase any necessary shares of stock in the cooperative agency in regard to said loan.

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor. default in the payment of any amounts or violate or fail to comply

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of

Forma FurlA 427-1(S) PR
(Rev. 10-82)

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgage, mortgagee is

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.
request the protection of the law.

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and

rarios de abogado.
attorney's fees.

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness

garantizada y sin afectar el gravámen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravámen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)



negociar con el deudor hipotecario o conceder al deudor hipoteca..o cualquier
deal in any way with mortgagor or grant to mortgagor any—————————————

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the————

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by——————————————————

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee——————————

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any————————

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or——————

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over——————————————————

dichos bienes.———————————————————————————————————————
said property.——————————

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,——————————————

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,——————

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in——————

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest—————————

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.——————————
in or to the lien or any benefits herein contained.——————————

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any————————————

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held———————————————————

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,————————————

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall—————————————

constituirá incumplimiento de esta hipoteca.————————————————————————
constitute default hereunder.——————————

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall—————————————

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,—————————————

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,————

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,—————————————————

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the———————

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated——————

especifica más adelante.———————————————————————————————————
hereinafter.——————————

(Veintidós) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee——————————————

Forma FmHA 427-1(S) PR
(Rev. 10-82)

el importe de cualquier sentencia obtenido por expropiación cosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgage will apply the amount so

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.
mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount

de
of        **(Para tasación vease página dieciseis C (16-C)--**

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and

y aseguramiento del préstamo antes mencionado.
insuring of the loan hereinbefore mentioned.

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:
NINTH: The amounts guaranteed by this mortgage are as follows:

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee

hipotecario cediere esta hipoteca sin asegurar el pagaré ---**VEINTIUN MIL** ---
should assign this mortgage without insurance of the note,

--------------------------------------------------- **DOLARES ($ 21,000.00** )
                                                      DOLLARS ($

el principal de dicho pagaré, con sus intereses según estipulados a razón del
the principal amount of said note, together with interest as stipulated therein at the rate of

---**CUATRO Y MEDIO**----------- por ciento ( **4.50%**-- o/o) anual;
                                 per cent (              o/o) per annum;

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

**(A)**
(A)    ---VEINTIUN MIL--------------------------------

DOLARES ($
-------------------------------- DOLLARS ($ 21,000.00

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender---- -- --------

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as--------------------

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,---------------

Tercero;---------------------------------------------------------
Three;----------------------------------------------------------

**(B)**    ---TREINTA Y UN MIL QUINIENTOS--------------------
(B)

-------------------------- DOLARES ($ 31,500.00
DOLLARS ($

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might----------------

sufrir bajo su seguro de pago del pagaré.--------------------------------
sustain under its insurance of payment of the note;-----------------------

Tres. En cualquier caso y en todo tiempo;-------------------------------
Three. In any event and at all times whatsoever:-----------------------

**(A)**    ---OCHO MIL CUATROCIENTOS DOLARES------------------
(A)

($ 8,400.00      ) para intereses después de mora:-----------------
($              ) for default interest;----------------------------

**(B)**    ---CUATRO MIL DOSCIENTOS DOLARES-------------------
(B)

( $4,200.00--      ) para contribuciones, seguro y otros adelantos para la con-
(              ) for taxes, insurance and other advances for the preservation;----

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph---------

SEXTO, Tercero;-------------------------------------------------
SIXTH, Three;---------------------------------------------------

**(C)**    ---DOS MIL CIEN---------------------DOLARES--------
(C)

($ 2,100.00      ) para costas, gastos y honorarios de abogado en caso
($              ) for costs, expenses and attorney's fees in case----------------

de  ejecución;---------------------------------------------------
of   foreclosure;-----------------------------------------------

**(D)**    ---DOS MIL CIEN DOLARES---------------------------
(D)

($ 2,100.00----      ) para costas y gastos que incurriere el acreedor hipoteca-
($              ) for costs and expenditures incurred by the mortgagee in--------

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with--------

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as---------------

se consigna en el párrafo SEXTO, Trece.------------------------------
provided in paragraph (SIXTH, Thirteen.------------------------------

orma FmHA 427-1(S) PR
(Rev. 10-82)

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD———————————————————

de esta hipoteca es (son) descrito(s) como sigue:————————————————————
of this mortgage is(are) described as follows:————————————————————

"Pagaré otorgado en el caso número sesenta y tres-treinta y cuatro-
"Promissory note executed in case number

——————————————
—————————————————————————tecnago el día veinti——
dated the

tres (23)      de    MARZO————      de mil novecientos—————
day of                        nineteen hundred and

ochenta y siete (1987), por la suma de VEINTIUN MIL————————
in the amount of

—————————($21,000.00)—————————— dólares de principal más
of principal plus

intereses sobre el balance del principal adeudado a razón del CUATRO Y MEDIO-
interest over the unpaid balance at the rate of

——————————————————— { 4.50%——— } por ciento anual,
percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,————————

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed—————

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the——

representada, de no haber sido satisfecho con anterioridad, vencerá y sera pagadero
entire debt herein evidenced, if not sooner paid, will be due

a los      ———SIETE (7)———————————————————————
and payable

años de la fecha de este pagaré.———————————————————————
years from the date of this promissory note.

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the——————————

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United——

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act—————

of 1961 o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961 or pursuant to "Title V of the Housing Act of 1949, as—————————

SECCION sus enmendadas y está sujeto a los presentes reglamentos de la Administración
DE amended and is subject to the present regulations of the Farmers—————————

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the————

MAYAGUEZ Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.——————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which————————————

constituye Hipoteca Voluntaria, se describe como sigue:————————————————
voluntary mortgage is constituted, is described as follows: ————————————————

- 13 -

---FINCA NUMERO UNO (1):- RUSTICA:- Situada en el Barrio NARANJALES del término municipal de LAS MARIAS, Puerto-- Rico, compuesta de:-------------------------------------------
---CINCUENTA Y UNA CUERDAS más o menos de terreno equiva- lentes a veinte hectáreas, cuatro áreas, y cincuenta cen- tiáreas, en lindes por el:-------------------------------------
---NORTE:- con terrenos de Andrés Massari, los de Nicanor Bayrón y los de Francisco Marrero; al-----------------------
---SUR:- con terrenos de Francisco Marrero y los de Mi-- guel Esteves; al----------------------------------------------
---ESTE:- con terrenos de Nicanor Bayrón y los de Fran--- cisco Marrero y al-------------------------------------------
---OESTE:- con terrenos de Miguel esteves y Julio Vicenty
---Según la inscripción décima novena dice que la finca- fué mensurada y resultó con una cabida de Cincuenta y Tres Cuerdas con Tres Céntesimas de otra, equivalentes a vein- te hectáreas, ochenta y cuatro áreas, veintiocho centiáre- as,-----------------------------------------------------------
---Enclava una casa de una sola planta destinada a vivien- da de cemento que mide cuarenta y cinco pies por diez y- ocho pies, en columnas, y enclava además una casa almacén de concreto, dos casas de arrimados, una casilla de madera y zinc y un acueducto de agua con motor e instalación de luz.- Inscrita al folio treinta y seis (36) del tomo---- noventa y siete (97) de Las Marías, finca quinientos ochen-

Para las otras fincas veáse folio 16-A en adelante

ta y uno (581).-------------

Adquirió el prestatario la descrita finca por
*Borrower acquired the described property by*
compra a Nelson Cuebas Torres y su esposa Zocorro Medina Rivera,-------------------------------------------------------

según consta de la Escritura Número
*pursuant to Deed Number*     Ciento Diez (110)--------------

de fecha diez y nueve de mayo de mil novecientos ochenta-
*dated* y cuatro (1984).----------------------------------------------

otorgada en la ciudad de   Lares, Puerto Roic, digo, Rico,------
*executed in the city of*

ante el Notario RAMON RAFAEL LUGO BEAUCHAMP,-----------------
*before Notary*

Dicha propiedad se encuentra afecta a hipotecas a favor de Estados
*Said property is* Unidos de América por las sumas de Dieciseis--- Mil Dólares($16,000.00) Cuarenta Mil Dólares ($40,000.00) ambas hipotecas reamortizadas a virtud de la escritura- 146 de fecha 3 de septiembre de 1985, hipoteca por la su- ma de Doce Mil Dólares, hipoteca por la suma dde Cinco--- Mil Dólares ($5,000.00) y la que se constituye a virtud- del presente documento.---------------------------------------

DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote- TWELFTH: The parties appearing in the present deed as Mortgagors

carios
*are*    DON PEDRO ORTIZ CORDERO, mayor de edad, soltera,-- propietario y vecino de Mayaguez, Puerto Rico, ---------

cuya dirección postal es:   Apartado cuatrocientos treinta y dos- *whose postal address is:* (432), Maricao, Puerto Rico,-----------------------------

------------------------------------------------------------

DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used----------

Forma FmHA 427-1 (S) PR
(Rev. 10-82)

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical————

físicas en la finca(s) descrita(s).———————————————————————————————
installations on the described farm(s).————————————————————————————————

**DECIMO CUARTO:** El prestatario ocupará personalmente y usará cualquier estruc-
**FOURTEENTH:** The borrower will personally occupy and use any structure———————————

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan———————————————

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless———

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as———————————

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause————————————

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the————————————————

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to———————

ejecución de la hipoteca.———————————————————————————————————
the foreclosure of the mortgage.——————————————————————————————————

**DECIMO QUINTO:** Esta hipoteca se extiende expresamente a toda construcción
**FIFTEENTH:** This mortgage expressly extends to all construction——————————————

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,—————

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the—————————————————

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present———

dueños deudores o por sus cesionarios o causahabientes.———————————————————
owners or by their assignees or successors.——————————————————————————

**DECIMO SEXTO:** El deudor hipotecario por la presente renuncia mancomunada
**SIXTEENTH:** The mortgagor by these presents hereby waives jointly and————————

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or—————————

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)—————————————

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
of any homestead right (Homestead) that presently or in the future———————————————

se pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings————

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
therein or which in the future may be constructed; this waiver being permitted———————

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen——————————————

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eights of May, nineteen hundred sixty-nine (1969) (31—————————

L.P.R.A. 1851)———————————————————————————————————————————
L.P.R.A. 1851).——————————————————————  ————————————————————

**DECIMO SEPTIMO:** El acreedor y el deudor hipotecario convienen en que cual-
**SEVENTEENTH:** Mortgagee and mortgagor agree that any——————————————————

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with————————

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part————————

de la propiedad gravada por esta Hipoteca.————————————————————————————
of the property encumbered by this Mortgage.———— ——————————————————————

DECI.IO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move——————————————

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty——————————

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances————————

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will————————————————

notificará por escrito al Supervisor Local.———————————————————————————
notify it in writing to the County Supervisor.——————————————————————————

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed——————————————

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous————

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations——————————

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and——————————————

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern——————————

estos tipos de préstamos.—————————————————————————————————————
these types of loans.————————————————————————————————————————

VIGESIMO: Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of——————————————————

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the——————————

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidós del Código
Government pursuant to Forty-Two————————————————————————————————

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)————
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)——————————————————————————

———Por tratarse de un préstamo de recursos limitados——

según indicado en el pagaré, el Gobierno puede cambiar

el por ciento de interés de acuerdo con los reglamen——

tos de la Administración del Hogares de Agricultores.——

---"FINCA NUMERO DOS (2):- RUSTICA:- Parcela terre-
no marcada con el número doce (12) del Caso C- mil
trescientos ochenta y dos (C01382) radicada en el-
Barrio Furnias del término municipal de Las Marías
Puerto Rico, compuesta de:-------------------------
---TRES CUERDAS DE TERRENO (3.00 cds.) equivalentes
a una hectárea, diez y siete áreas, noventa y una-
centiáreas, y mil ochocientos sesenta y ocho diez-
milésimas de otra lindante por el:----------------
---NORTE:- con las parcelas número once (11) y ---
diez y siete (17) por el----------------------------
---SUR:- con la parcela número cinco (5) y seis (6)
-y trece (13); por el-------------------------------
---ESTE:- con la parcelas trece (13) y diez y siete
(17) por el----------------------------------------
---OESTE:- con parcela seis (6) y once (11)."-----
----Dentro de la parcela se encuentra enclavada una
casa de bloques de tosca y cemento, techo de cartón
y maderas del país, con divisiones interiores de--
tosca y cemento con frente de treinta y tres pies-
por doce pies de fondo, construida por la Puerto--
Rico Reconstruction Administration.----------------
---Inscrita al folio ciento setenta y seis (176)--
del tomo setenta y uno (71) de Las Marías, finca--
número dos mil doscientos veinte (2200).----------

---"FINCA NUMERO TRES (3):- RUSTICA:- Porción de--
terreno radicada en el Barrio NARANJALES del tér--
mino municipal de Las Marías, Puerto Rico, tiene---
una cabida superficial de:-------------------------
---CINCO CUERDAS DE TERRENO, equivalentes a una--
hectárea, noventa y seis áreas, cincuenta y una---
centiáreas y noventa y cinco miliáreas, en lindes
---NORTE:- con parcela de terreno segregada de la-
finca principal y vendida a Carmen Julia Olmeda;--
---SUR:- con parcela de terreno segregada de la---
finca principal; al---------------------------------
---ESTE:- con quebrada que la separa de terrenos de
la Hacienda Anita y al-----------------------------
---OESTE:- con un camino que la separa de terrenos
de Anastacio Ramos."-------------------------------
---Inscrita al folio veinticinco (25) del tomo----
ciento catorce (114) de LAS MARIAS, finca número--
tres mil trescientos noventa y ocho (3398).-------

-16A-

---"FINCA NUMERO CUATRO (4):- RUSTICA:- Radicada--
en el Barrio Maricao Afuera del término municipal-
de MARICAO, Puerto Rico compuesta de:------------
---DIEZ CUERDAS DE TERRENO, (10.00 cds.) equivalen-
tes a tres hectáreas, noventa y tres áreas, tres--
centiáreas, de terreno, en lindes al:------------
---NORTE:- con la finca principal de la cual se se-
gregó; al------------------------------------------
---SUR:- con Sucesión Oms, hoy, antes César Gómez;
---ESTE:- con la Sucesión de Benigno Ramírez y al-
---OESTE:- con la Carretera número ciento veinte-
(120) que de Mayaguez, conduce a Maricao."--------
---Inscrita al folio doscientos cuarenta (240) del
tomo sesenta y seis (66) de Maricao, finca número-
mil setecientos- treinta y dos (1732).------------

------------------TITULOS Y CARGAS----------------

---Adquirió el compareciente las fincas marcadas--
como DOS (2) y Cuatro (4) por compra a Estados Uni-
dos de América, a virtud de la escritura número---
veintiocho (28) de fecha diecinueve de febrero de-
mil novecientos ochenta y seis (1986) otorgada en-
esta Notaría. Se hallan afecta a hipotecas a favor
de los Estados Unidos der América, por las sumas--
de Quince Mil Quinientos Dólares ($15,500.00) Doce
Mil Dólares ($12,000.00), Cinco Mil Dólares,------
($5,000.00) y a la que se constituye a virtud del-
presente documento.-------------------------------
---Adquirió el compareciente la finca descrita como
Tres (3) a virtud de la escritura número Ciento---
Cinco (105) de fecha trece de septiembre de mil no-
vecientos ochenta y tres (1983) por compra a Don--
Carlos Cama Bernacet y su esposa Consuelo Comas,--
en Mayaguez, Puerto Rico, ante el Notario José A.-
Olivieri Rodríguez.-------------------------------
---Afecta a hipotecas a favor de Estados Unidos de
América por las sumas de Doce Mil Dólares ($12,000.
00) y Cinco Mil Dólares ($5,000.00) y a la que se-

constituye a virtud del presente documento.--------
---Manifiesta el compareciente que para que sirva--
de tipo a primera subasta que habrá de celebrarse--
en caso de ejecución de esta hipoteca, y de confor-
midad con la Ley Hipotecaria, según enmendada, el-
deudor hipotecario por la presente tasa los bienes
en las sumas que se indicarán a continuación, y así
mismo, y por tratarse de un préstamo para fines----
agrícolas y con vencimiento a los siete (7) años---
del otorgamiento de esta escritura, distribuye la--
responsabilidad entre cada una de las fincas hipo--
tecadas como sigue:--------------------------------
--- CADA UNA DE LAS FINCAS RESPONDERAN DE:---------
---PRINCIPAL:- CINCO MIL DOSCIENTOS CINCUENTA DOLA-
RES ($5,250.00)------------------------------------
---CADA UNA DE LAS FINCAS RESPONDERA PARA PAGO de--
INTERESES EN CASO DE MORA:-------------------------
---MIL SEISCIENTOS CINCUENTA Y TRES DOLARES CON----
SETENTA Y CINCO CENTAVOS ($1,653.75).-------------=-
---CADA UNA DE LAS FINCAS RESPONDERA PARA COSTAS,--
GASTOS Y HONORARIOS DE ABOGADO, en caso de reclama-
ción judicial en la suma de:-----------------------
---QUINIENTOS VEINTICINCO DOLARES ($525.00)--------
---TASACION DE CADA UNA DE LAS FINCAS:-------------
---SIETE MIL CUATROCIENTOS VEINTIOCHO DOLARES CON--
SETENTA Y CINCO CENTAVOS ($7,428.75)---------------

Forma FmHA 427-1(S) PR
(Rev. 10-82)

---------------ACEPTACION---------------
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once-------------

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.-------
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.----------

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)-----

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)  advertí.--------------------------------------------------------------
I advised him (them).----------------------------------------------------------

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its--------------

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed------------------

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES----------

FE de todo el contenido de esta escritura.-----------------------------------
FAITH to everything contained in this deed.------------------------------------------

---FIRMADO:- PEDRO ORTIZ CORDERO.----------------------

---FIRMADO, SIGNADO, SELLADO Y RUBRICADO, RAMON RAFAEL

LUGO BEAUCHAMP.---------------------------------------

CERTIFICO:—Que la que precede es copia fiel y exacta de su original que

bajo el número .............. 4.2 .............. obra en mi protocolo

de Instrumentos públicos para el corriente año. Hay adheridos y debidamen-

te cancelados en el original los correspondientes sellos de Rentas Internas

e Impuesto Notarial. ...........................................

EN TESTIMONIO DE LO CUAL, y para entregar a .................

...................................... expido la presente copia certi-

ficada, que FIRMO, SIGNO, SELLO Y RUBRICO, en ...............

Puerto Rico, el mismo día de su otorgamiento dejando anotada su saca

DOY FE. ................................................

RAMON RAFAEL LUGO BEAUCHAMP
Notario Público

Inscrita la hipoteca que refiere este documento a los folios 73 vto, 82 y 39 de los Tomos 114 y 143 de Las Marías, fincas 581, 2,200 y 3398 e inscripciones 5ª, 7ª y 35ª. Dominio y afecta además a hipotecas a favor de Estados Unidos de América por; $ 12,000.00 y $5,000.00 además la finca 581 a hipotecas a favor de Estados Unidos de América por $16,000.00 y $40,000.00. (M)digo Se práctica con la Advertencia de que si la hipoteca no se asegurare con el Administrador Federal de Hogares según se estipula en la escritura o si vénciera o terminare dicho seguro, entonces el pacto sobre renuncia del derecho de Hogar seguro llegará a ser ilegal y nulo por ser contrario a la ley... Mayagüez a 6 de febrero de 1989

Sin Derechos



ACCEPTANCE

The appearing party (parties) ACCEPT(S) this deed in the manner drawn once I, the authorizing Notary, have made to him (them) the pertinent legal warnings.
So they state and execute before me, the authorizing Notary, the appearing party (parties) without demanding the presence of witnesses after waiving his (their) right to do so of which I advised him (them).

After this deed was read by the appearing party (parties), he (they) ratify its contents, place(s) his (their) initials on each of the folios of this deed including the last one, and all sign before me, the authorizing Notary, who gives faith to everything contained in this deed.

SIGNED: PEDRO ORTIZ CORDERO
SIGNED, STAMPED, SEALED AND ENDORSED: RAMON RAFAEL LUGO BEAUCHAMP

I CERTIFY: That this true and exact copy of the original which is filed as number 42 in my protocol of public instruments for the present year. The appropriate Sales Tax and Notary Tax seals are adhered and cancelled in the original.
ATTESTING TO WHICH and for delivery to Farmers Home Administration, I issue this certified copy, which I SIGN, STAMP, SEAL AND ENDORSE in Lares, Puerto Rico, on the same day of its execution, recording its issuance. I BEAR WITNESS.

RAMON RAFAEL LUGO BEAUCHAMP

[Signature]
NOTARY PUBLIC
[Seals]

The mortgage to which this document refers is recorded on pages 73, side two, 82 and 29 of volumes 114 and 143 of Las Marías, farms numbers 581, 2200 and 3398 and 5th, 7th and 35th recordings. It is subject to mortgage liens on behalf of United States of America, for: $12,000.00 and $5,000.00. In addition, farm number 581 is subject to mortgage liens on behalf of United States of America in the amounts of $16,000.00 and $40,000.00. Warning is made that if the mortgage is not insured with the Federal Housing Administration as stipulated in the deed, or if said insurance should end or be cancelled, then the agreement on the waiver to Homestead Rights shall become null and void as it shall be against the law.
Mayaguez, February 6, 1989

No fees.

[Signature]

1

Registrar
[Seal]

# **CERTIFICATE**

I hereby certify that the attached Deed of Acceptance is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced, competent and certified to translate from Spanish into English.

DATED this 28th day of August of 2004.

_Nicole Harris_

Nicole Harris

WITNESS my hand and official seal hereto affixed this 28th day of August of 2004.

_Signature_

Notary Public
State of Washington
Rosa Walker
Commission Expires 02-01-06

Print Name: Rosa Walker
Notary Public in and for the State of Washington
My appointment expires: 02/01/06

EXHIBIT

11

**FmHA Form 1940-17 (S)  (Rev. 12-88)**

UNITED STATES DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION
PROMISSORY NOTE

TYPE OF LOAN
Type: OL          X Regular          Limited Resources
In accordance with:
    X          Consolidated Farm and Rural Development Act
          Emergency Agricultural Credit Adjustment Act of 1978
Name: ORTIZ CORDERO, Pedro
State: PUERTO RICO
Office: LARES
Case Number: 63-34-.          Funds type: 44
Date:  April 25, 1989          Loan No.: 11

ACTION REQUIRING NOTE:
       Initial Loan                                    New Payment Plan
    X   Subsequent Loan                          Reamortization
       Consolidation and Subsequent Loan      Sale on Credit
       Consolidation                               Deferred Payments

FOR VALUE RECEIVED, the undersigned Borrower(s) and any other co-borrower, jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), or its representative, at its offices in LARES, PUERTO RICO, or at another location designated in writing by the Government, the principal sum of  THIRTY THOUSAND DOLLARS ($30,000.00), plus interest on the unpaid principal of NINE AND ONE HALF (9.5%) PER ANNUM. If this note is for a Limited Resources Loan (indicated in the box above, under the heading "Type of Loan"), the Government may CHANGE THE INTEREST RATE, in accordance with the Farmers Home Administration regulations, not more frequently than a calendar trimester basis, and shall notify Borrower at his most current address by mail, with thirty (30) days' notice. The new interest rate shall not exceed the highest interest rate established by the Farmers Home Administration regulations for the type of loan indicated above.

Principal and interests shall be paid in 8 installments, as indicated below, unless modified by a different interest rate, on or before the following dates:

$1,960.00.................on April 25, 1990   $2,850.00.................on April 25, 1991
$2,850.00.................on April 25, 1992   $9,363.00.................on April 25, 1993
and $9,363.00 each January first subsequently thereafter until the principal and interests are completely paid, except for the final payment of the debt evidenced herein, which, if not sooner paid, shall be due and payable in 7 years from the date of this note, with the exception that prepayments may be made as provided for below. The consideration hereof shall support any agreement modifying the schedule of payments.

If the total amount of the loan is not forwarded by the due date, the loan will be forwarded to Borrower, pursuant to request by Borrower and approval by the Government. Approval by the Government shall be granted only when the loan is requested for purposes authorized by the Government. Interests will accrue on the amount of each loan starting on the date these become effective as shown in the Payment Log at the end of this note. Borrower authorizes the Government to note the amount(s) and date(s) of any prepayment(s) in the Payment Log.

For any note that is reamortized, consolidated or with a new payment plan, interests accumulated as of the date of this instrument will be added to the principal and the new principal will accrue interests at the rate evidenced herein.

Every payment made on any indebtedness evidenced by this note shall be applied first to interests computed as of the effective payment date and then to the principal.

Payments in advance of scheduled installments, or any portion thereof, may be made at any time at the option of the Borrower. Refunds and extra payments, as defined in regulations (7 C.F.R. 1861.2) of the Farmers Home Administration, according to the source of the funds involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note, and shall not affect Borrower's duty to pay the remaining installments as scheduled herein. If at any time the Government should assign this promissory note and insure payment of the same, the Borrower shall continue making payments to the Government as collecting agent of the holder.

If this note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder, except the final payment, or such payments shall be retained by the Government and transferred to the holder either on an annual installment due date basis. The effective date of any advance payment retained and transferred by the Government to the holder on an annual installment due date basis shall be the date of Borrower's advance payment, and the Government shall pay the interest to which the holder is entitled, accruing between the effective date of any such advance payment and the date of the Treasury check paid to the holder.

Any amount forwarded or invested by the Government in order to collect on this promissory note or to preserve or protect the security of the loan or paid in any way under the terms of any security agreement or other instrument executed in relation to the loan evidenced herein, shall, at the option of the Government, become part of the loan and shall accrue interest at the same rate as the principal of the debt evidenced herein and shall be immediately due and payable by the Borrower to the Government without the need of requirements.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced herein shall not be voluntarily leased, surrendered, sold, transferred, or encumbered, without the previous written consent of the Government. Unless the Government gives written consent to the contrary, Borrower will personally manage said property as a farm if this is a Farm Owner (FO) loan.

If "Consolidation and Subsequent Loan", "Consolidation", "Reamortization" or "New Payment Plan" is marked in the upper box of the first page titled "Action Requiring Note", this promissory note is executed to consolidate, reamortize or as evidence of a new payment plan, but not to satisfy the principal and interests of the following promissory note(s) or assumption agreement(s) (new terms):

AMOUNT OF NOTE: $
INTERESTS: %
DATE:
ORIGINAL BORROWER:
LAST INSTALLMENT DUE:

The security documents taken in relation to the loans evidenced by the described promissory notes or other stated obligations are not affected by the execution of this consolidation, reamortization or new payment plan. These security instruments shall remain in effect and the security offered for the loans evidenced by the described promissory notes shall continue to guarantee the loan evidenced by this promissory note and by any other stated obligations.

REFINANCING AGREEMENT: If at any time the Government determines that Borrower may be able to obtain a loan from a responsible cooperative or other private credit source at reasonable rates and terms for loans for similar purposes and time periods, Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary shares.

CONSERVATION AGREEMENT FOR HIGHLY-EROSIVE SOILS AND WETLANDS: The Borrower acknowledges that the loan described in this promissory note shall be in default if any part of this loan is used for purposes that contribute to excessive erosion of highly-erosive soils or for the conversion of wetlands to produce agricultural crops, as explained in Exhibit M, paragraph G, section 1940 of 7CFR. If (1) the loan period goes beyond January 1, 1990, but not past January 1, 1995, and (2) the borrower tries to produce crops on highly-erosive

soils exempt from the restrictions under Exhibit M until January 1, 1190, or two years after the Soil Conservations Service (SCS) has completed a conservation plan for the Borrower's farm, whichever comes later, the Borrower also agrees that prior to loss of exemption from the conservation restrictions on highly-erosive soils, in accordance with part 12 of 7CFR, the Borrower must prove that he is actively applying a soil conservation plan approved by the Soil Conservation Service (SCS) or by the appropriate Soil Conservation District for the highly-erosive soils if the loan period extends beyond January 1, 1995. The Borrower also agrees that, before January 1, 1995, he must prove that any crop production on highly-erosive soils after said date shall be done according to a conservation plan approved by the Soil Conservation service (SCS) or by the Conservation District, in accordance with the requirements of the Soil Conservation Service.

DEFAULT:  Failure to pay any debt described herein when due, or failure to comply with any condition or agreement of this document, shall constitute default under any other instrument evidencing a debt insured or guaranteed by the Government, or in any other way related to such debt, that the Borrower may have; and default under any other instrument shall constitute default under the terms of this document.  UPON ANY SUCH DEFAULT, the Government, at its discretion, may declare all or part of such debt due and payable immediately.

This note is executed as evidence of a loan to Borrower made or insured by the Government, pursuant to the Consolidated Farm and Rural Development Act or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan indicated in the box 'TYPE OF LOAN' above. This note is subject to the present regulations of Farmers Home Administration and to its future regulations not inconsistent with the stipulations expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature]
Pedro Ortiz Cordero          (BORROWER) (Seal)
[Signature]
                             (BORROWER) (Seal)

PO Box 432
Lares, Puerto Rico 00669

PAYMENT LOG

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|---|---|---|---|---|---|
| $30,000.00 | 04/07/89 | $ | | $ | |

TOTAL: $30,000.00

On January 18, 1991 the amount of this Promissory Note and mortgage securing it has an unpaid balance in the amount of:

$29,976.44 of principal, which shall accrue interests at the annual rate of FIVE (5) percent, and the amount of $3,003.80 of NON capitalizable interest, to make a total of $30,980.24, of which debt shallbe paid as follows:

$1,000.00 on or before January, 1992

$1,000.00 on or before January first, 1993

$1,499.00 on or before January first, 1995

$4,276.00 on or before January first of everu year subsequently thereafter, except for the final payment, which shall be paid on or before January first, 2004, pursuant to deed number THREE (3) dated this same date before the Public Notary Ramon Rafael Lugo Bauchamp. I BEAR WITNESS.

In Lares, Puerto Rico on on January 18, 1991

[Signature]
RAMON RAFAEL LUGO BEAUCHAMP
Public Notary
[SEAL]

The farm number 3,398 recorded on entry 24th, volume 114 of Las Marias was released from one of the mortgages, as instructed by the Mortgagee the Farm Services Agency, formerly named the Farmer Home Administration for the valuable consideration of $10,000.00, pursuant to deed number 3, executed in Mayaguez, P.R. before the notary Edgardo Delgado. I bear witness. In Mayaguez on February 18, 1997.

[Signature]
[SEAL]

# CERTIFICATE

I hereby certify that the attached Promissory Note is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

4

DATED this 24th day of April of 2007.

Nicole Harris
*Federal and State Certified Translator*

WITNESS my hand and official seal hereto affixed this
24th day of April of 2007

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/2010

5

Formulario FmHA 1940-17(S)
(Rev. 2-88)

**CLASE DE ESTAMO**

Tipo: OL            [X] Regular

[ ] Recursos Limitados

**DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS**

**ADMINISTRACION DE HOGARES DE AGRICULTORES**

De acuerdo a:

[X] Consolidated Farm & Rural Development Act

[ ] Emergency Agricultural Credit Adjustment Act of 1978

## PAGARE

**ACCION QUE REQUIERE PAGARÉ:**

Nombre
ORTIZ CORDERO, Pedro

[ ] Préstamo inicial          [ ] Restructuración

| Estado | Oficina |
|---|---|
| PUERTO RICO | LARES |

[X] Préstamo Subsiguiente      [ ] Reamortización

| Caso Núm. | Fecha |
|---|---|
| 63-34- | 25 de ABRIL de 1989 |

[ ] Consolidación y préstamo subsiguiente     [ ] Venta a Crédito

| Clave de Fondos | Núm. de Préstamo |
|---|---|
| 44 | 11 |

[ ] Consolidación             [ ] Pagos Diferidos

**POR VALOR RECIBIDO,** el Pretatario(s) subscribiente y cualquier otro co-deudor mancomunada y solidariamente pagaremos a la orden de Estados de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos

(denominado en adelante el "Gobierno") o su cesionario en su oficina en      LARES, PUERTO RICO————————————

————————————————————————————————; o en otro sitio designado por el Gobierno por escrito,  la suma principal de

TREINTA MIL CON————————————————————————————————————00/100 dólares

($ 30,000.00                              ) más intereses sobre el principal  adeudado al _____

NUEVE Y MEDIO _____    **POR CIENTO** ( 9.5 %) anual  Si este pagaré es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo"),  el Gobierno puede **CAMBIAR EL PORCIENTO DE INTERES,** de acuerdo con los reglamentos de la  Administración de Hogares de Agricultores,  no más frecuente que trimestralmente, notificando por correo al Prestatario con treinta (30) días de anticipación a su última dirección.  El nuevo tipo de interés no deberá exceder el  porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en      8      plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente, en o antes de las siguientes fechas:

| | | | |
|---|---|---|---|
| $ 1,960.00 | en enero 1, 19 90 ; | $ 2,850.00 | en enero 1, 19 91 |
| $ 2,850.00 | en enero 1, 19 92 ; | $ 9,363.00 | en enero 1, 19 93 |
| $ | en enero 1, 19 ; | $ | en enero 1, 19 . |
| $ | en enero 1, 19 ; | $ | en enero 1, 19 |
| $ | en enero 1, 19 ; | $ | en enero 1, 19 |
| $ | en enero 1, 19 ; | $ | en enero 1, 19 |

y $ 9,363.00 _____ , subsiguientemente en enero 1 de cada año hasta que el principal  e intereses sean completamente pagados excepto que el plazo final de la deuda evidenciada, de no ser pagada anteriormente, vencerá y será pagadero en      7      años de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo.  La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno.  La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno.  Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se demuestra en el Registro de Adelantos en el final de este pagaré  El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado, consolidado, o restructurado, los intereses acumulados a la fecha de este instrumento deberán ser sumados al principal y ese  nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal.

Formulario FmHA 1940-17 (S)
(Rev. 2-88)

Pagos adelantados de los plazos estipulados o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1951.8) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en este pagaré. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida, por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La Propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO)

Si una "Consolidación y un Préstamo Subsiguiente", "Consolidación", "Reamortización" o una "Restructuración" es indicado en el encasillado superior de la primera pagina "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar una restructuración pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación (nuevos términos):

| VALOR DEL PAGARE | TASA DE INTERES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas no son afectadas por el otorgamiento de esta consolidación, reamortización o restructuración Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciados por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

**CONVENIO DE REFINANCIAMIENTO:** Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa

**CONVENIO DE CONSERVACION DE TERRENOS ALTAMENTE ERODABLES Y PANTANOSOS:** El Prestatario reconoce que el préstamo descrito en este pagaré estará en incumplimiento si alguna parte del préstamo es usado para un propósito que contribuya a la erosión excesiva de terreno altamente erodable o para la conversión de terreno pantanoso para producir una cosecha agrícola según explicado en el Exhibit M de la subparte G de la parte 1940 del 7CFR. Si (1) el término del préstamo excede del 1ro. de enero de 1990, pero no al 1ro. de enero de 1995, y (2) el prestatario intenta producir una cosecha en terreno altamente erodable, que está exento de las restricciones del Exhibit M hasta el 1ro. de enero de 1990, en dos años después de que el Servicio de Conservación de Suelos (SCS) haya completado un plan de conservación para la finca del prestatario, lo que ocurra más tarde, el prestatario además conviene que anterior a la pérdida de la exención de la restricción de conservación de terrenos altamente erodables, según la parte 12 del 7CFR, el Prestatario deberá demostrar que está activamente aplicando en el terreno altamente erodable, un plan de conservación de suelos aprobado por el Servicio de Conservación de Suelos (SCS) o el correspondiente Distrito de Conservación de Suelos, si el término del préstamo excede al 1ro de enero de 1995 El Prestatario además conviene en que deberá demostrar antes del 1ro de enero de 1995 que cualquier producción de cosechas en terreno altamente erodable después de esa fecha se hará de acuerdo a un plan de conservación aprobado por el Servicio de Conservación de Suelos (SCS) o por el Distrito de Conservación, de acuerdo a los requisitos del Servicio de Conservación de Suelos.

**INCUMPLIMIENTO:** La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el cumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento **COMETIDO CUALQUIER INCUMPLIMIENTO,** el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente

Este pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act o el Emergency Agricultural Credit Adjustment Act of 1978 y para el tipo de préstamo según indicado en el encasillado **"CLASE DE PRESTAMO"** más arriba   Este pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

(SELLO)

_____
PEDRO ORTIZ CORDERO                    (Prestatario)

_____
                                       (Prestatario)

(SELLO)

P.O. BOX 432, LARES, P.R.  00669

## REGISTRO DE ADELANTOS

| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
|---|---|---|---|---|---|
| $ 30,000.00 | 04-07-89 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | | TOTAL | $ 30,000.00 |

Formulario FmHA  1940-17 (S)
(Rev. 2-88)

---El importe de este pagaré y la hipoteca que lo garantiza reamortizado al día 18 de enero de 1991, dió un saldo monate a la suma de:----------
---$29,976.44 de principal, que devengará intereses a razón de CINCO (5) por ciento anual y la suma de $3,003.80 de intereses NO capitalizables los cuales no devengarán intereses, para un total de:- $30,980.24 cuya deuda asumida será pagada en la siguiente forma:--------------------
---$1,000.00 en ó antes del primero de enero del año 1992;- $1,000.00 en ó antes del primero de enero del año 1993;- $1,499.00 en ó antes del primero de enero del año 1994;- $4,276.00 en ó antes del primero de enero del año 1995 y esa misma cantidad de $4,276.00 en ó antes del primero de enero de cada año subsiguiente excepto el pago final del total de la deuda aquí asumida que se hará en ó antes del primero de enero del año 2004, según consta de la escritura número TRES (3) de esta misma fecha ante el Notario-Público Lcdo. Ramón Rafael Lugo Beauchamp. DOY FE.--------------------------------

---En Lares, Puerto Rico a 18 de enero de 1991.----------------------

RAMON RAFAEL LUGO BEAUCHAMP
Notario-Público

Forma FmHA 427-1(S) PR
(Rev. 10-82)

EXHIBIT

12

----------------NUMERO---------------
NUMBER   NUEVE (9)----------------

----------------HIPOTECA VOLUNTARIA----------------
VOLUNTARY MORTGAGE

En el pueblo de Lares, Puerto Rico a los veinticinco-
In
dias del mes de ABRIL de mil novecientos ochenta y nueve
(1989).----------------------------------------------

------------------ANTE MI------------------
BEFORE ME

--RAMON RAFAEL LUGO BEAUCHAMP,--------------------

Abogado y Notario Público de la Isla de Puerto Rico con residencia en
Attorney and Notary Public for the Island of Puerto Rico, with residence in          Lares,--

Puerto Rico,----    y oficina en      Lares,--------
                    and office in                     Puerto Rico.

------------------COMPARECEN------------------
APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage----------------

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances----------------

aparecen de dicho párrafo.----------------------
appear from said paragraph.

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their--

de su edad, estado civil, profesión y vecindad.--------------------
statements which I believe to be true of their age, civil status, profession and residence.

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this--

miento.----------------------------------------------
voluntary  mortgage.----------------

------------------EXPONEN:------------------
WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in----------------

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same----

denominada de aquí en adelante "los bienes".----------------
hereinafter referred to as "the property".----------------

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens----

se especifican en el párrafo UNDECIMO.--------------------
specified in paragraph ELEVENTH herein.

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States--------

América, actuando por conducto de la Administración de Hogares de Agriculto-
of America, acting through the Farmers Home Administration,----------------

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with----------------

un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidence by one or more promissory note(s) or assumption agreement(s)

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges

hayan estimado sobre la propiedad hipotecada.
estimated against the property.

CUARTO: Se sobreentiende que:
FOURTH: It is understood that:

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.

das.

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,

prestamista asegurado.
will be the insured lender.

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.
and interest.

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".
ments on the note, to be designated the "annual charge".

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any



quier otros ución con dicho préstamo así como también a neficios
others in connec with said loan, as well as any benefit

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any

cualquier convenio suplementario por parte del deudor.
supplementary agreement.

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default

plimiento por parte del deudor hipotecario.
by the mortgagor.

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgage

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsement by reason of any default by the mortgagor, and (c) in any

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in

- 3 -

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the—————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor—————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor—————————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on—————————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,—————

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,—————————

y los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and—————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or—————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,—————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to—————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor—————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or—————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest—————————

ellas, siendo entendido que este grávamen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until——

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and—————

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.—————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the—————————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and—————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account—————

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and—————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of—————————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional—————

adicional especificada en el párrafo NOVENO de este documento.—————————
amounts as specified in paragraph NINTH hereof.—————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:—————————
SIXTH: That the mortgagor specifically agrees as follows:—————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness—————————



aquí garantizada    emnizar y conservar libre de pérdida al acreedor     ecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.———

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the————————————————

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,———————

hipotecario como agente cobrador del tenedor del mismo.————————————
as collection agent for the holder.

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal————

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any deliquency charges, now or hereafter required by————————————

reglamentos de la Administración de Hogares de Agricultores.————————
regulations of the Farmer's Home Administration.

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,———————————



rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less————————————

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder—————

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement————————————

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.———————
referred to in paragraph FOURTH hereof for the account of the mortgagor.————

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held————

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credite——————————————

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance—————————

por el acreedor hipotecario por cuenta del deudor hipotecario.————————
by the mortgagee for the account of the mortgagor.————————————————

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this—————————————————

párrafo devengará intereses a razón del          NUEVE Y MEDIO————————
subparagraph shall bear interest at the rate of

                            por ciento (           º/o)————————————————
————————————— per cent   (  9.5    º/o)————————————

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.————————————————————————
to the mortgagee.

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any———————————

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,————

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,—————————

dos o para contribuciones o umpuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the————————

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate————————————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance——————

hasta que los mismos sean satisfechos por el deudor hipotecario.——————————
until repaid to the mortgagee.————————————————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,——————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor——————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the——————————————————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance——

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant——————

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the——————————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments————

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any——————————

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee——————————

hipotecario determinare.——————————————————————
determines.————————————————————————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely—————————————

los propósitos autorizados por el acreedor hipotecario.—————————————
for purposes authorized by mortgagee.————————————————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens——————————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagor———

tecario bajo los términos de esta hipoteca.——————————————————
under the terms of this mortgage.————————————————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required——

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro——————

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions——————

aprobare el acreedor hipotecario.————————————————————
approved by mortgagee.——————————————————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all————————

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor——

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish



Forma FmHA 427-1(S) PR
(Rev. 10-82)

ningún edifici... ...lejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time to

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
time. Mortgagor shall comply with such farm conservation practices

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to

tiempo pueda prescribir.
time may prescribe.

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation

ción o al arrendamiento.
or lease.

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations

que afecten los bienes o su uso.
affecting the property or its use.

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the

deudor hipotecario de los convenios de esta hipoteca.
mortgagor of the covenants of this mortgage.

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option

- 7 -

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its———————————————

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgagee by said——————————

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered———————————————

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause———————————

para adelantos, gastos y otros pagos.——————————————————————————
for advances, expenditures and other payments.———————————————————————

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect——————

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,——————————————

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered————————————————————————

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect————————

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the—————————

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced———

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,——————————————

en el orden y manera que el acreedor hipotecario determinare.———————————————
in what ever order and manner mortgagee may determine.————————————————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor——————————————————

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production————————————————

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a——————————————

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,————————————————————

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept———————————————————

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.————————————————
purchase any necessary shares of stock in the cooperative agency in regard to said loan.—————

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured——

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called———————

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply———————————

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,————————

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an———————————————————

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of—————



Forma FmHA 427-1(S) PR
(Rev. 10-82)

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.
request the protection of the law.



(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and

rarios de abogado.
attorney's fees.

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness

garantizada y sin afectar el gravámen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravámen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)

- 9 -

negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee

rio, y cual garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over

dichos bienes.
said property.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.
in or to the lien or any benefits herein contained.

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall

constituirá incumplimiento de esta hipoteca.
constitute default hereunder.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated

especifica más adelante.
hereinafter.

(Veintidós) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee



el importe de cualquier sentencia obtenido por expropiación for. para uso
the amount of any judgment obtained by reason of condemnation proceedings for public

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.
mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with mortgage law, as amended,

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount

de            (Veáse los folios veintiuno (21) veintidos (22)
of

y veintitres (23),

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and

y aseguramiento del préstamo antes mencionado.
insuring of the loan hereinbefore mentioned.

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:
NINTH: The amounts guaranteed by this mortgage are as follows:

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee

hipotecario cediere esta hipoteca sin asegurar el pagaré          TREINTA MIL
should assign this mortgage without insurance of the note,

DOLARES ($ 30,000.00}
DOLLARS ($ 30,000.00}

el principal de dicho pagaré, con sus intereses según estipulados a razón del
the principal amount of said note, together with interest as stipulated therein at the rate of

NUEVE Y MEDIO          por ciento ( 9.5- %) anual;
per cent ( 9.5- %) per annum;

- 11 -

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

**(A)**
**(A)** ---TREINTA MIL---------------------------------------------

------------------------------------------------- DOLARES ($
DOLLARS ($ 30,000.00-

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender-------------

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as-------------------

se especifica en el pagaré, con intereses según se e.pecifica en el párrafo SEXTO.
specified in the note, with interest as stated in paragraph SIXTH,--------------

Tercero;---------------------------------------------------------------------
Three;-----------------------------------------------------------------------

**(B)**
**(B)** ---CUARENTA Y CINCO MIL-------------------------------

------------------------------------ DOLARES ($
DOLLARS ($ 45,000.00

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might--------------

sufrir bajo su seguro de pago del pagaré.-------------------------------------
sustain under its insurance of payment of the note;--------------------------

Tres. En cualquier caso y en todo tiempo;------------------------------------
Three. In any event and at all times whatsoever;-----------------------------

**(A)**
**(A)** ---DOCE MIL DOLARES-------------------------------------

($
($ 12,000.00- ) para intereses después de mora;-----------------
) for default interest;-----------------

**(B)**
**(B)** ---SEIS MIL--------DOLARES----------------------

{ 6,000.00---- ) para contribuciones, seguro y otros adelantos para la con-
{ ) for taxes, insurance and other advances for the preservation--

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph--------

SEXTO, Tercero;--------------------------------------------------------------
SIXTH, Three;----------------------------------------------------------------

**(C)**
**(C)** ---TRES MIL DOLARES-----------------------------------

($
($ 3,000.00 ) para costas, gastos y honorarios de abogado en caso
($ ) for costs, expenses and attorney's fees in case-----

de ejecución;----------------------------------------------------------------
of foreclosure;--------------------------------------------------------------

**(D)**
**(D)** ---TRES MIL DOLARES-----------------------------------

($-------$3,000.00 ) para costas y gastos que incurriere el acreedor hipoteca-
($ ) for costs and expenditures incurred by the mortgagee in-----

rio en procedimientos para defender sus intereses contra cualquier persona que se inter-
proceedings to defend its interests against any other person interfering with-----

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as-------------

se consigna en el párrafo SEXTO, Trece.--------------------------------------
provided in paragraph (SIXTH, Thirteen.--------------------------------------



Forma FmHA 427-1(S)
(Rev. 10-82)

DECIMO: Que e        ) pagaré(s) a que se hace referencia en el párrafo    ACERO
TENTH: That the note(s) referred to in paragraph THIRD——————————————

de esta hipoteca es (son) descrito(s) como sigue:—————————————————
of this mortgage is(are) described as follows:——————————————————

"Pagaré otorgado en el caso número
"Promissory note executed in case number    sesenta y tres-treinta y cua——
tro-
                                                                    o——
—————————————————————————————— fechado el dia    ——————
                                                   dated the

veinticinco (25)de ABRIL———————— de mil novecientos—————
              day of                       nineteen hundred and

ochenta y nueve (1989) por la suma de  TREINTA MIL—————————
                       in the amount of

————($30,000.00)————————————————— dólares de principal más
                                          of principal plus

intereses sobre el balance del principal adeudado a razón del
interest over the unpaid balance at the rate of    NUEVE, Y MEDIO——

——————————————————————————( $9.5\%$  ) por ciento anual,
                                              ) percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,—————

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed————————

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the—— ————

representada, de no haber sido satisfecho con anterioridad, vencerá y sera pagadero
entire debt herein evidenced, if not sooner paid, will be due——————————————

a los
and payable   ————SIETE (7)—————————————————————————

años de la fecha de este pagaré.——————————————————————————
years from the date of this promissory note.————————————————————

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the—————————————

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United—————

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act——————————

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as——————————————

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers——————————————

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the——————————

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.————————————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.———————

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which——————————————

constituye Hipoteca Voluntaria, se describe como sigue:—————————————————
voluntary mortgage is constituted, is described as follows:—————————————————



- 13 -

---FINCA NUMERO UNO (1):- "RUSTICA:- Finca radicada en el Barrio Palma Escrita del término municipal de Las Marías, Puerto Rico, compuesta de:----------------------------
---TREINTA Y CUATRO PUNTO SESENTA CUERDAS (34.60 cds.)-- equivalentes a trece hectáreas, cincuenta y nueve áreas,- noventa y dos centiáreas, colindando por el:-------------
---NORTE:- con el Camino de Palma Escrita; por el-------
---SUR:- con una quebrada; por el-----------------------
---ESTE:- con terrenos de Ramón Frontera, con la Hacienda Teresa de Eugenio Orsini y con una quebrada y por el-----
---OESTE:- con la Sucesión de Gregorio Rochet."---------

---Inscrita al folio(coie) digo, ciento sesenta (160)---

del tomo ciento veintinueve (129) de Las Marías, finca-

número seiscientos noventa y nueve (699).-----------------

----------------------------------------------------------

(Para las otras fincas del número dos (2) al número-----

siete (7) inclusive, véase del folio diecisiete (17) en-

adelante.-------------------------------------------------

**Adquirió el prestatario la descrita finca por**
Borrower acquired the described property by          compra a Santiago Nuñez

Irizarry y Lydia Rosado Beauchamp,-----------------------

**según consta de la Escritura Número**
pursuant to Deed Number          Ciento Treinta y Seis (136)---

**de fecha** cuatro (4) de octubre de mil novecientos ochenta
dated

y ocho (1988)--------------------------------------------

**otorgada en la ciudad de**
executed in the city of          Mayaguez, Puerto Rico---------------

**ante el Notario**
before Notary          Franklin Rodríguez Mangual,----------------

**Dicha propiedad se encuentra**
Said property is          afecta a hipoteca a favor de Fede-

ral Land Bank, hoy Farm Credit Bank of Baltimore por la

suma de Sesenta Mil Dólares ($60,000.00) y a la que se--

constituye a virtud de este documento.-------------------

-8------------------------------------------------------

**DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-**
TWELFTH: The parties appearing in the present deed as Mortgagors ----------

carios :- DON PEDRO ORTIZ CORDERO (Seguro Social Número--
are
-------- ) mayor de edad, soltero, propietario y
agricultor y vecino de Las Marías, Puerto Rico.---------
----------------------------------------------------------

**cuya dirección postal es:**
whose postal address is:          Apartado Cuatrociento treinta y dos-

(432) Maricao, Puerto Rico, ------------------------------

----------------------------------------------------------
----------------------------------------------------------
----------------------------------------------------------

**DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado**
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used-----



*handwritten:* to 129 LM
fo. 163
fca 699
dnga 14º

*handwritten at bottom:* 14

Forma FmHA 427-1(S) PR
(Rev. 10-82)

para fines agríc. la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical ——

físicas en la finca(s) descrita(s). ——————————————————————
installations on the described farm(s). ——

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure ——

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan ——

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless ——

que el Gobierno lo consienta por escrito. La violación de esta cláusula como la
the Government so consents in writing. Violation of this clause as well as ——

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause ——

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the ——



aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to ——

ejecución de la hipoteca. ——————————————————————
the foreclosure of the mortgage. ——

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction ——

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement, ——

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the ——

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present ——

dueños deudores o por sus cesionarios o causahabientes. ——————————
owners or by their assignees or successors. ——

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and ——

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or ——

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration) ——

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future ——

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings ——

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted ——

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen ——

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eights of May, nineteen hundred sixty-nine (1969) (31 ——

L.P.R.A. 1851) ——————————————————————————
L.P.R.A. 1851). ——

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual
SEVENTEENTH: Mortgagee and mortgagor agree that any ——

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with ——

- 15 -

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part——————

de la propiedad gravada por esta Hipoteca.————————————————————
of the property encumbered by this Mortgage.—————————————————————

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move——————————

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty ——————————

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances————

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will——————————————

notificará por escrito al Supervisor Local.——————————————————
notify it in writing to the County Supervisor.————————————————————

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed———————————

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous————

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations————————

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and——————————

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern————————

estos tipos de préstamos.————————————————————————
these types of loans.—————————————————————————————

VIGESIMO: Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of————————————

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the——————

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two————————————————————————

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)————
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)————————————————————

-----------------------------------------------------------------

-----------------------------------------------------------------

-----------------------------------------------------------------

-----------------------------------------------------------------

-----------------------------------------------------------------

-----------------------------------------------------------------

-----------------------------------------------------------------

-----------------------------------------------------------------

-----------------------------------------------------------------

---FINCA NUMERO DOS (2)------------------------------

---"RUSTICA:- Situada en el Barrio Naranjales del---
término municipal de Las Marías, Puerto Rico, com---
puesta de:----------------------------------------

---CINCUENTA Y UNA CUERDAS DE TERRENO (51.00 cds)---
más ó menos equivalente a veinte hectáreas, cuatro-
áreas, cincuenta centiáreas, en lindes por el:------

---NORTE:- con terrenos de Andrés Massari, los de---
Nicanor Bayrón y los de Francisco Marrero; al------

---SUR:- con terrenos de Francisco Marrero y los de-
Miguel Esteves; al----------------------------------

---ESTE:- con terrenos de Nicanor Bayrón y los de---
Francisco Marrero y al-----------------------------

---OESTE:- con terrenos de Miguel Esteves y Julio---
Vicenty."------------------------------------------

---Según la inscripción décima novena dice que la---
finca fué mensurada y resultó con una cabida de-----
Cincuenta y Tres Punto cero Tres Cuerdas (53.03 cds)
equivalentes a veinte hectáreas, ochenta y cuatro---
áreas, veintiocho centiáreas.----------------------

---Enclava una casa de una sola planta destinada a-
vivienda de cemento que mide cuarenta y cinco pies-
por dieciocho pies en columnas y encalva además una-
casa almacén de concreto, dos casas de arrimados,---
una casilla de madera y zinc y un-------------------
acueducto de agua con motor e instalación de luz.---

---Inscrita al folio treinta y seis (36) del tomo--
noventa y siete (97) de LAS MARIAS, finca número----
quinientos ochenta y uno (581).--------------------


---FINCA NUMERO TRES:------------------------------

---"RUSTICA:- Radicada en el Barrio Maricao Afuera-
del término municipal de Maricao, Puerto Rico, com--
puesta de:----------------------------------------

---DIEZ CUERDAS DE TERRENO (10.00 cds.) equivalentes
a tres hectáreas, noventa y tres áreas, tres centia-
reas, noventa miliáreas, de terreno en lindes al:---

---NORTE:- con la finca principal de la cual se se--
gregó; al------------------------------------------

---SUR:- con la Sucesión Oms, hoy, antes César Gómez

---ESTE:- con la Sucesión de Benigno Ramírez y al---

---OESTE:- con la Carretera Número Ciento Veinte----
(120) que de Mayaguez conduce el Barrio Maricao-----
Afuera de Maricao."--------------------------------

---Inscrita al folio doscientos cuarenta (240) del-
tomo sesenta y seis (66) de MARICAO, finca número---

mil setecientos treinta y dos (1732).----------------

---FINCA NUMERO CUATRO (4):-------------------------

---"RUSTICA:- Porción de terreno radicada en el-----
Barrio Naranjales del término municipal de Las Ma---
rías, Puerto Rico,  tiene una cabida superficial de:
---CINCO CUERDAS (5 cds.) de terreno, equivalentes a
una hectárea, noventa y seis áreas, cincuenta y una
centiáreas, noventa y cinco miliáreas en lindes al:-
---NORTE:- con parcela de terreno segregada de la---
finca principal y vendida a Carmen Julia Olmeda; al-
---SUR:- con parcela de terreno segregada de la finca
principal; el--------------------------------------
---ESTE:- con quebrada que separa de terrenos de la-
Hacienda Anita y al---------------------------------
---OESTE:- con un Camino que la separa de terrenos--
de Anastacio Ramos."--------------------------------
---Inscrita al folio veinticinco (25) del tomo ciento
catorce (114) de LAS MARIAS, finca número tres mil--
trescientos noventa y ocho (3398).------------------

---FINCA NUMERO CINCO (5):--------------------------

---"RUSTICA:- Parcela de terreno marcada con el núme-
ro doce (12) del Caso C-mil trescientos ochenta y---
dos (c-1382) radicada en el Barrio Furnias del tér--
mino municipal de Las Marias, Puerto Rico compuesta-
de:-TRES CUERDAS DE terreno, equivalente a una hec--
tarea, diecisiete áreas, noventa y una centiáreas y-
mil ochocientas sesenta y ocho diez milesimas de----
otra en lindes por el:------------------------------
---NORTE:- con las parcelas números once (11) y die-
cisiete (17); por el-------------------------------
---SUR:- con la parcela número cinco (5) y seis (6)
y trece (13); por el-------------------------------
---ESTE:- con la parcela trece (13) y diecisiete (17)
---OESTE:- con la parcela seis (6) y once (11)."----
---Dentro de la parcela se encuentra enclavada una--
casa de bloques de tosca y cemento, techo de cartón-
y maderas del país, con divisiones interiores de----
tosca y cemento con frente de treinta y tres pies---
por doce pies de fondo, construida por la P.R.R.A."-
---Inscrita al folio ciento setenta y seis (176) del
tomo setenta y uno (71) de LAS MARIAS, finca números-
dos mil doscientos (2200).--------------------------

---FINCA NÚMERO SEIS (6):----------------------------

---"RUSTICA:- Parcela de terreno del caso C-mil ocho
cientos treinta y cinco (C-1835) radicada en el Ba-
rrio Palma Escrita de Las Marías, Puerto Rico con una
cabida superficial de:----------------------------
---TRES CUERDAS de terreno, marcada con el número---
Dos (2) lindante por el:----------------------------
---NORTE:- con una quebrada; al--------------------
---SUR:- con Eugenio Orsini y la parcela número cua-
tro (4); por el----------------------------------
---ESTE:- con Eugenio Orsini y terrenos de la Puerto
Rico reconstruction Administration y por el---------
---OESTE:- con la parcela número uno (1).----------
---Contiene y le pertenece una casa de tosca, cemento
y maderas, con divisiones interiores de tosca y ce-
mento, con un frente de treinta y tres pies por doce
pies de fondo construída por la P.R.R.A."----------
---Inscrita al folio doscientos tres (203) del tomo-
cincuenta y tres (53) de Las Marías, finca número---
mil sesicientos setenta y nueve (1679).------------

---FINCA NÚMERO SIETE (7):--------------------------

----"RUSTICA:- Parcela de terreno número uno (1) del
caso número C-mil ochocientos treinta y cinco (C-1835)
radicada en el Barrio Palma Escrita del término muni-
cipal de Las Marías, Puerto Rico compuesta de:------
---TRES CUERDAS de terreno, equivalentes a una hec-
tarea, diecisiete áreas, noventa y una centiáreas, y
mil ochocientas sesenta y ocho diez milésimas de cen-
tiáreas, colinda por el:----------------------------
---NORTE:- con una quebrada; por el----------------
---SUR:- con las parcelas número dos y tres; al-----
---ESTE:- con la parcela número dos (2) y al-------
---OESTE:- con una quebrada."----------------------
---Inscrita al folio cuarenta (40) del tomo sesenta
y nueve (69) de LAS MARÍAS, finca número dos mil----
cientos treinta y seis (2136).--------------------
---Adquirió el compareciente las fincas descritas---
designadas del dos (2) al siete (7) de la siguiente-
manera y con las siguientes cargas:----------------
---Finca Dos(2):- A virtud de la escritura número---
Ciento Diez (110) otorgada en esta Notaría el día---

-19-

diecinueve de mayo de mil novecientos ochenta y cua-
tro por compra a Nelson Cuebas Torres y Zocorro Me--
dina Rivera. Afecta a hipotecas por las sumas princi-
pales de Dieciseis Mil Dólares ($16,000.00); Cuarenta
Mil Dólares ($40,000.00); Doce Mil Dólares ($12,000.
00); Cinco Mil Dólares ($5,000.00) y Veintiun Mil---
Dólares ($21,000.00) y la que se constituye hoy, a-
favor de Estados Unidos de América.--------------------
---Finca Número Tres (3):- Adquirida a virtud de la-
escritura número veintiocho (28) otorgada en esta---
Notaría, el día diecinueve de febrero de mil nove---
cientos ochenta y seis de Estados Unidos de América.
Afecta a hipotecas a favor de Estados Unidos de Amé-
rica por las sumas principales de:-------------------
---Quince Mil Quinientos Dólares ($15,500.00);------
Doce Mil Dólares ($12,000.00);- Cinco Mil Dólares---
($5,000.00), Veintiun Mil Dólares ($21,000.00) y a--
la que se constituye en el día de hoy.--------------
---Finca Número Cuatro (4):- Adquirida a virtud de-
la escritura número Ciento Cinco de fecha trece de-
septiembre de mil novecientos ochenta y tres , otor-
gada en esta Notaria, por compra a Carlos Cámara Ber-
nacet y Consuelo Comas. Afecta a esta hipoteca y a--
hipotecas por Doce Mil Dólares ($12,000.00); Cinco-
Mil Dólares ($5,000.00) y Veintiun Mil Dólares,-----
($21,000.00) a favor de todas de Estados Unidos de--
América.--------------------------------------------
---Finca Número Cinco (5):- Adquirida a virtud de la
escritura número Veintiocho otorgada en esta Notaria
de fecha diecinueve de febrero de mil novecientos---
ochenta y seis de Estados Unidos de América. Afecta
a esta hipoteca y a hipotecas por las sumas de:-----
---Quince Mil Quinientos Dólares ($15,500.00);------
Doce Mil Dólares ($12,000.00)); Cinco Mil Dólares---

-20-

($5,000.00) y Veintiun Mil Dólares ($21,000.00) a--
favor de Estados Unidos de América.------------------

---Finca Número Seis (6) Adquirida a virtud de la---
escritura número Doce de Compraventa otorgada en Ma-
yaguez, Puerto Rico, ante el Licenciado José A. Oli-
vieri Rodriguez el dia veintitres de enero de mil---
novecientos ochenta y siete por compra a Máximo Mo--
rales Rodriguez y Edelmira Rodriguez.----------------

---Afecta a la hipoteca que se constituye en el dia-
de hoy a virtud de este documento.------------------

---Finca Número Siete (7):- Adquirida a virtud de la-
escritura número Ciento Sesenta y Tres en Mayaguez,-
Puerto Rico ante el Licenciado José A. Olivieri-----
Rodriguez de doña Blanca Iris Cruz Jimenez.---------

---Afecta a la hipoteca que se constituye a virtud-
de este documento.----------------------------------

---Manifiesta el compareciente que para que sirva de
tipo a primera subasta que habrá de celebrarse en---
caso de ejecución de esta hipoteca, y de conformidad
con la Ley hipotecaria por la presente tasa los bie-
nes en las sumas que se indican a continuación, y---
asi mismo por tratarse de un préstamo para fines----
agrícolas y con vencimiento a los siete (7) años del
otorgamiento de esta escritura, distribuye la res---
ponsabilidad entre cada una de las fincas hipoteca--
das de la siguiente manera:--------------------------

---PRINCIPAL:---------------------------------------

---Finca denominada Número Uno (1):- DIEZ MIL DOLA--
RES ($10,000.00)------------------------------------

---Finca denominada número dos (2):- SIETE MIL DOLA-
RES ($7,000.00)-------------------------------------

---Finca denominada número Tres (3):- CUATRO MIL----
DOLARES ($4,000.00)---------------------------------



-21-

---Finca denominada número cuatro (4):- TRES MIL----
DOLARES ($3,000.00)-----------------------------------
---Fincas denominadas números cinco (5); seis (6) y-
siete (7):- CADA UNA; DOS MIL DOLARES ($2,000.00)---
---PARA PAGO DE INTERESES EN CASO DE MORA-----------
---Número Uno (1):- SEIS MIL SEISCIENTOS CINCUENTA--
DOLARES ($6,650.00)----------------------------------
---Número dos (2):- CUATRO MIL SEISCIENTOS CINCUENTA
Y CINCO DOLARES ($4,655.00);--------------------------
---Número Tres (3):- DOS MIL SEISCIENTOS SESENTA----
DOLARES ($2,660.00)-----------------------------------
---Número Cuatro (4):- MIL NOVECIENTOS NOVENTA Y----
CINCO DOLARES ($1995.00)-----------------------------
---Número cinco (5); seis (6) y siete (7) cada una--
en la suma de MIL TRESCIENTOS TREINTA DOLARES,------
($1,330.00).-----------------------------------------
---PARA COSTAS, GASTOS Y HONORARIOS DE ABOGADO EN---
CASO DE RECLAMACION JUDICIAL:-------------------------
---Número Uno (1):- MIL DOLARES ($1,000.00)--------
---Número dos (2):- SETECIENTOS DOLARES ($700.00)---
---Número Tres (3):- CUATROCIENTOS DOLARES ($400.00)
---Número Cuatro (4):- TRESCIENTOS DOLARES ($300.00)
---NUMEROS Cinco (5):- seis (6) y siete (7) cada una
en DOSCIENTOS DOLARES ($200.00).--------------------
---TASACION:-----------------------------------------
---Número Uno (1):- DIECISIETE MIL SEISCIENTOS CIN--
CUENTA DOLARES ($17,650.00).-------------------------
---Número Dos (2):- DOCE MIL TRESCIENTOS CINCUENTA Y
CINCO DOLARES ($12,355.00).--------------------------
---Número Tres (3):- SIETE MIL SESENTA DOLARES -----
($7,060.00)------------------------------------------
---Número Cuatro (4):- CINCO MIL DOSCIENTOS NOVENTA
Y CINCO DOLARES ($5,295.00)--------------------------



---Número cinco (5);- seis (6) y Siete (7) cada una
se tasa en la suma de:- TRES MIL QUINIENTOS TREINTA
DOLARES ($3,530.00).--------------------------------

-----------------ACEPTACION-------------------
---El compareciente ACEPTA esta escritura en la for-
ma redactada una vez yo el Notario le hice las ad---
vertencias legales pertinentes. Así lo dice y otorga
ante mí, el Notario autorizante el compareciente sin
requerir la presencia de testigos después de renun--
ciar su derecho a ello del que le adverti.----------
--Después de leída esta escritura por el compare---
ciente, se ratifica en su contenido, pone sus ini---
ciales en cada uno de los folios de esta escritura--
incluyendo el último y firma ante mí, el Notario----
autorizante que DOY FE de todo el contenido de esta-
escritura.-------------------------------------

---FIRMADO:- PEDRO ORTIZ CORDERO.--------------------
---FIRMADO, SIGNADO, SELLADO Y RUBRICADO:- RAMON----
RAFAEL LUGO BEAUCHAMP.------------------------------
---CERTIFICO:- Que el original de este documento----
consta de -23-folios, que constan en todos y cada---
uno de ellos en el original las iniciales del compa-
reciente y la rúbrica del Notario.------------------

CERTIFICO:--Que la que precede es copia fiel y exacta de su original que
bajo el número ............. 9 ............ obra en mi protocolo
de instrumentos públicos para el corriente año. Hay adheridos y debidamen-
te cancelados en el original los correspondientes sellos de Rentas Internas
e Impuesto Notarial. .....................................
EN TESTIMONIO DE LO CUAL, y para entregar a ...................
.................................., expido la presente copia certi-
ficada, que FIRMO, SIGNO, SELLO Y RUBRICO, en ...............
Puerto Rico, el mismo día de su comprobación. ................
........................................................
RAMON RAFAEL LUGO BEAUCHAMP
Notario

-23-

Inscrita la hipoteca que refiere este documento allí donde se indica al margen de la descripción de cada una de las fincas Dominio y Libres de Cargas las fincas números 2136 y 1,679 y la finca número 581 se halla afecta a hipotecas a favor de Estados Unidos de América por $16,000.00 modificada a $6,184.39, $40,000.00 modificada a $53,988.88, $12,000.00 responde de $3,123.75; $5,000.00 y $21,000.00 responde de $5,250.00 y la finca número 3398 afecta a hipotecas a favor de Estados Unidos de América por $12,000.00, $5,000.00 y $21,000.00 responde de $5,250.00 y la finca número 2,200 hipoteca a favor de Estados Unidos de América por $15,000.00; $12,000.00 responde de $500.00, por $5,000.00 y $21,000.00 responde de $5,250.00 y la finca número 699 afecta a hipoteca a favor de Farm Credit Bank of Baltimore por $60,000.00. Mayagüez, a 15 de mayo de 1989. Sin Bros

J.M. _____
Registrador

number five (5); six (6) and seven (7) each one was appraised in the amount of THREE THOUSAND FIVE HUNDRED THIRTY DOLLARS ($3,530.00)

## ACCEPTANCE

EIGHTH: The party hereby AGREES to all the contents herein and I, the Notary, have given the parties the pertinent legal warnings for these proceedings. So the appearing party says and executes in my presence, the authorizing notary, without requiring the presence of witnesses after he waived the right of having them once I advised him he had thereof.

After the appearing party read this deed, he proceeds to ratify it and to place their initials on each and every page herein including the last one and signs in my presence, the authorizing notary and I BEAR WITNESS to everything herein contained and stated.


SIGNED: PEDRO ORTIZ CORDERO
SIGNED, SEALED, STAMPED and ENDORSED: RAMON RAFAEL LUGO BEAUCHAMP.

I CERTIFY that the original of this document consists of 23 pages and in each an every one page thereof, the initials of the appearing part and the Notary's endorsement appear therein.




I CERTIFY: That this is a true and exact copy of the original which is filed as number ____9____ in my protocol of public instruments of the current year. The applicable Sales Tax and Notary Tax seals are attached and cancelled in the original.

ATTESTING TO WHICH, and for delivery to the__ Farmers Home Administration ____, one of the parties, I issue this certified copy which I sign, stamp and endorse in _Lares_, Puerto Rico, the same day of its execution leaving a note therein. I BEAR WITNESS.
[Signature]
Ramon Rafael Lugo Beauchamp
Public Notary
[Seal]



[Handwritten paragraph]

1

The mortgage referred to in this document is recorded where indicated on the margin of each one of the farms' descriptions. The farms numbers 2136 and 1679 have ownership and are free of encumbrances, and the farm number 581 is encumbered by several mortgages to the order of the United States of America in the amount of $16,000.00, modified to $6,184.39; $40,000.00 modified to $53,988.88; $12,000.00 is responsible for $3,123.75, $5,000.00, and $21,000.00 is responsible for $5,250.00. And the farm number 3398 is encumbered by several mortgages to the order of the United States of America in the amounts of $12,000.00, $5,000.00 and $21,000.00 which is responsible for $5,250.00. The farm number 2,200 has several mortgages to the order of the United States of America in the amounts of $15,000.00, $12,000.00 which is responsible fro $500.00; in the amount of $5,000.00 and $21,000.00 which is responsible for $5,250. And the farm number 699is encumbered by a mortgage to the order of the Farm Credit Bank of Baltimore in the amount of $60,000.00.

Mayaguez, May 15, 1989

No fees.


[Signature]

Recorder

[SEAL]


# **CERTIFICATE**


I hereby certify that the attached document is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

DATED this 24th day of April of 2007.

Nicole Harris
*Federal and State Certified Translator*

WITNESS my hand and official seal hereto affixed this
24th day of April of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/2010

3

**Form FmHA 1940-17 (S)**
**(Rev. 11-1-78)**



<div align="center">

UNITED STATES DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION
PROMISSORY NOTE

</div>

TYPE OF LOAN
Type: FO
In accordance with:
  XX  Consolidated Farm and Rural Development Act
        Emergency Agricultural Credit Adjustment Act of 1978

Name: PEDRO ORTIZ CORDERO
State: PUERTO RICO
Office: LARES
Case Number: 63-34-5
Date: FEBRUARY 19, 1986

ACTION REQUIRING NOTE:

| | |
|---|---|
|     Initial Loan | New Payment Plan |
| XX Subsequent Loan | Reamortization |
|     Consolidation and Subsequent Loan | Sale on Credit |
|     Consolidation | Deferred Payments |

FOR VALUE RECEIVED, the undersigned Borrower(s) and any other co-borrower, jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), or its representative, at its offices in LARES, PUERTO RICO, or at another location designated in writing by the Government, the principal sum of FIFTEEN THOUSAND FIVE HUNDRED DOLLARS ($15,500.00), plus interest on the unpaid principal of FIVE AND ONE QUARTER PERCENT (5.25%) PER ANNUM. If this note is for a Limited Resources Loan (indicated in the box above, under the heading "Type of Loan"), the Government may CHANGE THE INTEREST RATE, in accordance with the Farmers Home Administration regulations, not more frequently than a calendar trimester basis, and shall notify Borrower at his most current address by mail, with thirty (30) days' notice. The new interest rate shall not exceed the highest interest rate established by the Farmers Home Administration regulations for the type of loan indicated above.

Principal and interests shall be paid in 41 installments, as indicated below, unless modified by a different interest rate, on or before the following dates:

$705.00.................on January 1, 1987
$942.00.................on January 1, 1988
and $942.00 each  January first subsequently thereafter until the principal and interests
are completely paid, except for the final payment of the debt evidenced herein, which, if
not sooner paid, shall be due and payable 40 years from the date of this note, with the
exception that prepayments may be made as provided for below. The consideration
hereof shall support any agreement modifying the schedule of payments.

If the total amount of the loan is not forwarded by the due date, the loan will be
forwarded to Borrower, pursuant to request by Borrower and approval by the
Government. Approval by the Government shall be granted only when the loan is
requested for purposes authorized by the Government. Interests will accrue on the
amount of each loan starting on the date these become effective as shown in the Payment
Log at the end of this note. Borrower authorizes the Government to note the amount(s)
and date(s) of any prepayment(s) in the Payment Log.

For any note that is reamortized, consolidated or with a new payment plan, interests
accumulated as of the date of this instrument will be added to the principal and the new
principal will accrue interests at the rate evidenced herein.

Every payment made on any indebtedness evidenced by this note shall be applied first to
interests computed as of the effective payment date and then to the principal.

Prepayments of scheduled installments, or any portion thereof, may be made at any time
at the option of Borrower. Refunds and extra payments, as defined in the Farmers Home
Administration regulations (7 C.F.R. 1861.2), according to the source of funds involved,
shall, after payment of interest, be applied to the installments last to become due under
this note and shall not affect Borrower's obligation to pay the remaining installments as
scheduled herein. Should the Government assign this note at any time, and insure the
payment thereof, Borrower shall continue to make payments to the Government, as
collection agent for the holder.

If this note is held by an insured lender, prepayments made by Borrower may, at the
option of the Government, be remitted by the Government to the holder promptly, or,
except for final payment, may be retained and remitted by the Government to the holder
on an annual installment due date basis. The effective date of any prepayment made by
Borrower, except for payments retained and remitted by Government to holder on an
annual installment due date basis, shall be the date of the Treasury check with which the
Government remits payment to the holder. The effective date of any prepayment retained
and remitted by the Government to the holder on an annual installment due date basis,
shall be the date of the prepayment made by Borrower, and the Government shall pay
interests to which the holder is entitled accruing between the effective date of any such
prepayment and the date of the Treasury check to the holder.

Any amount forwarded or invested by the Government to obtain payment of this note, or
to maintain and protect the guarantee of the loan, or otherwise invested under the terms of

2

any guarantee covenant or other instrument executed in relation to the loan evidenced herein, shall, at the option of the Government, become a part of the loan and shall accrue interests at the same interest rate of the principal of the loan evidenced herein, and shall become immediately due and payable by Borrower to the Government, without the need of requirements.

Property constructed, improved, purchased or refinanced in whole or in part with the loan evidenced herein shall not be leased, assigned, sold, transferred or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, Borrower shall personally operate said property as a farm if this loan is for a farm owner (FO).

If "Consolidation and Subsequent Loan", "Consolidation", "Reamortization" or "New Payment Plan" is indicated in the box above, under the heading "Action Requiring Note", this note is issued to consolidate, reamortize, or evidence a new payment plan, but not as satisfaction of principal and interests of the following note(s) or assumption agreement(s) (new terms):

AMOUNT OF NOTE:
INTEREST RATE:
DATE:
ORIGINAL BORROWER:
FINAL PAYMENT DUE:

The securing documents given in relation to the loans evidenced by these described notes or other stated obligations are not affected by the execution of this consolidation, reamortization or restructuring. These securing instruments shall remain in effect, and the guarantee offered for the loans evidenced by the described note shall remain as guarantee for the loan evidenced by this note and by any other stated obligation.

REFINANCING AGREEMENT: If at any time, the Government finds that Borrower may be able to obtain a loan from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and periods of time, Borrower will, at the Government's request, apply for and accept a loan in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock.

DEFAULT: Failure to pay when due any debt evidenced hereby or perform any covenant or agreement hereunder shall constitute default under any other instrument evidencing a debt of Borrower owing to or insured by the Government or securing or otherwise relating to such a debt; and default under any such other instrument shall constitute default hereunder. UPON ANY SUCH DEFAULT, the Government, at its option, may declare all or any part of any such indebtedness immediately due and payable.

[Translator's note: This document ends as translated above.]

[Handwritten] Promissory note $15,500.00

This note is executed as evidence of a loan to Borrower made or insured by the Government, pursuant to the Consolidated Farm and Rural Development Act or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan indicated in the box 'TYPE OF LOAN" above. This note is subject to the present regulations of Farmers Home Administration and to its future regulations not inconsistent with the stipulations expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature] _____

Pedro Ortiz Cordero          (BORROWER)

_____

                             (BORROWER)

Box 432, Maricao, P.R. 00706 _____

_____

_____

The amount of this note and the mortgage securing it had an unpaid balance as of January 18, 1991 in the amount of $15,080.38 of principal, which will accrue interests at the annual rate of FIVE (5) percent, and the amount of $ 835.10 of NON capitalizable interests, which WILL NOT accrue interest, to make a total of $15,915.48, and this evidenced debt will be paid as follows:

$719.00 on or before January first of the year 1992;

$755.00 on or before January first of the years 1993 and 1994;

$981.00 on or before January first of each year subsequently thereafter, except for the final installment of the total debt herein evidenced, which shall be made on or before January first of the year 2026, pursuant to deed number THREE (3) dated this same day before the Public Notary Ramon Rafael Lugo Beauchamp. I BEAR WITNESS. In Lares, Puerto Rico on January 18, 1991.

[Signature]
RAMON RAFAEL LUGO BEAUCHAMP
Public Notary
[SEAL]

PAYMENT LOG

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|--------|------|--------|------|--------|------|
| $ | | $ | | $ | |

TOTAL: $

Page 2                      Format FmHA 1940-17 (8)
                            (Rev. 11-1-78)

Jay-Ce- Agriculture

1

[Handwritten paragraph]
[Illegible] the farm # 3,398 recorded on page [text cut off], volume 114 of La Asunción as constituted by the mortgagee Farmers Service Agency, [through] the Farmers Home Administration for consideration of the sum of $10,000.00, pursuant to deed # 3 executed in Mayaguez, Puerto Rico, before the Notary Edgardo Delgado [illegible]. I bear witness, in Mayaguez [illegible] of 1997.


[Signature]
[Seal]


# **CERTIFICATE**

I hereby certify that the attached document is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

DATED this 24th day of April of 2007.

[Signature]

Nicole Harris
*Federal and State Certified Translator*

WITNESS my hand and official seal hereto affixed this
24th day of April of 2007.

[Signature]

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/2010

2

DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS
ADMINISTRACION DE HOGARES DE AGRICULTORES

## PAGARE

| CLASE DE PRESTAMO |
| --- |
| Tipo: |
| De acuerdo a: |
| ☐ Consolidated Farm & Rural Development Act ☐ Emergency Agricultural Credit Adjustment Act of 1978 |

| Nombre PEDRO ORTIZ CORDERO | ACCION QUE REQUIERE PAGARE: |
| --- | --- |
| Estado PUERTO RICO  Oficina LARES | ☐ Préstamo Inicial    ☐ Nuevo Plan de Pago |
| Caso Núm. 63-34- | ☐ Préstamo Subsiguiente    ☐ Reamortización |
| Fecha 19 DE FEBRERO 1986 | ☐ Consolidación y préstamo subsiguiente    ☐ Venta a Crédito ☐ Pagos Diferidos ☐ Consolidación |

POR VALOR RECIBIDO, el Prestatario(s) subscribiente y cualquier otro co-deudor mancomunada y solidariamente pagaremos a la orden de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos (denominado en adelante el "Gobierno") o su

cesionario en su oficina en ___LARES, PUERTO RICO___

o en otro sitio designado por el Gobierno por escrito, la suma principal de ___QUINCE MIL QUINIENTOS CON--___

___-------------00/100___ dólares ($ 15,500.00 ) más intereses sobre el principal adeudado al

___CINCO Y CUARTO___ POR CIENTO ( 5.25 %) anual. Si este pagaré es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo"), el Gobierno puede CAMBIAR EL PORCIENTO DE INTERES, de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al Prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en ___41___ plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente, en o antes de las siguientes fechas:

| $ 705.00 | en enero 1, 19 87 | $ 942.00 | en enero 1, 1988 |
| --- | --- | --- | --- |
| $ | en enero 1, 19 ; | $ | en enero 1, 19 ; |
| $ | en enero 1, 19 ; | $ | en enero 1, 19 ; |
| $ | en enero 1, 19 ; | $ | en enero 1, 19 ; |
| $ | en enero 1, 19 ; | $ | en enero 1, 19 ; |
| y $ 942.00 | en enero 1, 19 ; | | |

, subsiguientemente en enero 1 de cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero en___40___años de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se demuestra en el Registro de Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado o consolidado, o con un nuevo plan de pago, los intereses acumulados a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal.

Pagos adelantados de los ...zos estipulados o cualquier parte de los mis...os, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1861.2) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en el mismo. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente", "Consolidación", "Reamortización" o un "Nuevo Plan de Pago" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar un nuevo plan de pago pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación (nuevos términos):

| VALOR DEL PAGARÉ | INTERESES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas no son afectadas por el otorgamiento de esta consolidación, reamortización o nuevo plan de pago. Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciado por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

**CONVENIO DE REFINANCIAMIENTO:** Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa.

**INCUMPLIMIENTO:** La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento. **COMETIDO CUALQUIER INCUMPLIMIENTO,** el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este Pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act o el Emergency Agricultural Credit Adjustment Act of 1978 y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO" más arriba. Este Pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

_____
Pedro Ortiz Cordero                     *(Prestatario)*

_____
                                        *(Prestatario)*

Box 432, Maricao, P.R. 00706

_____

_____

_____

---El importe de este pagaré y la hipoteca que lo garantiza reamortizado al día 18 de enero de 1991 dió una saldo montante a la suma de:---------
---$15,080.38 de principal que devengará intereses a razón de CINCO (5) por ciento anual y la suma de $835.10 de intereses NO capitalizables los cuales NO devengarán intereses para un total de $ 15,915.48 cuya deuda asumida será pagada en la siguiente forma:----------------------
---$719.00 en ó antes del primero de enero del año 1992;- $755.00 en ó antes del primero de enero de los años 1993 y 1994;- $981.00 en ó antes del primero de enero del año 1995 y esa misma cantidad de $981.00 en ó antes del primero de enero de cada año subsiguiente excepto el pago final del total de la deuda aquí asumida que se hará en ó antes del primero de enero del año 2026, según consta de la escritura número TREs (3) de esta misma fecha ante el Notario-Público, Ramón Rafael Lugo Beauchamp. DOY FE.--------------------------------------------------------
---En Lares, Puerto Rico a 18 de enero de 1991.

RAMON RAFAEL LUGO BEAUCHAMP-Notario-Público

| REGISTRO DE ADELANTOS | | | | | |
|---|---|---|---|---|---|
| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $ | |

Jay-Ce Agricultura                *Posición 2*                Forma FmHA 1940-17 (S)
                                                            (Rev. 11-1-78)

Forma FmHA 427-1(S) PR
(Rev. 10-82)

EXHIBIT
14

------------NUMERO-------------
NUMBER **VEINTINUEVE (2y)**------------

------------HIPOTECA VOLUNTARIA-------------
VOLUNTARY MORTGAGE

En**EL pueblo de Lares, Puerto Rico a los dias y nueve--**
**(19) dias del mes de FEBRERO-----** de mil novecientos---
**ochenta y seis (1986).**-----------------------------

------------ANTE MI-----------
BEFORE ME

-----**LCDO. RAMON RAFAEL LUGO BEAUCHAMP**-------------------

Abogado y Notario Público de la Isla de Puerto Rico con residencia en **Lares---**
Attorney and Notary Public for the Island of Puerto Rico, with residence in

**Puerto Rico----** y oficina en **Lares-----------** Puerto Rico.
and office in

------------COMPARECEN-----------
APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage------

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances------

aparecen de dicho párrafo.------
appear from said paragraph.------

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their---

de su edad, estado civil, profesión y vecindad.------
statements which I believe to be true of their age, civil status, profession and residence.

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this---

miento.-------------------------------------
voluntary mortgage.-----------------

------------EXPONEN-----------
WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in----

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same------

denominada de aquí en adelante "los bienes".------------
hereinafter referred to as "the property".------

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens------

se especifican en el párrafo UNDECIMO.------------
specified in paragraph ELEVENTH herein.------

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States------

América, actuando por conducto de la Administración de Hogares de Agriculto-
of America, acting through the Farmers Home Administration,------

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with------

un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)———

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by————————

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the————————

las contribuciones, avalúos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges————————————

hayan estimado sobre la propiedad hipotecada.———————————————
estimated against the property.————————————————————————

CUARTO: Se sobreentiende que:———————————————————
FOURTH: It is understood that:—————————————————————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the————————

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention—————————

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and—————————————

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One————

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of——————————

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.———————————

das.—————————————————————————————————



(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee————————————

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,————

prestamista asegurado.——————————————————————————
will be the insured lender.—————————————————————————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the————————————

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along———————————

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.——————————————————————————
and interest.————————————————————————————————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,—————————

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender—————————————————

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".————————————————————
ments on the note, to be designated the "annual charge".—————————————————

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder—————

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any——————————

quiera otros _____ _____lación con dicho préstamo así como tamb_ los beneficios
others in conn__ __on with said loan, as well as any benefit————————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor————————

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any————————————

cualquier convenio suplementario por parte del deudor.————————————————————
supplementary agreement.————————————————————————————————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,————————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the————————————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage————————

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured————————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to————————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt————————————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee————————————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default————————————

plimiento por parte del deudor hipotecario.————————————————————————
by the mortgagor. ——————————————————————————————————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note————————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee————————————————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH————————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the————————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,——————

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee————————————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof————————————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement————————————————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its————————————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any——————

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in————





subparagraph (Three) paragraph NINTH hereof, and to secure the

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree
thereon before and after maturity until paid, losses sustained by the

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual
mortgagee as insurer of the note, taxes, insurance premiums, and

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno
attorney's fees of the mortgagee all extensions and renewals of any of

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional

adicional especificada en el párrafo NOVENO de este documento.
amounts as specified in paragraph NINTH hereof.

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:
SIXTH: That the mortgagor specifically agrees as follows:

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness

aquí garantizado .....idemnizar y conservar libre de pérdida al acr.... hipotecario
to the mortgagee ....by secured and to indemnify and save harmless the m.....agee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.————
loss under its insurance of payment of the note by reason of any default by the mortgagor.————

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the————————————————

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,————————

hipotecario como agente cobrador del tenedor del mismo.————————————————
as collection agent for the holder.————

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal————————

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any deliquency charges, now or hereafter required by————————————————

reglamentos de la Administración de Hogares de Agricultores.————————————
regulations of the Farmer's Home Administration.————

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,————————————

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less————————————————

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder————————

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement————————————

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.————————————
referred to in paragraph FOURTH hereof for the account of the mortgagor.————————

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held————————

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credite————————————————

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance————————

por el acreedor hipotecario por cuenta del deudor hipotecario.————————————
by the mortgagee for the account of the mortgagor.————

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this————————————————————

párrafo devengará intereses a razón del   CINCO Y CUARTO————————————
subparagraph shall bear interest at the rate of

————————————   por ciento (  5.25   º/o)————————————————————
                    per cent    (           º/o)————————————————————

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.——————————————————————————————
to the mortgagee.——————————————————————————————

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any————————————

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,————

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,————————————

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the————————————

el deudor hipo~ ~/ dejado de pagar por los mismos, devengará ~ esa~a razón

mortgagor's failu. pay the same, shall bear interest at the rate————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos

stated in the next preceding subparagraph from the date of the advance————

hasta que los mismos sean satisfechos por el deudor hipotecario.————————

until repaid to the mortgagee.————————————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-

(Five) All advances made by mortgagee as described in this mortgage,—————————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-

with interest, shall be immediately due and payable by the mortgagor————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio

to mortgagee without demand at the———————————————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto

place designated in the note and shall be guaranteed hereby. No such advance——

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación

by mortgagee shall relieve the mortgagor from breach of his covenant——————

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los

to pay. Such advances, with interest shall be repaid from the————————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo

first available collections received from mortgagor. Otherwise, any payments————

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier

payment made by mortgagor may be applied on the note or any—————————

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor

indebtedness to mortgagee secured hereby, in any order mortgagee—————————

hipotecario determinare.————————————————————

determines.——————————————————————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para

(Six) To use the loan evidenced by the note solely————————————

los propósitos autorizados por el acreedor hipotecario.————————————

for purposes authorized by mortgagee.————————————————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-

(Seven) To pay when due all taxes, special assessments, liens——————————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-

and charges encumbering the property or the right or interest of mortgagor—————

tecario bajo los términos de esta hipoteca.————————————————

under the terms of this mortgage.—————————————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-

(Eight) To procure and maintain insurance against fire and other hazards as required—

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-

by mortgagee on all existing buildings and improvements on the pro-—

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y

perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que

fire and other hazards will be in the form and amount and on terms and conditions—

aprobare el acreedor hipotecario.——————————————————

approved by mortgagee.———————.

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las

(Nine) To keep the property in good condition and promptly make all

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-

necessary repairs for the conservation of the property; he will not commit nor

mitirá que se cometa ningún deterioro de los bienes, ni removerá ni demolerá

permit to be committed any deterioration of the property; he will not remove nor demolish

Forma FmHA 427-1(S) PR
(Rev. 10-82)

ningún edi... o mejora en los bienes, ni cortará ni remove... adera de la finca,
any building c.. improvement on the property; nor will he cut or remo.e wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time————

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices ————————

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to————————————

tiempo pueda prescribir.——————————————————————————
time may prescribe.——————————————————————————————

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified————————

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor——————————

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it——————————————————

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation————————————

ción o al arrendamiento.——————————————————————————————
or lease.——————————————————————————————————————

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,——————————————

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the—————

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations————————

que afecten los bienes o su uso.——————————————————————
affecting the property or its use.——————————————————————————

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times————

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not—————————

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall————

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened—————————

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the———————————————————

deudor hipotecario de los conve... ios de esta hipoteca.——————————————
mortgagor of the covenants of this mortgage.——————————————————————

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession—————————

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify——————————————

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option————————————————————



- 7 -

podrá instituir aqu    procedimientos que fueren necesarios en de    a de sus
may institute the nec____y proceedings in defense of its

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgage by said

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause

para adelantos, gastos y otros pagos.
for advances, expenditures and other payments.

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,

en el orden y manera que el acreedor hipotecario determinare.
in what ever order and manner mortgagee may determine.

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.
purchase any necessary shares of stock in the cooperative agency in regard to said loan.

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluida como
by this mortgage, or should mortgagor, or any one of the persons herein called

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of

- 8 -

dores, o los bie parte de ellos o cualquier interés en los mism creen cedidos,
creditors, or shoul property or any part thereof or interest therein be ass

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgage secured hereby, immediately due and payable and

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.
request the protection of the law.

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements



de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and

rarios de abogado.
attorney's fees.

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness

garantizada y sin afectar el gravámen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravámen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)

negociar con el deudor hipotecario conceder al deudor hipotecario—————
deal in any way with mortgagor or grant to mortgagor any—————

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note with the—————

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by—————

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee—————

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any—————

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or—————

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over—————

dichos bienes.————————————————————————
said property.—————

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,—————



incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,—————

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in—————

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest—————

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.—————
in or to the lien or any benefits herein contained.—————

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any—————

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held—————

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,—————

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall—————

constituirá incumplimiento de esta hipoteca.—————
constitute default hereunder.—————

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall—————

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,—————

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,—————

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,—————

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the—————

caso del deudor hipotecario, a él la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated—————

especifica más adelante.—————
hereinafter.—————

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee—————

Forma FmHA 427-1(S) PR
(Rev. 10-82)

el importe de cualquier sentencia obtenido por expropiación ...osa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public –

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment———————

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgage will apply the amount so————————

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment ––

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this———————————

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.————————
mortgage, and if any amount then remains, will pay such amount to mortgagor.————————

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case———————————

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,——

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount———————————

de :- FINCA "A":- CINCO MIL SEISCIENTOS CUARENTA DOLARES
of ($5,640.00) y la FINCA "B":- NUEVE MIL OCHOCIENTOS--
SESENTA DOLARES ($9,860.00).-----------------------

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be————————

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the ––

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations———————————

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the———————————

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and————————

y aseguramiento del préstamo antes mencionado.—————————————————————
insuring of the loan hereinbefore mentioned.——————————————————————

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:—————
NINTH: The amounts guaranteed by this mortgage are as follows:———————————

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of———————————

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee———————————

hipotecario cediere esta hipoteca sin asegurar el pagaré: QUINCE MIL QUI---
should assign this mortgage without insurance of the note,

NIENTOS------------------------                DOLARES ($ 15,500.00 }
                                               DOLLARS ($

el principal de dicho pagaré, con sus intereses según estipulados a razón del CINCO
the principal amount of said note, together with interest as stipulated therein at the rate of

Y CUARTO--------------------- por ciento ( 5.25    o/o) anual;
                              per cent  (          o/o) per annum;

- 11 -

the amount of any judgment obtained by reason of expropriation for public use of the property or any part thereof, as well as the amount of any judgment for damages caused to the property.  Mortgagee will apply the amount so received to the payment of costs incurred in its collection, and the balance will apply to payment of the note, and any indebtedness to mortgagee guaranteed by this mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEVENTH:  That for the purpose of the first sale to be held in case of foreclosure of this mortgage, in accordance with mortgage law, as amended, mortgagor does hereby appraise the mortgaged property in the amount of: FARM A: FIVE THOUSAND SIX HUNDRED AND FORTY DOLLARS ($5,640.00) and FARM B: NINE THOUSAND EIGHT HUNDRED AND SIXTY DOLLARS ($9,860.00).

EIGHTH:  Mortgagor hereby waives the requirement of law and agrees to be considered in default without the need for prior notification of default or demand for payment by mortgagee. This mortgage is subject to the regulations of the Farmers Home Administration now in effect, and to future regulations, not inconsistent with the provisions of this mortgage, as well as to the laws of the United States Congress authorizing and insuring the aforementioned loan.

NINTH: The amounts guaranteed by this mortgage are as follows:
One.  Whenever the note referred to in paragraph THIRD of this mortgage is held by mortgagee, or in the event mortgagee should assign this mortgage without insuring the note: FIFTEEN THOUSAND FIVE HUNDRED DOLLARS ($15,500.00), the note's principal, together with interest as stipulated at the annual rate of FIVE AND ONE QUARTER percent (5.25%).

[Translator's note: The text translated above ends as translated and is followed by a subsequent page that is translated as follows:]

TENTH: That the note(s) referred to in paragraph THIRD of this mortgage is (are) described as follows:
Promissory note executed in case number sixty-three dash thirty-four dash five hundred and eighty dash eighty-four dash fifty-four eighty-four(63-34-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), dated February nineteen (19), nineteen hundred and eighty-six (1986), in the amount of FIFTEEN THOUSAND FIVE HUNDRED DOLLARS ($15,500.00) of principal, plus interest on the unpaid balance at the annual rate of five and one quarter percent (5.25%) until the principal is entirely paid according to the terms, installments, conditions and stipulations contained in the promissory note and as agreed between the Borrower and the Government, except that the final installment of the entire debt evidenced herein, if not paid sooner, will be due and payable FORTY years (40) from the date of this promissory note.

Said note is granted as evidence of a loan made by the Government to the Borrower, pursuant to the law of the US Congress known as "Consolidated Farmers Home Administration Act of 1961," or pursuant to the Housing Act of 1949, both as amended,

and is subject to present Farmers Home Administration regulations, and to future regulations which are not inconsistent with these laws. Of which description I, the authorizing Notary, GIVE FAITH.

ELEVENTH: That the property object of this deed and over which voluntary mortgage is constituted, is described as follows:

FARM NUMBER ONE (1): RURAL: Plot of land marked as number twelve (12) in case number C-one thousand three hundred and eighty-two (1382). It is located in Barrio Furnias in the municipality of Las Marías, Puerto Rico and consists of:
THREE *CUERDAS*\* OF LAND, equivalent to one hectare, seventeen ares and ninety-one centiares and one thousand eight hundred and sixty-eight ten-thousandths of another. It has boundaries as follows:
North: with plots numbers eleven (11) and seventeen (17);
South: with plots numbers five (5), six ( 6) and thirteen (13);
East: with pots numbers thirteen (13) and seventeen (17);
West: with plots numbers six (6) and eleven (11).

On the plot there is a house of cement and tuff blocks, cardboard roof and native wood, with interior cement and tuff block partitions. It measures thirty-three (33) feet across the front and twelve (12) feet deep and was built by the Puerto Rico Reconstruction Administration.

It is recorded on page one hundred and seventy-six (176), volume seventy-one (71) of Las Marías, farm number two thousand two hundred (2,200).
(For the other farm, see page sixteen-A (16-A)).

The appearing party acquired the described property through purchase from the United States of America, pursuant to deed number twenty-eight (28), dated February nineteen (19), nineteen eighty-six (1986), executed in the city of San Juan, Puerto Rico, before Notary RAMON RAFAEL LUGO BEAUCHAMP.

Said property is free of charges and liens.

TWELFTH: The parties appearing in the present deed as mortgagors are: MR. PEDRO ORTIZ CORDERO, of legal age, single through divorce, farmer and resident of Las Marias, Puerto Rico; whose mailing address is Box four hundred and thirty-two (432), Maricao, Puerto Rico, zip code 00706.

---

\*Translator's note: "Cuerda" is an area measurement equivalent to 10 meters squared. *Cdas.* is the abbreviation. From Maria Moliner's *Diccionario del Uso del Español.*

2

THIRTEENTH: The proceeds of the loan herein guaranteed were used or will be used

[Translator's note: the preceding text ends at the foot of the page and is followed by the text translated below:]

funds of the loan herein guarantees, will be considered and understood to form part of the property encumbered by this mortgage.

EIGHTEENTH: The mortgagor agrees and obligated himself to move and occupy the property object of this deed within the following sixty days from the date of the final inspection; and in the event of unforeseen circumstances beyond his control which would impede him to do so, he will notify it in writing to the County Supervisor.

NINETEENTH: All improvement, construction or building constructed on said farm(s) during the term hereinbefore referred to, must be made with the previous consent in writing of mortgagee in accordance with present regulations or future ones that may be promulgated pursuant to federal and local laws not inconsistent or incompatible with the present laws that govern these types of loans.

TWENTIETH: This instrument also secures the recapture of any interest credit or subsidy which may be granted to the borrower(s) by the Government pursuant to Forty-Two U.S.C Fourteen Ninety-A 42 (U.S.C. 1490-A).

The party appearing herein states that, as this involves a loan for agricultural purposes, he agrees not to distribute the responsibility amongst the encumbered farms and thus the two farms shall be jointly and severally and separately responsible for the debt, principal and interests, fees and other credits secured by this deed, all of which is in accordance with Article one hundred and seventy of the Mortgage Laws.

# **CERTIFICATE**

I hereby certify that the attached document is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced, competent and certified to translate from Spanish into English.

DATED this 28th day of August of 2004.

Nicole Harris

WITNESS my hand and official seal hereto affixed this
28th day of August of 2004.

Signature

Notary Public
State of Washington
Rosa Walker
Commission Expires 02-01-06

Print Name: Rosa Walker
Notary Public in and for the State of Washington
My appointment expires: 02/01/06

4

Dos. En todo tiem    cuando el pagaré es poseído por un prestam   asegurado
Two. At all times whe   d note is held by an insured lender:

(A)
(A) ---QUINCE MIL QUINIENTOS---------------------------------

--------------------------------- DOLARES ($ **15,500.00** )
                                   DOLLARS ($

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender---------------

por motivo del incumplimiento del deudor hipotecario de pagar los plazos segun
by reason of mortgagor's failure to pay the installments as---------------------

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,---------------

Tercero;------------------------------------------------------------------------
Three;--------------------------------------------------------------------------

(B) ---VEINTITRES MIL DOSCIENTOS CINCUENTA---------------
(B)

------------------------------------DOLARES ($ **23,250.00** )
                                     DOLLARS ($

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might----------------

sufrir bajo su seguro de pago del pagaré.--------------------------------------
sustain under its insurance of payment of the note;----------------------------

Tres. En cualquier caso y en todo tiempo;---------------------------------------
Three. In any event and at all times whatsoever:--------------------------------



(A) ---SEIS MIL DOSCIENTOS DOLARES-----------------------
(A)
($
($6,200.00----- ) para intereses después de mora:-------------------------
              ) for default interest;-----------------------------------------

(B) ---TRES MIL CIEN DOLARES-----------------------------
(B)

($3,100.00---- ) para contribuciones, seguro y otros adelantos para la con-
(              ) for taxes, insurance and other advances for the preservation---

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph---

SEXTO, Tercero;-----------------------------------------------------------------
SIXTH, Three;-------------------------------------------------------------------

(C) ---MIL QUINIENTOS CINCUENTA DOLARES-----------------
(C)

($1,550.00--------- ) para costas, gastos y honorarios de abogado en caso
($                  ) for costs, expenses and attorney's fees in case----------

de ejecución;-------------------------------------------------------------------
of foreclosure:-----------------------------------------------------------------

(D) ---MIL QUINIENTOS CINCUENTA DOLARES-----------------
(D)

($ $1,550.00----- ) para costas y gastos que incurriere el acreedor hipoteca-
($                ) for costs and expenditures incurred by the mortgagee in----

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with----

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as------------

se consigna en el párrafo SEXTO, Trece.-----------------------------------------
provided in paragraph (SIXTH, Thirteen.-----------------------------------------

Forma FmHA 427-1PR
( 10-82 )

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD————————————————

de esta hipoteca es (son) descrito(s) como sigue:————————————————
of this mortgage is(are) described as follows:————————————————

"Pagaré otorgado en el caso número :- sesenta y tres-treinta y cua-
"Promissory note given in case number

tro. ———— , y ——— (——— 4)——————————
——————————————————————— fechado el día    diez y
dated the

nueve (19)    de    FEBRERO——————nineteen hundred and————
day of

ochenta y seis (1986)    por la suma de    QUINCE MIL QUINIENTOS
in the amount of

($15,500.00)——————————————————dólares de principal más
of principal plus

CINCO Y CUARTO

intereses sobre el balance del principal adeudado a razón del
interest over the unpaid balance at the rate of

                    {    5.25%———  } por ciento anual,
——————————————————————      ) percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,——————

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed——————

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the————

representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
entire debt herein evidenced, if not sooner paid, will be due————————

a los    CUARENTA (40)————————————————————
and payable

años de la fecha de este pagaré.————————————————————
years from the date of this promissory note.——————————

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the————————

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United————

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act————————

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as————————

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers————

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the————————

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.————————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.——

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which————————

constituye Hipoteca Voluntaria, se describe como sigue:————————————
voluntary mortgage is constituted, is described as follows:————————

· 13 ·

---"FINCA NUMERO UNO (1):- RUSTICA:- Parcela de terreno marcada con el número doce (12) del Caso C- mil tres-cientos ochenta y dos (1382) radicada en el Barrio Furnias número dos (2) del término municipal de Las Marías, Puerto Rico, compuesta de:-
---TRES CUERDAS, equivalentes a una hectárea, dieci-siete áreas, noventa y una centiáreas y mil ochocientas sesenta y ocho diez milésimas de otra, lindante por el:
---NORTE:- con las parcelas número once (11) y diesi-siete (17) por el-
---SUR:- con las parcelas número cinco (5) y seis (6) y trece (13); por el-
---ESTE:- con las parcelas trece (13) y diecisiete (17)
---OESTE:- con las parcelas seis (6) y once (11).-
---Dentro de la parcela se encuentra enclavada una ca-sa de bloques de tosca y cemento, techo de cartón y da-maderas del país, con divisiones interiores de tosca y cemento con un frente de treinta y tres (33) pies por-doce (12) pies de fondo, construída por la Puerto Rico Reconstruction Administration."-
---Inscrita al folio ciento setenta y seis (176) del tomo setenta y uno (71) de Las Marías, finca número dos mil-doscientos veinte (2220).-
(Para la otra finca véase folio dieciseis-A (16-A).-

Adquirió el prestatario la descrita finca por
Borrower acquired the described property by      compra a Estados Unidos-

de América,-

según consta de la Escritura Número   veintiocho (28)-
pursuant to Deed Number

de fecha   diez y nueve (19) de febrero de mil novecientos
dated
ochenta y seis (1986).-

otorgada en la ciudad de
executed in the city of   San Juan, Puerto Rico,-

ante el Notario
before Notary   Ramón Rafael Lugo Beauchamp,-

Dicha propiedad se encuentra
Said property is   libre de cargas y gravámenes.-

DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-
TWELFTH: The parties appearing in the present deed as Mortgagors-

carios
are   :- DON PEDRO ORTIZ CORDERO, mayor de edad, soltero
por divorcio, agricultor y vecino de Las Marías, Puer-
to Rico.-

cuya dirección postal es:
whose postal address is:   Apartado cuatrocientos Treinta y Dos
(432) Maricao, Puerto Rico, zona postal 00706.-

DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used

14

Forma FmHA 427-11 PR
( 10-82 )

para fines de y la construcción y/o reparación y/o mejoras instalaciones
for agricultural es and/or construction and/or repair and/or improvements

físicas en la finca(s) descrita(s).————————————————————————
installations on the described farm(s).————————————————————————

**DECIMO CUARTO:** El prestatario ocupará personalmente y usará cualquier estruc-
**FOURTEENTH:** The borrower will personally occupy and use any structure————

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan—————————

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless———

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as—————

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause———————

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the————————————

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to————

ejecución de la hipoteca.————————————————————————————————
the foreclosure of the mortgage.————————————————————————————

**DECIMO QUINTO:** Esta hipoteca se extiende expresamente a toda construcción
**FIFTEENTH:** This mortgage expressly extends to all construction——————————

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,————

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the——————————————

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present————

dueños deudores o por sus cesionarios o causahabientes.————————————————
owners or by their assignees or successors.————————————————————————

**DECIMO SEXTO:** El deudor hipotecario por la presente renuncia mancomunada
**SIXTEENTH:** The mortgagor by these presents hereby waives jointly and——————

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or———————

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)————————

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future————————————

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings————

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted————

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen————————

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eights of May, nineteen hundred sixty-nine (1969) (31————————

L.P.R.A. 1851)————————————————————————————————————————
L.P.R.A. 1851).————————————————————————————————————————

**DECIMO SEPTIMO:** El acreedor y el deudor hipotecario convienen en que cual-
**SEVENTEENTH:** Mortgagee and mortgagor agree that any—————————————

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with—————

- 15 -

(10–82)

funds of the loan herein guaranteed, will be considered e interpreté e ✱✱ parte

de la propiedad gravada por esta Hip. ca.———————————————————
of the property encumbered by this Mortgage.———————————————————

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move———————————

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty———————

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances—

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will———————————

notificará por escrito al Supervisor Local.———————————————————
notify it in writing to the County Supervisor.———————————————————

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed——————

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous————

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations———————

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and———————

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern————

estos tipos de préstamos.———————————————————————
these types of loans.———————————————————————

VIGESIMO: Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of—————————

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the———

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two———————————————————

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)————
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)————————————————

---Manifiesta el compareciente en esta escritura que--

por tratarse de un préstamo para fines agrícolas ha--

acordado en no distribuir la responsabilidad entre las

fincas gravadas y por lo tanto las dos responderán por

separado, solidariamente y mancomunadamente de la----

deuda, principal e intereses, costas y demás créditos

garantizados por esta escritura, todo ello conforme a

el Artículo ciento setenta de la Ley Hipotecaria.----

---------------------------------------------------------

---------------------------------------------------------

---------------------------------------------------------

16

---"FINCA NUMERO DOS (2):- RUSTICA:- Radicada en el
Barrio Maricao Afuera del término municipal de-----
MARICAO, Puerto Rico, compuesta de:----------------
---DIEZ CUERDAS DE TERRENO, equivalentes a tres hec-
táreas, noventa y tres áreas, tres centiáreas, de--
terreno, en lindes por el:------------------------
---NORTE:- con la finca principal de la cual se----
segrega; al--------------------------------------
---SUR:- con Sucesión Oms, hoy, antes César Gómez;-
---ESTE:- con la Sucesión de Benigno Ramírez y al---
---OESTE:- con la Carretera número ciento veinte---
(120) que de Mayaguez, conduce a Maricao."---------
---Inscrita al folio doscientos cuarenta (240) del--
tomo sesenta y seis (66) de MARICAO, finca número---
Mil Setecientos Treinta y dos (1732).--------------

---Adquirida por el compareciente a virtud de la es-
critura número   VEINTIOGHO (28)--------------------
de fecha de hoy, otorgada en San Juan, Puerto Rico,-
por compra a Estados Unidos de América. Se halla li-
bre de cargas y gravámenes.------------------------
---Por tratarse de un préstamo de recursos limitados
según indicado en el Pagaré, el Gobierno puede cambiar
el por ciento de interés de acuerdo con los regla---
mentos de la Administración de Hogares de Agriculto-
res.----------------------------------------------

-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------

FARM NUMBER TWO (2): RURAL: Located in Barrio Maricao Afuera in the municipality of Maricao, Puerto Rico, consisting of:
TEN *CUERDAS*\* of land, equivalent to two hectares, ninety-three ares and three centiares. It has the following boundaries:
North: with the main farm from which it was subdivided;
South: presently with the heirs of Oms, previously with César Gómez;
East: with the heirs of Benigno Ramírez;
West: with highway one-twenty (120) that runs from Mayaguez to Maricao.

It is recorded on page two hundred and forty (240), volume sixty-six (66) of Maricao, farm number one thousand seven hundred and thirty-two (1,732).

The appearing party acquired this property through purchase from the United States of America, pursuant to deed number twenty-eight (28), dated today, executed in San Juan, Puerto Rico. It is free of charges and liens.

As this is for a Limited Resources loan, as indicated in the promissory note, the Government may change the interest rate in accordance with Farmers Home Administration regulations.

# **CERTIFICATE**

I hereby certify that the attached document is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced, competent and certified to translate from Spanish into English.

DATED this 28th day of August of 2004.

*Nicole Harris*

Nicole Harris

WITNESS my hand and official seal hereto affixed this 28th day of August of 2004.

Notary Public
State of Washington
Rosa Walker
Commission Expires 02-01-06

Signature

Print Name: Rosa Walker
Notary Public in and for the State of Washington
My appointment expires: 02/01/06

1

---ACEPTACION---
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once————————

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.————
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.————————

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)—————

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s) advertí.————————————————————————————————————
I advised him (them).————————————————————————————————

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its—————————

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed——————————

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES—————————

FE de todo el contenido de esta escritura.————————————————————
FAITH to everything contained in this deed.————————————————————

---FIRMADO:- PEDRO ORTIZ CORDERO.————————————————

---FIRMADO, SIGNADO, SELLADO Y RUBRICADO, RAMON RAFAEL

LUGO BEAUCHAMP.————————————————————————————

CERTIFICO:—Que la que precede es copia fiel y exacta de su original que

bajo el número .................29................ obra en mi protocolo

de instrumentos públicos para el corriente año. Hay adheridos y debidamen-

te cancelados en el original los correspondientes sellos de Rentas Internas

e Impuesto Notarial. ............................

EN TESTIMONIO DE LO CUAL y para entregar a Farmers

Home Administration ............, expido la presente copia certi-

ficada, que FIRMO, SIGNO, SELLO Y RUBRICO, en ....Lares....

Puerto Rico, el mismo día de su otorgamiento dejando anotada su saca.

DOY FE. ............................

RAMON RAFAEL LUGO BEAUCHAMP
Notario Público



17

PRESENTADO a la 11:55 de la A.M.
ASIENTO Num. 435 del tomo 385
del Diario
San Germán, P. R., 24 de Feb. 19 86

Registrado

Inscrito el documento solo en cuanto a la
finca que radica en Maricao, al folio 244 vto.
del tomo 66 de Maricao, finca numero 1732 é
inscripción 4ta. Se halla afecta a la hipoteca
aquí constituida.
San Germán a 4 de Marzo de 1986,
Derechos: Sin

ACCEPTANCE

The appearing party (parties) ACCEPT(S) this deed in the manner drawn once I, the authorizing Notary, have made to him (them) the pertinent legal warnings.
So they state and execute before me, the authorizing Notary, the appearing party (parties) without demanding the presence of witnesses after waiving his (their) right to do so of which I advised him (them).

After this deed was read by the appearing party (parties), he (they) ratify its contents, place(s) his (their) initials on each of the folios of this deed including the last one, and all sign before me, the authorizing Notary, who gives faith to everything contained in this deed.

SIGNED: PEDRO ORTIZ CORDERO
SIGNED, STAMPED, SEALED AND ENDORSED: RAMON RAFAEL LUGO BEAUCHAMP


I CERTIFY: That this true and exact copy of the original which is filed as number 29 in my protocol of public instruments for the present year. The appropriate Sales Tax and Notary Tax seals are adhered and cancelled in the original.
ATTESTING TO WHICH and for delivery to Farmers Home Administration, I issue this certified copy, which I SIGN, STAMP, SEAL AND ENDORSE in Lares, Puerto Rico, on the same day of its execution, recording its issuance. I BEAR WITNESS.

RAMON RAFAEL LUGO BEAUCHAMP

[Signature]
NOTARY PUBLIC
[Seals]

Presented at: 11:55 a.m.
Entry: 435
Volume: 385 of the Log of
San Germán, P.R.,  February 24, 1986
Registrar


This document is recorded, only inasmuch as the farm located in Maricao is concerned, on page 244, side two, volume 66 of Maricao, farm 1732, 4th recording. It is subject to the mortgage lien furnished herein.
San Germán,  March 4, 1986
No fees.

[Signature]
Registrar

# **CERTIFICATE**

I hereby certify that the attached Deed of Acceptance is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced, competent and certified to translate from Spanish into English.

DATED this 28th day of August of 2004.

*Nicole Harris*

Nicole Harris

WITNESS my hand and official seal hereto affixed this
28th day of August of 2004.

Notary Public
State of Washington
Rosa Walker
Commission Expires 02-01-06

Signature

Print Name: Rosa Walker
Notary Public in and for the State of Washington
My appointment expires: 02/01/06

CIENTO DIEZ (110)---------
--------------------------------------------------
------------COMPRAVENTA CON RECONOCIMIENTO-------
----------------------DE HIPOTECAS----------------
---En el pueblo de Lares, Puerto Rico a los dieci-
nueve (19) días del mes de mayo--------------------
de mil novecientos ochenta y cuatro (1984).--------
---------------------ANTE MI-----------------------
---RAMON RAFAEL LUGO BEAUCHAMP, Abogado y Notario----
Público con residencia, vecindad y oficina abierta en
el pueblo de Lares, Puerto Rico.--------------------
--------------------COMPARECEN---------------------
---DE UNA PRIMERA PARTE:- COMO PARTE VENDEDORA:----
---DON NELSON CUEBAS TORRES y DOÑA SOCORRO MEDINA--
RIVERA, mayores de edad, casados entre sí, propie-
tarios y vecinos de Las Marías, Puerto Rico.-------
---DE UNA SEGUNDA PARTE:- COMO PARTE COMPRADORA:---
----DON PEDRO ORTIZ CORDERO, mayor de edad, soltero,
propietario y vecino de Mayaguez, Puerto Rico.-----
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------DOY FE-------------------------
---Del conocimiento personal de los comparecientes y-
por sus dichos de su edad, ocupación, vecindad y demás
circunstancias personales.-------------------------
---TIENEN a mi juicio los comparecientes la capacidad
legal necesaria para el presente otorgamiento y hallán
dose en el pleno goce de sus derechos civiles y sin que
me conste nada en contrario libre y espontaneamente:-

-------------------          -EXPONEN---------------------

---PRIMERO:- Manifiestan los comparecientes de la pri

mera parte que son dueños exclusivos y en pleno do---

minio de la siguiente propiedad:---------------------

---"RUSTICA:- Situada en el Barrio NARANJALES del tér-

mino municipal de LAS MARIAS, Puerto Rico compuesta--

de:--------------------------------------------------

---CINCUENTA Y UNA CUERDAS más o menos de terreno,---

equivalentes a veinte hectáreas, cuatro áreas, y cin-

cuenta centiareas, en lindes por el:-----------------

---NORTE:- con terrenos de Andrés Massari, los de Ni-

canor Bayrón y los de Francisco Marrero; al----------

---SUR:- con terrenos de Francisco Marrero y los de--

Miguel Esteves; al-----------------------------------

---ESTE:- con terrenos de Nicanor Bayrón y los de----

Francisco Marrero y al-------------------------------

---OESTE:- con terrenos de Miguel Esteves y Julio---

Vicenty."--------------------------------------------

---Según la inscripción décima novena dice que la---

finca fué mensurada y resultó con una cabida de Cin-

cuenta y tres Cuerdas con Tres Céntesimas de otra,--

equivalente a veinte hectáreas, ochenta y cuatro----

áreas, veintiocho centiareas.------------------------

---Enclava una casa deuna sola planta destinada a---

vivienda de cemento que mide cuarenta y cinco pies-

por dieciocho pies, en columnas.--------------------

---Enclava además una casa almacén de concreto, dos-

casas de arrimados, una casilla de madera y zinc, y

un acueducto de agua con motor e instalación de luz.

---Inscrita al folio treinta y uno (31) del tomo----

noventa y siete (97) de Las Marías, finca número----

quinientos ochenta y uno (581).---------------------

-----------------TITULO Y CARGAS-----------------

---SEGUNDO:- Adquirió la parte vendédora la antes---

descrita propiedad a virtud de la escritura número--

Ciento Sesenta y Uno de fecha quince de abril de mil

novecientos ochenta y uno otorgada en esta Notaría-

por compra a Ramón S. Vicens y su esposa Isabel A.--

Torres.----------------------------------------------

-----------------------CARGAS----------------------

--TERCERO:- Se halla afecta a las siguientes hipo-

tecas:------------------------------------

---(1)---HIPOTECA a favor de Estados Unidos de América, actuando por conducto y a través de la Administración de Hogares de Agricultores por la suma principal de DIECISEIS MIL DOLARES ($16,000.00) a razón de cinco (5) por ciento anual otorgada a virtud de la escritura número Sesenta y Tres (63) de Hipoteca Voluntaria de fecha veinte (20) de mayo de mil novecientos setenta y cinco, ante el Licenciado Walter Vivaldi Olivieri, en Mayaguez, Puerto Rico.---------------

---Manifiestan los comparecientes que según los -----records de la Administración de Hogares de Agricultores, oficina de Lares, la antes referida hipoteca a la fecha de hoy tiene un balance con----la referida agencia en la suma deCINCO MIL SETECIENTOS VEINTI----TRES DOLARES CON TREINTA Y OCHO CENTAVOS ($5,723.38)-de principal y NOVENTA DOLARES CON NOVENTA Y CINCO---CENTAVOS ($90.95) de intereses para un total adeudado de CINCO MIL OCHOCIENTOS CATORCE DOLARES CON TREINTA Y TRES CENTAVOS ($5,814.33).-------------------------

---(2):- HIPOTECA a favor de los Estados Unidos de---América, actuando por conducto y a través de la Administración de Hogares de Agricultores por la suma-principal de CUARENTA MIL DOLARES ($40,000.00) a razó de Doce y Cuarto (12 1/4) por ciento anual, otorgada el día quince de abril de mil novecientos ochenta y-uno (1981) a virtud de la escritura número Ciento Sesenta y Dos (162) otorgada en esta Notaría. Manifiestan los comparecientes que al día de hoy, y según los records de la oficina de la Administración de Hogares de Agricultores, la referida hipoteca tiene un-balance con la referida agencia de:- CUARENTA MIL DOLARES ($40,000.00) de principal y DOCE MIL SEISCIENTOS CINCUENTA Y DOS DOLARES CON CUARENTA Y CUATRO---

CENTAVOS ($12,652.[...] de intereses para un total adeu-
dado de CINCUENTA Y DOS MIL SEISCIENTOS CINCUENTA Y--
DOS DOLARES CON CUARENTA Y CUATRO CENTAVOS,----------
($52,652.44).----------------------------------------
---Que el total adeudado en ambas hipotecas por los--
comparecientes de la primera parte lo es la suma de:
---CINCUENTA Y OCHO MIL CUATROCIENTOS SESENTA Y SEIS
DOLARES CON SETENTA Y SIETE CENTAVOS ($58,466.77)----
incluyendo ambos principales y los intereses adeuda--
dos en ambas escrituras.-----------------------------
---La primera hipoteca vence en el término de treinta
(30) años a partir del otorgamiento de la escritura--
antes referida y la segunda en el término de cuarenta
(40) años a partir del otorgamiento de la escritura--
que motivo la indicada hipoteca.---------------------
---CUARTO:- Que el compareciente de la segunda parte
reconoce y se constituye como único y principal paga-
dor de las hipotecas que gravan la finca antes des---
crita a favor de los Estados Unidos de América, ac---
tuando por conducto y a través de la Administración--
de Hogares de Agricultores, según se describió ante--
riormente, subrogándose en todos los derechos y obli-
gaciones de los deudores originales y manifestando que
son de su propio y personal conocimiento todas y cada
una de las obligaciones, cláusulas y estipulaciones--
contenidas en las referidas hipotecas y en este acto-
y en forma clara, solemne y terminante se obliga a---
cumplir todas y cada una de dichas cláusulas, condi--
ciones y estipulaciones como si el hubiese sido el---
otorgante original así como tambien se obliga y com--
promete a acatar las reglas y reglamentos que gobier-
nan los préstamos de esta naturaleza concedidos por--
la Administración de Hogares de Agricultores.--------



---QUINTO:--- Y para ello al efecto, el (los) comparecientes de la primera parte, vende (n),------ cede (n), y traspasa (n) a la segunda parte, que así lo acepta y adquiere, la finca o fincas antes amplia mente descrita (s) en el (los) apartado (s) PRIMERO-anterior------ con todo lo que les sea anexo y perma nente e inherente y sin reserva ni limitación de cla se alguna.-------------------------------------------

---SEXTO:--- Este compraventa se efectúa por el ajus tado y convenido precio de :- SESENTA Y TRES MIL---- CUATROCIENTOS SESENTA Y SEIS DOLARES CON SETENTA Y-- SIETE CENTAVOS ($63,466.77) de cuya suma de dinero-- la parte vendedora recibió con anterioridad a este-- acto la cantidad de CINCO MIL DOLARES ($5,000.00) en buena moneda del curso legal y corriente de los Es-- tados Unidos de América, por cuya suma recibida otor gan carta de pago, y el resto del dinero o sea la su ma de CINCUENTA Y OCHO MIL CUATROCIENTOS SESENTA Y-- SEIS DOLARES CON SETENTA Y SIETE CENTAVOS ($58,466.7 lo reserva la parte compradora para el pago en su di del balance de principal e intereses de las hipote-- cas que gravan la propiedad.------------------------

---Es responsabilidad de la parte vendedora el pago de las contribuciones territoriales hasta el día de-hoy de esta fecha en adelante el pago de las mismas es responsabilidad de la parte compradora.---------- ----------------------------------------------------

---SEPTIMO:-La segunda parte entrará en la posesión y disfrute de la finca o fincas que por esta adquie-re sin más formalidad que este documento.------------

---OCTAVO:---- Los contratantes se obligan a los dis-puesto en el Código Civil de Puerto Rico y otras le-yes vigentes que sean aplicables a contratos de esta-naturaleza.-----------------------------------------

los comparaci-
entes y que acep- y en todas sus partes por encon-
trarla de acuerdo a lo convenido y pactado y yo, el-
Notario les hice las advertencias legales del caso.-
---Así lo dicen y otorgan por ante mí, el Notario,--
sin comparecencia de testigos instrumentales a cuyo-
derecho de tenerlos renunciaron previa advertencias.
---Leída esta escritura por sus otorgantes, me mani-
festaron estar bien enterados de su contenido, en lo
que se ratifican y la firman todos en un solo acto y
en mi presencia, dejando además impresas sus respec-
tivas iniciales en todos y cada uno de los folios de
todo lo cual, Yo, el Notario autorizante, DOY FE.---





---FIRMADOS:- NELSON CUEBAS TORRES, SOCORRO MEDINA
RIVERA, PEDRO ORTIZ CORDERO.----------------------
---FIRMADO, SIGNADO, SELLADO Y RUBRICADO, RAMON----
RAFAEL LUGO BEAUCHAMP.----------------------------

CERTIFICO:--Que la que precede es copia fiel y exacta de su original que
bajo el número ................110......... obra en mi protocolo
de instrumentos públicos para el corriente año. Hay adheridos y debidamen-
te cancelados en el original los correspondientes sellos de Rentas Internas
e impuesto Notarial. .........................................
EN TESTIMONIO DE LO CUAL, y para entregar a .....Pedro.....
.......Ortiz Cordero...., expido la presente copia certi-
ficada, que FIRMO, SIGNO, SELLO Y RUBRICO, en .........
Puerto Rico, el mismo día de su otorgamiento dejando anotada su seca.
DOY FE. ............

RAMON RAFAEL LUGO BEAUCHAMP
ABOGADO Notario



Inscrito al docu... ...
folio 34, del tomo 77 de Las
Marías, finca 581 e inscrip-
ción 32ª Dominio y gravada
con hipotecas a favor de Esta-
dos Unidos de América por
las sumas de $16,000.00 y
$40,000.00. Mayagüez, a 3 de
julio de 1984. —

Derechos: $208.50 núm. 1ª y 2ª.
Arl. y C.P. en 2 comps. Núms. A-
193 28 30 y A-170 66 31 de $206.
y $2. fechados a 11 y 24 de
mayo de 1984. Y, sello de 50 centavos.



Registrador

duly checked
9-4-84
CBV

NUMBER ONE HUNDRED TEN

## DEED OF SALE AND MORTGAGE ASSUMPTION

In the city of Lares, Puerto Rico, on May nineteen (19), nineteen eighty-four (1984),

### IN MY PRESENCE

RAMON RAFAEL LUGO BEAUCHAMP, Attorney and Notary Public with residence and offices in the town of Lares, Puerto Rico,

### THERE NOW APPEAR

AS THE FIRST PARTY: AS THE SELLERS: MR. NELSON CUEBAS TORRES and MRS. SOCORRO MEDINA, both of legal age, married to each other, property owners and residents of Las Marías, Puerto Rico.

AS THE SECOND PARTY: AS THE BUYER: MR. PEDRO ORTIZ CORDERO, of legal age, single, property owners and resident of Mayaguez, Puerto Rico.

I BEAR WITNESS to my personal acquaintance of the parties and to their statements regarding their age, occupation, place of residence and other personal information.
In my judgment they have the necessary legal capacity to execute this deed, thus, being under full entitlement of their civil rights and with nothing otherwise to my knowledge, freely and voluntarily,

### THEY DECLARE

FIRST: That the FIRST PARTIES are the absolute owners of the following property:

1

1. RURAL: Plot of land located in Barrio NARANJALES in the municipality of Las Marías, Puerto Rico, consisting of:
Approximately FIFTY-ONE *CUERDAS\**, equivalent to twenty hectares, four ares, and fifty centiares. It has the following boundaries: to the NORTH, with property belonging to Andrez Massari, Nicanor Bayron and Francisco Marrero; to the SOUTH, with property belonging to Francisco Marrero and Miguel Escoveo; to the EAST, with land belonging to Nicanor Bayron and Francisco Marrero; and to the WEST, with land of Miguel Esteves and Julio Vicenty.

According to the nineteenth entry, the farm was measured and resulted with a surface area of fifty-three cuerdas and three hundredths of one cuerda, equivalent to twenty hectares, eighty-four ares and twenty-eight centiares.

It has a one-story house used as a residence, made of concrete and which measures forty-five feet by eighteen feet on the foundation; a storage house made of concrete, two guest houses, and a shed made of wood and zinc, and an aqueduct of water with a generator and electric installation.

It is registered on page thirty-one (31), volume ninety-seven (97) of LAS MARIAS, farm number five hundred eighty-one (581).

## TITLE AND ENCUMBRANCES

SECOND: The SELLERS acquired the property described above pursuant to deed number one hundred sixty-one (161), executed on April fifteen, nineteen eighty-one, in this notary office through purchase from Ramón S. Vicens and his wife Isabel A. Torres.

## ENCUMBRANCES

THIRD: It is encumbered by the following mortgages:

---

*[\*Translator's note: A cuerda is equivalent to 0.971 acres, 3,930.39 meters squared, and 42.291 squared feet.]*

(1) A MORTGAGE to the order of the United States of America, acting by and through the Farmers Home Administration in the amount of SIXTEEN THOUSAND DOLLARS ($16,000.00) with interests at the annual rate of five (5) percent, furnished by Deed of Voluntary Mortgage number sixty-three (63), executed on may twenty (20) of nineteen seventy-five before Walter Vivaldi Olivieri, in Mayaguez, Puerto Rico.

The appearing parties hereby declare that according to information provided by the Farmers Home Administration, Lares Office, the above mentioned mortgage has an unpaid balance as of today of FIVE THOUSAND SEVEN HUNDRED TWENTY-THREE DOLLARS ($5,723.38) of principal and NINETY DOLLARS and NINETY-FIVE CENTS ($90.95) of interests to make a total unpaid balance of FIVE THOUSAND EIGHT HUNDRED FOURTEEN and THIRTY-THREE CENTS ($5,814.33),

(2) MORTGAGE to the order of the United States of America acting by and through the Farmers Home Administration in the amount of FORTY THOUSAND DOLLARS ($40,000.00) of principal with interests at the annual rate of twelve and one quarter (12 ¼ %) percent, executed on April fifteen of nineteen eighty-one (1981) by virtue of the deed number one hundred sixty-two (162) executed in this Notary office. The appearing parties hereby declare that as of today, and according to the records provided by the Farmers Home Administration, said mortgage has an unpaid balance of: FORTY THOUSAND DOLLARS ($40,000.00) of principal and TWELVE THOUSAND SIX HUNDRED FIFTY-TWO DOLLARS and FORTY-FOUR

CENTS ($12,652.44) of interests, to make a total unpaid balance of FIFTY-TWO THOUSAND SIX HUNDRED FIFTY-TWO DOLLARS and FORTY-FOUR CENTS ($52,652.44).
That the amount the appearing first party owes for both mortgages is the amount of FIFTY-EIGHT THOUSAND FOUR HUNDRED SIXTY-SIX DOLLARS and SEVENTY-SEVEN CENTS ($58,466.77), which includes both unpaid principal and interest of both deeds.
The first mortgage is due and payable in thirty years (30) counting from date of the execution of the abovementioned deed, and the second [mortgage] is due and payable in forty (40) years counting from the date of the execution of the deed that originated said mortgage.

FOURTH: The appearing second party herein becomes and acknowledge himself as the sole and principal payer of the mortgage debt encumbering the above mentioned farm to the

order of the United   ates of America, acting herein thro   n the Farmers Home Administration, as previously described, and he herein subrogates all the rights and obligations of the original debtors and states that he is well informed of all the terms, clauses and conditions in the existing mortgages deed and the promissory notes furnished for the property under consideration herein; and he do hereby expressly agrees to comply with all of said terms, clauses and conditions contained therein as if he was the original executor. He also agrees to uphold the rules and regulations that govern these types of loan granted by the Farmers Home Administration.

FIFTH: That under a prior agreement, the first appearing parties SELL, TRANSFER AND ASSIGN the property described in this deed in the previous paragraph number ONE, to the second appearing party, along with all its uses rights and easements, and without any kind of limitation.

FOURTH: This transfer is carried out at the convened and adjusted price of SIXTY-THREE THOUSAND FOUR HUNDRED SIXTY-SIX DOLLARS AND SEVENTY-SEVEN DOLLARS ($63,466.77), of which amount the SELLERS received in a proceeding previous to this one the sum of FIVE THOUSAND DOLLARS ($5,000.00) in legal currency of the United States of America, for which they issue a payment receipt, and the rest of the money, this is, the amount of FIFTY-EIGHT THOUSAND FOUR HUNDRED SIXTY-SIX DOLLARS and SEVENTY-SEVEN CENTS ($58,466.77) BUYERS retain in order to satisfy, when due, the balance of principal and interests of the mortgages encumbering the property.

It shall be responsibility of the SELLERS the payment of property taxes until today, and from this day on the payment of said takes shall be at BUYERS' expense.

FIFTH: The second party enter in possession of the property that are herein acquiring without any other formality different from this proceeding.

4

SIXTH: The executors    ligate themselves to the dispositions se.    rth in the Civil Code of Puerto Rico and other laws in effect that may be applicable to contracts of this nature.

The parties accept this deed as written, having found it conforms to their agreement. I, the Notary, have given them the pertinent legal reservations for the execution of this deed.

So the parties say and execute before me, the Notary, without the presence of witnesses to which right to have they waived prior advise.

Read this deed by the executors, they state that are fully aware of its contents, to which they ratify and sign all of them in one proceeding and before me, placing as well their initials in each and every page; to which, I the authorizing Notary, BEAR WITNESS.

[Several signatures]
[SEAL]

SIGNED: NELSON CUEBAS TORRES, SOCORRO MEDINA RIVERA, PEDRO ORTIZ CORDERO.

SIGNED, STAMPED, SEALED AND ENDORSED: RAMON RAFAEL LUGO BEAUCHAMP.

I CERTIFY: That this is the first true and exact certified copy of the original, which is filed in my protocol of public deeds as number 110 for the current year. The proper seals of income tax and Notarial tax are stamped and cancelled.

IN WITNESS WHEREOF, and for delivery to Pedro Ortiz Cordero, I issue this certified copy, which I SIGN, SEAL, STAMP AND ENDORSE in Lares, Puerto Rico, on the same day of its execution leaving a note of said act.
[Signature]
NOTARY PUBLIC
RAMON RAFAEL LUGO BEAUCHAMP
[Seals]

5

[Handwritten paragraph]

This document is recorded on page 34, volume 97 of Las Marias, farm number 581, 32nd entry. It is encumbered by two mortgages to the order of the United States of America in the amount of $16,000.00 and $40,000.00.
Mayaguez on July 3, 1984.

Fees $208.50 Numbers 1st and 2nd, [illegible] cancelled in two controls with numbers: A-19328604 and A-1706631 in the amount of $206.00 and $2.00, dated on May 11 and 24 of 1984 and a tax seal of 50 cents.

[Signature]
Recorder

[Signature]
4/9/84
[initials]

6

# CERTIFICATE

I hereby certify that the attached Deed Of Sale And Mortgage Assumption is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

DATED this 24th day of April of 2007.

Nicole Harris
*Federal and State Certified Translator*

WITNESS my hand and official seal hereto affixed this 24th day of April of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/2010

7

Exhibit 16

# TITLE SEARCH

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

**CLIENT: PEDRO ORTIZ CORDERO**          **REF: 1521.360**
                                          **BY: TAIMARY ESCALONA**

**PROPERTY NUMBER:** 581, recorded at page 190 of volume 86 of Las
              Marías, Registry of San Sebastián, Puerto Rico.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**RUSTICA:** Situada en el Barrio Naranjales de Las Marías, compuesta
de **cincuenta y una cuerdas más o menos, equivalentes a veinte
hectáreas, cuatro áreas y cincuenta centiáreas.** En lindes por el
**NORTE**, con terrenos de Andrés Massari, los de Nicanor Bayron y
los de Julio Vincenty; por el **ESTE**, con terrenos de Nicanor
Bayron y los de Francisco Marrero; por el **SUR**, con terrenos de
Francisco Marrero y los de Miguel Esteves; y por el **OESTE**, con
terrenos de Miguel Esteves y Julio Vincenty.

Enclava en esta finca una casa de madera, zinc y cemento de una
sola planta destinada a vivienda; una casa almacén de concreto;
casa de máquina con su motor; dos casas de arrimados; una casilla
de madera y zinc y un acueducto de agua con su motor e
instalación de luz.

Según el Registro esta finca una vez mensurada resultó con una
cabida de cincuenta y tres cuerdas con tres céntimos,
equivalentes a veinte hectáreas, ochenta y cuatro áreas,
veintiocho centiáreas y cincuenta y ocho miliáreas.

**TITLE:**

This property is registered in favor of PEDRO ORTIZ CORDERO,
single, who acquired it by purchase from Nelson Cuebas Torres and
his wife Socorro Medina Rivera, at a price of $63,466.77,
pursuant to deed #110, executed in Lares, Puerto Rico, on May 19,
1984, before Notary Public Ramón Rafael Lugo Beauchamp, recorded
at page 34 of volume 97 of San Sebastián, property number 581,
31st inscription.
**Presented and recorded date (does not express)**

**LIENS AND ENCUMBRANCES:**

I.   By reason of its origin this property is free of liens and
     encumbrances

II.  By reason of itself this property is encumbered by the
     following:

1.   **MORTGAGE:** In favor of United States of America acting as
     Farmer Home Administration, in the original principal amount
     of $16,000.00, with 5% annual interests, due on 30 years,
     constituted by deed #63, executed in Mayagüez, Puerto Rico,
     on May 20, 1975, before Notary Public Walter Vivaldi
     Olivieri, recorded at page 31 of volume 97 of Las Marías,
     property number 581, 30th inscription.
     **Presented on May 20, 1975**
     **Recorded on July 3, 1975**

2.   **MORTGAGE:** In favor of United States of America acting as
     Farmer Home Administration, in the original principal amount
     of $40,000.00, with 12¼% annual interests, due on 40 years,
     constituted by deed #162, executed in Lares, Puerto Rico, on
     April 15, 1981, before Notary Public Ramón Rafael Lugo
     Beauchamp, recorded at page 33 of volume 97 of Las Marías,
     property number 581, 31st inscription. **Conditions**
     **Presented on April 20, 1981**
     **Recorded on April 23, 1981**

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse
como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está
limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para
completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

**PAGE #2**
PROPERTY #581

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748.8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

3.  **MORTGAGE:** Constituted by Pedro Ortiz Cordero, over this and other properties, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $12,000.00, responding by $8,925.00, with 5% annual interests, due on 7 years, constituted by deed #87, executed in Lares, Puerto Rico, on June 4, 1986, before Notary Public Ramón Rafael Lugo Beauchamp, recorded at overleaf of page 34 of volume 97 of Las Marías, property number 581, 33rd inscription.
    **Presented on July 3, 1986**
    **Recorded on November 26, 1986**

    **The amount in this mortgage will be used for agricultural purposes.**

4.  **MORTGAGE:** Constituted by Pedro Ortiz Cordero, over this and other properties, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $5,000.00, with 5% annual interests, due on 40 years, constituted by deed #88, executed in Lares, Puerto Rico, on June 4, 1986, before Notary Public Ramón Rafael Lugo Beauchamp, recorded at page 36 of volume 97 of Las Marías, property number 581, 34th inscription.
    **Presented on July 3, 1986**
    **Recorded on November 26, 1986**

    **NOTE: Since it is a loan for agricultural purposes, they have agreed not to distribute the responsibility among the properties.**

5.  **MORTGAGE:** Constituted by Pedro Ortiz Cordero, over this and other properties, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $21,000.00, responding by $5,250.00, with 4.50% annual interests, due on 7 years, constituted by deed #42, executed in Lares, Puerto Rico, on March 23, 1987, before Notary Public Ramón Rafael Lugo Beauchamp, recorded at overleaf of page 73 of volume 143 of Las Marías, property number 581, 35th inscription.
    **Presented on April 2, 1987**
    **Recorded on February 6, 1989**

6.  **MORTGAGE:** Constituted by Pedro Ortiz Cordero, over this and other properties, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $30,000.00, responding by $7,000.00, with 9.5% annual interests, due on 7 years, constituted by deed #9, executed in Lares, Puerto Rico, on April 25, 1989, before Notary Public Ramón Rafael Lugo Beauchamp, recorded at page 74 of volume 143 of Las Marías, property number 581, 36th inscription.
    **Recorded on May 15, 1989 (as expressed)**

7.  The mortgages of $16,000.00 and $40,000.00 of inscriptions 30th and 31th were modified as follows: in the mortgage of $16,000.00: the total amount as of September 3, 1985 is $6,184.39 which will be paid as follows $497.00 on or before January 1, 1986 and the same amount on or before each January 1st of each subsequent year except for the final payment which will be on or before January 1, 2005; in the mortgage of $40,000.00: the total amount as of September 3, 1985 is $53,988.88, with 5¼% annual interest, which will be paid as follows: $925.00 on or before January 1, 1986 and $3,403.00 on or before January 1st of each subsequent year except for the final payment which will be on or before January 1, 2021, constituted by deed #146, executed in Lares, Puerto Rico, on September 3, 1985, before Notary Public Ramón Rafael Lugo Beauchamp, recorded at margin of page 31 of volume 97 of Las Marías, property number 581.
    **Recorded on September 13, 1985 (as expressed)**

PAGE #3
PROPERTY #581

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse
como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está
limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para
completa protección deben requerir una póliza de Seguro de Título.

8.  According Act and Writ executed in San Juan, Puerto Rico, on
    January 3, 1990, by Luis G. Quiñones Martínez, District
    Judge, Pedro Ortiz Cordero gives this property as collateral
    for a criminal bond for the amount of $275,000.00 to ensure
    the appearance of Milton Cintrón Ortiz at all stages of the
    criminal proceedings pending against him for the crime of
    Attempted Murder and Murder in the First Degree (three
    counts), executed in the Superior Court of San Juan, by The
    State of Puerto Rico versus Milton Cintrón Ortiz, recorded
    at page 75 of volume 143 of Las Marías, inscription 37.
    **Presented on May 7, 1990**
    **Recorded on May 15, 1990**

9.  The mortgage of $40,000.00 of the 31st inscription was
    modified as follows: the total amount as of January 18,
    1991, ascends to $54,285.88, which will be paid as follows:
    $1,000.00 on or before January 1, 1992; $1,500.00 on or
    before January 1, 1993 and 1994; $3,752.00 on or before
    January 1, 1995 and the same amount of $3,752.00 on or
    before January 1 of each subsequent year except for the
    final payment which will be on or before January 1, 2021,
    constituted by deed #3, executed in Lares, Puerto Rico, on
    January 18, 1991, before Notary Public Ramón Rafael Lugo
    Beauchamp, recorded at overleaf of page 75 of volume 143 of
    Las Marías, property number 581, inscription 38.
    **Presented on January 23, 1991**
    **Recorded on January 28, 1991**

10. The mortgage of $12,000.00 of the 33rd inscription was
    modified as follows: the total amount as of January 18,
    1991, ascends to $7,727.16, which will be paid as follows:
    $350.00 on or before January 1, 1992; $368.00 on or before
    January 1, 1993 and 1994; $1,324.00 on or before January 1,
    1995 and the same amount of $1,324.00 on or before January 1
    of each subsequent year except for the final payment which
    will be on or before January 1, 2001, constituted by deed
    #3, executed in Lares, Puerto Rico, on January 18, 1991,
    before Notary Public Ramón Rafael Lugo Beauchamp, recorded
    at page 76 of volume 143 of Las Marías, property number 581,
    inscription 39.
    **Presented on January 23, 1991**
    **Recorded on January 28, 1991**

11. The mortgage of $5,000.00 of the 34th inscription was
    modified as follows: the total amount as of January 18,
    1991, ascends to $5,112.75, which will be paid as follows:
    $232.00 on or before January 1, 1992; $243.00 on or before
    January 1, 1993 and 1994; $316.00 on or before January 1,
    1995 and the same amount of $316.00 on or before January 1
    of each subsequent year except for the final payment which
    will be on or before January 1, 2026, constituted by deed
    #3, executed in Lares, Puerto Rico, on January 18, 1991,
    before Notary Public Ramón Rafael Lugo Beauchamp, recorded
    at overleaf of page 77 of volume 143 of Las Marías, property
    number 581, inscription 40.
    **Presented on January 23, 1991**
    **Recorded on January 28, 1991**

12. The mortgage of $21,000.00 of the 35th inscription was
    modified as follows: the total amount as of January 18,
    1991, ascends to $15,078.85, which will be paid as follows:
    $617.00 on or before January 1, 1992; $648.00 on or before
    January 1, 1993 and 1994; $2,271.00 on or before January 1,
    1995 and the same amount of $2,271.00 on or before January 1
    of each subsequent year except for the final payment which
    will be on or before January 1, 2002, constituted by deed
    #3, executed in Lares, Puerto Rico, on January 18, 1991,
    before Notary Public Ramón Rafael Lugo Beauchamp, recorded
    at overleaf of page 77 of volume 143 of Las Marías, property
    number 581, inscription 41.
    **Presented on January 23, 1991**
    **Recorded on January 28, 1991**



Eagle Title & Other Services, Inc.

**ESTUDIOS DE TITULO**
**SEGUROS DE TITULO**

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

13. The mortgage of $30,000.00 of the 36th inscription was modified as follows: the total amount as of January 18, 1991, ascends to $30,980.24, which will be paid as follows: $1,000.00 on or before January 1, 1992; $1,000.00 on or before January 1, 1993; $1,499.00 on or before January 1, 1994; $4,276.00 on or before January 1, 1995 and the same amount of $4,276.00 on or before January 1 of each subsequent year except for the final payment which will be on or before January 1, 2004, constituted by deed #3, executed in Lares, Puerto Rico, on January 18, 1991, before Notary Public Ramón Rafael Lugo Beauchamp, recorded at page 78 of volume 143 of Las Marías, property number 581, inscription 42.
**Presented on January 23, 1991**
**Recorded on January 28, 1991**

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to October 29th, 2020.

*NOTICE: The Sections of the Property Registry have been computerized by the new system identified as Karibe, through which the historical volumes containing the data related to the inscribed farms and with the documents presented and pending registration were digitized. Since April 25, 2016, the Department of Justice discontinued the Tool-Kit and Agora System in most of the Sections of the Registry, which was used to search for documents submitted and pending registration and preparation of degree studies and other documents. There is also a delay in the entry of information to the System to this date. In addition to this, the Federal and State Seizures are now entered and electronically provided by the Central Office of the Land Registry in the Department of Justice, without being able to corroborate the control books and with many errors which makes the location impossible. We are not responsible for errors that may result in this study due to errors and/or omissions of the Registry and/or its employees, when entering the data in the system.*

**EAGLE TITLE AND OTHER SERVICES, INC.**

*Authorized signature*

srd/mv/**F**

I, Elías Díaz Bermúdez, of legal age, single and neighbor of San Juan, Puerto Rico, under solemn oath declare:

    1. That my name and personal circumstances are the above mentioned.

    2. That on October 29th, 2020, I examined the books and files of The Property Registry of Puerto Rico and prepared the attached title study which makes part of this affidavit.

    3. That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this 7 day of January of 2020.

 

—————————————————
Elías Díaz Bermúdez

AFFIDAVIT NUMBER 4447.

    Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this 7 day of January of 2020.





—————————————————
NOTARY PUBLIC

# TITLE SEARCH

Exhibit 17

**CLIENT: PEDRO ORTIZ CORDERO**  
                              **REF: 1521.360**  
                              **BY: TAIMARY ESCALONA**

**PROPERTY NUMBER:** 1,732, recorded at page 240 of volume 66 of Maricao, Registry of San German, Puerto Rico.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**RÚSTICA:** Radicada en el barrio Maricao Afuera del término municipal de Maricao, Puerto Rico, compuesta de: **diez cuerdas de terreno (10.00 cda.) equivalentes a tres hectáreas, noventa y tres áreas, tres centiáreas, noventa miliáreas** de terreno, en lindes al **NORTE**, con la finca principal de la cual se segregó; al **SUR**, con la Sucesión Oms, hoy, antes César Gómez; **ESTE**, con la Sucesión de Benigno Ramírez; y al **OESTE**, con la carretera número ciento veinte (120) que de Mayagüez conduce al barrio Maricao Afuera de Maricao.

**ORIGIN:**

It is segregated from property number 765, recorded at page 189, volume 32 of Maricao.

**TITLE:**

This property is registered in favor of PEDRO ORTIZ CORDERO, single by divorce, who acquired this and other property, by purchase from United States of America, at a price of $15,500.00, responding by $9,860.00, pursuant to deed #28, executed in San Juan, Puerto Rico, on February 19th, 1986, before Ramón Rafael Lugo Beauchamp Notary Public, recorded at overleaf of page 244 of volume 66 of Maricao, property number 1,732, 4th inscription.

**LIENS AND ENCUMBRANCES:**

I.    By reason of its origin this property is free of liens and encumbrances

II.   By reason of itself this property is encumbered by the following:

1.   **MORTGAGE:** Constituted by Pedro Ortiz Cordero, in favor of United States of America acting as Farmer Homes Administration, in the original principal amount of $15,500.00, responding by $9,860.00, with 5.25% annual interests, due on 40 years, constituted by deed #29, executed in Lares, Puerto Rico, on February 19, 1986, before Ramón Rafael Lugo Beauchamp Notary Public, recorded at overleaf of page 244 of volume 66 of Maricao, property number 1,732, 4th inscription.
It is stated that this mortgage is constituted for agricultural purposes and is not distributed the responsibility between properties.

2.   **MORTGAGE:** Constituted by Pedro Ortiz Cordero, over this and other properties, in favor of United States of America acting as Farmer Homes Administration, in the original principal amount of $12,000.00, with 5% annual interests, due on 7 years, constituted by deed #87, executed in Lares, Puerto Rico, on June 4th, 1986, before Ramón Rafael Lugo Beauchamp Notary Public, recorded at overleaf of page 245 of volume 66 of Maricao, property number 1,732, 5th inscription.

3.   **MORTGAGE:** Constituted by Pedro Ortiz Cordero, over this and other properties, in favor of United States of America acting as Farmer Homes Administration, in the original principal amount of $5,000.00, with 5% annual interests, due on 40 years, constituted by deed #88, executed in Lares, Puerto Rico, on June 4th, 1986, before Ramón Rafael Lugo Beauchamp Notary Public, recorded at overleaf of page 246 of volume 66 of Maricao, property number 1,732, 6th inscription.

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748.6577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748.6577 • FAX (787) 748-1143
estudios@eagletitlepr.com

**PAGE #2**
**PROPERTY #1,732**

4.  **MORTGAGE:** Constituted by Pedro Ortiz Cordero, in favor of United States of America acting as Farmer Homes Administration, in the original principal amount of $21,000.00, responding by $5,250.00, with 4.50% annual interests, due on 7 years, constituted by deed #42, executed in Lares, Puerto Rico, on March 23rd, 1987, before Ramón Rafael Lugo Beauchamp Notary Public, recorded at page 248 of volume 66 of Maricao, property number 1,732, 7th inscription.

5.  **MORTGAGE:** Constituted by Pedro Ortiz Cordero, over this and other properties, in favor of United States of America acting as Farmer Homes Administration, in the original principal amount of $30,000.00, responding by $4,000.00, with 9.5% annual interests, due on 7 years, constituted by deed #9, executed in Lares, Puerto Rico, on April 25, 1989, before Ramón Rafael Lugo Beauchamp Notary Public, recorded at page 249 of volume 66 of Maricao, property number 1,732, 8th inscription.

6.  The mortgages of the 4th, 5th, 6th, 7th and 8th inscriptions were modified by deed #3, executed in Lares, Puerto Rico, on January 18th, 1991, before Ramón Rafael Lugo Beauchamp Notary Public, recorded at overleaf of page 250 of volume 66 of Maricao, property number 1,732, 9th inscription.

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to November 5th, 2020.

*NOTICE: The Sections of the Property Registry have been computerized by the new system identified as Karibe, through which the historical volumes containing the data related to the inscribed farms and with the documents presented and pending registration were digitized. Since April 25, 2016, the Department of Justice discontinued the Tool-Kit and Agora System in most of the Sections of the Registry, which was used to search for documents submitted and pending registration and preparation of degree studies and other documents. There is also a delay in the entry of information to the System to this date. In addition to this, the Federal and State Seizures are now entered and electronically provided by the Central Office of the Land Registry in the Department of Justice, without being able to corroborate the control books and with many errors which makes the location impossible. We are not responsible for errors that may result in this study due to errors and/or omissions of the Registry and/or its employees, when entering the data in the system.*

*EAGLE TITLE AND OTHER SERVICES, INC.*

_____
*Authorized signature*

tm/mv/**F**

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

I, Elías Díaz Bermúdez, of legal age, single and neighbor of San Juan, Puerto Rico, under solemn oath declare:

1. That my name and personal circumstances are the above mentioned.

2. That on November 5th, 2020, I examined the books and files of The Property Registry of Puerto Rico and prepared the attached title study which makes part of this affidavit.

3. That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this 7 day of _____ of 2020.

_____
Elías Díaz Bermúdez

AFFIDAVIT NUMBER 4448.

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this 7 day of _____ of 2020.

_____
NOTARY PUBLIC



# TITLE SEARCH

Exhibit 18

**CLIENT: PEDRO ORTIZ CORDERO**  **REF: 1521.360**
**BY: TAIMARY ESCALONA**

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, PR. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

**PROPERTY NUMBER:** 2,200, recorded at page 174 of volume 71 of Las Marías, Registry of San Sebastián, Puerto Rico.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**RUSTICA:** Parcela de terreno marcado con el número doce (12) del caso C-mil trescientos ochenta y dos (C-1382) radicada en el Barrio Furnias del termino municipal de Las Marías, Puerto Rico, compuesta de **tres cuerdas de terreno, equivalentes a una hectárea, diecisiete áreas, noventa y una centiáreas y mil ochocientos sesenta y ocho diez milésimas de otra**, en lindes por el **NORTE**, con las parcelas números once (11) y diecisiete (17); por el **SUR**, con la parcela número cinco (5) y seis (6) y trece (13); por el **ESTE**, con la parcela trece (13) y diecisiete (17); y por el **OESTE**, con la parcela seis (6) y once (11).

Dentro de la parcela se encuentra enclavada una casa de bloques de tosca y cemento, techo de cartón y maderas del país, con divisiones interiores de tosca y cemento con frente de treinta y tres pies por doce pies de fondo, construida por la P.R.R.A.

**ORIGIN:**

It is segregated from property number 1,902, recorded at page 188, volume 59 of Las Marías.

**TITLE:**

This property is registered in favor of PEDRO ORTIZ CORDERO, single by divorce, who acquired it by purchase from United States of America acting as Farmer Home Administration, at a price of $15,500.00, pursuant to deed #28, executed in San Juan, Puerto Rico, on February 19, 1986, before Notary Public Ramón Rafael Lugo Beauchamp, recorded at overleaf of page 179 of volume 71 of San Sebastián, property number 2,200, 4th inscription.
**Presented on February 24, 1986**
**Recorded on March 4, 1986**

**LIENS AND ENCUMBRANCES:**

I.   By reason of its origin this property is free of liens and encumbrances

II.  By reason of itself this property is encumbered by the following:

1.   **MORTGAGE:** Constituted by Pedro Ortiz Cordero, over this and other property, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $15,500.00, with 5.25% annual interests, due on 40 years, constituted by deed #29, executed in Lares, Puerto Rico, on February 19, 1986, before Notary Public Ramón Rafael Lugo Beauchamp, recorded at overleaf of page 179 of volume 71 of Las Marías, property number 2,200, 4th inscription.
**Presented on February 24, 1986**
**Recorded on March 4, 1986**

**NOTE: Since it is a loan for agricultural purposes, they have agreed not to distribute the responsibility among the properties.**

Este documento NO es una póliza de Seguro de Titulo, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Titulo, está limitada a la cantidad pagada por la preparación de dicho Estudio de Titulo. Para completa protección deben requerir una póliza de Seguro de Titulo.

Eagle Title & Other Services, Inc.

PAGE #2
PROPERTY #2,200

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

2.   **MORTGAGE:** Constituted by Pedro Ortiz Cordero, over this and other property, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $12,000.00, responding by $500.00, with 5% annual interests, due on 7 years, constituted by deed #87, executed in Lares, Puerto Rico, on June 4, 1986, before Notary Public Ramón Rafael Lugo Beauchamp, recorded at overleaf of page 181 of volume 71 of Lares, property number 2,200, 5th inscription.
**Recorded on February 24, 1986 (as expressed)**

3.   **MORTGAGE:** Constituted by Pedro Ortiz Cordero, over this and other property, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $5,000.00, with 5% annual interests, due on 40 years, constituted by deed #88, executed in Lares, Puerto Rico, on June 4, 1986, before Notary Public Ramón Rafael Lugo Beauchamp, recorded at overleaf of page 182 of volume 71 of Las Marías, property number 2,200, 6th inscription.
**Recorded on November 26, 1986 (as expressed)**

**NOTE: Since it is a loan for agricultural purposes, they have agreed not to distribute the responsibility among the properties.**

4.   **MORTGAGE:** Constituted by Pedro Ortiz Cordero, over this and other property, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $21,000.00, responding by $5,250.00, with 4.50% annual interests, due on 7 years, constituted by deed #42, executed in Lares, Puerto Rico, on May 23, 1987, before Notary Public Ramón Rafael Lugo Beauchamp, recorded at page 82 of volume 143 of Las Marías, property number 2,200, 7th inscription.
**Recorded on February 6, 1989 (as expressed)**

5.   **MORTGAGE:** Constituted by Pedro Ortiz Cordero, over this and other property, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $30,000.00, responding by $2,000.00, with 9.5% annual interests, due on 7 years, constituted by deed #9, executed in Lares, Puerto Rico, on April 25, 1989, before Notary Public Ramón Rafael Lugo Beauchamp, recorded at overleaf of page 83 of volume 143 of Las Marías, property 2,200, 8th inscription.
**Recorded on May 5, 1989 (as expressed)**

6.   The mortgage of $15,500.00 of the 4th inscription was modified as follows: el total amount as of January 18, 1991 ascends to $15,915.48 which will be as follows: $719.00 on or before January 1, 1992; $755.00 on or before January 1, 1993 and 1994; $981.00 on or before the years 1995 and the same amount of $981.00 on or before January 1st of each subsequent year except the final payment which will be on or before January 1, 2026, constituted by deed #3, executed in Lares, Puerto Rico, on January 18, 1991, before Notary Public Ramón Rafael Lugo Beauchamp, recorded at page 84 of volume 143 of Las Marías, property number 2,200, 9th inscription.
**Presented on January 23, 1991**
**Recorded on January 28, 1991**

PAGE #3
PROPERTY #2,200

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

7. The mortgage of $12,000.00 of the 5th inscription was modified as follows: el total amount as of January 18, 1991 ascends to $7,727.16 which will be as follows: $350.00 on or before January 1, 1992; $368.00 on or before January 1, 1993 and 1994; $1,324.00 on or before January 1st, 1995 and the same amount of $1,324.00 on or before January 1st of each subsequent year except the final payment which will be on or before January 1, 2001, constituted by deed #3, executed in Lares, Puerto Rico, on January 18, 1991, before Notary Public Ramón Rafael Lugo Beauchamp, recorded at overleaf of page 84 of volume 143 of Las Marías, property number 2,200, 10th inscription.
   **Presented on January 23, 1991**
   **Recorded on January 28, 1991**

8. The mortgage of $5,000.00 of the 6th inscription was modified as follows: the total amount as of January 18, 1991 ascends to $5,112.75 which will be as follows: $232.00 on or before January 1, 1992; $243.00 on or before January 1, 1993 and 1994; $316.00 on or before the years 1995 and the same amount of $316.00 on or before January 1st of each subsequent year except the final payment which will be on or before January 1, 2026, constituted by deed #3, executed in Lares, Puerto Rico, on January 18, 1991, before Notary Public Ramón Rafael Lugo Beauchamp, recorded at overleaf of page 85 of volume 143 of Las Marías, property number 2,200, 11th inscription.
   **Presented on January 23, 1991**
   **Recorded on January 28, 1991**

9. The mortgage of $21,000.00 of the 7th inscription was modified as follows: The total amount as of January 18, 1991 ascends to $15,078.85 which will be as follows: $617.00 on or before January 1, 1992; $648.00 on or before January 1, 1993 and 1994; $2,271.00 on or before the year 1995 and the same amount of $2,271.00 on or before January 1st of each subsequent year except the final payment which will be on or before January 1, 2002, constituted by deed #3, executed in Lares, Puerto Rico, on January 18, 1991, before Notary Public Ramón Rafael Lugo Beauchamp, recorded at page 86 of volume 143 of Las Marías, property number 2,200, 12th inscription.
   **Presented on January 23, 1991**
   **Recorded on January 28, 1991**

10. The mortgage of $30,000.00 of the 8th inscription was modified as follows: The total amount as of January 18, 1991 ascends to $30,980.24 which will be as follows: $1,000.00 on or before January 1, 1992; $1,000.00 on or before January 1, 1993; $1,499.00 on or before January 1, 1994; $4,276.00 on or before January 1, 1995 and the same amount of $4,276.00 on or before January 1st of each subsequent year except the final payment which will be on or before January 1, 2004, constituted by deed #3, executed in Lares, Puerto Rico, on January 18, 1991, before Notary Public Ramón Rafael Lugo Beauchamp, recorded at overleaf of page 86 of volume 143 of Las Marías, property number 2,200, 13th inscription.
   **Presented on January 23, 1991**
   **Recorded on January 28, 1991**



Eagle Title & Other Services, Inc.

**PAGE #4**
**PROPERTY #2,200**

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to October 29th, 2020.

*NOTICE: The Sections of the Property Registry have been computerized by the new system identified as Karibe, through which the historical volumes containing the data related to the inscribed farms and with the documents presented and pending registration were digitized. Since April 25, 2016, the Department of Justice discontinued the Tool-Kit and Agora System in most of the Sections of the Registry, which was used to search for documents submitted and pending registration and preparation of degree studies and other documents. There is also a delay in the entry of information to the System to this date. In addition to this, the Federal and State Seizures are now entered and electronically provided by the Central Office of the Land Registry in the Department of Justice, without being able to corroborate the control books and with many errors which makes the location impossible. We are not responsible for errors that may result in this study due to errors and/or omissions of the Registry and/or its employees, when entering the data in the system.*

*EAGLE TITLE AND OTHER SERVICES, INC.*

_____
*Authorized signature*

srd/mv/**F**

I, Elías Díaz Bermúdez, of legal age, single and neighbor of San Juan, Puerto Rico, under solemn oath declare:

1. That my name and personal circumstances are the above mentioned.

2. That on October 29th, 2020, I examined the books and files of The Property Registry of Puerto Rico and prepared the attached title study which makes part of this affidavit.

3. That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this 7 day of *May* of 2020.

_____
Elías Díaz Bermúdez

AFFIDAVIT NUMBER 4449

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this 7 day of *May* of 2020.





RECIBO

Sello

9307
12/10/2020
$5.00
Sello de Asistencia Legal
80093-2020-1210-14194157

_____
NOTARY PUBLIC

**ESTUDIOS DE TITULO**
**SEGUROS DE TITULO**

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS (787) 748-1130 / 748-5577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

e & Other Services, Inc.

# TITLE SEARCH

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748-1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

**CLIENT: PEDRO ORTIZ CORDERO**          **REF: 1521.360**
                                         **BY: TAIMARY ESCALONA**

**PROPERTY NUMBER:** 1,679, recorded at page 200 of volume 53 of Las Marías, Registry of San Sebastián, Puerto Rico.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**RÚSTICA:** Parcela de terreno del caso C-mil ocho cientos treinta y cinco (C-1835) radicada en el Barrio Palma Escrita de Las Marías, Puerto Rico, con una cabida superficial de: **tres cuerdas de terreno, equivalentes a 1 hectárea, 17 áreas, 91 centiáreas y 1868 diezmilésimas de otra,** marcada con el número Dos (2), lindante por el: **NORTE,** con una quebrada; al **SUR,** con un Eugenio Orsini y la parcela número cuatro (4); por el **ESTE,** con Eugenio Orsini y terrenos de la Puerto Rico Reconstruction Administration; y por el **OESTE,** con la parcela número uno (1). Contiene y le pertenece una casa de tosca, cemento y maderas, con divisiones interiores de tosca y cemento, con un frente de treinta y tres pies por doce pies de fondo construida por la P.R.R.A.

**ORIGIN:**
It is segregated from property number 699, recorded at page 226, volume 16 of Las Marías.

**TITLE:**

This property is registered in favor of PEDRO ORTIZ CORDERO, single, who acquired it by purchase from Máximo Morales Rodríguez and his wife Edelmira Rodríguez, at a price of $2,500.00, pursuant to deed #12, executed in Mayagüez, Puerto Rico, on January 23, 1987, before Notary Public José A. Olivieri Rodríguez, recorded at overleaf of page 205 of volume 53 of Las Marías, property number 1,679, 4th inscription.
**Presented on February 18, 1987**
**Recorded on June 11, 1987**

**LIENS AND ENCUMBRANCES:**

I.   By reason of its origin this property is free of liens and encumbrances

II.  By reason of itself this property is encumbered by the following:

1.   **MORTGAGE:** Constituted by Pedro Ortiz Cordero, in favor of United States of America acting as Farmer Home Administration, over this and other properties, in the original principal amount of $30,000.00, responding by $2,000.00, with 9.5% annual interests, due in 7 years, constituted by deed #9, executed in Lares, Puerto Rico, on April 25, 1989, before Notary Public Ramón Rafael Lugo Beauchamp, recorded at page 206 of volume 53 of Las Marías, property number 1,679, 5th inscription.
     **Recorded on May 15, 1989 (as expressed)**

2.   The mortgage of $30,000.00 of the 5th inscription was modified as follows: the total amount as of January 18, 1991 ascends to $30,980.24, payable as follows: $1,000.00 on or before January 1, 1992; $1,000.00 on or before January 1, 1993; $1,499.00 on or before January 1, 1994; $4,276.00 on or before January 1, 1995 and the same amount of $4,276.00 on or before January 1st of each subsequent year except the final payment which will be on or before January 1, 2004, constituted by deed #3, executed in Lares, Puerto Rico, on January 18, 1991, before Notary Public Ramón Rafael Lugo Beauchamp, recorded at overleaf of page 206 of volume 53 of Las Marías, property number 1,679, 6th inscription.
     **Presented on January 23, 1991**
     **Recorded on January 31, 1991**

PAGE #2
PROPERTY #1,679

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748.8577 - FAX (787) 748-1143
estudios@eagletitlepr.com

REVIEWED:

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to October 29th, 2020.

*NOTICE: The Sections of the Property Registry have been computerized by the new system identified as Karibe, through which the historical volumes containing the data related to the inscribed farms and with the documents presented and pending registration were digitized. Since April 25, 2016, the Department of Justice discontinued the Tool-Kit and Agora System in most of the Sections of the Registry, which was used to search for documents submitted and pending registration and preparation of degree studies and other documents. There is also a delay in the entry of information to the System to this date. In addition to this, the Federal and State Seizures are now entered and electronically provided by the Central Office of the Land Registry in the Department of Justice, without being able to corroborate the control books and with many errors which makes the location impossible. We are not responsible for errors that may result in this study due to errors and/or omissions of the Registry and/or its employees, when entering the data in the system.*

**EAGLE TITLE AND OTHER SERVICES, INC.**

Authorized signature

srd/mv/**F**

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

I, Elías Díaz Bermúdez, of legal age, single and neighbor of San Juan, Puerto Rico, under solemn oath declare:

1. That my name and personal circumstances are the above mentioned.

2. That on October 29th, 2020, I examined the books and files of The Property Registry of Puerto Rico and prepared the attached title study which makes part of this affidavit.

3. That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.
In Guaynabo, Puerto Rico, this 7 day of _____ of 2020.

Elías Díaz Bermúdez

AFFIDAVIT NUMBER 4450.

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

Guaynabo, Puerto Rico, this 7 day of _____ of 2020.

NOTARY PUBLIC



RECIBO

4019-02165363

Sello

9397
12/10/2020
$5.00

Sello de Asistencia Legal
60093-2020-1210-14194168

# TITLE SEARCH

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

**CLIENT: PEDRO ORTIZ CORDERO**                    **REF: 1521.360**
                                                    **BY: TAIMARY ESCALONA**

**PROPERTY NUMBER:** 2,136, recorded at page 38 of volume 69 of Las
                     Marías, Registry of San Sebastián, Puerto Rico.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**RÚSTICA:** Parcela de terreno numero uno (1) del caso numero C-mil
ochocientos treinta y cinco (C-1835) radicada en el Barrio Palma
Escrita del término municipal de Las Marías, Puerto Rico,
compuesta de: **tres cuerdas de terreno, equivalentes a una
hectárea, diecisiete áreas, noventa y una centiáreas y mil
ochocientos sesenta y ocho diezmilésimas de centiáreas**, colinda
por el **NORTE**, con una quebrada; por el **SUR**, con las parcelas
numero dos y tres; al **ESTE**, con la parcela numero dos (2); y al
**OESTE**, con una quebrada. Dentro de la parcela descrita se
encuentra enclavada una casa de tosca, cemento y madera, con
divisiones interiores de tosca y cemento con un frente de 33
pies y 12 pies de fondo construida por P.R.R.A.

**ORIGIN:**
It is segregated from property number 1,679, recorded at page
200, volume 53 of Las Marías.

**TITLE:**

This property is registered in favor of PEDRO ORTIZ CORDERO,
single, who acquired it by purchase from Blanca Iris Cruz
Jimenez, single, at a price of $2,000.00, pursuant to deed #163,
executed in Mayagüez, Puerto Rico, on December 9, 1986, before
Notary Public José A. Olivieri Rodríguez, recorded at overleaf of
page 40 of volume 69 of Las Marías, property number 2,136, 3rd
inscription.
**Presented on December 23, 1986**
**Recorded on May 5, 1987**

**LIENS AND ENCUMBRANCES:**

I.   By reason of its origin this property is free of liens and
     encumbrances

II.  By reason of itself this property is encumbered by the
     following:

1.   **MORTGAGE:** Constituted by Pedro Ortiz Cordero, in favor of
     United States of America acting as Farmer Home
     Administration, over this and other properties, in the
     original principal amount of $30,000.00, responding by
     $2,000.00, with 9.5% annual interests, due in 7 years,
     constituted by deed #9, executed in Lares, Puerto Rico, on
     April 25, 1989, before Notary Public Ramón Rafael Lugo
     Beauchamp, recorded at page 41 of volume 69 of Las Marías,
     property number 2,136, 4th inscription.
     **Recorded on May 15, 1989 (as expressed)**

2.   The mortgage of $30,000.00 of the 4th inscription was
     modified as follows: the total amount as of January 18, 1991
     ascends to $30,980.24, payable as follows: $1,000.00 on or
     before January 1, 1992; $1,000.00 on or before January 1,
     1993; $1,499.00 on or before January 1, 1994; $4,276.00 on
     or before January 1, 1995 and the same amount of $4,276.00
     on or before January 1st of each subsequent year except the
     final payment which will be on or before January 1, 2004,
     constituted by deed #3, executed in Lares, Puerto Rico, on
     January 18, 1991, before Notary Public Ramón Rafael Lugo
     Beauchamp, recorded at overleaf of page 41 of volume 69 of
     Las Marías, property number 2,136, 5th inscription.
     **Presented on January 23, 1991**
     **Recorded on January 31, 1991**



Eagle Title & Other Services, Inc.

**PAGE #2**
**PROPERTY #2,136**

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to October 29th, 2020.

*NOTICE: The Sections of the Property Registry have been computerized by the new system identified as Karibe, through which the historical volumes containing the data related to the inscribed farms and with the documents presented and pending registration were digitized. Since April 25, 2016, the Department of Justice discontinued the Tool-Kit and Agora System in most of the Sections of the Registry, which was used to search for documents submitted and pending registration and preparation of degree studies and other documents. There is also a delay in the entry of information to the System to this date. In addition to this, the Federal and State Seizures are now entered and electronically provided by the Central Office of the Land Registry in the Department of Justice, without being able to corroborate the control books and with many errors which makes the location impossible. We are not responsible for errors that may result in this study due to errors and/or omissions of the Registry and/or its employees, when entering the data in the system.*

**EAGLE TITLE AND OTHER SERVICES, INC.**

_____
*Authorized signature*

srd/mv/**F**

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

I, Elías Díaz Bermúdez, of legal age, single and neighbor of San Juan, Puerto Rico, under solemn oath declare:

    1. That my name and personal circumstances are the above mentioned.

    2. That on October 29th, 2020, I examined the books and files of The Property Registry of Puerto Rico and prepared the attached title study which makes part of this affidavit.

    3. That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this 7 day of _____ of 2020.

_____
Elías Díaz Bermúdez

AFFIDAVIT NUMBER 4451.

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this 7 day of _____ of 2020.

_____
NOTARY PUBLIC





**Sello**

**RECIBO**

4019-02145362

9397
12/10/2020
$5.00

Sello de Asistencia Legal
80093-2020-1210-14194136

Lcda. Lourdes Quintero Bet...
Abogada - Notario

**DEPARTAMENTO DE SALUD**
(DEPARTMENT OF HEALTH)

**REGISTRO DEMOGRAFICO**
(DEMOGRAPHIC REGISTRY)

**CERTIFICACION DE DEFUNCION**
(CERTIFICATION OF DEATH)



NUMERO



EXHIBIT

21

NÚMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-2000-00383-008971-200030

NOMBRE DEL FALLECIDO (DECEASED NAME)
PEDRO ORTIZ CORDERO

SEGURO SOCIAL (SOCIAL SECURITY)
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

SEXO (SEX)
M

ESTADO CIVIL (MARITAL STATUS)
DIVORCIADO (DIVORCED)

NOMBRE CONYUGE (SPOUSE'S NAME)
GUILLERMINA CASIANO

FECHA DEFUNCION (DEATH DATE)
08 MAY 2000

FECHA REGISTRO (REGISTRATION DATE)
10 MAY 2000

LUGAR DEFUNCION (DEATH PLACE)
MAYAGUEZ, PUERTO RICO

FUE EMBALSAMADO? ( WAS EMBALMED? )
SI FUE EMBALSAMADO (EMBALMED)

FECHA NACIMIENTO (BIRTH DATE)
04 DIC 1923

EDAD (AGE)
76  AÑOS

LUGAR NACIMIENTO (BIRTH PLACE)
MAYAGUEZ, PUERTO RICO

NOMBRE DEL PADRE (FATHER'S NAME)
LUIS ORTIZ

NOMBRE DE LA MADRE (MOTHER'S NAME)
JULIA CORDERO

FECHA EXPEDICION (DATE ISSUED)
26 MAY 2000

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE DEFUNCION OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE RECORD FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)



DEPARTAMENTO DE
**SALUD**
GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE SALUD
REGISTRO DEMOGRAFICO

MAYAGUEZ

*Dando Salud... a tu Vida.*

**ADVERTENCIA: Cualquier alteración o borradura cancela esta certificación.**

Case:10-02266 Case:3:21-cv-01007 Document 6-22 Filed:01/08/11 Page 1 of 1 Desc: Order
Discharging Chapter 13 C   Page 1 of 1

Exhibit 22

# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| ***In re:*** | **Case No.**  10−02266 EAG |
| WILLIAM ORTIZ FORNES | **Chapter 13** |
| xxx−xx−1049 | |
| Debtor(s) | |
| | **FILED & ENTERED ON 12/16/14** |

**ORDER DISCHARGING TRUSTEE AND CLOSING THE CASE**

The Chapter 13 Trustee has filed a Final Report and Account and has certified that the estate has been fully administered. The Report has been properly notified granting parties in interest an opportunity to object, and no objections have been filed. Pursuant to Rule 5009 of the Federal Rules of Bankruptcy Procedure, it is presumed the estate has been fully administered.

WHEREFORE, as provided in 11 U.S.C., Section 350(a), the trustee is discharged, his bond for this case cancelled, and the case is closed. The Clerk will notify this order.

San Juan, Puerto Rico, this **Tuesday, December 16, 2014**.

Edward A. Godoy
**United States Bankruptcy Judge**

cc: JOSE RAMON CARRION MORALES , UST

UNITED STATES DEPARTMENT OF AGRICULTURE
**FARM SERVICE AGENCY**
654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Exhibit 23

Borrower:   Ortiz Cordero, Pedro            Case No:   63-018-5484

### *CERTIFICATION OF INDEBTEDNESS*

I, Carlos J. Morales, of legal age, single, a resident of San Juan, Puerto Rico, in my official capacity as Loan Resolution Task Force Contractor of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according to information obtained from all available records at the USDA-Farm Service Agency:

**Statement of Account as of          July 21, 2020**

| Loan Number | 41-05 | |
|---|---|---|
| Note Amount | $ | 16,000.00 |
| Original Note Date | 5/20/1975 | |
| Date of Last Payment | 1/10/2000 | |
| Principal Balance | $ | 2,596.39 |
| Unpaid Interest | $ | 2,338.13 |
| Misc. Charges | $ | - |
| Total Balance | $ | 4,934.52 |
| Daily Interest Accrual | $ | 0.3556 |
| Amount Delinquent | $ | 4,934.52 |
| Years Delinquent | Fully matured | |

| Loan Number | 41-07 | |
|---|---|---|
| Note Amount | $ | 5,000.00 |
| Original Note Date | 6/4/1986 | |
| Date of Last Payment | 1/10/2000 | |
| Principal Balance | $ | 4,640.89 |
| Unpaid Interest | $ | 5,091.39 |
| Misc. Charges | $ | - |
| Total Balance | $ | 9,732.28 |
| Daily Interest Accrual | $ | 0.6357 |
| Amount Delinquent | $ | 6,320.00 |
| Years Delinquent | 19 | |

| Loan Number | 41-08 | |
|---|---|---|
| Note Amount | $ | 15,500.00 |
| Original Note Date | 2/19/1986 | |
| Date of Last Payment | 1/10/2000 | |
| Principal Balance | $ | 14,405.63 |
| Unpaid Interest | $ | 15,851.90 |
| Misc. Charges | $ | - |
| Total Balance | $ | 30,257.53 |
| Daily Interest Accrual | $ | 1.9734 |
| Amount Delinquent | $ | 19,620.00 |
| Years Delinquent | 19 | |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under penalty of perjury as allowed by 28 U.S.C. 1746.

*Carlos J. Morales*

Digitally signed by CARLOS MORALES (Affiliate)
DN: c=US, o=U.S. Government, ou=Department of Agriculture,
0.9.2342.19200300.100.1.1=12001003816118, cn=CARLOS MORALES
(Affiliate)
Date: 2020.07.21 12:24:33 -04'00'
Adobe Acrobat version: 2020.009.20074

Carlos J. Morales Lugo
LRTF Contractor
July 21, 2020

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARM SERVICE AGENCY**
654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:     Ortiz Cordero, Pedro          Case No:    63-018-5484

### *CERTIFICATION OF INDEBTEDNESS*

I, Carlos J. Morales, of legal age, single, a resident of San Juan, Puerto Rico, in my official capacity as Loan Resolution Task Force Contractor of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according to information obtained from all available records at the USDA-Farm Service Agency:

**Statement of Account as of          July 21, 2020**

| Loan Number | 44-09 | |
|---|---|---|
| Note Amount | $ | 21,000.00 |
| Original Note Date | 3/23/1987 | |
| Date of Last Payment | 1/10/2000 | |
| Principal Balance | $ | 4,403.32 |
| Unpaid Interest | $ | 4,313.66 |
| Misc. Charges | $ | - |
| Total Balance | $ | 8,716.98 |
| Daily Interest Accrual | $ | 0.5429 |
| Amount Delinquent | $ | 8,716.98 |
| Years Delinquent | Fully matured | |

| Loan Number | 41-10 | |
|---|---|---|
| Note Amount | $ | 40,000.00 |
| Original Note Date | 4/15/1981 | |
| Date of Last Payment | 1/10/2000 | |
| Principal Balance | $ | 50,400.25 |
| Unpaid Interest | $ | 56,186.96 |
| Misc. Charges | $ | - |
| Total Balance | $ | 106,587.21 |
| Daily Interest Accrual | $ | 6.9042 |
| Amount Delinquent | $ | 106,587.21 |
| Years Delinquent | Fully matured | |

| Loan Number | 44-11 | |
|---|---|---|
| Note Amount | $ | 30,000.00 |
| Original Note Date | 4/25/1989 | |
| Date of Last Payment | 1/10/2000 | |
| Principal Balance | $ | 14,931.61 |
| Unpaid Interest | $ | 16,536.73 |
| Misc. Charges | $ | - |
| Total Balance | $ | 31,468.34 |
| Daily Interest Accrual | $ | 2.0454 |
| Amount Delinquent | $ | 31,468.34 |
| Years Delinquent | Fully matured | |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under penalty of perjury as allowed by 28 U.S.C. 1746.

*Carlos J. Morales*

Digitally signed by CARLOS MORALES (Affiliate)
DN: c=US, o=U.S. Government, ou=Department of Agriculture,
0.9.2342.19200300.100.1.1=12001003816118, cn=CARLOS MORALES (Affiliate)
Date: 2020.07.21 12:29:04 -04'00'
Adobe Acrobat version: 2020.009.20074

Carlos J. Morales Lugo
LRTF Contractor
July 21, 2020

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| United States of America,<br>acting through the<br>United States Department of Agriculture | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. |
| FRANCIS ORTIZ FORNES, et als. | ) | FORECLOSURE OF MORTGAGE |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DENNIS J. ORTIZ FORNES
Naranjales Ward,
Street Road 106, KM. 18.7
Las Marias, PR 00610

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| United States of America, acting through the United States Department of Agriculture | ) ) ) ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. |
| FRANCIS ORTIZ FORNES, et als. | ) | FORECLOSURE OF MORTGAGE |
| | ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  FRANCIS ORTIZ FORNES
Naranjales Ward,
Street Road 106, KM. 18.7
Las Marias, PR 00610

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_MARIA ANTONGIORGI-JORDAN, ESQ._
_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### District of Puerto Rico

| | |
|---|---|
| United States of America, acting through the United States Department of Agriculture <br><br> *Plaintiff(s)* <br><br> v. <br><br> FRANCIS ORTIZ FORNES, et als. <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

FORECLOSURE OF MORTGAGE

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   GUILLERMINA ORTIZ CASIANO
Naranjales Ward,
Street Road 106, KM. 18.7
Las Marias, PR 00610

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     0     .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                  *Server's signature*

                                         _____
                                                  *Printed name and title*


                                         _____
                                                  *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| United States of America, acting through the United States Department of Agriculture | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. |
| v. | ) | |
| FRANCIS ORTIZ FORNES, et als. | ) ) ) | FORECLOSURE OF MORTGAGE |
| *Defendant(s)* | ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* JOSE A. ORTIZ CASIANO
Naranjales Ward,
Street Road 106, KM. 18.7
Las Marias, PR 00610

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____         _____
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| United States of America,<br>acting through the<br>United States Department of Agriculture<br><br>_____<br>*Plaintiff(s)*<br>v.<br>FRANCIS ORTIZ FORNES, et als.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br><br>FORECLOSURE OF MORTGAGE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LUIS G. ORTIZ CASIANO
Naranjales Ward,
Street Road 106, KM. 18.7
Las Marias, PR 00610

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## District of Puerto Rico

| | | |
|---|---|---|
| United States of America, acting through the United States Department of Agriculture | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | Civil Action No. |
| v. | ) | |
| FRANCIS ORTIZ FORNES, et als. | ) ) | FORECLOSURE OF MORTGAGE |
| _Defendant(s)_ | ) ) ) ) | |

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   PEDRO J. ORTIZ AVILES
Naranjales Ward,
Street Road 106, KM. 18.7
Las Marias, PR 00610

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_MARIA ANTONGIORGI-JORDAN, ESQ._
_CLERK OF COURT_

Date: _____                    _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

United States of America,
acting through the
United States Department of Agriculture

_____
*Plaintiff(s)*

v.

FRANCIS ORTIZ FORNES, et als.

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

FORECLOSURE OF MORTGAGE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WILLIAM ORTIZ FORNES
Naranjales Ward,
Street Road 106, KM. 18.7
Las Marias, PR 00610

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date:  _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $      0      .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI):    Fortuño, Juan Carlos

USDC-PR Bar Number:    211913

Email Address:    jcfortuno@fortuno-law.com

1.    Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

    Plaintiff:    UNITED STATES OF AMERICA, acting through the USDA

    Defendant:    FRANCIS ORTIZ FORNES; ET ALS.

2.    Indicate the category to which this case belongs:

    ☒ Ordinary Civil Case
    ☐ Social Security
    ☐ Banking
    ☐ Injunction

3.    Indicate the title and number of related cases (if any).

    N/A

4.    Has a prior action between the same parties and based on the same claim ever been filed before this Court?

    ☐ Yes
    ☒ No

5.    Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

    ☐ Yes
    ☒ No

6.    Does this case question the constitutionality of a state statute?  (See, Fed.R.Civ. P. 24)

    ☐ Yes
    ☒ No

Date Submitted:    January 7, 2021

rev. Dec. 2009

Print Form    Reset Form

JS 44   (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a)  PLAINTIFFS

UNITED STATES OF AMERICA

**(b)**  County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*
Juan C. Fortuño Fas
Po Box 3908, Guaynabo, PR 00970
Tel. 787-751-5290

## DEFENDANTS

FRANCIS ORTIZ FORNES, et als.

County of Residence of First Listed Defendant   Las Marías, P.R.
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
       Plaintiff

☐ 2   U.S. Government
       Defendant

☐ 3   Federal Question
       *(U.S. Government Not a Party)*

☐ 4   Diversity
       *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                                   *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☒ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☒ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original
      Proceeding

☐ 2  Removed from
      State Court

☐ 3  Remanded from
      Appellate Court

☐ 4  Reinstated or
      Reopened

☐ 5  Transferred from
      Another District
      *(specify)*

☐ 6  Multidistrict
      Litigation -
      Transfer

☐ 8  Multidistrict
      Litigation -
      Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Consolidated Farm & Development Act, 7 USC 1921, et seq. & 28 USC 1345

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
191,696.86

CHECK YES only if demanded in complaint:

**JURY DEMAND:**   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE                                   DOCKET NUMBER

DATE
01/08/2021

SIGNATURE OF ATTORNEY OF RECORD
s/Juan Carlos Fortuño Fas

**FOR OFFICE USE ONLY**

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG. JUDGE